IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | |
| PATRICIA GONZALES, | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:14-CV-03241-LHR |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
| *Defendants* | § | |

### ORDER GRANTING THE CITY OF PASADENA'S MOTION TO DISMISS THE OFFICIAL-CAPACITY DEFENDANTS FROM THE PLAINTIFFS' ORIGINAL COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

CAME ON this day for consideration the *City of Pasadena's Motion to Dismiss the Official-Capacity Defendants from the Plaintiffs' Original Complaint for Declaratory and Injunctive Relief*, and it appearing to the Court that the Defendant's motion is meritorious, the same is hereby **GRANTED.**  It is therefore,

**ORDERED** that Mayor JOHNNY ISBELL, and Council Members ORNALDO YBARRA, BRUCE LEAMON, DON HARRISON, PAT VAN HOUTE, CODY RAY WHEELER, PHIL CARTEN, STEVE COTE, and DARRELL MORRISON, all of whom have been named in their official capacities, are hereby DISMISSED from this action with prejudice to the refiling of the same.

2

SIGNED this _____ day of _____, 2015.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE