IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, <br> MARIA DEL ROSARIO MARTINEZ, <br> MARIA MARI, <br> RODOLFO R. TENREIRO, <br> PATRICIA GONZALES, <br><br> Plaintiffs, <br><br> V. <br><br> CITY OF PASADENA, <br> Mayor JOHNNY ISBELL, <br> Council members ORNALDO YBARRA, <br> BRUCE LEAMON, DON HARRISON, <br> PAT VAN HOUTE, <br> CODY RAY WHEELER, PHIL CAYTEN, <br> STEVE COTE, and <br> DARRELL MORRISON, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:14-cv-03241 |

**DEFENDANTS CODY RAY WHEELER, ORNALDO YBARRA, AND DON HARRISON'S MOTION TO STRIKE UNAUTHORIZED PLEADINGS (Dkt's 10, 11 and 12) AND MOTION TO SHOW AUTHORITY**

NOW COMES Defendants Cody Ray Wheeler, Ornaldo Ybarra, and Don Harrison, (hereinafter referred to as "Defendants"), and makes and files this their Motion to Strike Unauthorized Pleadings and Motion to Show Authority and

would respectfully show unto this Honorable Court as follows:

## I.
## BACKGROUND

Defendants Cody Ray Wheeler, Ornaldo Ybarra, and Don Harrison each were and are members of the City of Pasadena City Council. They each have been sued as Defendants in this case. Each of these Defendants, as well the undersigned attorneys, have informed counsel for the other Defendants that they do not wish to be represented by counsel for the City of Pasadena. In fact, counsel for the City has been informed orally and in writing that these Defendants believe a legal conflict prevents counsel for the City from entering an appearance on behalf of these Defendants. Even were there not a legal conflict, these Defendants desire their own counsel and specifically reject being represented by counsel who have been hired to represent the majority of the Council-members and the City's mayor. Notwithstanding these communications, an answer (Dkt. 11) and Motion (Dkt. 10) was entered on behalf of these Defendants.

## II.
## MOTION

These Defendants hereby move to strike those portions of pleadings purportedly filed on behalf of Defendants Cody Ray Wheeler, Ornaldo Ybarra, and Don Harrison and marked by the Court as Docket Numbers 10, 11 and 12. Alternatively, these Defendants ask that counsel for the City be require to appear

herein and provide authority as to how parties can be represented by counsel against their wishes and in the face of a possible legal conflict.

Dated this 22nd day of January, 2015.

Respectfully Submitted,

**BRAZIL & DUNN**

 /s/*Chad W. Dunn*
Chad W. Dunn - 24036507
K. Scott Brazil - 02934050
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com

Rick Molina
Molina Law Firm, P.C.
11550 Fuqua St., Suite 580
Houston, Texas 77034
Telephone: (281) 922-4300
Facsimile: (281) 922-4325
rmolina@molinalawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2015, I electronically submitted the foregoing document with the Clerk of the United States District Court for the Southern District of Texas, Houston Division, using the electronic case filing system of the Court. I have served counsel of record listed below via electronic transmission through the Court's ECF system:

Nina Perales
nperales@maldef.org
Ernest I. Herrera
eherrera@maldef.org
Mexican American Legal Defense and
Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205

C. Robert Heath
bheath@bickerstaff.com
Gunnar P. Seaquist
gseaquist@bickerstaff.com
Bickerstaff Heath Delgado Acosta, LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746

Gene Locke
genelocke@andrewskurth.com
Kathryn K Alrich
katiealrich@andrewskurth.com
Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, Texas 77002

                                            */s/ Chad W. Dunn*
                                            Chad W. Dunn