IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, <br> MARIA DEL ROSARIO <br> MARTINEZ, <br> MARIA MARI, <br> RODOLFO R. TENREIRO, <br> PATRICIA GONZALES, <br><br> Plaintiffs, <br><br> V. <br><br> CITY OF PASADENA, <br> Mayor JOHNNY ISBELL, <br> Council members ORNALDO <br> YBARRA, <br> BRUCE LEAMON, DON <br> HARRISON, <br> PAT VAN HOUTE, <br> CODY RAY WHEELER, PHIL <br> CAYTEN, <br> STEVE COTE, and <br> DARRELL MORRISON, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:14-cv-03241 |

**ORDER CONCERNING DEFENDANTS CODY RAY WHEELER,
ORNALDO YBARRA, AND DON HARRISON'S MOTION TO STRIKE
UNAUTHORIZED PLEADINGS (Dkt's 10, 11 and 12)
AND
MOTION TO SHOW AUTHORITY**

BE IT REMEMBERED, on this ___ day of _____, 2015, came on to be heard, Defendants Cody Ray Wheeler, Ornaldo Ybarra, and Don Harrison's Motion to Strike Unauthorized Pleadings and Motion to Show Authority, in the above-entitled and numbered cause, and after due consideration, the Court hereby GRANTS the Motion to Compel and orders that those portions of Dkt. Nos. 10, 11 and 12 purporting to have been filed on behalf of Cody Ray Wheeler, Ornaldo Ybarra, and Don Harrison's are hereby stricken.

SIGNED this _____ day of _____, 2015.

_____
JUDGE PRESIDING

Approved:

**BRAZIL & DUNN**

 /s/*Chad W. Dunn*
Chad W. Dunn - 24036507
K. Scott Brazil - 02934050
4201 Cypress Creek Parkway, Suite 530
Houston, Texas 77068
Telephone:  (281) 580-6310
Facsimile:   (281) 580-6362
chad@brazilanddunn.com

Rick Molina
Molina Law Firm, P.C.
11550 Fuqua St., Suite 580
Houston, Texas 77034
Telephone: (281) 922-4300
Facsimile: (281) 922-4325
rmolina@molinalawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2015, I electronically submitted the foregoing document with the Clerk of the United States District Court for the Southern District of Texas, Houston Division, using the electronic case filing system of the Court. I have served counsel of record listed below via electronic transmission through the Court's ECF system:

Nina Perales
nperales@maldef.org
Ernest I. Herrera
eherrera@maldef.org
Mexican American Legal Defense and
Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205

C. Robert Heath
bheath@bickerstaff.com
Gunnar P. Seaquist
gseaquist@bickerstaff.com
Bickerstaff Heath Delgado Acosta, LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746

Gene Locke
genelocke@andrewskurth.com
Kathryn K Alrich
katiealrich@andrewskurth.com
Andrews Kurth, LLP
600 Travis, Suite 4200
Houston, Texas 77002

                                         */s/ Chad W. Dunn*
                                         Chad W. Dunn