IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, | § | |
| PATRICIA GONZALES, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:14-cv-03241 |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL CAYTEN, | § | |
| STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
| | § | |
| Defendants. | § | |

### STIPULATION OF VOLUNTARY DISMISSAL BY RODOLFO TENREIRO PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that Plaintiff Rodolfo Tenreiro voluntarily dismisses, without prejudice, his claims against Defendant City of Pasadena pursuant to the Federal Rules of Civil Procedure 41(a)(1(A)(ii).

/s/ *Nina Perales*
Nina Perales
Counsel for Plaintiffs
MEXICAN AMERICAN LEGAL DEFENSE
 AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX  78205

1

(210) 224-5476

Dated: July 1, 2015


/s/ *C. Robert Heath*
C. Robert Heath
Counsel for Defendants
BICKERSTAFF HEATH DELGADO
 ACOSTA LLP
3711 S. MoPac Expressway, Suite 300
Austin, TX  78746
(512) 472-8021

Dated:  July 1, 2015


CERTIFICATE OF SERVICE

    The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 1st day of July, 2015.

                                              */s/ Nina Perales*
                                              Nina Perales