# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

**FORM SPAC**
**COVER SHEET PG 1**

The SPAC Instruction Guide explains how to complete this form.

**1 Filer ID**

**2 Total pages filed:**
9

**3 COMMITTEE NAME**

Citizens to Keep Pasadena Strong

### OFFICE USE ONLY

**Date Received**

15 JUL '15 A M11:1

**CITY SECRETARY**

| 4 COMMITTEE ADDRESS | ADDRESS / PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE |
|---|---|
| ☐ Change of Address | 4808 Fairmont Pkwy PMB 193 Pasadena, TX 77505 |

**Date Hand-delivered or Date Postmarked**

| Receipt # | Amount |
|---|---|

**Date Processed**

**Date Imaged**

**5 CAMPAIGN TREASURER NAME**

MS / MRS / MR        FIRST        MI

Jerad Najvar

NICKNAME        LAST        SUFFIX

**6 CAMPAIGN TREASURER STREET ADDRESS**
(Residence or Business)

STREET ADDRESS (NO PO BOX PLEASE);        APT / SUITE #;   CITY;        STATE;   ZIP CODE

4151 Southwest Fwy        Ste.625   Houston   TX 77027

**7 CAMPAIGN TREASURER MAILING ADDRESS**

☐ Change of Address

STREET OR PO BOX;        APT / SUITE #;   CITY;        STATE;   ZIP CODE

Same

**8 CAMPAIGN TREASURER PHONE**

AREA CODE        PHONE NUMBER        EXTENSION

**9 REPORT TYPE**

☐ January 15

☐ 30th day before election

☐ Exceeded $500 Limit

☑ July 15

☐ 8th day before election

☐ Dissolution (Attach PAC-DR)

☐ Runoff

☐ 10th day after campaign treasurer termination

**10 PERIOD COVERED**

Month   Day   Year
04/30/2015        THROUGH

Month   Day   Year
06/30/2015

**11 ELECTION**

ELECTION DATE
Month   Day   Year
05/09/2015

ELECTION TYPE
☐ Primary   ☐ Runoff   ☐ Other
☑ General   ☐ Special

## GO TO PAGE 2

PASADENA010474

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE AND TOTALS

**FORM SPAC**
**COVER SHEET PG 2**

| 12 COMMITTEE NAME | 13 Filer ID |
|---|---|
| | |

**14 COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] Candidate

[ ] Officeholder

CANDIDATE / OFFICEHOLDER NAME
Steve Cote

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council at large

[X] **SUPPORT**
(Candidate or Measure)

[ ] **OPPOSE**
(Candidate or Measure)

[ ] **ASSIST**
(Officeholder)

[ ] Measure

BALLOT IDENTIFICATION / #

ELECTION DATE
Month    Day    Year

DESCRIPTION

| 15 CONTRIBUTION TOTALS | 1. TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | $0.00 |
|---|---|---|---|
| | 2. **TOTAL POLITICAL CONTRIBUTIONS** (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | $8,300.00 |
| **EXPENDITURE TOTALS** | 3. TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | $0.00 |
| | 4. **TOTAL POLITICAL EXPENDITURES** | $ | $18,650.56 |
| **CONTRIBUTION BALANCE** | 5. TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | $1,710.62 |
| **OUTSTANDING LOAN TOTALS** | 6. TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | $0.00 |

**16 AFFIDAVIT**

See attached declaration

AFFIX NOTARY STAMP / SEAL ABOVE

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_____
Signature of Campaign Treasurer

Sworn to and subscribed before me, by the said _____, this the _____ day of _____, 20_____, to certify which, witness my hand and seal of office.

_____    _____    _____
Signature of officer administering oath    Printed name of officer administering oath    Title of officer administering oath

PASADENA010475

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE

**FORM SPAC**
**ADDENDUM**

Page 3 of 9

**12 COMMITTEE NAME**

**13 Filer ID**

---

**14 COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

**CANDIDATE / OFFICE HOLDER NAME**
Darrell Morrison

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council at large

**BALLOT IDENTIFICATION**

**ELECTION DATE**
MONTH   DAY   YEAR

**DESCRIPTION**

---

**COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

**CANDIDATE / OFFICE HOLDER NAME**
Bruce Leamon

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council Dist B

**BALLOT IDENTIFICATION**

**ELECTION DATE**
MONTH   DAY   YEAR

**DESCRIPTION**

---

**COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

**CANDIDATE / OFFICE HOLDER NAME**
Emilio Carmona

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council Dist A

**BALLOT IDENTIFICATION**

**ELECTION DATE**
MONTH   DAY   YEAR

**DESCRIPTION**

---

PASADENA010476

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE

**FORM SPAC**
**ADDENDUM**

Page 4 of 9

| 12 COMMITTEE NAME | 13 Filer ID |
|---|---|

| 14 COMMITTEE PURPOSE | | CANDIDATE / OFFICE HOLDER NAME |
|---|---|---|

**14 COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

**CANDIDATE / OFFICE HOLDER NAME**
J.E. "Bear" Hebert

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council Dist D

**BALLOT IDENTIFICATION**

**ELECTION DATE**
MONTH   DAY   YEAR

**DESCRIPTION**

---

**COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

**CANDIDATE / OFFICE HOLDER NAME**
Cary Bass

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council Dist E

**BALLOT IDENTIFICATION**

**ELECTION DATE**
MONTH   DAY   YEAR

**DESCRIPTION**

PASADENA010477

# SUBTOTALS - SPAC

**FORM SPAC**
**COVER SHEET PG 3**
5 of 9

| 17 COMMITTEE NAME | 18 Filer ID |
|---|---|
| | |

**19 SCHEDULE SUBTOTALS**
**NAME OF SCHEDULE**

| | | NAME OF SCHEDULE | SUBTOTAL AMOUNT |
|---|---|---|---|
| 1. | [X] | SCHEDULE A1:  MONETARY POLITICAL CONTRIBUTIONS | $ 8,300.00 |
| 2. | [ ] | SCHEDULE A2:  NON-MONETARY (IN-KIND) POLITICAL CONTRIBUTIONS | $ |
| 3. | [ ] | SCHEDULE B:  PLEDGED CONTRIBUTIONS | $ |
| 4. | [ ] | SCHEDULE C1:  MONETARY CONTRIBUTIONS FROM CORPORATION OR LABOR ORGANIZATION | $ |
| 5. | [ ] | SCHEDULE C2:  NON-MONETARY (IN-KIND) CONTRIBUTIONS FROM CORPORATION OR LABOR ORGANIZATION | $ |
| 6. | [ ] | SCHEDULE D:  PLEDGED CONTRIBUTIONS FROM CORPORATION OR LABOR ORGANIZATION | $ |
| 7. | [ ] | SCHEDULE E:  LOANS | $ |
| 8. | [X] | SCHEDULE F1:  POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS | $ 18,650.56 |
| 9. | [ ] | SCHEDULE F2:  UNPAID INCURRED OBLIGATIONS | $ |
| 10. | [ ] | SCHEDULE F3:  PURCHASE OF INVESTMENTS FROM POLITICAL CONTRIBUTIONS | $ |
| 11 | [ ] | SCHEDULE H:  PAYMENT FROM POLITICAL CONTRIBUTIONS TO A BUSINESS OF C/OH | $ |
| 12. | [X] | SCHEDULE I: NON-POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS | $ 540.00 |
| 13. | [ ] | SCHEDULE K: INTEREST, CREDITS, GAINS, REFUNDS, AND CONTRIBUTIONS RETURNED TO FILER | $ |

PASADENA010478

# MONETARY POLITICAL CONTRIBUTIONS

### SCHEDULE **A1**

| | |
|---|---|
| **The Instruction Guide explains how to complete this form.** | **1** Total pages Schedule A1:<br>Sch: 1/1 Rpt: 6/9 |
| **2** FILER NAME | **3** Filer ID |

| **4** Date<br>05/11/2015 | **5** Full name of contributor ☐ out-of-state PAC (ID#:_____)<br>Johnny Isbell Campaign Account<br>.......................................................................................................<br>**6** Contributor address; City; State; Zip Code<br>PO Box 177<br><br>Pasadena, TX 77501 | **7** Amount of Contribution ($)<br>$8,300.00 |
|---|---|---|

| **8** Principal occupation / Job title (See Instructions) | **9** Employer (See Instructions) |
|---|---|

PASADENA010479

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

**SCHEDULE F1**

## EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | |
|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Contributions/ Donations Made By -<br>   Candidate/Officeholder/Political Committee | Event Expense<br>Fees<br>Food/Beverage Expense<br>Gift/Awards/Memorials Expense<br>Legal Services | Loan Repayment/Reimbursement<br>Office Overhead/Rental Expense<br>Polling Expense<br>Printing Expense<br>Salaries/Wages/Contract Labor | Solicitation/Fundraising Expense<br>Transportation Equipment & Related Expense<br>Travel in District<br>Travel Out of District<br>OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1:<br>Sch: 1/2 Rpt: 7/9 | 2 FILER NAME | | 3 Filer ID |
|---|---|---|---|

| 4 Date<br>04/30/2015 | 5 Payee name<br>First Tradition | | |
|---|---|---|---|
| **6 Amount ($)**<br>$1,700.00 | **7 Payee address;**    City;     State;   Zip Code<br>8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands, TX 77382 | | |
| **8 PURPOSE OF EXPENDITURE** | **(a) Category** (See Categories listed at the top of this schedule)<br>Advertising Expense | **(b) Description**<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>GOTV phone calls | |
| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |

| Date<br>05/13/2015 | Payee name<br>Neumann & Co. | | |
|---|---|---|---|
| Amount ($)<br>$5,221.31 | Payee address;    City;     State;   Zip Code<br>1002 Pauline Ave<br><br>Bellaire, TX 77401 | | |
| **PURPOSE OF EXPENDITURE** | **(a) Category** (See Categories listed at the top of this schedule)<br>Advertising Expense | **(b) Description**<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>direct mail endorsing all 6 candidates; see list above | |
| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |

| Date<br>05/13/2015 | Payee name<br>Neumann & Co. | | |
|---|---|---|---|
| Amount ($)<br>$5,732.33 | Payee address;    City;     State;   Zip Code<br>1002 Pauline Ave<br><br>Bellaire, TX 77401 | | |
| **PURPOSE OF EXPENDITURE** | **(a) Category** (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By Candidate/Officeholder/Political Committee | **(b) Description**<br>☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>In kind-direct mail advertisement re Carmona | |
| Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |

PASADENA010480

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

**SCHEDULE F1**

## EXPENDITURE CATEGORIES FOR BOX 8(a)

| | | |
|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Contributions/ Donations Made By -<br>　Candidate/Officeholder/Political Committee | Event Expense<br>Fees<br>Food/Beverage Expense<br>Gift/Awards/Memorials Expense<br>Legal Services | Loan Repayment/Reimbursement<br>Office Overhead/Rental Expense<br>Polling Expense<br>Printing Expense<br>Salaries/Wages/Contract Labor | Solicitation/Fundraising Expense<br>Transportation Equipment & Related Expense<br>Travel in District<br>Travel Out of District<br>OTHER (enter a category not listed above) |

**The Instruction Guide explains how to complete this form.**

| 1 Total pages Schedule F1: | 2 FILER NAME | 3 Filer ID |
|---|---|---|
| Sch: 2/2 Rpt: 8/9 | | |

| 4 Date |
|---|
| 05/13/2015 |

| 5 Payee name |
|---|
| Neumann & Co. |

| 6 Amount ($) | 7 Payee address;　　City;　　　　State;　Zip Code |
|---|---|
| $5,996.92 | 1002 Pauline Ave<br><br>Bellaire, TX 77401 |

| 8 PURPOSE OF EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule) | (b) Description |
|---|---|---|
| | Contributions/Donations Made By Candidate/Officeholder/Political Committee | ☐ Check if travel outside of Texas. Complete Schedule T.<br>☐ Check if Austin, TX, officeholder living expense<br>In kind-direct mail advertisement re Hebert |

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |
|---|---|---|---|
| | | | |

PASADENA010481

# NON-POLITICAL EXPENDITURES
# MADE FROM POLITICAL CONTRIBUTIONS

**SCHEDULE I**

| The Instruction Guide explains how to complete this form. |
|---|

| 1 Total pages Schedule I:<br>Sch: 1/1 Rpt: 9/9 | 2 FILER NAME | | 3 Filer ID |
|---|---|---|---|
| **4 Date**<br>04/30/2015 | **5 Payee name**<br>Independent Bank | | |
| **6 Amount ($)**<br>20.00 | **7 Payee Address;**    City; State; Zip<br>3090 Craig Dr.<br><br>McKinney, TX 75070 | | |
| **8 PURPOSE OF EXPENDITURE** | **(a) Category** (See instructions for examples of acceptable categories)<br>Accounting/Banking | **(b) Description** (See instructions regarding type of information required.)<br>wire fee | |
| **Date**<br>04/30/2015 | **Payee name**<br>Independent Bank | | |
| **Amount ($)**<br>20.00 | **Payee Address;**    City; State; Zip<br>3090 Craig Dr.<br><br>McKinney, TX 75070 | | |
| **PURPOSE OF EXPENDITURE** | **(a) Category** (See instructions for examples of acceptable categories)<br>Accounting/Banking | **(b) Description** (See instructions regarding type of information required.)<br>bank fee | |
| **Date**<br>04/30/2015 | **Payee name**<br>Najvar Law Firm | | |
| **Amount ($)**<br>500.00 | **Payee Address;**    City; State; Zip<br>4151 Southwest Fwy<br>Ste 625<br>Houston, TX 77027 | | |
| **PURPOSE OF EXPENDITURE** | **(a) Category** (See instructions for examples of acceptable categories)<br>Legal Services | **(b) Description** (See instructions regarding type of information required.)<br>compliance | |

PASADENA010482

**Verification by declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001**

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report/amended campaign treasurer appointment form is true and correct.

Specifically, and in addition, I affirm the statement at line 16 on page 2.

Executed in Harris County, Texas, on July 15, 2015.


DECLARANT

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070     (512) 463-5800     (TDD 1-800-735-2989)

# AMENDMENT: APPOINTMENT OF A CAMPAIGN TREASURER BY A SPECIFIC-PURPOSE COMMITTEE

FORM **ASTA**
PG **1**

| See ASTA Instruction Guide for detailed instructions. | **1** Total pages filed: | OFFICE USE ONLY |
|---|---|---|
| **2** COMMITTEE NAME  CITIZENS TO KEEP PASADENA STRONG | **3** ACCOUNT # | Date Received  2015 MAY -7  CITY SECRETARY |
| **4** COMMITTEE NAME | NEW | |
| **5** COMMITTEE ADDRESS | NEW  ADDRESS / PO BOX;  APT / SUITE #;  CITY;  STATE;  ZIP CODE | Date Hand-delivered or Postmarked  Date Processed  00 |
| **6** CAMPAIGN TREASURER NAME | NEW  MS / MRS / MR  FIRST  MI  NICKNAME  LAST  SUFFIX | Date Imaged |
| **7** CAMPAIGN TREASURER STREET ADDRESS (residence or business) | NEW  STREET ADDRESS (NO PO BOX PLEASE);  APT / SUITE #;  CITY;  STATE;  ZIP CODE | |
| **8** CAMPAIGN TREASURER MAILING ADDRESS  ☐ same as above | NEW  ADDRESS / PO BOX;  APT / SUITE #;  CITY;  STATE;  ZIP CODE | |
| **9** CAMPAIGN TREASURER PHONE | NEW  AREA CODE  PHONE NUMBER  EXTENSION  (   ) | |
| **10** PERSON APPOINTING TREASURER | FIRST  MI  LAST  SUFFIX | |
| **11** SIGNATURE | I understand that I have been appointed as the campaign treasurer for this specific-purpose committee and that I am responsible for filing all required reports and that I may be subject to fines for failure to do so. I am aware of the restrictions in title 15 of the Election Code on contributions from corporations and labor organizations.  _____  Signature of Campaign Treasurer | |
| **12** ASSISTANT CAMPAIGN TREASURER (see instructions) | NEW  FIRST  MI  LAST  SUFFIX | |
| **13** ASSISTANT CAMPAIGN TREASURER ADDRESS | NEW  ADDRESS / PO BOX;  APT / SUITE #;  CITY;  STATE;  ZIP CODE | |
| **14** ASSISTANT CAMPAIGN TREASURER PHONE | NEW  AREA CODE  PHONE NUMBER  EXTENSION  (   ) | |

**GO TO PAGE 2**

Revised 09/01/2006

**PASADENA010485**

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512) 463-5800    (TDD 1-800-735-2989)

# AMENDMENT: SPECIFIC-PURPOSE COMMITTEE
## PURPOSE AND MODIFIED REPORTING DECLARATION

FORM **ASTA**

PG **2**

| 15 COMMITTEE NAME | 16 ACCOUNT # |
|---|---|
| CITIZENS TO KEEP PASADENA STRONG | |

**17 COMMITTEE PURPOSE**

☐ NEW    ☑ ADD

☑ SUPPORT CANDIDATE

☐ OPPOSE CANDIDATE

☐ ASSIST OFFICEHOLDER

CANDIDATE / OFFICEHOLDER NAME

Steve Cote; Darrell Morrison; Bruce Leamon

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)

Pasadena City Council at large; same; and Pasadena City Council Dist B, respectively

☐ NEW    ☐ ADD

☐ SUPPORT MEASURE

☐ OPPOSE MEASURE

BALLOT IDENTIFICATION OF MEASURE / #

DESCRIPTION

ELECTION DATE

Month    Day    Year

/    /

**18 MODIFIED REPORTING DECLARATION**    NEW

## COMPLETE THIS SECTION ONLY IF YOU ARE CHOOSING MODIFIED REPORTING.

**••This declaration must be filed no later than the 30th day before the first election to which the declaration applies. ••**

**••The modified reporting declaration is valid for one election cycle only. ••**
(An election cycle includes a primary election, a general election, and any related runoffs.)

The committee does not intend to accept more than $500 in political contributions or make more than $500 in political expenditures (excluding filing fees) in connection with any future election within the election cycle. The committee understands that if either one of those limits is exceeded, the committee's campaign treasurer will be required to file pre-election reports and, if necessary, a runoff report.

_____
Year of election(s) or election cycle to which declaration applies

_____
Signature of Campaign Treasurer

## ATTACH ADDITIONAL COPIES OF THIS FORM AS NEEDED

**This appointment is effective on the date it is filed with the appropriate filing authority.**

**PASADENA010486**

**Verification by declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001**

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report/amended campaign treasurer appointment form is true and correct.

Specifically, and in addition, I affirm the statement at line 11 on page 1 of Form ASTA.

Executed in Hidalgo County, Texas, on May 7, 2015.


DECLARANT

PASADENA010487

Texas Ethics Commission        P.O.Box 12070      Austin, Texas 78711-2070      (512)463-5800      TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

**FORM SPAC**
**COVER SHEET PG 1**

| The SPAC INSTRUCTION GUIDE explains how to complete this form. | **1** ACCOUNT # (Ethics Commission filers) 00111111 | **2** PAGE # 1 of 8 |
|---|---|---|

**3** COMMITTEE NAME
Citizens to Keep Pasadena Strong

**OFFICE USE ONLY**

Date received

**4** COMMITTEE ADDRESS

☐ Change of Address

ADDRESS / PO BOX,    APT / SUITE #:    CITY;    STATE;    ZIP CODE

4808 Fairmont Pkwy
PMB 193
Pasadena, TX 77505

Date Hand-delivered or Date Postmarked

**5** CAMPAIGN TREASURER NAME

MS / MRS / MR    FIRST    MI
Jerad

NICKNAME    LAST    SUFFIX
Najvar

Receipt #    Amount

Date Processed

Date Imaged

**6** CAMPAIGN TREASURER'S STREET ADDRESS (Residence or business)

STREET ADDRESS (NO PO BOX PLEASE);    APT/SUITE #;    CITY;    STATE;    ZIP CODE

4151 Southwest Fwy
Suite 625
Houston, TX 77027

**7** CAMPAIGN TREASURER'S MAILING ADDRESS

☐ Change of Address

STREET OR PO BOX;    APT / SUITE #;    CITY;    STATE;    ZIP CODE

4151 Southwest Fwy
Suite 625
Houston, TX 77027

**8** CAMPAIGN TREASURER PHONE

AREA CODE    PHONE NUMBER    EXTENSION

(281) 404-4696

**9** REPORT TYPE

☐ January 15
☐ July 15

☐ 30th day before election
☒ 8th day before election
☐ Runoff

☐ Exceeded $500 limit
☐ Dissolution (attach PAC-DR)
☐ 10th day after campaign treasurer termination

**10** PERIOD COVERED

Month    Day    Year
03/31/2015

THROUGH

Month    Day    Year
04/29/2015

**11** ELECTION

ELECTION DATE
Month    Day    Year
05/09/2015

ELECTION TYPE

☐ Primary    ☐ Runoff    ☒ General    ☐ Special

**GO TO PAGE 2**

Electronic Filing Version 3.4.6

PASADENA010490

Texas Ethics Commission          P.O. Box 12070          Austin, Texas 78711-2070          (512)463-5800     TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE REPORT:
## PURPOSE & TOTALS

FORM **SPAC**
**COVER SHEET PG 2**

| 12 COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| 13 COMMITTEE PURPOSE | ☒ CANDIDATE | CANDIDATE / OFFICEHOLDER NAME    Emilio Carmona |
|---|---|---|
| (Attach lists on plain paper to complete this report if necessary.) | ☐ OFFICEHOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)    Pasadena City Council Dist A |
| ☒ SUPPORT (Candidate or Measure) | | BALLOT IDENTIFICATION / #          ELECTION DATE                                                      Month  Day  Year |
| ☐ OPPOSE (Candidate or Measure) | | |
| ☐ ASSIST (Officeholder only) | ☐ MEASURE | DESCRIPTION |

| 14 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 31,250.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0.00 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ | 31,068.65 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 12,351.18 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**15 AFFIDAVIT**

*See attached declaration*

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_____
Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the _____ day of _____, 20_____, to certify which, witness my hand and seal of office.

| _____ | _____ | _____ |
|---|---|---|
| Signature of officer administering oath | Print name of officer administering oath | Title of officer administering oath |

Electronic Filing Version 3.4.6

PASADENA010491

Texas Ethics Commission          P.O. Box 12070      Austin, Texas 78711-2070        (512) 463-5800        TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE

**FORM SPAC**
**ADDENDUM**

Page 3 of 8

| COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

---

**COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholder only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

CANDIDATE / OFFICE HOLDER NAME
J.E. Bear Hebert

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council Dist D

BALLOT IDENTIFICATION / #          ELECTION DATE
                                   Month    Day    Year

DESCRIPTION

---

**COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholder only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

CANDIDATE / OFFICE HOLDER NAME
Cary Bass

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council Dist E

BALLOT IDENTIFICATION / #          ELECTION DATE
                                   Month    Day    Year

DESCRIPTION

PASADENA010492

Texas Ethics Commission        P.O.Box 12070        Austin, Texas 78711-2070        (512)463-5800        TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
# OTHER THAN PLEDGES OR LOANS

SCHEDULE **A**

| | |
|---|---|
| The Instruction Guide explains how to complete this form. | **1** PAGE #<br>Schedule: 1/2 Report: 4/8 |
| **2**  FILER NAME   Citizens to Keep Pasadena Strong | **3**  ACCOUNT #   (Ethics Commission filers)<br>00111111 |

| **4** Date | **5** Full name of contributor ☐ out-of-state PAC (ID#_____) | **7** Amount of | **8** In-kind contribution |
|---|---|---|---|
| | French, Robin | contribution ($) | description (if applicable) |
| 04/29/2015 | **6** Contributor address;   City; State; Zip Code<br>3203 Canada Rd.<br>La Porte, TX 77571 | $25.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

**9** Principal occupation / Job title (See Instructions)  **10** Employer (See Instructions)

| Date | Full name of contributor ☐ out-of-state PAC (ID#_____) | Amount of | In-kind contribution |
|---|---|---|---|
| | Gaffigan, Heather | contribution ($) | description (if applicable) |
| 04/29/2015 | Contributor address;   City; State; Zip Code<br>2138 Longwood<br>Deer Park, TX 77536 | $50.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

Principal occupation / Job title (See Instructions)  Employer (See Instructions)

| Date | Full name of contributor ☐ out-of-state PAC (ID#_____) | Amount of | In-kind contribution |
|---|---|---|---|
| | Hyle, Jay | contribution ($) | description (if applicable) |
| 04/29/2015 | Contributor address;   City; State; Zip Code<br>10519 Sageberry<br>Houston, TX 77089 | $25.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

Principal occupation / Job title (See Instructions)  Employer (See Instructions)

| Date | Full name of contributor ☐ out-of-state PAC (ID#_____) | Amount of | In-kind contribution |
|---|---|---|---|
| | Johnny Isbell Campaign Account | contribution ($) | description (if applicable) |
| 04/24/2015 | Contributor address;   City; State; Zip Code<br>PO Box 177<br>Pasadena, TX 77501 | $31,000.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

Principal occupation / Job title (See Instructions)  Employer (See Instructions)

| Date | Full name of contributor ☐ out-of-state PAC (ID#_____) | Amount of | In-kind contribution |
|---|---|---|---|
| | Lanney, John | contribution ($) | description (if applicable) |
| 04/29/2015 | Contributor address;   City; State; Zip Code<br>4801 Country Club View<br>Baytown, TX 77521 | $50.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

Principal occupation / Job title (See Instructions)  Employer (See Instructions)

PASADENA010493

Texas Ethics Commission          P.O.Box 12070          Austin, Texas 78711-2070     (512)463-5800          TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
## OTHER THAN PLEDGES OR LOANS

SCHEDULE A

| | |
|---|---|
| The INSTRUCTION GUIDE explains how to complete this form. | **1** PAGE #<br>Schedule: 2/2 Report: 5/8 |
| **2** FILER NAME   Citizens to Keep Pasadena Strong | **3** ACCOUNT #    (Ethics Commission filers)<br>00111111 |

| 4 Date | 5 Full name of contributor ☐ out-of-state PAC (ID#_____) | 7 Amount of contribution ($) | 8 In-kind contribution description (if applicable) |
|---|---|---|---|
| 04/29/2015 | Maldonado, Sonya<br><br>6 Contributor address;    City;  State;  Zip Code<br>2401 Repondorph<br>Seabrook, TX 77586 | $50.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

**9** Principal occupation / Job title (See Instructions)          **10** Employer (See Instructions)

| Date | Full name of contributor ☐ out-of-state PAC (ID#_____) | Amount of contribution ($) | In-kind contribution description (if applicable) |
|---|---|---|---|
| 04/29/2015 | McKie, Ray<br><br>Contributor address;    City;  State;  Zip Code<br>2803 Belton<br>Anahuac, TX 77514 | $50.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

Principal occupation / Job title (See Instructions)          Employer (See Instructions)

PASADENA010494

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070     (512)463-5800 TDD 1-800-735-2989

| POLITICAL EXPENDITURES | SCHEDULE F |
|---|---|

**EXPENDITURE CATEGORIES**

| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
|---|---|---|---|
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE # Schedule: 1/2 Report: 6/8 | 2 FILER NAME Citizens to Keep Pasadena Strong | 3 ACCOUNT # (TEC filers) 00111111 |
|---|---|---|

| 4 Date 04/06/2015 | 5 Payee name First Tradition |
|---|---|
| **6 Amount ($)** $4,000.00 | **7 Payee address    City;  State;  Zip Code** 8000 Research Forest Suite 115 PMB 251 The Woodlands, TX 77382 |

| 8 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) Advertising Expense | (b) Description (If travel outside of Texas, complete Schedule T) ☐ Phone calls supporting all three candidates in equal portions<br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

| Date 04/27/2015 | Payee name First Tradition |
|---|---|
| **Amount ($)** $4,000.00 | **Payee address    City;  State;  Zip Code** 8000 Research Forest Suite 115 PMB 251 The Woodlands, TX 77382 |

| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule) Advertising Expense | Description (If travel outside of Texas, complete Schedule T) ☐ Phone calls supporting all three candidates in equal portions<br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

| Date 04/22/2015 | Payee name Mailboxes Plus |
|---|---|
| **Amount ($)** $36.00 | **Payee address    City;  State;  Zip Code** 4808 Fairmont Pkwy Pasadena, TX 77505 |

| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule) Fees | Description (If travel outside of Texas, complete Schedule T) ☐ Committee mailbox rental<br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

| Date 03/31/2015 | Payee name Neumann & Company |
|---|---|
| **Amount ($)** $1,806.85 | **Payee address    City;  State;  Zip Code** 1002 Pauline Bellaire, TX 77401 |

| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule) Contributions/Donations Made By Candidate/Officeholder/Political Committee | Description (If travel outside of Texas, complete Schedule T) ☐ In kind: direct mail supporting Hebert<br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| Complete ONLY if direct expenditure | Candidate / Officeholder name | Office sought:          Office held: |

PASADENA010495

Texas Ethics Commission      P.O.Box 12070      Austin, Texas 78711-2070      (512)463-5800 TDD 1-800-735-2989

# POLITICAL EXPENDITURES

SCHEDULE **F**

### EXPENDITURE CATEGORIES

| | | | |
|---|---|---|---|
| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE #<br>Schedule: 2/2  Report: 7/8 | 2 FILER NAME<br>Citizens to Keep Pasadena Strong | 3 ACCOUNT #  (TEC filers)<br>00111111 |
|---|---|---|

| 4 Date<br>04/06/2015 | 5 Payee name<br>Neumann & Company |
|---|---|
| 6 Amount ($)<br>$2,906.42 | 7 Payee address      City;  State;  Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 |

| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | (b) Description      (If travel outside of Texas, complete Schedule T) ☐<br>In kind: direct mail supporting Hebert<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| 9 Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

| Date<br>04/28/2015 | Payee name<br>Neumann & Company |
|---|---|
| Amount ($)<br>$3,022.40 | Payee address      City;  State;  Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 |

| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description      (If travel outside of Texas, complete Schedule T) ☐<br>In kind: direct mail supporting Carmona<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

| Date<br>04/28/2015 | Payee name<br>Neumann & Company |
|---|---|
| Amount ($)<br>$3,183.87 | Payee address      City;  State;  Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 |

| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description      (If travel outside of Texas, complete Schedule T) ☐<br>In kind: direct mail supporting Bass<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

| Date<br>04/28/2015 | Payee name<br>Neumann & Company |
|---|---|
| Amount ($)<br>$12,113.11 | Payee address      City;  State;  Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 |

| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description      (If travel outside of Texas, complete Schedule T) ☐<br>In-kind: direct mail supporting Hebert<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| Complete ONLY if<br>direct expenditure | Candidate / Officeholder name | Office sought:          Office held: |

PASADENA010496

Texas Ethics Commission       P.O.Box 12070      Austin, Texas 78711-2070            (512)463-5800 TDD 1-800-735-2989

## NON-POLITICAL EXPENDITURES
## MADE FROM POLITICAL CONTRIBUTIONS

**SCHEDULE   I**

### The Instruction Guide explains how to complete this form.

| **1  PAGE #**<br>Schedule: 1/2  Report: 8/8 | **2  FILER NAME**<br>Citizens to Keep Pasadena Strong | **3  ACCOUNT #   (TEC filers)**<br>00111111 |
|---|---|---|

| **4  Date**<br>04/06/2015 | **5  Payee name**<br>Najvar Law Firm | |
|---|---|---|
| **6  Amount ($)**<br>$1,000.00 | **7  Payee address**        City;   State;   Zip Code<br>4151 Southwest Freeway<br>Ste 625<br>Houston, TX 77027 | |
| **8**<br>**PURPOSE**<br>**OF**<br>**EXPENDITURE** | **(a) Category** (See Categories listed at the top of this schedule)<br>Legal Services | **(b) Description** (See instructions regarding type of information required.)<br>Campaign finance compliance and reporting |

| **Date**<br>04/24/2015 | **Payee name**<br>Najvar Law Firm | |
|---|---|---|
| **Amount ($)**<br>$200.00 | **Payee address**        City;   State;   Zip Code<br>4151 Southwest Freeway<br>Ste 625<br>Houston, TX 77027 | |
| **PURPOSE**<br>**OF**<br>**EXPENDITURE** | **Category** (See Categories listed at the top of this schedule)<br>Legal Services | **Description** (See instructions regarding type of information required.)<br>Campaign finance compliance and reporting |

PASADENA010497

## Verification by unsworn declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report is true and correct.

Executed in Harris County, Texas, on ___May 1_____, 2015.

DECLARANT

PASADENA010498

Texas Ethics Commission    P.O.Box 12070    Austin, Texas 78711-2070    (512)463-5800    TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

**FORM SPAC**
**COVER SHEET PG 1**

| The SPAC INSTRUCTION GUIDE explains how to complete this form. | 1 ACCOUNT # (Ethics Commission filers) 00111111 | 2 PAGE # 1 of 7 |
|---|---|---|

**3 COMMITTEE NAME**
Citizens to Keep Pasadena Strong

**OFFICE USE ONLY**

Date Received

2015 APR -1 PM 4: CITY SECRETARY

| 4 COMMITTEE ADDRESS | ADDRESS / PO BOX; | APT / SUITE #; | CITY; | STATE; | ZIP CODE |
|---|---|---|---|---|---|
| ☐ Change of Address | 4808 Fairmont Pkwy PMB 193 Pasadena, TX 77505 | | | | |

Date Hand-delivered or Date Postmarked

| 5 CAMPAIGN TREASURER NAME | MS / MRS / MR | FIRST Jerad | | MI |
|---|---|---|---|---|
| | NICKNAME | LAST Najvar | | SUFFIX |

Receipt #    Amount

Date Processed

Date Imaged

| 6 CAMPAIGN TREASURER'S STREET ADDRESS (Residence or business) | STREET ADDRESS (NO PO BOX PLEASE); | APT/SUITE #; | CITY; | STATE; | ZIP CODE |
|---|---|---|---|---|---|
| | 4151 Southwest Fwy Suite 625 Houston, TX 77027 | | | | |

| 7 CAMPAIGN TREASURER'S MAILING ADDRESS | STREET OR PO BOX; | APT / SUITE #; | CITY; | STATE; | ZIP CODE |
|---|---|---|---|---|---|
| ☐ Change of Address | 4151 Southwest Fwy Suite 625 Houston, TX 77027 | | | | |

| 8 CAMPAIGN TREASURER PHONE | AREA CODE | PHONE NUMBER | EXTENSION |
|---|---|---|---|
| | (281) 404-4696 | | |

| 9 REPORT TYPE | ☐ January 15 ☐ July 15 | ☒ 30th day before election ☐ 8th day before election ☐ Runoff | ☐ Exceeded $500 limit ☐ Dissolution (attach PAC-DR) ☐ 10th day after campaign treasurer termination |
|---|---|---|---|

| 10 PERIOD COVERED | Month Day Year 02/25/2015 | THROUGH | Month Day Year 03/30/2015 |
|---|---|---|---|

| 11 ELECTION | ELECTION DATE Month Day Year 05/09/2015 | ELECTION TYPE ☐ Primary ☐ Runoff ☒ General ☐ Special |
|---|---|---|

**GO TO PAGE 2**

Electronic Filing Version 3.4.6

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070     (512)463-5800     TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE & TOTALS

**FORM SPAC**
**COVER SHEET PG 2**

| 12 COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| 13 COMMITTEE PURPOSE | ☒ CANDIDATE | CANDIDATE / OFFICEHOLDER NAME |
|---|---|---|
| (Attach lists on plain paper to complete this report if necessary.) | | Emilio Carmona |
| | ☐ OFFICEHOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) |
| | | Pasadena City Council Dist A |
| ☒ SUPPORT (Candidate or Measure) | | BALLOT IDENTIFICATION / #     ELECTION DATE   Month  Day  Year |
| ☐ OPPOSE (Candidate or Measure) | | |
| ☐ ASSIST (Officeholder only) | ☐ MEASURE | DESCRIPTION |

| 14 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 35,000.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0.00 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ | 21,302.56 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 24,422.39 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**15 AFFIDAVIT**

See attached declaration

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_signature_ 4-9-15

Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the _____ day

of _____, 20_____ , to certify which, witness my hand and seal of office.

| Signature of officer administering oath | Print name of officer administering oath | Title of officer administering oath |
|---|---|---|

Electronic Filing Version 3.4.8

PASADENA010501

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070     (512) 463-5800     TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE

**FORM SPAC**
**ADDENDUM**

Page 3 of 7

| COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

---

**COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholder only)

[X] **CANDIDATE**

[ ] **OFFICE HOLDER**

[ ] **MEASURE**

CANDIDATE / OFFICE HOLDER NAME
J.E. Bear Hebert

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council Dist D

BALLOT IDENTIFICATION / #

ELECTION DATE
Month    Day    Year

DESCRIPTION

---

**COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholder only)

[X] **CANDIDATE**

[ ] **OFFICE HOLDER**

[ ] **MEASURE**

CANDIDATE / OFFICE HOLDER NAME
Cary Bass

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council Dist E

BALLOT IDENTIFICATION / #

ELECTION DATE
Month    Day    Year

DESCRIPTION

---

Electronic Filing Version 3.4.8

PASADENA010502

Texas Ethics Commission        P.O.Box 12070        Austin, Texas 78711-2070    (512)463-5800        TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
# OTHER THAN PLEDGES OR LOANS

### SCHEDULE  A

| The InsTRuction Guide explains how to complete this form. | | **1 PAGE #** Schedule: 1/1  Report: 4/7 | |
|---|---|---|---|
| **2 FILER NAME**   Citizens to Keep Pasadena Strong | | **3 ACCOUNT #**   (Ethics Commission filers) 00111111 | |

| **4 Date** | **5 Full name of contributor**   ☐ out-of-state PAC (ID#_____) Johnny Isbell Campaign Account | **7 Amount of contribution ($)** | **8 In-kind contribution description (if applicable)** |
|---|---|---|---|
| 03/11/2015 | **6 Contributor address;**    City;  State;  Zip Code PO Box 177 Pasadena, TX 77501 | $35,000.00 | |
| | | (If travel outside of Texas, complete Schedule T)  ☐ | |

| **9 Principal occupation / Job title (See Instructions)** | **10 Employer (See Instructions)** |
|---|---|
| | |

Electronic Filing Version 3.4.6

PASADENA010503

Texas Ethics Commission      P.O.Box 12070      Austin, Texas 78711-2070      (512)463-5800 TDD 1-800-735-2989

# POLITICAL EXPENDITURES

SCHEDULE **F**

## EXPENDITURE CATEGORIES

| | | |
|---|---|---|
| Advertising Expense | Gifts/Awards/Memorial Expense | Loan Repayment/Reimbursement |
| Accounting/Banking | Legal Services | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Solicitation/Fundraising Expense | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel In District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE #                          | 2 FILER NAME                     | 3 ACCOUNT #   (TEC filers) |
|-----------------------------------|----------------------------------|----------------------------|
| Schedule: 1/2 Report: 5/7         | Citizens to Keep Pasadena Strong | 00111111                   |

| 4 Date | 5 Payee name |
|---|---|
| 03/23/2015 | First Tradition |

| 6 Amount ($) | 7 Payee address          City;   State;   Zip Code |
|---|---|
| $3,500.00 | 8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands, TX 77382 |

| 8 **PURPOSE OF EXPENDITURE** | (a) Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | (b) Description   (If travel outside of Texas, complete Schedule T) ☐<br>In kind grassroots developement and GOTV to Cary Bass<br><br>☐ Check if Austin, TX, officeholder living expense |

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 03/23/2015 | First Tradition |

| Amount ($) | Payee address          City;   State;   Zip Code |
|---|---|
| $3,500.00 | 8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands, TX 77382 |

| **PURPOSE OF EXPENDITURE** | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description   (If travel outside of Texas, complete Schedule T) ☐<br>In kind grassroots developemnt and GOTV to J.E. Hebert<br><br>☐ Check if Austin, TX, officeholder living expense |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 03/23/2015 | First Tradition |

| Amount ($) | Payee address          City;   State;   Zip Code |
|---|---|
| $3,500.00 | 8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands, TX 77382 |

| **PURPOSE OF EXPENDITURE** | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description   (If travel outside of Texas, complete Schedule T) ☐<br>In-kind Grassroots development and GOTV to Emilio Carmona<br><br>☐ Check if Austin, TX, officeholder living expense |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 03/20/2015 | Neumann & Company |

| Amount ($) | Payee address          City;   State;   Zip Code |
|---|---|
| $3,653.85 | 1002 Pauline<br>Bellaire, TX 77401 |

| **PURPOSE OF EXPENDITURE** | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description   (If travel outside of Texas, complete Schedule T) ☐<br>In kind campaign direct mail to Cary Bass<br><br>☐ Check if Austin, TX, officeholder living expense |

| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

Electronic Filing Version 3.4.6

PASADENA010504

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070      (512)463-5800 TDD 1-800-735-2989

# POLITICAL EXPENDITURES

**SCHEDULE F**

## EXPENDITURE CATEGORIES

| | | | |
|---|---|---|---|
| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE # | 2 FILER NAME | 3 ACCOUNT # (TEC filers) |
|---|---|---|
| Schedule: 2/2 Report: 6/7 | Citizens to Keep Pasadena Strong | 00111111 |

| 4 Date | 5 Payee name |
|---|---|
| 03/20/2015 | Neumann & Company |

| 6 Amount ($) | 7 Payee address    City; State; Zip Code |
|---|---|
| $3,611.46 | 1002 Pauline<br>Bellaire, TX 77401 |

| 8 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | (b) Description (If travel outside of Texas, complete Schedule T) ☐<br>In kind campaign direct mail to J.E. Hebert<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 03/20/2015 | Neumann & Company |

| Amount ($) | Payee address    City; State; Zip Code |
|---|---|
| $3,537.25 | 1002 Pauline<br>Bellaire, TX 77401 |

| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description (If travel outside of Texas, complete Schedule T) ☐<br>In kind campaign direct mail to Emilio Carmona<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

Electronic Filing Version 3.4.6

PASADENA010505

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070      (512)463-5800 TDD 1-800-735-2989

| **NON-POLITICAL EXPENDITURES**<br>**MADE FROM POLITICAL CONTRIBUTIONS** | **SCHEDULE I** |
|---|---|

### The Instruction Guide explains how to complete this form.

| 1 PAGE #<br>Schedule: 1/2 Report: 7/7 | 2 FILER NAME<br>Citizens to Keep Pasadena Strong | 3 ACCOUNT # (TEC filers)<br>00111111 |
|---|---|---|

| 4 Date<br>03/16/2015 | 5 Payee name<br>Independent Bank |
|---|---|

| 6 Amount ($)<br>$77.61 | 7 Payee address     City; State; Zip Code<br>3090 Craig Dr<br>McKinney, TX 75070 |
|---|---|

| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Accounting/Banking | (b) Description (See instructions regarding type of information required.)<br>checks |
|---|---|---|

Electronic Filing Version 3.4.6

PASADENA010506

**Verification by unsworn declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001**

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report is true and correct.

Executed in Harris County, Texas, on _____April   9_____, 2015.

_____
DECLARANT

Texas Ethics Commission          P.O. Box 12070          Austin, Texas 78711-2070          (512) 463-5800          (TDD 1-800-735-2989)

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

**FORM SPAC**
**COVER SHEET PG 1**

| The SPAC Instruction Guide explains how to complete this form. | **1** ACCOUNT # (Ethics Commission Filers) | **2** Total pages filed: |
|---|---|---|

**3   COMMITTEE NAME**

Citizens to Keep Pasadena Strong

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td colspan="2">Date Received<br>Jan 15, 2014<br>4:44 P.M.</td></tr>
<tr><td colspan="2">Date Hand-delivered or Postmarked</td></tr>
<tr><td>Receipt #</td><td>Amount</td></tr>
<tr><td colspan="2">Date Processed</td></tr>
<tr><td colspan="2">Date Imaged</td></tr>
</table>

**4   COMMITTEE ADDRESS**

☐ change of address

ADDRESS / PO BOX,   APT / SUITE #:   CITY:   STATE:   ZIP CODE

4808 Fairmont Pkwy
#105
Pasadena, TX 77505

**5   CAMPAIGN TREASURER NAME**

MS / MRS / MR          FIRST                              MI

Jerad Najvar

NICKNAME          LAST                              SUFFIX

**6   CAMPAIGN TREASURER'S STREET ADDRESS** (residence or business)

STREET ADDRESS (NO PO BOX PLEASE):   APT / SUITE #:   CITY:   STATE:   ZIP CODE

One Greenway Plaza, Ste. 100
Houston, TX 77046

**7   CAMPAIGN TREASURER'S MAILING ADDRESS**

☐ change of address

STREET OR PO BOX:          APT / SUITE #:   CITY:   STATE:   ZIP CODE

Same

**8   CAMPAIGN TREASURER PHONE**

AREA CODE          PHONE NUMBER          EXTENSION

(281) 404-4696

**9   REPORT TYPE**

☒ January 15
☐ July 15
☐ 30th day before election
☐ 8th day before election
☐ Runoff
☐ Exceeded $500 limit
☐ Dissolution (attach PAC-DR)
☐ 10th day after campaign treasurer termination

**10   PERIOD COVERED**

Month   Day   Year

07 / 01 / 13          THROUGH          12 / 31 / 13

Month   Day   Year

**11   ELECTION**

ELECTION DATE
Month   Day   Year
/   /

ELECTION TYPE
☐ Primary   ☐ Runoff   ☐ General   ☐ Special

**GO TO PAGE 2**

Revised 04/19/2013

PASADENA010513

Texas Ethics Commission   P.O. Box 12070   Austin, Texas 78711-2070   (512) 463-5800   (TDD 1-800-735-2989)

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE AND TOTALS

**FORM SPAC**
**COVER SHEET PG 2**

**12 COMMITTEE NAME**
Citizens to Keep Pasadena Strong

ACCOUNT # (Ethics Commission Filers)

**13 COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] CANDIDATE

[ ] SUPPORT
(Candidate or Measure)

[ ] OFFICEHOLDER

[X] OPPOSE
(Candidate or Measure)

[ ] ASSIST
(Officeholder)

[ ] MEASURE

CANDIDATE / OFFICEHOLDER NAME
Don Harrison

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council Dist. C

BALLOT IDENTIFICATION / #          ELECTION DATE
                                  Month   Day   Year
                                    /    /

DESCRIPTION

**14 CONTRIBUTION TOTALS**

| | | | |
|---|---|---|---|
| 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0 |
| 2. | **TOTAL POLITICAL CONTRIBUTIONS** (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 0 |

**EXPENDITURE TOTALS**

| | | | |
|---|---|---|---|
| 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0 |
| 4. | **TOTAL POLITICAL EXPENDITURES** | $ | 0 |

**CONTRIBUTION BALANCE**

| | | | |
|---|---|---|---|
| 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0 |

**OUTSTANDING LOAN TOTALS**

| | | | |
|---|---|---|---|
| 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0 |

**15 AFFIDAVIT** ~~My name is Jerod Naylor,~~
~~my~~ See attached declaration.

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_____
Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the
_____ day of _____, 20 _____, to certify which, witness my hand and seal of office.

_____          _____          _____
Signature of officer administering oath    Printed name of officer administering oath    Title of officer administering oath

Revised 04/19/2013

PASADENA010514

Texas Ethics Commission     P.O. Box 12070     Austin, Texas  78711-2070     (512) 463-5800     1-800-325-8506

## INTEREST EARNED, OTHER CREDITS/GAINS/ REFUNDS, AND PURCHASE OF INVESTMENTS

**SCHEDULE K**

| The Instruction Guide explains how to complete this form. | **1**  Total pages Schedule K: |
|---|---|

| **2**  FILER NAME | **3**  ACCOUNT #  (Ethics Commission Filers) |
|---|---|

| **4**  Date | **5**  Name of person from whom amount is received | **8**  Amount ($) |
|---|---|---|
| 7/1/13 | Bank of Houston | 15.00 |
| | **6**  Address of person from whom amount is received; City; State; Zip Code | |
| | 4120 Bellaire Blvd, Houston TX 77025 | |
| | **7**  Purpose for which amount is received | |
| | refund of bank fee | |

| Date | Name of person from whom amount is received | Amount ($) |
|---|---|---|
| | | |
| | Address of person from whom amount is received; City; State; Zip Code | |
| | Purpose for which amount is received | |

| Date | Name of person from whom amount is received | Amount ($) |
|---|---|---|
| | | |
| | Address of person from whom amount is received; City; State; Zip Code | |
| | Purpose for which amount is received | |

| Date | Name of person from whom amount is received | Amount ($) |
|---|---|---|
| | | |
| | Address of person from whom amount is received; City; State; Zip Code | |
| | Purpose for which amount is received | |

### ATTACH ADDITIONAL COPIES OF THIS SCHEDULE AS NEEDED

Revised 09/28/2011

PASADENA010515

## Declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001

My name is _Jerad Najvar_ , my date of birth is _10/6/1980_, my address is
_One Greenway Plaza, Ste. 100, Houston TX 77046_

I declare under penalty of perjury that the accompanying campaign finance report is true and correct.

Executed in Hidalgo County, Texas, on January _15_, 2014.

DECLARANT

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512)463-5800    TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE CAMPAIGN FINANCE REPORT

**FORM SPAC**
**COVER SHEET PG 1**

| The SPAC INSTRUCTION GUIDE explains how to complete this form. | 1 ACCOUNT # (Ethics Commission filers) 00111111 | 2 PAGE # 1 of 3 |
|---|---|---|

**3 COMMITTEE NAME**
Citizens to Keep Pasadena Strong

**OFFICE USE ONLY**

Date Received

**4 COMMITTEE ADDRESS**

☐ Change of Address

ADDRESS / PO BOX;    APT / SUITE #;    CITY;    STATE;    ZIP CODE

4808 Fairmont Parkway
#105
Pasadena, TX 77505

Date Hand-delivered or Date Postmarked

**5 CAMPAIGN TREASURER NAME**

MS / MRS / MR    FIRST
Jerad    MI

NICKNAME    LAST
Najvar    SUFFIX

Receipt #    Amount

Date Processed

Date Imaged

**6 CAMPAIGN TREASURER'S STREET ADDRESS**
(Residence or business)

STREET ADDRESS (NO PO BOX PLEASE);    APT/SUITE #;    CITY;    STATE;    ZIP CODE

One Greenway Plaza
Suite 100
Houston, TX 77046

**7 CAMPAIGN TREASURER'S MAILING ADDRESS**

☐ Change of Address

STREET OR PO BOX;    APT / SUITE #;    CITY;    STATE;    ZIP CODE

One Greenway Plaza
Suite 100
Houston, TX 77046

**8 CAMPAIGN TREASURER PHONE**

AREA CODE    PHONE NUMBER    EXTENSION

(281) 404-4696

**9 REPORT TYPE**

☐ January 15
☒ July 15

☐ 30th day before election
☐ 8th day before election
☐ Runoff

☐ Exceeded $500 limit
☐ Dissolution (attach PAC-DR)
☐ 10th day after campaign treasurer termination

**10 PERIOD COVERED**

Month    Day    Year

05/02/2013    THROUGH

Month    Day    Year

06/30/2013

**11 ELECTION**

ELECTION DATE
Month    Day    Year

ELECTION TYPE

☐ Primary    ☐ Runoff    ☐ General    ☐ Special

**GO TO PAGE 2**

Electronic Filing Version 3.4.5

PASADENA010519

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070          (512)463-5800    TDD 1-800-735-2989

## SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE & TOTALS

**FORM SPAC**
**COVER SHEET PG 2**

| 12 COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| 13 COMMITTEE PURPOSE (Attach lists on plain paper to complete this report if necessary.) | ☐ CANDIDATE | CANDIDATE / OFFICEHOLDER NAME |
| | ☐ OFFICEHOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) |
| ☐ SUPPORT (Candidate or Measure) ☐ OPPOSE (Candidate or Measure) ☐ ASSIST (Officeholder only) | ☑ MEASURE | BALLOT IDENTIFICATION / #     ELECTION DATE Month Day Year |
| | | DESCRIPTION |

### 14 CONTRIBUTION TOTALS

| | | | |
|---|---|---|---|
| 14 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ 0.00 |
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ 0.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ 0.00 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ 15.00 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ 0.00 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ 0.00 |

### 15 AFFIDAVIT

IRENE SPRADLIN NOTARY PUBLIC STATE OF TEXAS MY COMM. EXP. 11/30/15

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said Jerad Najvar , this the 15th day of July , 20 13 , to certify which, witness my hand and seal of office.

Signature of officer administering oath | Print name of officer administering oath Irene Spradlin | Title of officer administering oath Notary TX

Electronic Filing Version 3.4.5

Texas Ethics Commission      P.O.Box 12070      Austin, Texas 78711-2070                    (512)463-5800 TDD 1-800-735-2989

| **POLITICAL EXPENDITURES** | **SCHEDULE F** |
|---|---|

**EXPENDITURE CATEGORIES**

| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
|---|---|---|---|
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1  PAGE #  Schedule: 1/1  Report: 3/3 | 2  FILER NAME   Citizens to Keep Pasadena Strong | 3  ACCOUNT #   (TEC filers)  00111111 |
|---|---|---|

| 4  Date   06/28/2013 | 5  Payee name   Bank of Houston |
|---|---|

| 6  Amount ($)   $15.00 | 7  Payee address          City;   State;   Zip Code   PO Box 572257   Houston, TX 77257 |
|---|---|

| 8  **PURPOSE OF EXPENDITURE** | (a) Category (See Categories listed at the top of this schedule)   Accounting/Banking | (b) Description   Bank fee | (If travel outside of Texas, complete Schedule T) ☐ |
|---|---|---|---|

| 9  Complete **ONLY** if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

Electronic Filing Version 3.4.5

PASADENA010521

Texas Ethics Commission          P.O.Box  12070          Austin,  Texas 78711-2070          (512)463-5800          TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

**FORM  SPAC**
**COVER SHEET PG 1**

| | |
|---|---|
| The SPAC **INSTRUCTION GUIDE** explains how to complete this form. | **1 ACCOUNT #** (Ethics Commission filers) 00111111 |

**2  PAGE #**
1 of 5

**3  COMMITTEE NAME**
Citizens to Keep Pasadena Strong

**OFFICE USE ONLY**

Date Received

**4  COMMITTEE ADDRESS**

☐ Change of Address

ADDRESS / PO BOX;     APT / SUITE #;     CITY;     STATE;     ZIP CODE

4808 Fairmont Parkway
#105
Pasadena, TX 77505

Date Hand-delivered or Date Postmarked

**5  CAMPAIGN TREASURER NAME**

MS / MRS / MR          FIRST          MI
Jerad

NICKNAME          LAST          SUFFIX
Najvar

Receipt #          Amount

Date Processed

Date Imaged

**6  CAMPAIGN TREASURER'S STREET ADDRESS** (Residence or business)

STREET ADDRESS (NO PO BOX PLEASE);     APT/SUITE #;     CITY;     STATE;     ZIP CODE

One Greenway Plaza
Suite 100
Houston, TX 77046

**7  CAMPAIGN TREASURER'S MAILING ADDRESS**

☐ Change of Address

STREET OR PO BOX;          APT / SUITE #;     CITY;     STATE;     ZIP CODE

One Greenway Plaza
Suite 100
Houston, TX 77046

**8  CAMPAIGN TREASURER PHONE**

AREA CODE          PHONE NUMBER          EXTENSION

(281) 404-4696

**9  REPORT TYPE**

☐ January 15
☐ July 15

☐ 30th day before election
☒ 8th day before election
☐ Runoff

☐ Exceeded $500 limit
☐ Dissolution (attach PAC-DR)
☐ 10th day after campaign treasurer termination

**10 PERIOD COVERED**

Month     Day     Year
03/25/2013          THROUGH

Month     Day     Year
05/01/2013

**11 ELECTION**

ELECTION DATE
Month     Day     Year
05/11/2013

ELECTION TYPE
☐ Primary     ☐ Runoff     ☒ General     ☐ Special

**GO TO PAGE 2**

Electronic Filing Version 3.4.5

PASADENA010525

Texas Ethics Commission          P.O. Box 12070          Austin, Texas 78711-2070          (512)463-5800    TDD 1-800-735-2989

| SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE & TOTALS | FORM SPAC COVER SHEET PG 2 |
|---|---|

| 12 COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| 13 COMMITTEE PURPOSE (Attach lists on plain paper to complete this report if necessary.) | [X] CANDIDATE | CANDIDATE / OFFICEHOLDER NAME DON HARRISON |
|---|---|---|
| | [ ] OFFICEHOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) PASADENA CITY COUNCIL DIST C |
| [ ] SUPPORT (Candidate or Measure) [X] OPPOSE (Candidate or Measure) [ ] ASSIST (Officeholder only) | [ ] MEASURE | BALLOT IDENTIFICATION / #                  ELECTION DATE                                Month  Day  Year |
| | | DESCRIPTION |

| 14 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | **TOTAL POLITICAL CONTRIBUTIONS** (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 23,000.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0.00 |
| | 4. | **TOTAL POLITICAL EXPENDITURES** | $ | 30,500.00 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**15 AFFIDAVIT**

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

IRENE SPRADLIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP 11/30/16

_____
Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said  Jerad Najar  , this the  3rd  day

of  May , 20 13 .to certify which, witness my hand and seal of office.

_____          Irene Spradlin          Notary TX
Signature of officer administering oath          Print name of officer administering oath          Title of officer administering oath

Electronic Filing Version 3.4.5

PASADENA010526

Texas Ethics Commission    P.O.Box 12070    Austin, Texas 78711-2070    (512)463-5800    TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
# OTHER THAN PLEDGES OR LOANS

**SCHEDULE A**

| | |
|---|---|
| The INSTRUCTION GUIDE explains how to complete this form. | **1** PAGE #<br>Schedule: 1/1 Report: 3/5 |
| **2** FILER NAME   Citizens to Keep Pasadena Strong | **3** ACCOUNT #   (Ethics Commission filers)<br>00111111 |

| 4 Date | 5 Full name of contributor ☐ out-of-state PAC (ID#_____) | 7 Amount of | 8 In-kind contribution |
|---|---|---|---|
| | Johnny Isbell Campaign Account | contribution ($) | description (if applicable) |
| 04/06/2013 | 6 Contributor address;  City; State; Zip Code<br>PO Box 177<br>Pasadena, TX 77501 | $23,000.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

| 9 Principal occupation / Job title (See Instructions) | 10 Employer (See Instructions) |
|---|---|
| | |

Electronic Filing Version 3.4.5

PASADENA010527

Texas Ethics Commission       P.O.Box 12070       Austin, Texas 78711-2070   (512)463-5800       TDD 1-800-735-2989

## PLEDGED CONTRIBUTIONS

**SCHEDULE B**

| | |
|---|---|
| The Instruction Guide explains how to complete this form. | **1** PAGE # <br> Schedule: 1/1  Report: 4/5 |

| | |
|---|---|
| **2**  FILER NAME    Citizens to Keep Pasadena Strong | **3** ACCOUNT #   (Ethics Commission filers) <br> 00111111 |

**4**    TOTAL OF UNITEMIZED PLEDGES:    ⇨   ⇨   ⇨   ⇨   ⇨   ⇨    $

| **5** Date | **6** Full name of pledgor   ☐ out-of-state PAC (ID#_____) <br> Johnny Isbell Campaign Account | **8** Amount of pledge ($) | **9** In-kind description (if applicable) |
|---|---|---|---|
| 04/09/2013 | **7** Pledgor address;      City;   State;   Zip Code <br> PO Box 177 <br> Pasadena, TX 77501 | $7,500.00 | |

(If travel outside of Texas, complete Schedule T)  ☐

| **10** Principal occupation / Job title (See Instructions) | **11** Employer (See Instructions) |
|---|---|
| | |

PASADENA010528

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070     (512)463-5800 TDD 1-800-735-2989

## POLITICAL EXPENDITURES                                         SCHEDULE F

### EXPENDITURE CATEGORIES

| | | | |
|---|---|---|---|
| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE # | | 2 FILER NAME | 3 ACCOUNT # (TEC filers) |
|---|---|---|---|
| Schedule: 1/1 Report: 5/5 | | Citizens to Keep Pasadena Strong | 00111111 |

| 4 Date | 5 Payee name |
|---|---|
| 04/06/2013 | Najvar Law Firm |

| 6 Amount ($) | 7 Payee address          City;   State;   Zip Code |
|---|---|
| $3,000.00 | One Greenway Plaza<br>Suite 100<br>Houston, TX 77046 |

| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Legal Services | (b) Description     (If travel outside of Texas, complete Schedule T) ☐<br>Compliance |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

| Date | Payee name |
|---|---|
| 04/09/2013 | Neumann & Company |

| Amount ($) | Payee address          City;   State;   Zip Code |
|---|---|
| $27,500.00 | 1002 Pauline<br>Bellaire, TX 77401 |

| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Advertising Expense | Description     (If travel outside of Texas, complete Schedule T) ☐<br>Political advertising direct mail opposing Don Harrison for Council District C |
|---|---|---|

| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

Electronic Filing Version 3.4.5

PASADENA010529

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512) 463-5800    (TDD 1-800-735-2989)

## AMENDMENT: APPOINTMENT OF A CAMPAIGN TREASURER BY A SPECIFIC-PURPOSE COMMITTEE

**FORM ASTA**
**PG 1**

| See ASTA Instruction Guide for detailed instructions. | 1 Total pages filed: 2 | OFFICE USE ONLY |
|---|---|---|

**2 COMMITTEE NAME**
CITIZENS TO KEEP PASADENA STRONG

**3 ACCOUNT #**

Date Received

**4 COMMITTEE NAME** — NEW

**5 COMMITTEE ADDRESS** — NEW ADDRESS / PO BOX; APT / SUITE #; CITY; STATE; ZIP CODE
4808 FAIRMONT PARKWAY #105
PASADENA, TX 77505

Date Hand-delivered or Postmarked

Date Processed

**6 CAMPAIGN TREASURER NAME** — NEW MS / MRS / MR   FIRST   MI
NICKNAME   LAST   SUFFIX

Date Imaged

**7 CAMPAIGN TREASURER STREET ADDRESS (residence or business)** — NEW STREET ADDRESS (NO PO BOX PLEASE); APT / SUITE #; CITY; STATE; ZIP CODE

**8 CAMPAIGN TREASURER MAILING ADDRESS** ☐ same as above — NEW ADDRESS / PO BOX; APT / SUITE #; CITY; STATE; ZIP CODE

**9 CAMPAIGN TREASURER PHONE** — NEW AREA CODE PHONE NUMBER EXTENSION
( )

**10 PERSON APPOINTING TREASURER** — FIRST MI LAST SUFFIX
JERAD NAJVAR

**11 SIGNATURE**
I understand that I have been appointed as the campaign treasurer for this specific-purpose committee and that I am responsible for filing all required reports and that I may be subject to fines for failure to do so. I am aware of the restrictions in title 15 of the Election Code on contributions from corporations and labor organizations.

Signature of Campaign Treasurer

**12 ASSISTANT CAMPAIGN TREASURER (see instructions)** — NEW FIRST MI LAST SUFFIX

**13 ASSISTANT CAMPAIGN TREASURER ADDRESS** — NEW ADDRESS / PO BOX; APT / SUITE #; CITY; STATE; ZIP CODE

**14 ASSISTANT CAMPAIGN TREASURER PHONE** — NEW AREA CODE PHONE NUMBER EXTENSION
( )

GO TO PAGE 2

www.ethics.state.tx.us     ·     Revised 09/01/2006

PASADENA010532

Texas Ethics Commission        P.O. Box 12070        Austin, Texas 78711-2070        (512) 463-5800        (TDD 1-800-735-2989)

| AMENDMENT: SPECIFIC-PURPOSE COMMITTEE | FORM ASTA |
|---|---|
| PURPOSE AND MODIFIED REPORTING DECLARATION | PG 2 |

| 15   COMMITTEE NAME | 16   ACCOUNT# |
|---|---|
| Citizens to Keep Pasadena Strong | |

| 17   COMMITTEE PURPOSE | CANDIDATE / OFFICEHOLDER NAME |
|---|---|
| ☐ NEW   ☐ ADD | |
| ☐ SUPPORT CANDIDATE | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) |
| ☐ OPPOSE CANDIDATE | |
| ☐ ASSIST OFFICEHOLDER | |

| | BALLOT IDENTIFICATION OF MEASURE   / # | ELECTION DATE |
|---|---|---|
| ☐ NEW   ☐ ADD | | Month          Day          Year |
| ☐ SUPPORT MEASURE | | /          / |
| ☐ OPPOSE MEASURE | DESCRIPTION |

**18   MODIFIED REPORTING DECLARATION**

☐ NEW

### COMPLETE THIS SECTION ONLY IF YOU ARE CHOOSING MODIFIED REPORTING.

••This declaration must be filed no later than the 30th day before the first election to which the declaration applies. ••

••The modified reporting declaration is valid for one election cycle only. ••
(An election cycle includes a primary election, a general election, and any related runoffs.)

The committee does not intend to accept more than $500 in political contributions or make more than $500 in political expenditures (excluding filing fees) in connection with any future election within the election cycle.  The committee understands that if either one of those limits is exceeded, the committee's campaign treasurer  will be required to file pre-election reports and, if necessary, a runoff report.

_____          _____
Year of election(s) or election cycle to          Signature of Campaign Treasurer
which declaration applies

### ATTACH ADDITIONAL COPIES OF THIS FORM AS NEEDED

**This appointment is effective on the date it is filed with the appropriate filing authority.**

www.ethics.state.tx.us                                                                     Revised 09/01/2006

**PASADENA010533**