**CKPS' Motion to Quash Plaintiffs' Rule 45 Subpoena (Doc. 41)**

**Index to Exhibits**

A.  First Revised Subpoena (served Nov. 20, 2015)*

B.  Verification of Jeff Yates

C.  Supplemental Brief filed by third-party legislators in *Veasey v. Perry**

D.  Factual Appendix

E.  Second Revised Subpoena

F.  CKPS' Second Revised Responses and Objections

G.  Privilege Log

*Filed with the Motion to Quash on December 14, 2015.