# CKPS Motion to Quash - Exhibit G

**Exhibit G-1**          **Privilege log – documents Bates-labeled "CKPS"**


**Exhibit G-2**          **Privilege log – documents Bates-labeled "Yates"**

*Filed with the Motion to Quash on December 14, 2015.