| Patino v. City of Pasadena - Privilege Log by Citizens to Keep Pasadena Strong | | | | | |
|---|---|---|---|---|---|
| **PRIVILEGE LOG - Documents Bates-labeled "CKPS"** | | | | | |
| Date | Bates | Sender | Recipient(s) | Description | Privilege |
| 3/23/2015 | CKPS 83 | First Tradition | CKPS | Invoice for Grassroots Development and GOTV | 1st Amd |
| 3/20/2015 | CKPS 84 | Neumann & Co. | CKPS | Invoice for Carmona, Herbert, Bass ballots and list reimbursement | 1st Amd |
| 3/31/2015 | CKPS 85 | Neumann & Co. | CKPS | Invoice for Anti-Wheeler campaign | 1st Amd |
| 4/6/2015 | CKPS 86 | Neumann & Co. | CKPS | Invoice for District D mailers | 1st Amd |
| 4/28/2015 | CKPS 87 | Neumann & Co. | CKPS | Invoice for Wheeler, Herbert, Bass and Carmona mailers and list reimbursement | 1st Amd |
| 4/6/2015 | CKPS 88 | First Tradition | CKPS | Invoice for calls | 1st Amd |
| 4/27/2015 | CKPS 89 | First Tradition | CKPS | Invoice for tele-marketing | 1st Amd |
| 4/30/2015 | CKPS 90 | First Tradition | CKPS | Invoice for tele-marketing | 1st Amd |
| 5/31/2015 | CKPS 91 | Neumann & Co. | CKPS | Invoice for Carmona, Herbert, Anti-Wheeler, Carmona, and Anti-Democrat mailers | 1st Amd |
| 4/7/2013 | CKPS 92-102 | Spencer Neumann | Jeff Yates; Jerad Najvar | Email attaching Harrison ads. | 1st Amd; Atty-Client |
| 4/7/2013 | CKPS 103 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email regarding election code disclaimer requirements on political ads | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 104-112 | Spencer Neumann | Jeff Yates; Jerad Najvar | Email regarding needing approval for Harrison ads. | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 113 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email response to above approving Harrison ads. | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 114 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email regarding legal compliance of Harrison ads | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 115-116 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email regarding legal compliance of Harrison ads | 1st Amd; Atty-Client |
| 4/9/2013 | CKPS 117-125 | Spencer Neumann | Jeff Yates; Jerad Najvar | Email attaching four revised Harrison ads and requesting legal review | 1st Amd; Atty-Client |
| 4/9/2013 | CKPS 126 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email regarding factual statements in ads and legal compliance | 1st Amd; Atty-Client |
| 4/10/2013 | CKPS 127 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email requesting update regarding the above | 1st Amd; Atty-Client |
| 4/11/2013 | CKPS 128-136 | Spencer Neumann | Jeff Yates; Jerad Najvar | Email attaching four revised Harrison ads for approval. | 1st Amd; Atty-Client |
| 4/11/2013 | CKPS 137 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email approving Harrison ads. | 1st Amd; Atty-Client |
| 4/15/2013 | CKPS 138 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email regarding payment to Spencer for mail | 1st Amd |
| 4/24/2013 | CKPS 139-143 | Spencer Neumann | Jeff Yates; Jerad Najvar | Email requesting legal review of anti-Wheeler and Harrison ads | 1st Amd; Atty-Client |
| 4/25/2013 | CKPS 144-146 | Spencer Neumann | Jeff Yates; Jerad Najvar | Email attaching revised Wheeler mailer. | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 4/26/2013 | CKPS 147 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email regarding legal compliance of above | 1st Amd; Atty-Client |
| 4/26/2013 | CKPS 148 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email approving revised Wheeler mailer. | 1st Amd; Atty-Client |
| 5/3/2013 | CKPS 149 | Jerad Najvar | Spencer Neumann | Email regarding expenditure date for first mail sent. | 1st Amd; Atty-Client |
| 5/3/2013 | CKPS 150 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email attaching the 8 day report draft for CKPS | 1st Amd; Atty-Client |
| 5/6/2013 | CKPS 151 | Jerad Najvar | Jeff Yates; Spencer Neumann | Email attaching the 8 day report with the city secretary's stamp for CKPS | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 152-153 | Jeff Yates | Jerad Najvar; Spencer Neumann | Email regarding legal compliance regarding address on mailers | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 154-156 | Jeff Yates | Jerad Najvar; Spencer Neumann | Email regarding address on mailers | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 157-158 | Jeff Yates | Jerad Najvar; Spencer Neumann | Email regarding address on mailers | 1st Amd; Atty-Client |
| 4/8/2013 | CKPS 159-160 | Jeff Yates | Jerad Najvar; Spencer Neumann | Email chain discussing status of bank account, payments and plans for the PAC | 1st Amd |
| 4/9/2013 | CKPS 161-162 | Jeff Yates | Jerad Najvar; Spencer Neumann | Email regarding factual documentation for legal compliance of advertisements | 1st Amd; Atty-Client |
| 3/25/2013 | CKPS 163-165 | Spencer Neumann | Jeff Yates | Email attaching Harrison mailer draft | 1st Amd |
| 3/25/2013 | CKPS 166 | Jeff Yates | Spencer Neumann | Email regarding revisions to Harrison mailer draft | 1st Amd |
| 3/26/2013 | CKPS 167-169 | Spencer Neumann | Jeff Yates | Email attaching revised Harrison mailer | 1st Amd |
| 3/26/2013 | CKPS 170 | Jeff Yates | Spencer Neumann | Email regarding revisions to Harrison mailer draft | 1st Amd |
| 3/27/2013 | CKPS 171-173 | Spencer Neumann | Jeff Yates | Email attaching and discussing Harrison mailer | 1st Amd |
| 4/4/2013 | CKPS 174-176 | Spencer Neumann | Jeff Yates | Email attaching and discussing Harrison mailer | 1st Amd |
| 4/8/2013 | CKPS 177-179 | Spencer Neumann | Jeff Yates | Email attaching revised Harrison mailer and discussing strategy | 1st Amd |
| 4/8/2013 | CKPS 180 | Jeff Yates | Spencer Neumann | Email discussing Harrison mailer and return address | 1st Amd |
| 4/8/2013 | CKPS 181-182 | Jeff Yates | Jerad Najvar; Spencer Neumann | Email regarding return address for Harrison mailer | 1st Amd |
| 4/11/2013 | CKPS 183-193 | Spencer Neumann | Jeff Yates; Jerad Najvar | Email attaching and requesting approval for Harrison mailers | 1st Amd |
| 4/11/2013 | CKPS 194 | Jeff Yates | Spencer Neumann | Email requesting revisions to Harrison mailers | 1st Amd |
| 4/16/2013 | CKPS 195 | Jeff Yates | Spencer Neumann | Email regarding strategy | 1st Amd |
| 4/24/2013 | CKPS 196 | Spencer Neumann | Jeff Yates | Email regarding strategy | 1st Amd |
| 4/24/2013 | CKPS 197-199 | Spencer Neumann | Jeff Yates | Email attaching revised Harrison mailer | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 4/24/2013 | **CKPS 200** | Jeff Yates | Spencer Neumann | Email regarding removing name from mailing list | 1st Amd |
| 4/24/2013 | **CKPS 201-205** | Spencer Neumann | Jeff Yates; Jerad Najvar | Email attaching new anti-Wheeler and Harrison mailer drafts. | 1st Amd |
| 4/25/2013 | **CKPS 206-208** | Spencer Neumann | Jeff Yates; Jerad Najvar | Email attaching revised Wheeler mailer. | 1st Amd |
| 4/25/2013 | **CKPS 209** | Jeff Yates | Spencer Neumann | Email regarding revisions to Wheeler mailer | 1st Amd |
| 4/26/2013 | **CKPS 210-212** | Spencer Neumann | Jeff Yates | Email attaching revised Wheeler mailer. | 1st Amd |
| 4/27/2013 | **CKPS 213** | Jeff Yates | Spencer Neumann | Email regarding revisions to Wheeler mailer | 1st Amd |
| 4/29/2013 | **CKPS 214-216** | Spencer Neumann | Jeff Yates | Email attaching revised Wheeler mailer. | 1st Amd |
| 4/30/2013 | **CKPS 217** | Jeff Yates | Spencer Neumann | Email instructing Spencer to send out Wheeler mailer | 1st Amd |
| 4/8/2013 | **CKPS 221** | Jerad Najvar | Jeff Yates; Spencer Neumann | Email providing CKPS return address | 1st Amd |