Patino v. City of Pasadena*

*Note-Because of some overlap between the subpoenas issued to CKPS and CPC, some of the documents here are responsive to only one of the subpoenas, and some documents are responsive to both. The document ranges withheld in response to the CKPS subpoena are specifically identified in CKPS' Second Revised Responses and Objections (**Exhibit F** to the Mot. To Quash).

**PRIVILEGE LOG - Documents Bates-labeled "Yates"**

| Date | Bates | Sender | Recipient(s) | Description | Privilege |
|---|---|---|---|---|---|
| 9/30/2013 | **Yates 1-3** | Jeff Yates | Johnny Isbell | Email attaching first draft of CPC 1 Acorn | 1st Amd |
| 10/2/2013 | **Yates 4-6** | Jeff Yates | Johnny Isbell; Richard Scott | Email forwarding first draft of CPC 1 Acorn | 1st Amd |
| 10/2/2013 | **Yates 7-9** | Jeff Yates | Johnny Isbell; Richard Scott | Email attaching revised draft of above | 1st Amd |
| 10/7/2013 | **Yates 10-12** | Jeff Yates | Johnny Isbell | Email forwarding revised draft of CPC 1 Acorn | 1st Amd |
| 10/8/2013 | **Yates 13** | JJ Isbell | Jeff Yates; Johnny | Email response to above regarding advertising strategy. | 1st Amd |
| 10/9/2013 | **Yates 14** | Jeff Yates | JJ Isbell; Johnny Isbell | Email acknowledging receipt of above. | 1st Amd |
| 10/17/2013 | **Yates 15-17** | Jeff Yates | Johnny Isbell; Richard Scott; JJ Isbell | Email attaching draft of CPC 3 Pasadena Council. | 1st Amd |
| 10/17/2013 | **Yates 18** | JJ Isbell | Jeff Yates; Richard Scott; Johnny Isbell | Email responding to above. | 1st Amd |
| 10/17/2013 | **Yates 19** | Jeff Yates | JJ Isbell; Johnny Isbell; Richard Scott | Email thanking Johnny for his reply above. | 1st Amd |
| 10/17/2013 | **Yates 20-22** | Jeff Yates | Johnny Isbell; Richard Scott; JJ ISbell | Email attaching draft of CPC 2 Acorn | 1st Amd |
| 10/17/2013 | **Yates 23** | JJ Isbell | Jeff Yates; Johnny Isbell; Richard Scott | Email suggesting revisions to above. | 1st Amd |
| 10/17/2013 | **Yates 24-26** | Jeff Yates | Johnny Isbell | Email attaching revised draft of CPC 3 Pasadena Council | 1st Amd |
| 10/21/2013 | **Yates 27** | Jeff Yates | Johnny Isbell | Email regarding status and strategy for CPC 1 Acorn, CPC 3 Pasadena Council and CPC 2 Acorn | 1st Amd |
| 10/24/2013 | **Yates 28** | Jeff Yates | Johnny Isbell | Email that CPC 3 Pasadena Council mailing went out and discussing strategy for CPC 2 Acorn | 1st Amd |
| 10/24/2013 | **Yates 29-31** | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing strategy for CPC 2 Acorn and attaching draft of same | 1st Amd |
| 10/24/2013 | **Yates 32** | Jeff Yates | Johnny Isbell; JJ Isbell | Email regarding strategy for automated call | 1st Amd |
| 10/25/2013 | **Yates 33-37** | Jeff Yates | Johnny Isbell; JJ Isbell | Email regarding CPC 2 Acorn being printed and advertising strategy | 1st Amd |
| 10/28/2013 | **Yates 38-42** | Jeff Yates | Johnny Isbell; JJ Isbell | Email regarding status of advertising initiatives | 1st Amd |
| 10/28/2013 | **Yates 43** | JJ Isbell | Jeff Yates; Johnny Isbell | Email regarding mailing strategy | 1st Amd |
| 10/30/2013 | **Yates 44** | Jeff Yates | Johnny Isbell | Email attaching phone file | 1st Amd |
| 11/3/2013 | **Yates 45** | Jeff Yates | Johnny Isbell | Email containing phone script | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 11/7/2013 | **Yates 46-47** | Jeff Yates | Johnny Isbell | Email discussing and attaching invoice for work completed | 1st Amd |
| 11/10/2013 | **Yates 48-49** | Jeff Yates | Johnny Isbell | Email attaching revised invoice | 1st Amd |
| 3/9/2015 | **Yates 50-57** | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing strategy for and attaching Bass ballot by mail (BBM) mailer, Hebert BBM and Carmona BBM | 1st Amd |
| 3/9/2015 | **Yates 58-59** | JJ Isbell | Jeff Yates; Johnny Isbell | Email approving above | 1st Amd |
| 3/9/2015 | **Yates 60-61** | Jeff Yates | Johnny Isbell; JJ Isbell | Email thanking JJ for his response and asking Johnny for his approval | 1st Amd |
| 3/16/2015 | **Yates 62-64** | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing and attaching draft of Anti Wheeler mailer | 1st Amd |
| 3/16/2015 | **Yates 65** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding to above to discuss wording | 1st Amd |
| 3/16/2015 | **Yates 66** | Jeff Yates | Johnny Isbell; JJ Isbell | Email replying to above discussing wording for mailer | 1st Amd |
| 3/20/2015 | **Yates 67-69** | Jeff Yates | Johnny Isbell | Email attaching revised Anti Wheeler draft | 1st Amd |
| 3/21/2015 | **Yates 70** | Johnny Isbell | Jeff Yates | Email approving above | 1st Amd |
| 3/27/2015 | **Yates 71** | Johnny Isbell | Jeff Yates | Email attaching scan of draft letter from Johnny to residents | 1st Amd |
| 3/27/2015 | **Yates 72-75** | Jeff Yates | Walter Hudson, Lisa Rodriguez, Spencer Neumann | Email forwarding above and discussing how the letter should be mailed | 1st Amd |
| 3/31/2015 | **Yates 76-77** | Jeff Yates | Johnny Isbell | Email attaching bid for the city mailing | 1st Amd |
| 3/31/2015 | **Yates 78-80** | Jeff Yates | Johnny Isbell | Email attaching city letter | 1st Amd |
| 3/31/2015 | **Yates 81-83** | Jeff Yates | Johnny Isbell; JJ Isbell | Email attaching new Anti Wheeler draft | 1st Amd |
| 4/1/2015 | **Yates 84-86** | Jeff Yates | Johnny Isbell | Email attaching revised Anti Wheeler 2 mailer | 1st Amd |
| 4/2/2015 | **Yates 87-89** | Jeff Yates | Johnny Isbell; JJ Isbell | Email attaching revised Anti Wheeler 2 mailer | 1st Amd |
| 4/7/2015 | **Yates 90-92** | Johnny Isbell | Jeff Yates | Email attaching scan of mailer Wheeler mailed to voters | 1st Amd |
| 4/7/2015 | **Yates 93** | Jeff Yates | Johnny Isbell | Email acknowledging receipt of above. | 1st Amd |
| 4/7/2015 | **Yates 94** | Jeff Yates | Johnny Isbell | Email discussing mailer sent by Wheeler | 1st Amd |
| 4/8/2015 | **Yates 95-96** | Jeff Yates | Johnny Isbell | Email attaching invoice for Pasadena letter | 1st Amd |
| 4/13/2015 | **Yates 97-99** | Jeff Yates | Johnny Isbell; JJ Isbell | Email attaching new draft of Anti Wheeler 3 mailer | 1st Amd |
| 4/15/2015 | **Yates 100-102** | Jeff Yates | Johnny Isbell; JJ Isbell | Email attaching revised draft of Anti Wheeler 3 mailer | 1st Amd |
| 4/15/2015 | **Yates 103** | JJ Isbell | Jeff Yates; Johnny Isbell | Email approving above | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 4/15/2015 | Yates 104 | Jeff Yates | Johnny Isbell; JJ Isbell | Email acknowledging JJ's response and asking for Johnny's approval | 1st Amd |
| 4/16/2015 | Yates 105 | Jeff Yates | Johnny Isbell; JJ Isbell | Email asking Johnny if he has any edits to the Anti Wheeler 3 mailer sent yesterday | 1st Amd |
| 4/20/2015 | Yates 106-114 | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing and attaching the Bear Hebert, Anti-Wheeler, Emilio Carmona and Cary Bass mailers | 1st Amd |
| 4/25/2015 | Yates 115 | Jeff Yates | JJ Isbell; Steve Cote; Darrell Morrison | Email containing advertising schedule moving forward | 1st Amd |
| 4/26/2015 | Yates 116-120 | Jeff Yates | JJ Isbell; Steve Cote; Darrell Morrison | Email discussing status of advertising initiatives and attaching Darrell Morrison and Steve Cote post cards | 1st Amd |
| 4/26/2015 | Yates 121 | Jeff Yates | David Graves | Email forwarding schedule and Cote family pictures | 1st Amd |
| 4/25/2015 | Yates 121-122 | Jeff Yates | Steve Cote; Darrell Morrison | Email providing schedule moving forward for automated calls and mailpieces regarding Cote and Morrison | |
| 4/27/2015 | Yates 123-124 | Jeff Yates | Steve Cote; Johnny Isbell | Email attaching results and raw data of voter responses | 1st Amd |
| 4/27/2015 | Yates 125-127 | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing and attaching draft of Anti Wheeler 5 mailer | 1st Amd |
| 4/27/2015 | Yates 128 | JJ Isbell | Jeff Yates; Johnny Isbell | Email discussing revisions for Anti Wheeler 5 mailer | 1st Amd |
| 4/27/2015 | Yates 129 | Jeff Yates | Johnny Isbell; JJ Isbell | Email acknowledging JJ's response and asking if Johnny has any additional revisions | 1st Amd |
| 4/28/2015 | Yates 130-131 | Jeff Yates | Steve Cote; Johnny Isbell | Email providing update on projects and attaching invoice for Steve Cote work | 1st Amd |
| 4/29/2015 | Yates 132-133 | Jeff Yates | Johnny Isbell; Darrell Morrison | Email attaching results and raw data of voter responses | 1st Amd |
| 4/29/2015 | Yates 134-135 | Steve Cote | Jeff Yates; Johnny Isbell | Email stating phone number listed on postcard is incorrect. | 1st Amd |
| 4/30/2015 | Yates 136-137 | Jeff Yates | Steve Cote; Johnny Isbell | Email responding to Steve's message above about the postcard having the wrong phone number | 1st Amd |
| 4/30/2015 | Yates 138-139 | Jeff Yates | Johnny Isbell; Darrell Morrison | Email attaching invoice for Darrell Morrison | 1st Amd |
| 5/2/2015 | Yates 140 | Jeff Yates | Johnny Isbell; JJ Isbell | Email that Jeff will be sending mailers to be approved and discussing his availability | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 5/2/2015 | Yates 141-143 | Jeff Yates | Johnny Isbell; JJ Isbell | Email attaching draft Carmona Election Day mailer | 1st Amd |
| 5/2/2015 | Yates 144-146 | Jeff Yates | Johnny Isbell; JJ Isbell | Email attaching Carmona card with endorsement letter from Johnny and discussing budget | 1st Amd |
| 5/2/2015 | Yates 147-149 | Jeff Yates | Johnny Isbell; JJ Isbell | Email attaching draft Hebert Election Day mailer | 1st Amd |
| 5/2/2015 | Yates 150 | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing strategy of and attaching new draft Anti Wheeler mailer | 1st Amd |
| 5/2/2015 | Yates 151 | Jeff Yates | Johnny Isbell; JJ Isbell | Additional copy of above | 1st Amd |
| 5/3/2015 | Yates 152 | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing mailing schedule for four pieces to be sent next week; acknowledging JJ's approval of mailers and asking Johnny if he approves for printing | 1st Amd |
| 5/3/2015 | Yates 153-157 | Jeff Yates | Johnny Isbell | Email attaching revised Caromona Election Day and Anti Wheeler mailers and asking for approval to print | 1st Amd |
| 5/4/2015 | Yates 158 | Jeff Yates | Johnny Isbell | Email requesting payment for Carmona piece | 1st Amd |
| 5/5/2015 | Yates 159-161 | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing and attaching Anti Democrat mailer | 1st Amd |
| 5/5/2015 | Yates 162 | JJ Isbell | Jeff Yates; Johnny Isbell | Email approving above | 1st Amd |
| 5/5/2015 | Yates 163 | Jeff Yates | Johnny Isbell; JJ Isbell | Email thanking JJ for his approval and discussing getting Republicans out to vote | 1st Amd |
| 10/14/2015 | Yates 164 | Jeff Yates | Johnny Isbell | Email stating that he will create .zip files of items produced for campaign and CKPS and attaching Isabell2013.zip | 1st Amd |
| 10/14/2015 | Yates 165 | Jeff Yates | Johnny Isbell | Email attaching CKPS .zip file | 1st Amd |
| 10/14/2015 | Yates 166 | Jeff Yates | Johnny Isbell | Email attaching CKPS .zip file | 1st Amd |
| 2/2/2015 | Yates 167 | Jeff Yates | Fran Bass; Cary Bass | Email thanking Fran for Cary's bio, attaching a revised logo for review and requesting campaign photos | 1st Amd |
| 2/11/2015 | Yates 168-170 | Jeff Yates | Fran Bass; Cary Bass | Email thanking Fran for the bio and discussing color scheme | 1st Amd |
| 2/12/2015 | Yates 171-172 | Jeff Yates | Fran Bass; Cary Bass | Email attaching Bass logo choices | 1st Amd |
| 2/14/2015 | Yates 173 | Cary Bass | Jeff Yates | Email choosing logo and discussing color scheme | 1st Amd |
| 2/16/2015 | Yates 174-175 | Jeff Yates | Fran Bass; Cary Bass | Email providing revised Bass logo | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 2/16/2015 | Yates 176 | Cary Bass | Jeff Yates | Email approvign sign and discussing adding disclaimers and colors | 1st Amd |
| 2/16/2015 | Yates 177 | Jeff Yates | Cary Bass | Email regarding logo and pricing | 1st Amd |
| 2/16/2015 | Yates 178 | Jeff Yates | Cary Bass | Email apologizing for typos | 1st Amd |
| 2/16/2015 | Yates 179 | Cary Bass | Jeff Yates | Email thanking Jeff for his response about logo and pricing | 1st Amd |
| 2/16/2015 | Yates 180 | Jeff Yates | Cary Bass | Email acknowledging Cary's message above | 1st Amd |
| 2/18/2015 | Yates 181 | Jeff Yates | Fran Bass; Cary Bass | Email regarding push card plan and requesting list of Cary's city issues | 1st Amd |
| 2/19/2015 | Yates 182-184 | Jeff Yates | Fran Bass; Cary Bass | Email attaching first draft of the Bass push card | 1st Amd |
| 2/20/2015 | Yates 185-186 | Jeff Yates | Fran Bass; Cary Bass | Email attaching draft of the Bass yard sign | 1st Amd |
| 2/21/2015 | Yates 187 | Cary Bass | Jeff Yates | Email discussing color of flag on yard sign | 1st Amd |
| 2/21/2015 | Yates 188-189 | Jeff Yates | Fran Bass; Cary Bass | Email acknowledging Cary's message above regarding the flag | 1st Amd |
| 3/23/2015 | Yates 190 | Jeff Yates | Fran Bass; Cary Bass | Email attaching pdf and illustrator files of the Bass sign | 1st Amd |
| 3/23/2015 | Yates 191-193 | Jeff Yates | Fran Bass; Cary Bass | Email attaching invoice for push cards and signs | 1st Amd |
| 4/1/2015 | Yates 194 | Cary Bass | Jeff Yates | Email forwarding walk list | 1st Amd |
| 4/1/2015 | Yates 195 | Fran Bass | Jeff Yates | Email forwarding walk list | 1st Amd |
| 4/1/2015 | Yates 196 | Jeff Yates | Cary Bass | Email thanking for walk list | 1st Amd |
| 4/7/2015 | Yates 197 | Jeff Yates | Cary Bass | Email regarding deadline for 30 day pre-election report | 1st Amd |
| 4/8/2015 | Yates 198-199 | Jeff Yates | Fran Bass; Cary Bass | Email attaching sign invoice and discussing delivery of signs | 1st Amd |
| 4/9/2015 | Yates 200-201 | Jeff Yates | Fran Bass; Cary Bass | Email attaching and discussing in-kind contribution notice | 1st Amd |
| 4/29/2015 | Yates 202 | Jeff Yates | Fran Bass; Cary Bass | Email regarding 8 day report due date and in-kind donations | 1st Amd |
| 4/30/2015 | Yates 203-204 | Jeff Yates | Fran Bass; Cary Bass | Email attaching Notice of in-kind contributions letter from CKPS | 1st Amd |
| 10/1/2013 | Yates 205-206 | Richard Scott | Jeff Yates | Email forwarding letter from Molina Law Firm regarding Perez, et al v. City of Pasadena | 1st Amd |
| 10/1/2013 | Yates 207-210 | Richard Scott | Jeff Yates | Email discussing strategy for campaign and attachinga picture of the TOP's and Pasadena's Propositions mailer | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 10/2/2013 | Yates 211 | Jeff Yates | Richard Scott | Email responding above and informing Richard Scott a draft mailer was sent to Johnny already | 1st Amd |
| 10/2/2013 | Yates 212 | Richard Scott | Jeff Yates | Email requesting a copy of the draft mentioned above | 1st Amd |
| 10/2/2013 | Yates 213-215 | Jeff Yates | Richard Scott; Johnny Isbell | Email sending draft of CPC 1 Acorn | 1st Amd |
| 10/2/2013 | Yates 216-218 | Jeff Yates | Richard Scott; Johnny Isbell | Email sending revised CPC Acorn mailer | 1st Amd |
| 10/7/2013 | Yates 219-221 | Jeff Yates | Johnny Isbell | Email sending revised CPC Acorn mailer | 1st Amd |
| 10/15/2013 | Yates 222 | Richard Scott | Jeff Yates | Email forwarding picture of the mayor and council | 1st Amd |
| 10/16/2013 | Yates 223-224 | Richard Scott | Jeff Yates | Email forwarding the above message again | 1st Amd |
| 10/17/2013 | Yates 225-227 | Jeff Yates | Johnny Isbell; JJ Isbell; Richard Scott | Email attaching draft of CPC 3 Pasadena Council for review | 1st Amd |
| 10/17/2013 | Yates 228 | JJ Isbell | Jeff Yates; Johnny Isbell; Richard Scott | Email approving above | 1st Amd |
| 10/17/2013 | Yates 229 | Jeff Yates | Johnny Isbell; JJ Isbell; Richard Scott | Email thanking Johnny for his reply above. | 1st Amd |
| 10/17/2013 | Yates 230-232 | Jeff Yates | Johnny Isbell; JJ Isbell; Richard Scott | Email attaching draft of CPC 2 Acorn | 1st Amd |
| 10/17/2013 | Yates 233 | JJ Isbell | Jeff Yates; Johnny Isbell; Richard Scott | Email suggesting revisions to above | 1st Amd |
| 3/16/2015 | Yates 234 | Richard Scott | Jeff Yates | Email attaching images of Emilio Carmona | 1st Amd |
| 3/17/2015 | Yates 235 | Jeff Yates | Richard Scott | Email thanking Richard Scott for above message | 1st Amd |
| 3/23/2015 | Yates 236 | Jeff Yates | Richard Scott | Email requesting details about the photos of Emilio Carmona | 1st Amd |
| 3/23/2015 | Yates 237-238 | Richard Scott | Jeff Yates | Email reponding to above message | 1st Amd |
| 3/23/2015 | Yates 239-240 | Jeff Yates | Richard Scott | Email acknowledging receipt of above. | 1st Amd |
| 3/24/2015 | Yates 241 | Richard Scott | Jeff Yates | Email attaching formal picture of Emilio Carmona | 1st Amd |
| 3/24/2015 | Yates 242-243 | Jeff Yates | Richard Scott | Email thanking Richard Scott for above message | 1st Amd |
| 3/30/2015 | Yates 244 | Jeff Yates | Richard Scott | Email attaching City of Pasadena logo | 1st Amd |
| 4/21/2015 | Yates 245-252 | Richard Scott | Jeff Yates | Email attaching the Ordinance for the 2 minute rule | 1st Amd |
| 4/21/2015 | Yates 253 | Jeff Yates | Richard Scott | Email thanking Richard Scott for above message | 1st Amd |
| 4/21/2015 | Yates 254 | Richard Scott | Jeff Yates | Email providing Richard Scott's cell number | 1st Amd |
| 4/21/2015 | Yates 255 | Jeff Yates | Jerad Najvar | Email forwarding above message | 1st Amd |
| 9/27/2013 | Yates 256 | Jeff Yates | Spencer Neumann | Email thanking Spencer for the CPC 1 Acorn draft | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 10/2/2013 | Yates 257 | Jeff Yates | Spencer Neumann | Email regarding edits to piece, counts for Pasadena, Wallace contribution card, printing and invoices for Wallace and Paul | 1st Amd |
| 10/2/2013 | Yates 258 | Spencer Neumann | Jeff Yates | Email providing Pasadena Republican voter targeting parameters for mailpieces | 1st Amd |
| 10/2/2013 | Yates 259 | Jeff Yates | Spencer Neumann | Email responding to above asking to add additional universe of voters to count | 1st Amd |
| 10/2/2013 | Yates 260 | Spencer Neumann | Jeff Yates | Email requesting Jeff to come over | 1st Amd |
| 10/2/2013 | Yates 261-263 | Spencer Neumann | Jeff Yates | Email attaching revised CPC Acorn draft | 1st Amd |
| 10/2/2013 | Yates 264 | Jeff Yates | Spencer Neumann | Email clarifying scope of voters to be sent | 1st Amd |
| 10/2/2013 | Yates 265-266 | Spencer Neumann | Jeff Yates | Email attaching Wallace Contribution letter | 1st Amd |
| 10/7/2013 | Yates 267 | Jeff Yates | Spencer Neumann | Email inquiring about number of individuals | 1st Amd |
| 10/7/2013 | Yates 268 | Spencer Neumann | Jeff Yates | Email providing count of individuals in Pasadena | 1st Amd |
| 10/8/2013 | Yates 269 | Robert Fry | Jeff Yates; Phil Nauert | NOT RESPONSIVE. Email requesting that Robert assist with Mayor Nauert's re-election campaign | 1st Amd |
| 10/15/2013 | Yates 270 | Jeff Yates | Spencer Neumann | Email that Jeff will be texting Johnny shortly | 1st Amd |
| 10/15/2013 | Yates 271 | Spencer Neumann | Jeff Yates | Email acknowledging above | 1st Amd |
| 10/15/2013 | Yates 272 | Jeff Yates | Spencer Neumann | Email that he will call after finishing the piece he is working on | 1st Amd |
| 10/15/2013 | Yates 273-274 | Jeff Yates | Spencer Neumann | Email providing wording and photo for charter changes two-sided card | 1st Amd |
| 10/15/2013 | Yates 275 | Jeff Yates | Spencer Neumann | Email providing wording for CPC Acorn mailer | 1st Amd |
| 10/17/2013 | Yates 276-280 | Spencer Neumann | Jeff Yates | Email attaching CPC Pasadena Council and Acorn drafts | 1st Amd |
| 10/17/2013 | Yates 281 | Jeff Yates | Spencer Neumann | Email requesting revisions to Acorn draft above | 1st Amd |
| 10/17/2013 | Yates 282-284 | Spencer Neumann | Jeff Yates | Email providing revised Acorn draft | 1st Amd |
| 10/17/2013 | Yates 285 | Jeff Yates | Spencer Neumann | Email requesting revision to CPC Pasadena Council mailer | 1st Amd |
| 10/17/2013 | Yates 286 | Jeff Yates | Spencer Neumann | Email requesting call to discuss Pasadena | 1st Amd |
| 10/17/2013 | Yates 287-290 | Spencer Neumann | Jeff Yates | Email providing revised CPC Pasadena Council mailer | 1st Amd |
| 10/18/2013 | Yates 291 | Spencer Neumann | Jeff Yates | Email providing mailer plan details and pricing | 1st Amd |
| 10/24/2013 | Yates 292 | Jeff Yates | Spencer Neumann | Email providing wording and instructions for new Pasadena Council mailer | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 10/24/2013 | **Yates 293** | Jeff Yates | Spencer Neumann | Email providing printing and mailing instructions and discussing additional mailers | 1st Amd |
| 10/24/2013 | **Yates 294** | Spencer Neumann | Jeff Yates | Email acknowledging above | 1st Amd |
| 10/24/2013 | **Yates 295** | Spencer Neumann | Jeff Yates | Email requesting photo of ACORN | 1st Amd |
| 10/24/2013 | **Yates 296** | Jeff Yates | Spencer Neumann | Email providing photo of ACORN and instructions for using photo | 1st Amd |
| 10/24/2013 | **Yates 297** | Jeff Yates | Spencer Neumann | Email requesting Pasadena file with phone numbers for automated calls | 1st Amd |
| 10/25/2013 | **Yates 298-300** | Spencer Neumann | Jeff Yates | Email attaching updated Pasadena mailers | 1st Amd |
| 10/25/2013 | **Yates 301** | Spencer Neumann | Jeff Yates | Email regarding phone numbers not being part of the Pasadena voter list purchased | 1st Amd |
| 10/25/2013 | **Yates 302** | Jeff Yates | Spencer Neumann | Email thanking Spencer for the Pasdena mailer drafts | 1st Amd |
| 10/25/2013 | **Yates 303** | Jeff Yates | Spencer Neumann | Email regarding acquiring voter phone numbers | 1st Amd |
| 10/25/2013 | **Yates 304** | Spencer Neumann | Jeff Yates | Email responding to above | 1st Amd |
| 10/25/2013 | **Yates 305** | Jeff Yates | Spencer Neumann | Email regarding acquiring voter phone numbers | 1st Amd |
| 10/25/2013 | **Yates 306** | Spencer Neumann | Jeff Yates | Email responding to above | 1st Amd |
| 10/25/2013 | **Yates 307** | Jeff Yates | Spencer Neumann | Email to keep moving forward | 1st Amd |
| 10/25/2013 | **Yates 308** | Spencer Neumann | Jeff Yates | Email responding to above | 1st Amd |
| 10/25/2013 | **Yates 309** | Jeff Yates | Dennis Carpenter; Jerry Dorchuk | Email regarding automated calls to be made for Johnny | 1st Amd |
| 10/25/2013 | **Yates 310** | Jeff Yates | Dennis Carpenter; Jerry Dorchuk | Email providing file of list to be called for automated calls mentioned above | 1st Amd |
| 10/28/2013 | **Yates 311-312** | Dennis Carpenter | Jeff Yates; Jerry Dorchuk | Email providing reports for automated calls | 1st Amd |
| 11/3/2013 | **Yates 313-314** | Jerry Dorchuk | Dennis Carpenter; Jeff Yates | Email responding to Jeff's instructions regarding automated call plans for Marc Clark and Jerry Isbell | 1st Amd |
| 11/3/2013 | **Yates 314** | Jeff Yates | Jerry Dorchuck (PMI Inc.) | Email providing instructions for automated calls | |
| 11/3/2013 | **Yates 315-316** | Dennis Carpenter | Jeff Yates; Jerry Dorchuk | Email responding to Jeff's instructions regarding automated call plans for Marc Clark and Jerry Isbell | 1st Amd |
| 11/3/2013 | **Yates 317-318** | Jeff Yates | Dennis Carpenter; Jerry Dorchuk | Email responding to Dennis' reply above | 1st Amd |
| 11/4/2013 | **Yates 319** | Jerry Dorchuk | Dennis Carpenter; Jeff Yates | Email providing Johnny's recorded message from 11/4/2013 | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 11/5/2013 | **Yates 320-322** | Jerry Dorchuk | Dennis Carpenter; Jeff Yates | Email providing call summary report for Johnny Isbell's automated calls | 1st Amd |
| 11/5/2013 | **Yates 323** | Jeff Yates | Dennis Carpenter; Jerry Dorchuk | Email responding to above | 1st Amd |
| 3/24/2013 | **Yates 324** | Jeff Yates | Johnny Isbell | Email regarding billboard photo of Don's apology | 1st Amd |
| 4/8/2013 | **Yates 325** | Jeff Yates | Johnny Isbell | Email requesting information regarding Cody Wheeler | 1st Amd |
| 4/9/2013 | **Yates 326-334** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing 4 draft Harrison mail pieces | 1st Amd |
| 4/9/2013 | **Yates 335** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to the above | 1st Amd |
| 4/9/2013 | **Yates 336** | Jeff Yates | JJ Isbell; Johnny Isbell | Email responding to the above in agreement | 1st Amd |
| 4/10/2013 | **Yates 337 (1)** | Jeff Yates | JJ Isbell | Email requesting budget vote documentation | 1st Amd |
| 4/10/2013 | **Yates 337 (2)** | JJ Isbell | Jeff Yates | Email requesting clarification of previous email | 1st Amd |
| 4/10/2013 | **Yates 337 (3)** | Jeff Yates | JJ Isbell; Johnny Isbell | Email noting the previous email was sent to the wrong recipient by mistake | 1st Amd |
| 4/24/2013 | **Yates 338-340** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing attachment 'harrison trash can' ad | 1st Amd |
| 4/24/2013 | **Yates 341** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to the above | 1st Amd |
| 4/24/2013 | **Yates 342** | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for their response of approval to the above | 1st Amd |
| 4/25/2013 | **Yates 343-345** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing 1 attached ad regarding Cody Wheeler | 1st Amd |
| 4/24/2013 | **Yates 346-351** | Jeff Yates | Johnny Isbell | NOT RESPONSIVE (not related to CKPS activity); scanned by mistake | 1st Amd |
| 4/25/2013 | **Yates 352-358** | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing 3 attachments with Johnny's revisions to 3 ad pieces | 1st Amd |
| 4/25/2013 | **Yates 359** | JJ Isbell | Jeff Yates | Email requesting revisions to Wheeler ad piece (1 of the 3 above ad pieces) | 1st Amd |
| 4/25/2013 | **Yates 360** | Jeff Yates | JJ Isbell | Email responding with acknowledgement to revise Wheeler piece as requested above | 1st Amd |
| 4/26/2013 | **Yates 361-363** | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing revised Wheeler ad piece as attachment | 1st Amd |
| 4/27/2013 | **Yates 364** | Jeff Yates | Johnny Isbell; JJ Isbell | Email requesting approval of above attachment of revised Wheeler ad | 1st Amd |
| 4/27/2013 | **Yates 365** | Jeff Yates | Johnny Isbell; JJ Isbell | Email requesting approval of previously sent ad pieces referenced in Yates 352-358 | 1st Amd |
| 4/27/2013 | **Yates 366** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to above | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 4/27/2013 | **Yates 367** | JJ Isbell | Jeff Yates | Email responding with approval of Wheeler ad revisions referenced in Yates 364 | 1st Amd |
| 4/27/2013 | **Yates 368** | JJ Isbell | Jeff Yates | Duplicate of Yates 367 | 1st Amd |
| 4/27/2013 | **Yates 369** | Johnny Isbell | Jeff Yates | Email requesting revision to Johnny's bio in endorsement in previously sent ad pieces referenced in Yates 352-358 | 1st Amd |
| 4/27/2013 | **Yates 370** | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for approval of ad pieces referenced in Yates 352-358 | 1st Amd |
| 4/27/2013 | **Yates 371** | Jeff Yates | JJ Isbell | Email thanking recipient for approval of Wheeler ad Referenced in Yates 364 | 1st Amd |
| 4/27/2013 | **Yates 372** | Jeff Yates | Johnny Isbell | Email acknowledging requested ad revisions regarding Johnny's bio referenced in Yates 369 | 1st Amd |
| 4/27/2013 | **Yates 373** | Johnny Isbell | Jeff Yates | Email requesting revisions to one of the previously sent ads referenced in Yates 364 | 1st Amd |
| 4/27/2013 | **Yates 374** | Jeff Yates | Johnny Isbell | Email acknowledging requested revisions to above | 1st Amd |
| CKPS does not believe that the following documents (CKPS 375-560) are responsive to RFP No. 8, but numbered and logged them to faciliate review. These documents are communications with Yates but only in his capacity as consultant to the Isbell campaign, not for CKPS activity. | | | | | |
| 3/5/2013 | **Yates 375-376** | Tasha Williams (sales consultant for Signelect.com) | Johnny Isbell | Email providing art for Isbell campaign yard signs | 1st Amd |
| 3/5/2013 | **Yates 375-376** | Johnny Isbell | Jeff Yates | Email forwarding above | 1st Amd |
| 3/7/2013 | **Yates 377-379** | Jeff Yates | Johnny Isbell | Email providing draft of Ballot by Mail piece | 1st Amd |
| 3/10/2013 | **Yates 380** | Jeff Yates | Johnny Isbell | Email regarding setting a meeting to finalize print piece (*kidney stone) | 1st Amd |
| 3/11/2013 | **Yates 381** | Renee (Signelect.com) | Jeff Yates | Email noting that updated art work had been provided to Johnny Isbell | 1st Amd |
| 3/11/2013 | **Yates 382-384** | Jeff Yates | Johnny Isbell | Email confirming meeting and providing revised Ballot by Mail piece | 1st Amd |
| 3/11/2013 | **Yates 385** | Tasha Williams | Johnny Isbell | Email providing art for yard signs | 1st Amd |
| 3/11/2013 | **Yates 385** | Johnny Isbell | Jeff Yates | Email forwarding above | 1st Amd |
| 3/15/2013 | **Yates 386** | Jeff Yates | Johnny Isbell | Email confirming receipt of headshot, requesting updaetd bio | 1st Amd |
| 3/18/2013 | **Yates 387-389** | Jeff Yates | Johnny Isbell | Email providing revised Ballot by Mail piece, requesting updated bio | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 3/20/2013 | Yates 390-392 | Jeff Yates | Johnny Isbell | Email providing revised Ballot by Mail piece and discussing mailing list | 1st Amd |
| 3/21/2013 | Yates 393-397 | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing finalization/print/distribution of Ballot by Mail piece, revised push card for Leroy Stanley, and bio piece | 1st Amd |
| 3/21/2013 | Yates 398 | JJ Isbell | Jeff Yates; Johnny Isbell | Email providing approval for pieces referenced in Yates 393-397 | 1st Amd |
| 3/21/2013 | Yates 399 | Jeff Yates | JJ Isbell; Johnny Isbell | Email responding to above approval | 1st Amd |
| 3/21/2013 | Yates 400-402 | Jeff Yates | Johnny Isbell | Email providing attachment of Stanley door hanger | 1st Amd |
| 3/24/2013 | Yates 403-405 | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing distribution updates of door hangers and ballot by mail piece and providing draft of intro piece | 1st Amd |
| 3/24/2013 | Yates 406 | Jeff Yates | Johnny Isbell | Email discussing invitation to speak at Faith Christian Academy | 1st Amd |
| 3/25/2013 | Yates 407 | JJ Isbell | Jeff Yates; Johnny Isbell | Email providing feedback to Yates 403-405 regarding various ad pieces | 1st Amd |
| 3/25/2013 | Yates 407 | Jeff Yates | JJ Isbell; Johnny Isbell | Email responding to above confirming revision request | 1st Amd |
| 3/25/2013 | Yates 408 | Jeff Yates | JJ Isbell; Johnny Isbell | Duplicate of above Yates 407 | 1st Amd |
| 3/25/2013 | Yates 409-411 | Jeff Yates | JJ Isbell; Johnny Isbell | Email discussing various revisions to intro piece and senior 2 piece and requesting meeting same evening | 1st Amd |
| 3/25/2013 | Yates 412-414 | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing attached revised intro piece | 1st Amd |
| 3/25/2013 | Yates 415-417 | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing attached Rick Guerrero #1 piece | 1st Amd |
| 3/25/2013 | Yates 418-420 | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing attached Rick Guerrero #2 piece | 1st Amd |
| 3/26/2013 | Yates 421 | Jeff Yates | JJ Isbell; Johnny Isbell | Email confirming revisions are complete and requesting intro piece final approval | 1st Amd |
| 3/26/2013 | Yates 422-426 | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing above discussed revised pieces which were mistakenly left off above | 1st Amd |
| 3/26/2013 | Yates 427-430 | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing 4 attached Guerrero mail pieces and discussing mail plans, phone bank, campaign donation to Guerrrero | 1st Amd |
| 3/26/2013 | Yates 431-435 | Jeff Yates | JJ Isbell; Johnny Isbell | Attachments continued from above | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 3/26/2013 | Yates 436 | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to revised pieces referenced in Yates 422-426 | 1st Amd |
| 3/26/2013 | Yates 437 | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to Yates 427-435 | 1st Amd |
| 3/26/2013 | Yates 438 | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for approval of revised pieces referenced in Yates 436 | 1st Amd |
| 3/26/2013 | Yates 439 | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for approval of 4 mail pieces referenced in Yates 427-435 | 1st Amd |
| 3/29/2013 | Yates 440-442 | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing Isbell crime piece and requesting review | 1st Amd |
| 3/30/2013 | Yates 443 | Jeff Yates | Johnny Isbell; JJ Isbell | Email wishing recipients happy Easter | 1st Amd |
| 4/1/2013 | Yates 444 | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing status of various mail pieces (Crime, Guerrero, Senior) in progress and telephone script | 1st Amd |
| 4/1/2013 | Yates 445 | JJ Isbell | Jeff Yates | Email responding to above and confirming receipt of first mail piece in the mail | 1st Amd |
| 4/1/2013 | Yates 446 | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with requested revisions to Crime piece referenced in Yates 440-442 | 1st Amd |
| 4/2/2013 | Yates 447 | Jeff Yates | JJ Isbell | Email responding to Yates 445 regarding mail delivery | 1st Amd |
| 4/2/2013 | Yates 448 | Jeff Yates | JJ Isbell; Johnny Isbell | Email acknowledging requested revisions to Crime piece referenced in Yates 446 | 1st Amd |
| 4/2/2013 | Yates 449-451 | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing revised Crime piece and noting that Guerrerro is reviewing the Guerrerro pieces | 1st Amd |
| 4/2/2013 | Yates 452 | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding to above with approval | 1st Amd |
| 4/4/2013 | Yates 453-455 | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing Medical piece for review and discussing status of Rick Guerrerro mail date, senior piece mail date, and senior telephone script | 1st Amd |
| 4/5/2013 | Yates 456 | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing draft senior telephone script | 1st Amd |
| 4/5/2013 | Yates 457 | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding to above with revision request | 1st Amd |
| 4/5/2013 | Yates 458 | Jeff Yates | JJ Isbell; Johnny Isbell | Email confirming above requested revision to senior telephone script | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 4/7/2013 | **Yates 459-463** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing medical and business pieces for review, discussing next piece (Infrastructure), and recording of telephone script | 1st Amd |
| 4/7/2013 | **Yates 463** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to above attached medical and business pieces | 1st Amd |
| 4/7/2013 | **Yates 465** | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for approval of medical and business pieces referenced in Yates 459-463 | 1st Amd |
| 4/10/2013 | **Yates 466** | Jeff Yates | Richard Scott; Johnny Isbell; JJ Isbell | Email providing Excel list of yard sign requests | 1st Amd |
| 4/10/2013 | **Yates 467** | Jeff Yates | Johnny Isbell; JJ Isbell | Email discussing an automated call | 1st Amd |
| 4/11/2013 | **Yates 468-474** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing 3 attached mail pieces (Isbell endorse Rick Guerrerro, Isbell endorse Leroy Stanley, joint Isbell/LS endorsement) | 1st Amd |
| 4/11/2013 | **Yates 475** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to above 3 attachments | 1st Amd |
| 4/11/2013 | **Yates 476** | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for approval of 3 attachments referenced in Yates 468-474 | 1st Amd |
| 4/14/2013 | **Yates 477-479** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing infrastructure piece | 1st Amd |
| 4/15/2013 | **Yates 480-481** | JJ Isbell | Jeff Yates; Johnny Isbell | Email requesting revisions to above infrastructure piece | 1st Amd |
| 4/16/2013 | **Yates 482-483** | Jeff Yates | Johnny Isbell | Email providing list of road/highway improvements | 1st Amd |
| 4/16/2013 | **Yatse 484** | Johnny Isbell | Jeff Yates | Email responding to above with revised list | 1st Amd |
| 4/17/2016 | **Yates 485** | Jeff Yates | Johnny Isbell; JJ Isbell | Email inviting recipient to speak at Faith Christian Academy | 1st Amd |
| 4/17/2016 | **Yates 486** | Johnny Isbell | Jeff Yates | Email responding to above declining invitation to speak | 1st Amd |
| 4/17/2013 | **Yates 487** | Jeff Yates | Johnny Isbell | Email acknowledging above response | 1st Amd |
| 4/18/2013 | **Yates 488-490** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing revised infrastructure piece | 1st Amd |
| 4/18/2013 | **Yates 491-496** | Jeff Yates | Johnny Isbell; JJ Isbell | noting that the budget will allow for 2 of these to be finalized | 1st Amd |
| 4/18/2013 | **Yates 497-499** | Jeff Yates | Johnny Isbell; JJ Isbell | Attachments continued from above | 1st Amd |
| 4/18/2013 | **Yates 500-506** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing 3 revised pieces (Isbell Guerrerro, Isbell for Stanley, Isbell stanley) | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 4/18/2013 | **Yates 507-508** | Jeff Yates | Johnny Isbell; JJ Isbell | Email detailing results of telemarketing campaign with attached final results Excel (XL incl.) | 1st Amd |
| 4/19/2013 | **Yates 509** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with feedback to 4 new city-wide piece options referenced in Yates 491-499 | 1st Amd |
| 4/19/2013 | **Yates 510** | JJ Isbell | Jeff Yates; Johnny Isbell | Email requesting revisions to Isbell Guerrerro piece referenced in Yates 500-506 | 1st Amd |
| 4/24/2013 | **Yates 511** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing draft telemarketing script and requesting number for HQ | 1st Amd |
| 4/24/2013 | **Yates 512-513** | JJ Isbell | Jeff Yates; Johnny Isbell | Email requesting revision to above telemarketing script | 1st Amd |
| 4/24/2013 | **Yates 514-515** | Jeff Yates | JJ Isbell; Johnny Isbell | Email acknowledging requested revisions, requesting final approval | 1st Amd |
| 4/24/2013 | **Yates 516-517** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to above | 1st Amd |
| 4/24/2013 | **Yates 518-519** | JJ Isbell | Jeff Yates; Johnny Isbell | Duplicate of above Yates 516-517 | 1st Amd |
| 4/24/2013 | **Yates 520-523** | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for above approval and requesting HQ phone number for telemarketing | 1st Amd |
| 4/24/2013 | **Yates 524 (1)** | JJ Isbell | Jeff Yates | Email responding to above with HQ number | 1st Amd |
| 4/24/2013 | **Yates 524 (2)** | Jeff Yates | JJ Isbell | Email thanking recipient for above response | 1st Amd |
| 4/24/2013 | **Yates 525-527** | Jeff Yates | Johnny Isbell; JJ Isbell | Email requesting final approval of attached revised Isbell Guerrerro piece | 1st Amd |
| 4/24/2013 | **Yates 528** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to above | 1st Amd |
| 4/28/2016 | **Yates 529-531** | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing revised Isbell Stanley piece | 1st Amd |
| 4/28/2013 | **Yates 532** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to above | 1st Amd |
| 4/28/2013 | **Yates 533** | Jeff Yates | JJ Isbell; Johnny Isbell | Email thanking recipient for above response | 1st Amd |
| 4/29/2013 | **Yates 534** | Jeff Yates | Johnny Isbell | Email providing phone file for Dist. C as Excel attachment | 1st Amd |
| 4/29/2013 | **Yates 535-536** | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing results of telemarketing campaign with list of yard sign requests as Excel attachment | 1st Amd |
| 4/30/2013 | **Yates 537** | Jeff Yates | Johnny Isbell | Email providing District E list as Excel attachement | 1st Amd |
| 5/2/2013 | **Yates 538-539** | JJ Isbell | Jeff Yates; Johnny Isbell | Email responding with approval to Yates 535-536 regarding results of telemarketing campaign | 1st Amd |
| 5/2/2013 | **Yates 540-541** | Jeff Yates | JJ Isbell; Johnny Isbell | Email responding in agreement to above | 1st Amd |

| Date | Bates | From | To | Description | Privilege |
|---|---|---|---|---|---|
| 5/9/2013 | Yates 542 | Jeff Yates | Johnny Isbell; JJ Isbell | Email providing drafts of 3 telephone scripts | 1st Amd |
| 5/9/2013 | Yates 543 | Jeff Yates | JJ Isbell; Johnny Isbell | Email providing GOTV script for approval and sending closing regards | 1st Amd |
| 5/9/2013 | Yates 544 | JJ Isbell | Jeff Yates; Johnny Isbell | Email providing revisions to above GOTV script | 1st Amd |
| 2/19/2013 | Yates 545 | Richard Scott | Jeff Yates | Email regarding photographs and undisclosed information requested by Yates | 1st Amd |
| 2/20/2013 | Yates 546 | Richard Scott | Jeff Yates | Email attaching two photographs of Johnny Isbell | 1st Amd |
| 4/10/2013 | Yates 547 | Jeff Yates | Richard Scott; Johnny Isbell; JJ Isbell | Email attaching excel file with yard sign requests from previous two days | 1st Amd |
| 4/12/2013 | Yates 548 | Richard Scott | Jeff Yates | Email providing list of voters from Districts C and E and discussing strategy | 1st Amd |
| 4/12/2013 | Yates 549 | Richard Scott | Jeff Yates | Email inquiring whether Yates received sign list from previous day | 1st Amd |
| 4/13/2013 | Yates 550 | Jeff Yates | Richard Scott | Email thanking for previous email providing lists of voters from Dist C and E | 1st Amd |
| 4/13/2013 | Yates 551 | Jeff Yates | Richard Scott | Email providing most recent yard sign requests list | 1st Amd |
| 4/23/2013 | Yates 552 | Richard Scott | Jeff Yates | Email regarding location for campaign headquarters | 1st Amd |
| 4/23/2013 | Yates 553 | Jeff Yates | Richard Scott | Email replying to the above | 1st Amd |
| 4/23/2013 | Yates 554 | Richard Scott | Jeff Yates | Email replying to the above and requesting removal of voter from list | 1st Amd |
| 4/24/2013 | Yates 555 | Jeff Yates | Spencer Neumann | Email requesting that voter from above email be removed from list | 1st Amd |
| 5/7/2013 | Yates 556 | Richard Scott | Jeff Yates | Email regarding material to be passed out election day | 1st Amd |
| 5/7/2013 | Yates 557 | Jeff Yates | Richard Scott | auto-reply to previous message | 1st Amd |
| 5/8/2013 | Yates 558 | Richard Scott | Jeff Yates | Email requesting voter list with phone numbers | 1st Amd |
| 5/8/2013 | Yates 559 | Richard Scott | Jeff Yates | Email requesting voter list with phone numbers and discussing strategy | 1st Amd |
| 5/8/2013 | Yates 560 | Jeff Yates | Richard Scott | Email replying to above | 1st Amd |