**Plaintiffs' Hearing Exhibit A: Summary of Disclosed and Undisclosed Documents
from Citizens to Keep Pasadena Strong**

| Subpoena Request | Disclosed | Not Disclosed ((p) = withheld subject to privilege objection) |
|---|---|---|
| (1) all documents related to communications between the PAC and voters regarding the May 2013 City Council elections (dated between 1/13 and 9/13) | - mail pieces opposing Don Harrison, incumbent in Latino-majority District D | - List of addresses to which mailers were sent (p)<br>- Draft mail pieces (p)<br>- Emails discussing mail pieces (p)<br>- Emails discussing draft mail pieces, including mail pieces not disseminated (p) |
| (2) all documents related to communications between the PAC and voters referencing ethnicity, political affiliation, and demographics (dated between 1/13 and 9/13) | - none | - draft anti-Wheeler mail piece (p)<br>- Emails discussing mail pieces, including drafts (p)<br>- Emails discussing campaign strategy and opposition to Harrison (p) |
| (3) all documents related to communication between the PAC and Pasadena employees, agents and officials regarding the May 2013 election (dated between 1/13 and 9/13) | - Emails between Jerad Najvar and City Secretary Linda Rorick, submitting campaign finance disclosure forms | - Emails between and among Jeff Yates, Johnny Isbell, J.J. Isbell, and Richard Scott (p)<br>- Emails to and from Spencer Neumann (p) |
| (4) all documents related to meetings held by the PAC, including with agents and vendors, to discuss communications with voters (dated between 1/13 and 9/13) | - None | - the PAC is not withholding any documents responsive to this request (p) |
| (5) all documents, including receipts and invoices, detailing work performed by vendors on communications sent by the PAC to voters (dated between 1/13 and 9/13) | - campaign finance disclosure reports filed with the City of Pasadena | - invoice and receipts reflecting payment to consultants and other vendors (p) |

| | | |
|---|---|---|
| (6) Docs re: communications between PAC and voters re: May 2015 Elections | - phone scripts<br>- disseminated door hangers<br>- disseminated mail pieces | - lists of call recipients(p)<br>- draft mail pieces, door hangers, phone scripts (p)<br>- walk lists (p)<br>- e-mails discussing mailers, phone calls, and get-out-the-vote efforts (p)<br>- E-mails discussing advertising between and among Jeff Yates, Johnny Isbell, J.J. Isbell, Darrell Morrison, Steve Cote, Cary Bass, Jerry Dorchuck, Dennis Carpenter, Lisa Rodriguez, Walter Hudson and Richard Scott (p)<br>- E-mail discussing letter from Mayor to residents<br>- Letter from Mayor to residents |
| (7) Docs re: communications re: May 2015 election between PAC and voters referencing ethnicity, political affiliation, and demographics. | - Disseminated mail pieces discussing political affiliation | - E-mails regarding mail pieces discussing political affiliation (p)<br>- Draft mail pieces(p) |
| (8) Docs re: communications between or among principals, agents, treasurers, consultants, and vendors for both 2013 and 2015 City Council elections. | - None | - E-mails discussing campaign strategy between and among Jeff Yates, Johnny Isbell, J.J. Isbell, and Richard Scott<br>- E-mails discussing advertising between and among Jeff Yates, Johnny Isbell, J.J. Isbell, Darrell Morrison, Steve Cote, Cary Bass, Jerry Dorchuck, Dennis Carpenter, Lisa Rodriguez, Walter Hudson and Richard Scott (p)<br>- Draft communications to voters (p)<br>- E-mails between Spencer Neumann and Jeff Yates (p) |

| | | |
|---|---|---|
| (9) Docs re: meetings held by PAC, including agents and vendors, to discuss communications with voters; between 1/15 and 9/15 | - None | - the PAC is not withholding any documents responsive to this request |
| (10) Docs, including receipts and invoices, detailing work performed by vendors on communications sent by PAC to voters between 1/15 and 9/15 | - campaign finance disclosure reports | - invoices from First Tradition and Neumann & Co. (p) |