**Plaintiffs' Hearing Exhibit A: Summary of Disclosed and Undisclosed Documents from Jeff Yates**

| Subpoena Request | Disclosed | Not Disclosed ((p) = withheld subject to privilege objection) |
|---|---|---|
| (1) all documents related to communications between Citizens for Positive Change (CPC) political committee and voters regarding November 2013 Special Election (dated between 6/13 and 11/13) | - mail pieces in support of ballot measures, including Proposition 1, which proposed changing the City Council composition to have six single-member districts and two at-large districts | - Emails with J.J. and Johnny Isbell discussing mail pieces (p)<br>- Draft versions of CPC advertisements<br>- Emails with Richard Scott, Community Relations/Communications Director of Pasadena (p)<br>- Emails with vendors discussing mail pieces. (p) |
| (2) all documents related to communications between CPC and voters referencing ethnicity, political affiliation, and demographics (dated between 6/13 and 11/13) | - mail pieces in support of ballot measures, including Proposition 1 referencing party affiliation and political organizations. | - E-mails discussing advertising between and among Jeff Yates, Johnny Isbell, J.J. Isbell, and Richard Scott (p)<br>- Draft mail pieces, including drafts of communications that were not finalized and disseminated (p) |
| (3) all documents related to communications between Pasadena employees and officials and the Yates Company (dated between 6/13 and the present) | - None | - Emails between and among Jeff Yates, Johnny Isbell, and Richard Scott discussing campaign in favor of Proposition 1 in November 2013 election. (p) |
| (4) all documents related to communications between Cary Bass and Yates Company (dated between 6/13 and the present) | - None | - Emails between Yates and Bass in 2015. (p) |
| (5) all documents related to communications about the November 2013 Special Election among Yates Co. employees, officers and agents | - None | - Emails between Yates and anyone employed by Yates Company regarding advertising and strategy for Nov. 2013. (p) |
| (6) all documents detailing how the Yates Company was compensated for communications produced in whole or in part by the Yates Company to be sent by the Citizens for Positive Change | - Invoice to CPC. | - Invoices, receipts reflecting payment for services to Yates Company by CPC (p) |