UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERTO PATINO ET AL<br>Plaintiff,<br><br>v.<br><br>CITY OF PASADENA, TEXAS ET AL<br>Defendant. | Civil Case No. 4:14-cv-03241 |

### Errata regarding Reply by CKPS

Third-party Citizens To Keep Pasadena Strong PAC ("CKPS") files this errata to clarify references in CKPS' just-filed reply to *Perry v. Schwarzennegger*, 591 F.3d 1147 (9th Cir. 2009).

The Reply refers to a "single affidavit" forming the basis of the prima facie showing in Perry. CKPS did not mean to imply that only one affidavit was submitted in the lower court as evidence; the appellate opinion notes that "several" declarations were filed. However, the Ninth Circuit quoted from only one declaration as an "example," 591 F.3d at 1163, and gives no indication that the others provided anything substantively different than the single one quoted.

Respectfully submitted,

/s/ Jerad Najvar
Jerad Wayne Najvar
Texas Bar No. 24068079
NAJVAR LAW FIRM
4151 Southwest Fwy., Suite 625
Houston, TX 77027
281.404.4696 phone

281.582.4138 fax
jerad@najvarlaw.com
*Lead Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing has been served upon all counsel of record by means of the court's CM/ECF system on February 10, 2016 as shown.

_____
Jerad Najvar