IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, | § | |
| PATRICIA GONZALES, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:14-cv-03241 |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL CAYTEN, | § | |
| STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

THIS MATTER comes before the Court on the motion of the Plaintiffs [Dkt. 61] for entry of a protective order and production of documents ordered by this Court in the hearing held February 10, 2015.  Having considered the arguments of the parties, the Court:

1. The Court GRANTS the Motion for Entry of a Protective Order.  The Clerk is hereby instructed to ENTER the Protective Order attached as "Exhibit A" to Plaintiffs' Motion for Entry of a Protective Order [Dkt. 61];

2. The Court ORDERS non-parties CKPS, Jeff Yates, the Yates Company, and CPC to produce all documents requested by Plaintiffs, as ordered by this Court on February 10, 2016, by the following date: _____.

2

SO ORDERED this _____ day of _____ 2016

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

2