IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

| | |
|---|---|
| ALBERTO PATINO, <br> MARIA DEL ROSARIO MARTINEZ, <br> MARIA MARI, <br> RODOLFO R. TENREIRO, <br> PATRICIA GONZALES, <br><br> Plaintiffs, <br> v. <br><br> CITY OF PASADENA, <br> Mayor JOHNNY ISBELL, <br> Council members ORNALDO YBARRA, <br> BRUCE LEAMON, DON HARRISON, <br> PAT VAN HOUTE, <br> CODY RAY WHEELER, PHIL CAYTEN, <br> STEVE COTE, and <br> DARRELL MORRISON, <br><br> Defendants. | Civil Action No. 4:14-cv-03241 |

## ORDER

THIS MATTER comes before the Court on the motion of the Plaintiffs and Citizens to Keep Pasadena Strong, the Yates Company, and Citizens for Positive Change [Dkt. 62] for entry of an agreed protective order ordered by this Court in the hearing held February 10, 2015. Having considered the motion of the Plaintiffs and non-parties, the Court GRANTS the Joint Motion for Entry of an Agreed Protective Order. The Clerk is hereby instructed to ENTER the Protective Order attached as "Exhibit A" to Plaintiffs' and Citizens to Keep Pasadena Strong, the Yates Company, and Citizens for Positive Change's Joint Motion [Dkt. 62].

SO ORDERED this 23rd day of March 2016

HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE