IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, <br> MARIA DEL ROSARIO MARTINEZ, <br> MARIA MARI, <br> RODOLFO R. TENREIRO, <br> PATRICIA GONZALES, <br><br> Plaintiffs, <br> v. <br><br> CITY OF PASADENA, <br> Mayor JOHNNY ISBELL, <br> Council members ORNALDO YBARRA, <br> BRUCE LEAMON, DON HARRISON, <br> PAT VAN HOUTE, <br> CODY RAY WHEELER, PHIL CAYTEN, <br> STEVE COTE, and <br> DARRELL MORRISON, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:14-cv-03241 |

## Acknowledgment of Confidentiality and Protective Order

Before working on and reviewing documents in the above-referenced matter, it is necessary that you read the Confidentiality and Protective Order ("Protective Order") entered in the above captioned case. Part of this Protective Order requires that all Qualified Persons or entities employed by Litigants in this matter be advised of the provisions of the Protective Order, and of the limited purposes for which confidential materials or other information contained in or derived there from may be used. Once you have carefully read the Protective Order, please acknowledge that you understand its contents and that you agree to be bound by its provisions by signing where provided below:

ACKNOWLEDGMENT:

I have read and agree to the provisions outlined in the Confidentiality and Protective Order entered in the above-captioned case.

_____
Signature of Qualified Person
Date: