**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALBERTO PATINO,** | § | |
| **MARIA DEL ROSARIO MARTINEZ,** | § | |
| **MARIA MARI,** | § | |
| **RODOLFO R. TENREIRO, and** | § | |
| **PATRICIA GONZALES,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:14-CV-03241-LHR** |
| | § | |
| **CITY OF PASADENA,** | § | |
| **Mayor JOHNNY ISBELL,** | § | |
| **Council Members ORNALDO YBARRA,** | § | |
| **BRUCE LEAMON, DON HARRISON,** | § | |
| **PAT VAN HOUTE,** | § | |
| **CODY RAY WHEELER, PHIL** | § | |
| **CAYTEN, STEVE COTE, and** | § | |
| **DARRELL MORRISON,** | § | |
| *Defendants*. | § | |

**MOTION TO WITHDRAW AND SUBSTITUTE**
**COUNSEL FOR DEFENDANT**

TO THE HONORABLE JUDGE LEE H. ROSENTHAL:

The City of Pasadena requests that the Court permit Gene Locke to

withdraw as counsel for Defendant in this proceeding. In January of 2016,

Mr. Locke was appointed as interim County Commissioner for Harris

County Precinct 1 following the untimely death of Commissioner El Franco

Lee. Mr. Locke has recently announced his intention to seek election to a

full term as Commissioner of Precinct 1. Due to the significant time

constrains and responsibilities associated with government service, Mr. Locke is no longer able to serve as legal counsel in this matter.

Defendant requests that the Court permit Mr. Locke's law partner, Kelly Sandill, of the law firm Andrews Kurth LLP to substitute for Mr. Locke as counsel of record for Defendant.  Ms. Sandill is a member in good standing of State Bar of Texas and is admitted to practice before this Court. Her contact information is as follows:

> Kelly Sandill
> Texas State Bar No. 24033094
> Southern District No. 38594
> ANDREWS KURTH LLP
> 600 Travis, Suite 4200
> Houston, Texas 77002
> Telephone:  (713) 220-4181
> Facsimile:  (713) 238-7304
> *ksandill@andrewskurth.com*

C. Robert Heath of Bickerstaff, Heath, Delgado, Acosta LLP will continue to serve as lead counsel and attorney-in-charge for Defendant. Ms. Sandill will serve in an of counsel capacity along with Gunnar P. Seaquest of Bickerstaff, Heath, Delgado, Acosta LLP, and Kathryn K. Ahlrich of Andrews Kurth LLP, each of whom has already appeared as counsel for Defendant in this proceeding.

HOU:3667001.1

This request for withdrawal and substitution of counsel is made with the consent and knowledge of Defendant and will not cause delay. Counsel of record for Plaintiffs has been contacted and does not oppose the requested withdrawal and substitution.

OF COUNSEL:

GUNNAR P. SEAQUIST
Texas State Bar No: 24043358
Southern District No: 1140733
*gseaquist@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

KELLY SANDILL
State Bar No. 24033094
Southern District No. 4969
*ksandill@andrewskurth.com*
KATHRYN K. AHLRICH
State Bar No. 24063686
Southern District No. 1242003
*katieahlrich@andrewskurth.com*
ANDREWS KURTH LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone:  (713) 220-4181
Facsimile:  (713) 238-7304

Respectfully submitted,

By:   */s/ C. Robert Heath*
     C. ROBERT HEATH
     Texas State Bar No. 09347500
     Southern District No. 13381
     *Bheath@bickerstaff.com*
     BICKERSTAFF HEATH
     DELGADO ACOSTA LLP
     3711 S. MoPac Expressway
     Building One, Suite 300
     Austin, Texas 78746
     Telephone: (512) 472-8021
     Facsimile: (512) 320-5638

**ATTORNEY-IN-CHARGE FOR DEFENDANT**

-3-

AGREED:

 _/s/ Gene Locke_____

Gene Locke
State Bar No. 12461900
Southern District No. 24259
*genelocke@andrewskurth.com*
600 Travis, Suite 4200
ANDREWS KURTH LLP
Houston, Texas  77002
Telephone:  (713) 220-3956
Facsimile:  (713) 220-7294

## <u>CERTIFICATE OF CONFERENCE</u>

I certify that I have conferred with counsel of record for Plaintiffs, who stated that she is unopposed to this motion.

*/s/ Kathryn K. Ahlrich*
Kathryn K. Ahlrich

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 25, 2016 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Kathryn K. Ahlrich*
Kathryn K. Ahlrich

HOU:3667001.1

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALBERTO PATINO,** | § | |
| **MARIA DEL ROSARIO MARTINEZ,** | § | |
| **MARIA MARI,** | § | |
| **RODOLFO R. TENREIRO, and** | § | |
| **PATRICIA GONZALES,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:14-CV-03241-LHR** |
| | § | |
| **CITY OF PASADENA,** | § | |
| **Mayor JOHNNY ISBELL,** | § | |
| **Council Members ORNALDO YBARRA,** | § | |
| **BRUCE LEAMON, DON HARRISON,** | § | |
| **PAT VAN HOUTE,** | § | |
| **CODY RAY WHEELER, PHIL** | § | |
| **CAYTEN, STEVE COTE, and** | § | |
| **DARRELL MORRISON,** | § | |
| *Defendants*. | § | |

## ORDER SUBSTITUTING COUNSEL

Before the Court is the unopposed Motion to Withdraw and Substitute Counsel for Defendant. The Court finds that the motion should be GRANTED. Gene Locke of Andrews Kurth LLP is therefore permitted to withdraw as counsel of record for Defendant. Kelly Sandill, also of Andrews Kurth LLP, is permitted to substitute for Mr. Locke.

SIGNED this _____ day of _____, 2016.

_____
HONORABLE LEE H. ROSENTHAL