United States District Court
Southern District of Texas

**ENTERED**

April 28, 2016

David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | |
| PATRICIA GONZALES, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| vs. | § | Civil Action No. 4:14-CV-03241-LHR |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council Members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
|     *Defendants*. | § | |

## ORDER SUBSTITUTING COUNSEL

Before the Court is the unopposed Motion to Withdraw and

Substitute Counsel for Defendant. The Court finds that the motion should

be GRANTED. Gene Locke of Andrews Kurth LLP is therefore permitted

to withdraw as counsel of record for Defendant. Kelly Sandill, also of

Andrews Kurth LLP, is permitted to substitute for Mr. Locke.

SIGNED this ___27th___ day of ___April_____, 2016.

_____
HONORABLE LEE H. ROSENTHAL

HOU:3667001.1