**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ALBERTO PATINO, et al.,** *Plaintiffs,* | § | |
| | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:14-CV-03241-LHR** |
| | § | |
| **CITY OF PASADENA,** *Defendant.* | § | |
| | § | |

**DECLARATION OF NORFLEET (BILL) RIVES, Ph.D.**

1. My name is Norfleet (Bill) Rives, Ph.D. I am over twenty-one years of age and fully qualified to make this declaration. Except where otherwise indicated, the facts set out in this declaration, and within my attached report, are within my personal knowledge. I make this declaration under penalty of perjury and pursuant to 28 U.S.C. § 1746.

2. I was retained by the City of Pasadena to serve as an expert in this case. My findings and opinions in this matter, as well as the other information required by Federal Rule of Civil Procedure 26(A)(2)(B), are contained in my expert report of December 16, 2015, which is attached in its entirety as Exhibit A to this declaration, and incorporated by reference as though fully restated herein.

Pursuant to 28 U.S.C. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing, including the attached report, is true and correct to the best of my knowledge, information, and belief.

Executed on the ____29th___ day of June, 2016.

______________________________
Norfleet (Bill) Rives

Exhibit A

# EXPERT REPORT

**Prepared by Norfleet W. (Bill) Rives**
**December 16, 2015**

RE: ***Alberto Patino, et al. vs. City of Pasadena (Texas)***
Civil Action No. 4:14-CV-03241-LHR
United States District Court for the Southern District of Texas, Houston Division

My name is Norfleet Williamson (Bill) Rives. I reside in Columbus, Ohio. I am a Senior Lecturer in the Department of Finance in the Fisher College of Business at The Ohio State University. During the last several decades, I have prepared expert reports and provided expert testimony on demographic and statistical analysis of districting plans associated with federal Voting Rights Act litigation. This work has included the use of census data to evaluate the economic and social characteristics of alternative plans and the use of local population and housing data to track demographic growth and change. A copy of my curriculum vitae is attached to this report.

I have been retained by the defendant in this case to review and evaluate demographic information and analysis submitted by plaintiffs' experts. My compensation for this work is $175 per hour, plus expenses.

The findings presented in this report represent the application of conventional methods of demographic and statistical analysis. To prepare my report, I relied on the following sources of demographic and statistical information:

- 1990 Census of Population and Housing:
  PL94-171 Redistricting Database
  Special Tab 127-J, citizen population by age, sex, race, and Hispanic origin
- 2000 Census of Population and Housing:
  PL94-171 Redistricting Database
  Special Tabulation 56, citizen population by age, sex, race, and Hispanic origin
- 2010 Census of Population and Housing:
  PL94-171 Redistricting Database
- American Community Survey (ACS):
  2005-2014 One-Year ACS databases
  2005-2007, 2008-2010 and 2011-2013 Three-Year ACS databases
  US Department of Justice special tabulations of 2008-2012 and 2009-2013 databases to produce citizen population of voting age by race and Hispanic origin for census block groups
- Data for total and Spanish-surname registered voters (SSRV) provided by the Texas Secretary of State for January 2011 and the Harris County Elections Department for March 2015
- Texas State Data Center, Office of the State Demographer:
  Projections of the Population of Texas and Texas Counties, by Age, Sex, Race/Ethnicity, 2010-2050, released November 2014, projections for Harris County

- Houston-Galveston Area Council, Houston, Texas:
  Regional Growth Forecast for Population, Households and Jobs, 2nd Quarter 2015 Update, projections for Pasadena City

This report presents my principal findings to date. I may develop additional findings.

**City of Pasadena: A Demographic Introduction**

Under the current districting plan, adopted in March 2014, the City Council is divided into six single-member districts (A-F). In addition, two other Council seats (Districts G and H) are at-large places, as is the mayor's seat.

**Exhibit 1** presents a detailed street map showing the boundaries of the City and the boundaries of the six single-member districts.

**Exhibit 2** contains detailed demographic information for each single-member district and the City as a whole.

An examination of these two exhibits reveals certain important information about the City and its system of council districts. First, the citywide results:

- At the time of the 2010 Census, the City was divided into 3,355 census blocks (a block is the smallest geographic unit for which census data are reported).
- Of these 3,355 blocks, 1,914 (57%) had zero population.
- Of the 1,441 blocks (43%) that did have population, almost all (95%) had at least one Hispanic resident of voting age.
- Of the 1,374 blocks that had Hispanic residents of voting age, all 1,374 also had Hispanic citizens of voting age – members of the City's pool of eligible voters.

As these citywide data clearly indicate, by the time of the 2010 Census, almost all the City's occupied census blocks had at least one Hispanic citizen of voting age. Stated less formally, by the time of the 2010 Census, Hispanic citizens of voting age resided throughout the City, not just in certain areas.

Now, notable results for the City's single-member districts (with data sources shown):

- Districts A-B-C each have a majority-Hispanic-citizen population of voting age; none of the other three does, although District D is not that far under majority and has a level of Hispanic-citizen-VAP very similar to that of the City as a whole (Exhibit 2).
- Districts A-B-C collectively contain roughly 58% of the City's total Hispanic citizen population of voting age; the other 42% reside outside the three-district area.

- About 60% of the total registered voters in Districts A-B-C are Spanish-surname, (which demographers use as a proxy for "Hispanic"); the other three do not have such a majority (Exhibit 2)
- Districts A-B-C collectively contain roughly 60% of the City's total pool of Spanish-surname registered voters; the other 40% reside outside this area.

The following sections of this report examine the issues discussed in this introductory section in greater detail.

**City of Pasadena Population Change: 1990-2014**

The history of Hispanic population in the City of Pasadena is one of continuing growth. The following discussion examines Hispanic demographic change between the 1990 Census and the most recent population estimates (2014).

**Exhibit 3-A** presents total population (POP), voting-age population (VAP) and citizen-voting-age population (CVAP), for Hispanic and non-Hispanic City residents, in the three most recent censuses – 1990, 2000 and 2010. The contrast between Hispanic and non-Hispanic demographic change over this period is sharp. While Hispanic growth continued at a generally impressive pace, actually doubling the size of Hispanic VAP between 1990 and 2000, non-Hispanic growth was consistently negative. By 2010, Hispanic CVAP accounted for roughly 43% of the City's pool of eligible voters – rising from just 18.7% 20 years earlier. Over the same time, non-Hispanic CVAP slides from 81.3% of total CVAP to just 57.1%. Similar patterns are apparent for POP and VAP.

**Exhibit 3-B** illustrates the findings just discussed from Exhibit 3-A. Exhibit 3-B should be viewed as supplemental to Exhibit 3-A, offering a visual perspective on the data.

At the same time Hispanic population was growing at a rapid pace, Hispanic residents were spreading out across the City. **Exhibits 4-A and 4-B** each show three census block maps – one each for 1990, 2000 and 2010. The three maps track the widening distribution of Hispanic VAP and CVAP across the City during the period 1990-2010. In particular, the maps illustrate the growth and dispersion of census blocks with majority-Hispanic VAP and majority-Hispanic CVAP. By 2010, what appears to be most of the blocks in the northern sector of the City – home to much of the City's population – had become majority-Hispanic VAP (Exhibit 4-A), with a significant number of these blocks also having become majority-Hispanic CVAP (Exhibit 4-B). Thus, growth of Hispanic VAP and CVAP during this period is not limited to certain parts of the City, but can be seen covering much of the City's more populated areas.

The combination of Exhibits 3-A, 4-A and 4-B, which pertain to the two most recently completed decades, paints a picture of robust Hispanic growth, accompanied by the continuing decline in non-Hispanic population.

The American Community Survey (ACS) is a relatively new Census Bureau program designed to track demographic change for states, counties and smaller communities. With the capability to produce demographic data more frequently than once every ten years, the ACS now collects much of the data formerly collected through the census.

ACS offers a range of data products for metropolitan cities. In the case of Pasadena, ACS surveys can be used to track annual population growth beginning with the 2005 survey cycle and running for an entire decade through 2014. This sort of information provides a valuable perspective on more recent demographic change for the City.

**Exhibit 5-A** contains two panels. The upper panel presents the trend line for each of two demographic measures designed to provide insight into recent Hispanic growth. The lower panel represents the source table for these (and several other) measures, compiled from the annual ACS surveys for 2005-2014.

The first measure presented in the upper panel of Exhibit 5-A is the citizenship rate for Hispanic residents of voting age. Defined as the ratio of Hispanic CVAP to Hispanic VAP, this measure indicates the extent to which Hispanic residents of voting age were US citizens at the time of each survey and thus, eligible to register to vote.

The second measure in the upper panel of Exhibit 5-A is the Hispanic share of total CVAP. This measure shows the ethnic composition of the citywide pool of eligible voters (CVAP) at the time of each ACS survey.

In the case of both measures, whether one examines the data values in the Exhibit 5-A table (lower panel) or the plots in the Exhibit 5-A chart (upper panel), the trend over the last decade in Hispanic VAP citizenship and the corresponding trend in Hispanic share of total CVAP are decidedly positive. More and more Hispanic residents of voting age residing in the City are US citizens. In the face of declining non-Hispanic population, a growing share of the City's pool of eligible voters is Hispanic.

According to Exhibit 5-A (bottom panel), the citizenship rate for Hispanic VAP appears to have increased from the low-to-mid 50% range around 2005 to the mid-to-high 60% range by 2014 – a notable change. We should note that the citizenship rates fluctuate from year to year, owing to the effect of sampling error (which is larger for the 1-Year ACS than a multi-year ACS because 1-Year estimates are based on a smaller sample).

Exhibit 5-A (bottom panel) also presents estimates of the Hispanic share of total CVAP for the period 2005-2014. According to these estimates, Hispanic citizens of voting age rose from around 40% of total CVAP in 2005 to something on the order of 50% by 2014 – another notable increase. These results apply citywide, not to areas within the City.

Exhibit 5-B, included in this report to supplement Exhibit 5-A, shows the more recent trend in Hispanic VAP citizenship and Hispanic share of total CVAP with ACS results that are subject to somewhat less sampling error. A casual inspection of Exhibit 5-B

shows that both the rate of Hispanic VAP citizenship and the Hispanic share of total CVAP follow the same general trend reported for Exhibit 5-A. Because 3-Year ACS estimates are based on a larger sample (what amounts to a 3-year moving average), the margin of error to which these results are subject can be expected to be smaller, providing a somewhat clearer picture of change.

Whether using the 1-Year or 3-Year ACS, the findings concerning the citizenship rate for Hispanic VAP and the Hispanic share of total CVAP are basically the same – both measures experienced impressive growth over the decade 2005-2014, while the non-Hispanic share of total CVAP continued to decline during the same period. The one advantage of the 1-Year ACS over the 3-Year ACS is that the data are more recent. The 3-Year data, which cover 2011-2013, are anywhere from two to four years old at this writing. Thus, the 47.2% Hispanic share of total CVAP shown in Exhibit 5-B is roughly equivalent to a 2012 rate – not a current rate. Given the trend in this share, were a 3-Year ACS available centered on the current year, the estimated Hispanic share would almost certainly be at or above 50%.

Another comparison involving Hispanic citizenship warrants attention. At 67.0%, the citywide citizenship rate for Hispanic VAP from the 2014 1-Year ACS (Exhibit 5-A) is substantially higher than the rate for Harris County (55.7%) and only slightly below the rate for the State of Texas (69.7%). Similar results can be obtained using the 3-Year ACS, but the estimates are older (as discussed in the preceding paragraph).

Not only can we draw upon the decennial census and newer federal survey programs like the ACS to examine the trend in the City's Hispanic population growth, but we also can take advantage of certain administrative-record data collected by state and local agencies that reflect demographic change. Two sources demographers often use are public school enrollment data and voter registration data. Both sources provide data based on counts (not estimates), which can help reduce margins of error.

The City of Pasadena is served by four different school districts – Pasadena ISD, Deer Park ISD, Clear Creek ISD and La Porte ISD. **Exhibit 6** shows the relation between City boundaries and the boundaries of the four districts. As the table inset on the map indicates, the vast majority (80.2%) of the City's population resides in Pasadena ISD. About 82% of the City's school-age population (under 18) lives in Pasadena ISD.

Texas school districts tabulate annual enrollment by race and Hispanic origin. These data, which represent the official enrollment count taken every October, are compiled and published by the Texas Education Agency (TEA). **Exhibits 7-A and 7-B** present the annual trend in the Hispanic share of total public school enrollment for the period 1994-2014. Each chart clearly shows the strong positive trend in Hispanic enrollment. Pasadena ISD, with most of the City's school-age population, rose dramatically from about 47% Hispanic in 1994 to more than 80% Hispanic in 2014. The other three districts all experienced an equally strong upward trend in Hispanic enrollment during the same period (Exhibits 7-A, 7-B). **Exhibit 8-A** contains the source data for Exhibits 7-A and 7-B.

**Exhibit 8-B**, which incorporates total and Hispanic enrollment data for the four districts, shows just how dramatically Hispanic school-age population increased over the two decades leading up to the present (2014). Pasadena ISD, once again with the vast majority of the City's population, experienced growth in Hispanic enrollment between 1994 and 2014 that more than doubled the district's 1994 Hispanic count; the change over this period is 150.37% (Exhibit 8-B). During the same 20 years, the district lost more than 11,000 non-Hispanic students – just over half the total non-Hispanic count reported for 1994.

The historical record is about the same for the other three districts. Deer Park, Clear Creek and La Porte all experienced substantial declines in non-Hispanic enrollment from 1994 to 2014, against a backdrop of rapid Hispanic enrollment growth.

The annual enrollment record for the four districts provides a clear picture of significant demographic change over the two most recently completed decades. Not only do the data exhibit a strong positive trend, but they also point to future growth in the Hispanic population of voting age. In effect, today's school enrollment is tomorrow's CVAP.

Demographers also can employ voter registration data to get some idea of growth in Hispanic population. These data are subject to certain well-known limitations:

- The identification of "Hispanic" is based on an extensive list of Spanish surnames (not the same method used on the federal census to identify Hispanic persons).

- "Hispanic" and "Spanish-surname" do not necessarily refer to the same attribute.

- Not every person with a Spanish surname is Hispanic; not every Hispanic person has a surname on the list (while extensive, the list is not considered complete).

- Not all Hispanic citizens of voting age register to vote.

Despite these limitations, voter registration data with added Spanish-surname coding provide yet another way to investigate Hispanic population growth through the use of administrative records. In this case, the relevant population is persons of voting age (18+), which can complement demographic data from school enrollment records.

**Exhibit 9** contains data on total and Spanish-surname registered voters (SSRV), by City Council district for the current 6-2 districting plan, for two dates (January 2011 and March 2015). The table note to Exhibit 9 identifies the data sources and explains how the data were assembled for this exhibit. We combined Districts A, B, C, E, and F into two groups--one of districts (A, B, C) with majority-Spanish-surname registration and one of districts (E, F) with relatively small SSRV. District D, which roughly mirrors the City as a whole, does not fit within either group and is shown separately.

While voter registration data may be used in other parts of this matter, the main focus here is what the data indicate about the Spanish-surname ("Hispanic") mix of a major segment of City population – persons of voting age (18+). By using voter registration

data to infer change in Hispanic CVAP, we can get some verification of whether the Hispanic share of total CVAP has increased in recent years. The March 2015 data were obtained specifically for this matter. With the January 2011 data, which were obtained during the 2011 redistricting cycle and were available for use, we have two points in time required to examine change.

According to Exhibit 9, looking at the three more heavily Hispanic districts (A-B-C), almost 52% (a clear majority) of registered voters in the three districts were Spanish-surname at the time of the January 2011 registration file. Then, just over four years later, at the time of the March 2015 file, about 60% of registered voters were Spanish-surname. These results apply not only to the three-district grouping, but also to each individual district.

With respect to the other three districts (D-E-F), none of which had a Spanish-surname majority in either January 2011 or March 2015, the Spanish-surname share of total registered voters increased over the four-year period. District D rose from 35.76% SSRV in January 2011 to 42.53% SSRV in March 2015. Interestingly, at both times, District D is relatively close to the City as a whole with respect to Spanish-surname share of total registration.

At the same time the number of SSRV was growing between January 2011 and March 2015, the number of non-SSRV was declining. In January 2011, non-SSRV accounted for almost half of total registered voters in Districts A-B-C. Four years later, in March 2015, the non-SSRV share for this 3-district aggregate had dropped to roughly 40%. The same negative trend in non-SSRV can be seen in the other three districts (D-E-F).

Once again, using administrative-record data, this time for registered voters, we find clear evidence of Hispanic growth, both in absolute terms and as a percentage of the whole.

In summary, considering the recent demographic history of the City (specifically the year period from the 1990 Census through the most recent estimates in 2014), all the major sources of data demographers routinely use to track population growth point to continuing and reasonably robust growth in Hispanic population.

## City of Pasadena Population Change: 2015-2035

While the City has enjoyed several decades of largely uninterrupted Hispanic growth, the major question now is whether this sort of growth can be expected to continue, at least for the near future.

Because the future is uncertain, even the future tomorrow, population projections are inherently speculative. The best projections follow a clear methodology and carefully articulate assumptions about future components of change (births, deaths, migration).

Future growth for the City can be examined at two levels. One considers demographic change for Harris County, the parent county for the City. In Texas, the county is the smallest geographic unit for which projections by age group are available for Hispanic population (age group is needed to obtain voting-age population). While county-level projections are available from different vendors around the state, the set most widely used is the set produced on a regular basis by the Texas State Data Center (TSDC). The TSDC falls under the Office of the Texas State Demographer and is an affiliated operation of the Census Bureau's Federal-State Cooperative Program for Population Estimates.

The second level considers total population growth for the City (along with growth for households and jobs). The City simply is too small to develop the sort of projections used by the TSDC for counties. The TSDC approach (the cohort-component method) offers the only conceptually and methodologically correct way to project population by age, race and Hispanic origin. Most demographers would not attempt to calibrate this method for a city the size of Pasadena.

Without Hispanic projections directly for Pasadena, a "second-best" methodology is to combine the following observations to reach a conclusion about the future direction of Hispanic growth for the City:

- The City's Hispanic population has experienced sustained and sometimes dramatic growth since the time of the 1990 Census, growth which has spread well across the City during the two most recently completed decades (Exhibits 4-A, 4-B, 5-A, 5-B).

- A full decade of annual estimates from the ACS indicates a rising rate of citizenship among Hispanic residents of voting age, which when combined with current growth in Hispanic VAP, yields an upward trend in Hispanic CVAP. This upward trend has been sufficiently strong to increase the Hispanic share of total CVAP to new levels. Indeed, the two most recent years of this decade (2013 and 2014) saw the sample-based Hispanic share fluctuate around 50% (2013 above 50%, 2014 slightly below) (Exhibits 5-A, 5-B).

- This positive trend in Hispanic CVAP also is reflected in City voter registration data, which show a significant increase in the Spanish-surname share of total registered voters between 2011 and 2015 (Exhibit 9).

- The rapid growth of Hispanic enrollment in the City's major school district since the early 1990s not only underscores the growth trend in Hispanic population, but also raises the prospect of a growing supply of Hispanic residents who will reach voting age each year (perhaps many of whom will remain in the City following graduation) (Exhibits 6, 7-A, 7-B, 8-A, 8-B).

- Projections of Hispanic population by age group from the Texas State Data Center, projections commonly used by demographers, clearly indicate continuing growth in Hispanic VAP for Harris County, the City's parent county (**Exhibits 10-A, 10-B**).

- Projections of total population, households and jobs for the City from the Houston-Galveston Area Council, a well-respected association of local governments known for its regional growth forecasts, indicate continuing growth not only for population, but also for households and jobs, although growth is modest (**Exhibits 11-A, 11-B**).

The following points explain the logic behind combining the preceding observations to reach a conclusion concerning the future direction of the City's Hispanic population:

First, consider major historical trends in demographic change (1990-2014):

- The Hispanic population of the City has been growing for some time (at least from the time of the 1990 Census); more recent data – census, ACS, school enrollment records, to mention a few of the more important sources – indicate that not only is the total number of Hispanic residents growing, but so is Hispanic VAP and CVAP. Growth in CVAP – which reflects not only growth in VAP but also the rising rate of Hispanic citizenship – is fast approaching a majority of total CVAP.

- With such a formidable track record of growth (one leading right up to the present), the City's Hispanic population has strong growth momentum, growth which should carry into the near-term future.

Next, consider projections of future demographic change (2015-2035):

- Population projections for Harris County, the City's parent county and the smallest local geographic unit for which reliable Hispanic projections are available, indicate continued Hispanic growth for the period 2015-2035, although at a rate well under the pace reported for more recent decades; most of the lower growth is due to the use of net migration rates 50% lower than those from 2000-2010 baseline decade.

- The City's total population also is projected to grow over the next two decades, but at rates measurably slower than the rapid pace of previous decades.

Finally, combine all the pieces to reach a conclusion:

- In a county where Hispanic population has been growing for some time, and where current projections point to continued growth over the next two decades, the odds the City (with its history of Hispanic growth momentum) will share in the county's future Hispanic growth (at least to some extent) would seem quite good. Such a scenario remains highly likely.

- The combination of continuing growth in Hispanic VAP (from some combination of aging and net migration, however modest) and an increasing rate of Hispanic VAP citizenship should fuel the growth of Hispanic CVAP in the City, not only increasing the City's pool of eligible voters over time, but also the Hispanic share of that pool.

- Indeed, if the Hispanic share of total CVAP has not already reached 50% – and the most recent ACS data show the share hovering slightly above and slightly below the 50% mark – it almost certainly will exceed 50% in the very near future. The data presented in this report strongly support this outcome. Indeed, all the data point to an increasing Hispanic share of total CVAP for the City. There is no suggestion in the data that the current positive trend in Hispanic growth will abate.

---

Respectfully submitted:

Norfleet W. (Bill) Rives
Defendant's Expert
December 16, 2015

Exhibit 1
City of Pasadena
Current City Council Districts
Legend
Current Municipal Boundary Line
Water
Current City Council Districts
A B C D E F
Galveston Bay
Clear Lk
Areas without any district shading are industrial areas. These industrial areas have zero population.
© 2015 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other features obtained from the 2010 Tiger/line files, U.S. Census Bureau
0 0.5 1 2 Miles
Coordinate System: GCS North American 1983, Datum: North American 1983; Created:12/15/2015

**Exhibit 2**

**City of Pasadena Current 6-2 Plan**

Detailed 2010 Census Total and Voting Age Population

| District | Persons | Hispanic | % of Total Hispanic Population | Anglo | % of Total Anglo Population | Black | % of Total Black Population | All Other Population | % of Total All Other Population |
|---|---|---|---|---|---|---|---|---|---|
| A | 24,607 | 21,263 | 86.41% | 2,745 | 11.16% | 352 | 1.43% | 247 | 1.00% |
| B | 24,997 | 19,496 | 77.99% | 4,773 | 19.09% | 427 | 1.71% | 301 | 1.20% |
| C | 24,719 | 17,459 | 70.63% | 6,555 | 26.52% | 400 | 1.62% | 304 | 1.23% |
| D | 24,800 | 16,504 | 66.55% | 7,438 | 29.99% | 521 | 2.10% | 337 | 1.36% |
| E | 24,752 | 11,732 | 47.40% | 11,143 | 45.02% | 674 | 2.72% | 1202 | 4.86% |
| F | 25,460 | 6,258 | 24.58% | 16,247 | 63.81% | 607 | 2.38% | 2345 | 9.21% |
| **Totals** | **149,335** | **92,712** | **62.08%** | **48,901** | **32.75%** | **2,981** | **2.00%** | **4736** | **3.17%** |

| District | Total VAP | Hispanic VAP | % of Total Hispanic VAP | Anglo VAP | % of Total Anglo VAP | Black VAP | % of Total Black VAP | All Other VAP | % of All Other VAP |
|---|---|---|---|---|---|---|---|---|---|
| A | 15,962 | 13,224 | 82.85% | 2,333 | 14.62% | 226 | 1.42% | 179 | 1.12% |
| B | 16,551 | 11,993 | 72.46% | 4,045 | 24.44% | 294 | 1.78% | 220 | 1.33% |
| C | 16,599 | 10,825 | 65.21% | 5,301 | 31.94% | 260 | 1.57% | 215 | 1.30% |
| D | 17,068 | 10,083 | 59.08% | 6,415 | 37.58% | 326 | 1.91% | 244 | 1.43% |
| E | 18,460 | 7,608 | 41.21% | 9,475 | 51.33% | 488 | 2.64% | 886 | 4.80% |
| F | 18,860 | 3,998 | 21.20% | 12,762 | 67.67% | 396 | 2.10% | 1701 | 9.02% |
| **Totals** | **103,500** | **57,731** | **55.78%** | **40,331** | **38.97%** | **1,990** | **1.92%** | **3445** | **3.33%** |

**2009-2013 ACS 5-Year Special Tabulation File Reporting Citizen Voting Age Population by Race and Ethnicity**

| DISTRICT | Total CVAP | Hispanic CVAP | % Hispanic CVAP | Non-Hispanic CVAP | % Non-Hispanic CVAP | Anglo CVAP | % Anglo CVAP | Black CVAP | % Black CVAP | All Other CVAP | % All Other CVAP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 9,837 | 7,037 | 71.5% | 2,810 | 28.6% | 2,418 | 24.6% | 246 | 2.5% | 160 | 1.6% |
| B | 11,104 | 6,445 | 58.0% | 4,668 | 42.0% | 4,313 | 38.8% | 258 | 2.3% | 83 | 0.7% |
| C | 12,709 | 7,798 | 61.4% | 4,923 | 38.7% | 4,317 | 34.0% | 244 | 1.9% | 362 | 2.8% |
| D | 12,990 | 5,889 | 45.3% | 7,101 | 54.7% | 6,467 | 49.8% | 450 | 3.5% | 174 | 1.3% |
| E | 15,676 | 5,512 | 35.2% | 10,144 | 64.7% | 8,693 | 55.5% | 663 | 4.2% | 772 | 4.9% |
| F | 17,513 | 3,903 | 22.3% | 13,596 | 77.6% | 11,857 | 67.7% | 601 | 3.4% | 1261 | 7.2% |
| **Totals:** | **79,829** | **36,584** | **45.8%** | **43,242** | **54.2%** | **38,065** | **47.7%** | **2,462** | **3.1%** | **2812** | 3.5% |

**Total Voters and SSRV: March 2015**

| District | Total Voters | SSRV | % SSRV |
|---|---|---|---|
| A | 5,662 | 3,982 | 70.33% |
| B | 7,073 | 4,036 | 57.06% |
| C | 8,641 | 4,727 | 54.70% |
| D | 8,309 | 3,534 | 42.53% |
| E | 9,965 | 2,957 | 29.67% |
| F | 14,496 | 2,198 | 15.16% |
| **Totals:** | **54,146** | **21,434** | **39.59%** |

Table Notes: VAP=Voting Age Population, CVAP=Citizen Voting Age Population, SSRV=Spanish Surname Registered Voters

Data Sources: Total and SSRV records obtained from Harris County Elections; March 2015

**Exhibit 3-A**

Total, Voting Age and Citizen Voting Age Population, by Race and Hispanic Origin
Pasadena City, Texas
1990, 2000 and 2010

**Panel A -- Hispanic Population**

| Demographic Group | 1990 | 2000 | 2010 | %Change 1990-2000 | %Change 2000-2010 |
|---|---|---|---|---|---|
| Total Population | 34,411 | 68,348 | 92,692 | 98.6 | 35.6 |
| Share of Total POP (%) | 28.8% | 48.2% | 62.2% | | |
| Voting Age Population | 20,468 | 41,367 | 57,710 | 102.1 | 39.5 |
| Share of Total VAP (%) | 24.5% | 42.7% | 55.9% | 74.0 | 31.0 |
| Citizen Voting Age Population | 14,330 | 23,805 | 33,742 | 66.1 | 41.7 |
| Share of Total CVAP (%) | 18.7% | 30.6% | 42.9% | | |

**Panel B -- Non-Hispanic Population**

| Demographic Group | 1990 | 2000 | 2010 | %Change 1990-2000 | %Change 2000-2010 |
|---|---|---|---|---|---|
| Total Population | 84,952 | 73,326 | 56,351 | (13.7) | (23.2) |
| Share of Total POP (%) | 71.2% | 51.8% | 37.8% | | |
| Voting Age Population | 63,006 | 55,580 | 45,557 | (11.8) | (18.0) |
| Share of Total VAP (%) | 75.5% | 57.3% | 44.1% | (24.0) | (23.0) |
| Citizen Voting Age Population | 62,253 | 54,111 | 44,828 | (13.1) | (17.2) |
| Share of Total CVAP (%) | 81.3% | 69.4% | 57.1% | | |

**Data Sources:**
Total POP and VAP based on 1990, 2000 and 2010 Censuses
1990 CVAP based on Census Special Tabulation 127-J
2000 CVAP based on Census Special Tabulation 56
2010 CVAP based on 2008-2012 5-Year ACS centered on 2010

Exhibit 3-B

Total, Voting Age, and Citizen Voting Age Population
By Race and Hispanic Orign for Pasadena City: 1990, 2000, 2010

**Data Sources:**

Total POP and VAP based on 1990, 2000 and 2010 Censuses

1990 CVAP based on Census Special Tabulation 127-J

2000 CVAP based on Census Special Tabulation 56

2010 CVAP based on 2008-2012 5-Year ACS centered on 2010



1990 Percent Hispanic VAP
By 1990 Census Block
Exhibit 4-A
City of Pasadena, Texas
A Look at the Growth of
Hispanic Voting Age Population
By Census Block for 1990, 2000, 2010
2000 Percent Hispanic VAP
By 2000 Census Block
Legend
Pasadena City Limits
Percent Hispanic VAP
0% to 50%
50.01% to 100%
2010 Percent Hispanic VAP
By 2010 Census Block
Bickerstaff Heath Delgado Acosta LLP
12/14/2015
Prepared using 1990, 2000, and 2010
Census Blocks and PL94-171 Redistricting
Data from the U.S. Census Bureau.
N
W
E
S



1990 Percent Hispanic CVAP
By 1990 Census Block
Exhibit 4-B
City of Pasadena, Texas
A Look at the Growth of
Hispanic Citizen Voting Age Population
By Census Block for 1990, 2000, 2010
2000 Percent Hispanic CVAP
By 2000 Census Block
Legend
Pasadena City Limits
Census Blocks
Percent Hispanic CVAP
0% to 50%
50.01% to 100%
2010 Percent Hispanic CVAP
By 2010 Census Block
Bickerstaff Heath Delgado Acosta LLP
12/14/2015
Prepared using 1990, 2000, and 2010
Census Blocks with 1990 Special Tabulation SP127J,
2000 Special Tabulation 56, and 2009-2013
ACS Special Tabulation from the U.S. Census Bureau.
Pasadena city limit lines obtained in 1990 and 2000 from
the U.S. Census Bureau and obtained in 2014 from the
City of Pasadena.

**Exhibit 5-A**

Citizen Voting Age Population, by Race and Hispanic Origin
Pasadena City, Texas
1-Year ACS Estimates for 2005 through 2014

| Demographic Group | ACS 2005 | ACS 2006 | ACS 2007 | ACS 2008 | ACS 2009 | ACS 2010 | ACS 2011 | ACS 2012 | ACS 2013 | ACS 2014 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total CVAP | 77,080 | 74,434 | 81,872 | 83,331 | 73,816 | 77,459 | 83,491 | 82,948 | 80,834 | 88,638 |
| Hispanic CVAP | 30,420 | 29,617 | 31,353 | 32,257 | 32,283 | 33,684 | 35,727 | 38,795 | 40,783 | 42,647 |
| Citizenship Rate (%) | 55.5% | 52.1% | 56.4% | 54.0% | 59.0% | 57.9% | 63.0% | 63.4% | 64.1% | 67.0% |
| Share of Total CVAP (%) | 39.5% | 39.8% | 38.3% | 38.7% | 43.7% | 43.5% | 42.8% | 46.8% | 50.5% | 48.1% |
| Non-Hispanic CVAP | 46,660 | 44,817 | 50,519 | 51,074 | 41,533 | 43,775 | 47,764 | 44,153 | 40,051 | 45,991 |
| Citizenship Rate (%) | 97.5% | 97.6% | 97.4% | 98.2% | 98.0% | 96.5% | 95.8% | 96.6% | 97.0% | 98.4% |
| Share of Total CVAP (%) | 60.5% | 60.2% | 61.7% | 61.3% | 56.3% | 56.5% | 57.2% | 53.2% | 49.5% | 51.9% |

Source:
Figures computed from Bureau of the Census, 1-Year ACS for Pasadena City, 2005-2014 (Data Tables B05003 and B05003I)

**Exhibit 5-B**

Citizen Voting Age Population, by Race and Hispanic Origin
Pasadena City, Texas
3-Year Non-Overlapping ACS Estimates for 2005-2007 through 2011-2013

| Demographic Group | ACS 2005-2007 | ACS 2008-2010 | ACS 2011-2013 |
|---|---|---|---|
| Total CVAP | 78,988 | 76,355 | 82,637 |
| Hispanic CVAP | 29,911 | 31,474 | 39,024 |
| Citizenship Rate (%) | 55.3% | 57.2% | 63.7% |
| Share of Total CVAP (%) | 37.9% | 41.2% | 47.2% |
| Non-Hispanic CVAP | 49,077 | 44,881 | 43,613 |
| Citizenship Rate (%) | 97.6% | 97.5% | 96.5% |
| Share of Total CVAP (%) | 62.1% | 58.8% | 52.8% |

Source:
Figures computed from Bureau of the Census, 3-Year ACS for Pasadena City 2005-2007, 2008-2010, 2011-2013 (Data Tables B05003 and B05003I)



Deer Park ISD
La Porte ISD
Pasadena ISD
Clear Creek ISD
Galena Park
Deer Park
Pasadena
La Porte
South Houston
Pearland
Seabrook
League City
Dickinson
Legend
2014 City Limits for Pasadena
2012-2013 TEA School District Boundaries
District:
Clear Creek ISD
Deer Park ISD
La Porte ISD
Pasadena ISD
0 1.5 3 6 Miles
Coordinate System: GCS North American 1983;
Datum: North American 1983; Created: 12/14/2015
© 2015 Bickerstaff Heath Delgado Acosta LLP
Data Source: School District boundaries obtained from Texas Education Agency.
City limit boundary obtained from the City of

School District Composition of Pasadena City: 2010 Census

| Jurisdiction | Total Population | Percent of Total Population | Voting Age Population | Under 18 Population |
|---|---|---|---|---|
| Pasadena ISD | 119,732 | 80.18% | 82,185 | 37,547 |
| Deer Park ISD | 21,772 | 14.58% | 15,402 | 6,370 |
| Clear Creek ISD | 7,769 | 5.20% | 5,859 | 1,910 |
| LaPorte ISD | 62 | 0.04% | 54 | 8 |
| Pasadena City: | 149,335 | 100.00% | 103,500 | 45,835 |

Exhibit 6
School Districts within the City of Pasadena

**Annual Percent Hispanic Enrollment by School District**
**Pasadena ISD and Deer Park ISD**
**1994-2014**

Pasadena ISD Enrollment
Percent Hispanic by Year
Percent Hispanic
85.0%
80.0%
75.0%
70.0%
65.0%
60.0%
55.0%
50.0%
45.0%
40.0%
46.6%
82.2%
1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014
Year

Deer Park ISD Enrollment
Percent Hispanic by Year
Percent Hispanic
55.0%
50.0%
45.0%
40.0%
35.0%
30.0%
25.0%
20.0%
15.0%
10.0%
18.5%
50.7%
1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011 2012 2013 2014
Year

92

Exhibit 7-B
Annual Percent Hispanic Enrollment by School District
Clear Creek ISD and La Porte ISD
1994-2014

Clear Creek ISD Enrollment
Percent Hispanic By Year
Percent Hispanic
30.0%
25.0%
20.0%
15.0%
10.0%
5.0%
9.7%
28.0%
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
2013
2014
Year

La Porte ISD Enrollment
Percent Hispanic by Year
Percent Hispanic
50.0%
45.0%
40.0%
35.0%
30.0%
25.0%
20.0%
15.0%
10.0%
17.8%
45.2%
1994
1995
1996
1997
1998
1999
2000
2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
2012
2013
2014
Year

93

**Exhibit 8-A**

Percent Hispanic Enrollment by School District
Pasadena ISD, Deer Park ISD, Clear Creek ISD, La Porte ISD
1994-2014

| | School District (ISD) | | | |
|---|---|---|---|---|
| **Year** | **Pasadena** | **Deer Park** | **Clear Creek** | **La Porte** |
| 1994 | 46.6% | 18.5% | 9.7% | 17.8% |
| 1995 | 49.0% | 19.7% | 10.2% | 17.5% |
| 1996 | 51.3% | 20.9% | 10.6% | 18.8% |
| 1997 | 54.1% | 22.0% | 10.8% | 19.3% |
| 1998 | 56.3% | 23.2% | 11.3% | 20.2% |
| 1999 | 58.7% | 24.4% | 11.9% | 21.2% |
| 2000 | 61.4% | 26.3% | 12.6% | 21.7% |
| 2001 | 64.1% | 27.7% | 13.1% | 23.5% |
| 2002 | 66.8% | 29.3% | 14.0% | 24.5% |
| 2003 | 68.9% | 31.3% | 14.8% | 26.6% |
| 2004 | 70.7% | 33.6% | 15.7% | 28.1% |
| 2005 | 72.5% | 35.6% | 16.6% | 29.6% |
| 2006 | 72.9% | 37.6% | 17.5% | 31.6% |
| 2007 | 74.6% | 39.7% | 18.6% | 34.2% |
| 2008 | 76.6% | 41.3% | 19.5% | 35.6% |
| 2009 | 77.3% | 42.5% | 20.4% | 37.2% |
| 2010 | 77.6% | 44.0% | 21.3% | 38.6% |
| 2011 | 81.7% | 44.9% | 17.9% | 42.9% |
| 2012 | 82.0% | 47.0% | 26.0% | 43.0% |
| 2013 | 82.1% | 48.5% | 27.0% | 45.1% |
| 2014 | 82.2% | 50.7% | 28.0% | 45.2% |

*Data Source: Texas Education Agency, Research and Analysis Division.*
*Note: Figures represent enrollment taken on October 31 of each year.*

**Exhibit 8-B**

**Total and Hispanic Annual Enrollment by School District**

**Pasadena ISD, Deer Park ISD, Clear Creek ISD, La Porte ISD**

**1994 and 2014**

| School District | Total Enrollment | | | Hispanic Enrollment | | |
|---|---|---|---|---|---|---|
| | 1994 Enrollment | 2014 Enrollment | Percent Change 1994-2014 | 1994 Hispanic Enrollment | 2014 Hispanic Enrollment | Percent Change 1994-2014 |
| Pasadena ISD | 39,265 | 55,577 | 41.54% | 18,299 | 45,815 | 150.37% |
| Deer Park ISD | 11,024 | 13,140 | 19.19% | 2,044 | 6,909 | 238.01% |
| Clear Creek ISD | 24,541 | 40,812 | 66.30% | 2,391 | 11,707 | 389.63% |
| La Porte ISD | 7,384 | 7,648 | 3.58% | 1,319 | 3,521 | 166.94% |

*Data Source: Texas Education Agency, Research and Analysis Division.*
*Note: Figures represent enrollment taken on October 31 of each year.*

# Exhibit 9
# City of Pasadena
# Comparison of Total and Spanish Surname Registered Voters for the 6-2 Plan in the Years 2011 and 2015

| **January 2011 Registered Voters:**<br>Plan 6-2 (Adopted March 2014) | | | | | |
|---|---|---|---|---|---|
| **District** | **Total Voters** | **SSRV** | **Percent SSRV** | **Non-SSRV** | **Percent Non-SSRV** |
| Districts A-B-C | 22,682 | 11,769 | 51.89% | 10,913 | 48.11% |
| | | | | | |
| District D | 8,829 | 3,157 | 35.76% | 5,672 | 64.24% |
| | | | | | |
| Districts E-F | 25,667 | 4,841 | 18.86% | 20,826 | 81.14% |
| | | | | | |
| **Totals:** | **57,178** | **19,767** | **34.57%** | **37,411** | **65.43%** |

| **March 2015 Geocoded Voter Results:**<br>Plan 6-2 (Adopted March 2014) | | | | | |
|---|---|---|---|---|---|
| **District** | **Total Voters** | **SSRV** | **Percent SSRV** | **Non-SSRV** | **Percent Non-SSRV** |
| Districts A-B-C | 21,376 | 12,745 | 59.62% | 8,631 | 40.38% |
| | | | | | |
| District D | 8,309 | 3,534 | 42.53% | 4,775 | 57.47% |
| | | | | | |
| Districts E-F | 24,461 | 5,155 | 21.07% | 19,306 | 78.93% |
| | | | | | |
| **Totals:** | **54,146** | **21,434** | **39.59%** | **32,712** | **60.41%** |

Data Sources and Methodology:

Voter Registration file obtained from Harris County Elections March 23, 2015.

Voters geocoded to 9-1-1 point file and voters not matching the 9-1-1 point file were matched to the rooftop using Harris County Appraisal District Data and Google Maps.

Voters were coded Spanish Surname based upon their last name match to the 1990 Census Master Spanish Surname list.

Hypenated last names were then manually matched if either the left, right or both sides of the hypenated name matched a last name on the Master Spanish Surname list.

2011 registered and Spanish Surname voters were obtained from the Texas Secretary of State on January 11, 2011.

The voters were allocated to the 2010 voting tabulation districts and then disaggregated by voting age population to the 2010 Census block.

Those voter counts by Census block were then allocated to the single member district.



## Exhibit 10-A
## Projections of Hispanic and Non-Hispanic Voting Age Population
## Harris County, Texas
## 2015 Through 2035 at 5-Year Intervals

Note: The projections shown are based on the State Data Center's "0.5 200-2010" projection series which assumes county net migration will continue at a rate equal to 50% of the rate observed between the 2000 and 2010 Censuses. This series basically represents a middle ground between a low-growth and a high-growth series. See the methodology section of the report cited in the Source note (immediately below).

Source: Texas State Data Center, ***Projections of the Population of Texas and Texas Counties by Age, Sex and Race/Ethnicity – 2010-2050***

**Exhibit 10-B**

**Projections of Total and Hispanic Voting Age Population**
**Harris County, Texas**
**2015 through 2035 at 5-Year Intervals**

| Year | Total VAP | Hispanic VAP | Hispanic Share | Non-Hispanic VAP |
|---|---|---|---|---|
| 2015 | 3,201,861 | 1,265,361 | 39.5% | 1,936,500 |
| 2020 | 3,464,177 | 1,466,729 | 42.3% | 1,997,448 |
| 2025 | 3,731,622 | 1,683,895 | 45.1% | 2,047,727 |
| 2030 | 3,991,551 | 1,902,825 | 47.7% | 2,088,726 |
| 2035 | 4,237,471 | 2,119,344 | 50.0% | 2,118,127 |

Note: The projections shown are based on the State Data Center's "0.5 200-2010" projection series which assumes county net migration will continue at a rate equal to 50% of the rate observed between the 2000 and 2010 Censuses. This series basically represents a middle ground between a low-growth and a high-growth series. See the methodology section of the report cited in the Source note (immediately below)

Source: Texas State Data Center, ***Projections of the Population of Texas and Texas Counties by Age, Sex and Race/Ethnicity -- 2010-2050***

**Exhibit 11-A**
**Growth in Total Population, Total Households, and Total Jobs**
**Pasadena City, Texas**
**2015 Through 2035 at 5-Year Intervals**

Growth in Household Population From 2015 to 2035
2030 to 2035
1,193
2025 to 2030
2,232
2020 to 2025
3,266
2015 to 2020
7,518
0
1,000
2,000
3,000
4,000
5,000
6,000
7,000
8,000
PERSONS

Growth in the Number of Households From 2015 to 2035
2030 to 2035
425
2025 to 2030
907
2020 to 2025
1,125
2015 to 2020
2,260
0
500
1,000
1,500
2,000
2,500
HOUSEHOLDS

Growth in the Number of Jobs From 2015 to 2035
2030 to 2035
577
2025 to 2030
770
2020 to 2025
936
2015 to 2020
843
0
100
200
300
400
500
600
700
800
900
1,000
JOBS

Source: Houston-Galveston Area Council, ***Regional Growth Forecast, 2nd Quarter 2015 Update***

99

**Exhibit 11-B**

Projections of Total Population, Total Households and Total Jobs
Pasadena City, Texas
2015 through 2035 at 5-Year Intervals

| | Household Population | | Households | | Jobs | |
|---|---|---|---|---|---|---|
| Year | Number | Change | Number | Change | Number | Change |
| 2015 | 154,708 | NAP | 51,075 | NAP | 56,772 | NAP |
| 2020 | 162,226 | 7,518 | 53,335 | 2,260 | 57,615 | 843 |
| 2025 | 165,492 | 3,266 | 54,460 | 1,125 | 58,551 | 936 |
| 2030 | 167,724 | 2,232 | 55,367 | 907 | 59,321 | 770 |
| 2035 | 168,917 | 1,193 | 55,792 | 425 | 59,898 | 577 |

NAP = Not Applicable

Source: Houston-Galveston Area Council, ***Regional Growth Forecast, 2nd Quarter 2015 Update***

Statement of Credentials

**BILL RIVES**
*Consulting Demographer*

3630 Romnay Road
Columbus, Ohio 43220
TEL and FAX (614) 326-0613
CELL (614) 582-5429
brives@pipeline.com

## EDUCATION

| | |
|---|---|
| Ph.D. (Economics)<br>National Institutes of Health Fellow | Duke University<br>1971 |
| M.A. (Economics) | Duke University<br>1970 |
| A.B. (Economics) | The University of Missouri at Columbia<br>1967 |
| Postdoctoral Research Fellow<br>• Demography<br>• Economics<br>• Statistics | Office of Population Research<br>The Woodrow Wilson School<br>Princeton University<br>1970-72 |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2001 – Present | Senior Lecturer<br>Department of Finance<br>Fisher College of Business<br>The Ohio State University<br>Columbus, Ohio |
| 1993 – 2001 | Professor<br>Chair (1998-2002)<br>Department of Finance<br>Professor<br>Graduate School of Business<br>Academic Dean (2000-2002)<br>Franklin University<br>Columbus, Ohio |

**PROFESSIONAL EXPERIENCE**
(continued)

1984 – 1993 Executive Vice President
N. W. Rives & Company, Inc.
Consulting Demographers & Statisticians
Houston and San Antonio, Texas

1984 – 1987 Associate Professor
Graduate Program in Healthcare Management
Trinity University
San Antonio, Texas

1982 – 1984 Visiting Professor
Jones Graduate School of Administration
Rice University
Houston, Texas

1982 – 1984 Senior Fellow and Director
Houston Metropolitan Research Program
Rice Center for Research and Development
Rice University
Houston, Texas

1977 – 1979 Visiting Research Fellow
Population Division
U.S. Bureau of the Census
Washington, DC

1972 – 1984 Assistant Professor (1972 – 1976)
Associate Professor (1976 – 1984)
College of Urban Affairs and Public Policy
Associate Professor (1976 – 1984)
Department of Mathematical Sciences
The University of Delaware
Newark, Delaware

**UNIVERSITY TEACHING EXPERIENCE**
(undergraduate and graduate courses)

Statistical Methods (all areas and applications)
Demographic Analysis
Small-Area Population Estimates and Projections
Survey Research
Business Research Methods
Forecasting Methods for Management and Research

**UNIVERSITY TEACHING EXPERIENCE**
(continued)

Corporate Finance
Risk Management and Insurance
Life and Health Insurance
Property and Casualty Insurance
Enterprise Risk Management

Healthcare Economics
Macroeconomic Theory and Policy
Econometric Methods and Models
Economics of Aging and Retirement
Regional Economic Growth and Development

**SERVICE TO PROFESSIONAL ASSOCIATIONS AND ORGRANIZATIONS**

I have served on standing committees, boards of directors, editorial boards, funding review panels and professional advisory groups for numerous organizations, of which the following organizations are representative:

U.S. Department of Commerce
U.S. Army Corps of Engineers
The Rand Corporation
Population Association of America
U.S. Bureau of the Census
San Antonio Chamber of Commerce
American Statistical Association
Houston Chamber of Commerce
National Institute of Mental Health
South Texas Council of Governments
National Institute on Aging
U.S. Department of Veterans Affairs

**PROFESSIONAL PUBLICATIONS**

I have published articles in professional journals and periodicals, books, chapters in books, technical monographs and numerous reports from sponsored research. The following list identifies representative works. (Sponsored research reports prepared for private clients have been excluded at their request):

"Fuel Risk Management at American Electric Power"
(with Greg Niehaus, Laura Thomas, Douglas Buck, and Dwayne Elliott)
RISK MANAGEMENT AND INSURANCE REVIEW, Vol. 15, No. 1, 2012

DEMOGRAPHIC ANALYSIS FOR MENTAL HEALTH PLANNING
(with H. Goldsmith and W.J. Serow)
Demographic Research Monograph Series
Epidemiology-Demography-Biometry Program
National Institute of Mental Health, 1991
Revised edition published by the University of Wisconsin Press, 1996

**PROFESSIONAL PUBLICATIONS**
(continued)

"Strategic financial planning for hospitals – Demographic considerations"
In DEMOGRAPHICS – A CASEBOOK FOR BUSINESS AND GOVERNMENT
edited by H. Kintner, P. Morrison, T. Merrick and P. Voss
The Rand Corporation and Westview Press, 1994

INTRODUCTION TO APPLIED DEMOGRAPHY
(with W.J. Serow)
Series on Quantitative Applications in the Social Sciences
Sage Publications, 1984

"Interstate migration of the elderly – Demographic and policy implications"
(with K.D. McLeod, J.R. Parker and W.J. Serow)
RESEARCH ON AGING, 1984

"Using population forecasts to allocate public funds"
AMERICAN DEMOGRAPHCS, 1981

"Designing census public use samples for aging research"
Special issue on Aging and Society, RESEARCH ON AGING, 1981

THE USE OF POPULATION PROJECTIONS TO ALLOCATE PUBLIC FUNDS
The Rand Paper Series P-6584, The Rand Corporation, 1980

"The determination of economic loss in litigation involving wrongful death or injury – Conceptual and methodological issues"
(with M. Brams)
JOURNAL OF CONTEMPORARY LAW, 1979

"Measures of community health status for health planning"
(with A. Mooney)
HEALTH SERVICES RESEARCH, 1978

EXPERIMENTAL ESTIMATES OF THE COMPLETENESS OF COVERAGE OF STATE POPULATION IN THE 1970 CENSUS – DEMOGRAPHIC ANALYSIS
(with J. Siegel, J. Passel and J. Robinson)
Special Populations Studies, Series P-23, U.S. Bureau of the Census, 1977

"The effect of census errors on life table estimates of Black mortality"
AMERICAN JOURNAL OF PUBLIC HEALTH, 1977

"Forecasting public school enrollment"
SOCIOECONOMIC PLANNING SCIENCES, 1977

**PROFESSIONAL PUBLICATIONS**
(continued)

"The effect of census errors on federal employment statistics"
INDUSTRIAL RELATIONS, 1976

"On the history of the mathematical theory of games"
HISTORY OF POLITICAL ECONOMY, 1975

"An econometric model of the tobacco industry"
(with T. Naylor and J. Vernon)
REVIEW OF ECONOMICS AND STATISTICS, 1969

**SPONSORED RESEARCH**

Research projects, including consulting engagements, have been supported by both public and private sources. The following list identifies representative clients:

U.S. Bureau of the Census
National Institute on Aging
National Institute of Mental Health
USAA Life Insurance Company
HCA Healthcare Corporation

Aetna Life Insurance Company
Commonwealth of Pennsylvania
Houston Independent School District
San Antonio Independent School District
Chicago City Council

Houston City Council
Harris County (Houston) Hospital District
The Monsanto Company
USAA Real Estate Company
American Express Company

American Association of Retired Persons (AARP)
Alamo Heights Independent School District (San Antonio)
Katy Independent School District (Houston)
North East Independent School District (San Antonio)
Rhode Island State Senate (Providence)

City of Farmers Branch (Texas) City Council
City of Irving (Texas) City Council
Irving Independent School District (Texas)
City of McKinney (Texas) City Council
Office of the Texas Attorney General

## GENERAL LITIGATION SUPPORT

I have provided technical assistance to support federal and state litigation, of which the following areas are representative:

Congressional and legislative redistricting
EPA Superfund (toxic waste) management
Title VII employment discrimination

I have been qualified to testify as an expert witness in U.S. District Court, state courts, and before various federal and state regulatory panels.

## REDISTRICTING PROJECTS AND VOTING RIGHTS LITIGATION SUPPORT

I have developed and evaluated redistricting plans, and assisted others with this work. I also have testified as an expert witness on demographic analysis, statistical analysis and census statistics in litigation arising under the federal Voting Rights Act.

Cases in which I have been deposed only, or been deposed and testified, include:

- *Campos, et al. vs. City of Houston* (H-91-0885)
  US District Court for the Southern District of Texas, Houston Division
- *Valdespino, et al. vs. Alamo Heights Independent School District* (SA-95-CA-0817)
  US District Court for the Western District of Texas, San Antonio Division
- *League of United Latin American Citizens, et al. vs. North East Independent School District* (SA-93-CA-483)
  US District Court for the Western District of Texas, San Antonio Division
- *Barnett, et al. vs. City of Chicago* (92-C-1683) and *Bonilla, et al. vs. City of Chicago* (92-C-2666), consolidated for trial
  US District Court for the Northern District of Illinois, Eastern Division
- *Sergio J. Rodriguez, et al. vs. Bexar County, Texas* (SA 01-CV-1049-WWJ)
  US District Court for the Western District of Texas, San Antonio Division
- *Joseph F. Parella, et al. vs. William Irons, et al.* (C.A. No. 02-4578)
  Superior Court of the State of Rhode Island and Providence Plantations
- *Valentine Reyes, et al. vs. City of Farmers Branch, Texas* (3:07-CV-900-M)
  US District Court for the Northern District of Texas, Dallas Division
- *Manuel Benavidez vs. City of Irving, Texas* (3:07-CV-1850-P)
  US District Court for the Northern District of Texas, Dallas Division
- *Manuel Benavidez vs. Irving (Texas) Independent School District* (3:08-CV-0924-D)
  US District Court for the Northern District of Texas, Dallas Division
- *Shannon Perez, et al. vs. The State of Texas, et al.* (SA-11-CA-360-OLG-JES-XR)
  US District Court for the Western District of Texas, San Antonio Division
  (Consolidated cases, lead case civil action number cited)
- *Maria Fabela, et al. v. City of Farmers Branch, Texas (CA 3:*10-CV-01425-D)
  US District Court for the Northern District of Texas, Dallas Division
- *Manuel Benavidez, J. de Leon & D. de Leon vs. Irving (Texas) Independent School District* (3:13-CV-0087-D)
  US District Court for the Northern District of Texas, Dallas Division