IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | |
| PATRICIA GONZALES, | § | |
|     *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:14-CV-03241-LHR |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
|     *Defendants* | § | |

## ORDER GRANTING THE CITY OF PASADENA'S MOTION FOR SUMMARY JUDGMENT

CAME ON this day for consideration the *City of Pasadena's Motion for Summary Judgment*, and it appearing to the Court that the motion is meritorious, the same is hereby **GRANTED.** It is therefore,

**ORDERED, ADJUDGED, AND DECREED** that judgment is granted in favor of the City of Pasadena on all of Plaintiffs' claims herein, that Plaintiffs take nothing by this suit, and that all costs shall be borne by the party incurring the same. This order resolves all claims against all parties and any relief not expressly granted herein is **DENIED.**

SIGNED this _____ day of _____, 2016.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE