# EXHIBIT 12

**MAIL**

| | |
|---|---|
| **From:** | RScott@ci.pasadena.tx.us |
| **To:** | rickguerrero@earthlink.net |
| **Subject:** | charter change |
| **Date:** | 02-Oct-2013 11:27 |
| **Attachments:** | TEXT.htm [Save] [Open] |
| | Propositions_General_mailer_V2[2].pdf [Save] [Open] |
| **Creation Date:** | 02-Oct-2013 11:27 |
| **Store Date:** | 02-Oct-2013 18:06 |
| **Status:** | accepted,opened,read |
| **Box Type:** | sent |
| **Folder:** | Richard Scott Home > Sent Items |
| **Message Id:** | 524C0307.MailDomain.MailPO.200.200009B.1.6AA32.1 |

Rick,

Here is the information, if you need anything else, please let me know..Also, we are having a kickoff meeting at Cullins on Thursday night (tomorrow) at 6:30. Try to come and bring someone with you...light refreshments will be provided..



PASADENA14097

TEXT.htm                                                    ATTACHMENT

Rick,

Here is the information, if you need anything else, please let me
know..Also, we are having a kickoff meeting at Cullins on Thursday night
(tomorrow) at 6:30. Try to come and bring someone with you...light
refreshments will be provided..

Rick,
Here is the information, if you need anything else, please let me know..Also, we are having a kickoff meeting at Cullins on Thursday night (tomorrow) at 6:30. Try to come and bring someone with you...light refreshments will be provided..

PASADENA14099

# VOTE "FOR" ALL CHARTER CHANGES!!!
## PASADENA'S FUTURE DEPENDS ON IT!!!

Our City Charter hasn't been updated in more than 20 years.  The four proposed charter changes on the November 5, 2013 ballot will bring Pasadena into the future, saving money and making your city government more efficient and effective.

### Proposition One:
### Adds two at-large Council Members.
Everyone will have three representatives on Council, instead of just one. The size of the population will be more evenly divided between districts.

### Proposition Two:
### City Council would meet twice a month - one morning meeting and one evening meeting.
Costs will be minimized, and Council meetings will be more efficient.

### Proposition Three:
### A Mayor Pro Tem can be elected anytime there is a vacancy in the office.
Our city will always have leadership and can continue to operate without interruption.

### Proposition Four:
### Candidates must show proof of living in a district for at least one year before running for office.
The people who represent you will be people who live in Pasadena and who are committed to our community.

## Vote "FOR" the four charter changes.
**More representation.  More efficiency.  More effectiveness.  More commitment.**

Call to get a yard sign to show you support the "Charter Changes" - 281-487-0747

PASADENA14100

# VOTE "FOR" ALL CHARTER CHANGES!!!
## PASADENA'S FUTURE DEPENDS ON IT!!!

**POL AD PD by Citizens
For Positive Change**
P.O. Box 195
4808 Fairmont Parkway
Pasadena, TX 77505

PRST STD
U.S. POSTAGE
PAID
N. Houston, TX
Permit #188

## Pasadena Charter Amendments on Ballot

### PROPOSITION I
### CHARTER AMENDMENT

"Shall the City Charter be amended to replace the current Council election system which consists of a Mayor and eight Councilmembers elected from single-member Districts, with a Council with a Mayor, six Councilmembers elected from single-member Districts, and two Councilmembers elected at large."

FOR           AGAINST_____

### PROPOSITION II
### CHARTER AMENDMENT

"Shall the City Charter be amended to change the number of Council meetings from weekly to the first and third Tuesdays of each month."

FOR           AGAINST_____

### PROPOSITION III
### CHARTER AMENDMENT

"Shall the City Charter be amended to permit the election of a Mayor Pro Tem at any time there is a vacancy in the office."

FOR           AGAINST_____

### PROPOSITION IV
### CHARTER AMENDMENT

"Shall the City Charter be amended to provide that City Council candidates be required to document their residence and to specify the means of making such proof."

FOR           AGAINST_____

## VOTE "FOR" Pasadena's FUTURE!



*Providing good crime control for all our citizens for the future of our city*



*Our City on the move for the future of our citizens. Drainage is always a big problem in Pasadena, and this park with the large detention ponds will keep our citizens dry.*



*Sailing into the future*

PASADENA14101

# EXHIBIT 13

# RECORD OF PROCEEDINGS
## SPECIAL COUNCIL MEETING
## CITY OF PASADENA
### August 22, 2013 – 8:00 A.M.

## CALL TO ORDER

The regular Council Meeting of the City of Pasadena, Harris County, Texas, was called to order by Mayor Johnny Isbell.

## ROLL CALL

### COUNCIL MEMBERS PRESENT:
### COUNCILMEMBERS

| | | | |
|---|---|---|---|
| ORNALDO YBARRA - District A | | CODY RAY WHEELER - District E | |
| BRUCE LEAMON - District B | | PHIL CAYTEN - District F | |
| DON HARRISON - District C | | STEVE COTE - District G | |
| PAT VAN HOUTE - District D | | DARRELL MORRISON - District H | |

Also present at the Council table was Linda Rorick, City Secretary.

## INVOCATION – Richard Scott; Director of Community Relations

## PLEDGES OF ALLEGIANCE – Councilmember Pat Van Houte

## PRESENTATION OF PROCLAMATIONS & AWARDS

## CITIZENS ADDRESSING COUNCIL

David Bright – Regarding bond issues; glad this process is over. Mentioned stage at rodeo arena, commenting Pasadena Second Century Corporation is funding this project and feels money could be better spent on infrastructure in City. Expressed view that he doesn't feel actions by some councilmembers are in the best interest of the people.

Gary Denton – Stated he understands how charter amendments will benefit the Mayor and expressed his opinion as to why he feels the Mayor wants them. Discussed Pasadena's "strong mayoral form of government" commenting Council does not have the power. Remarked he does not understand members of Council who support the amendments.

Richard Lovell – Regarding the vote on amendments by the people; commented the people did not propose amendments; that should a vote pass them, a "federal judge will throw them under the bus".

Albert G. Gonzales – Stated he is again speaking to express his opposition to charter changes. Mentioned he has been, and still is, involved in our community; noted several organizations and committees he has served on and is a member of presently. Discussed when he was involved with a group of Hispanics in the 1980's on obtaining



PASADENA000419

single-member districts in Pasadena, feels "we are going backwards instead of forward" with proposed charter changes. Shared some experiences that were, in his words, examples of "racism". Feels single-member districts help minorities; opposes redistricting changes to charter.

<u>Mayor Isbell</u> – Commented that as long as he has known Mr. Gonzales, he has always been a gentleman; thanked him for that.

## PROPOSALS FOR CITY BUSINESS

## PRESENTATION OF MINUTES

*(There were no Minutes for consideration on the August 22, 2013 Agenda.)*

## PRESENTATION OF MINUTES OF SPECIAL MEETINGS

## BID NOTICE PUBLICATIONS

## BID OPENINGS

## CONTRACT CHANGE ORDERS

## PROGRESS PAYMENTS

## FINANCE RESOLUTION NO. MISC. CLAIMS & INVOICES

*(There was no Finance Resolution for consideration on the August 22, 2013 Agenda.)*

## PERSONNEL CHANGES

(A)  **REGULAR EMPLOYEES**
    (1)  Recommended Employment
    (2)  Notice of Reinstatements
    (3)  Notice of Resignations
    (4)  Resignations

(B)  **FINANCE DEPARTMENT EMPLOYEES**
    (1)  Recommended Employment
    (2)  Notice of Reinstatements
    (3)  Notice of Resignations
    (4)  Retirements

(C)  **ADMINISTRATION CHANGES IN PERSONNEL**

(D)  **INTRODUCTION OF NEW EMPLOYEES**

*(There were no Personnel Items for consideration on the August 22, 2013 Agenda.)*

PASADENA000420

## MAYORAL APPOINTMENTS

## CITY BOARDS AND COMMISSIONS REPORTS

## REPORTS OF COMMITTEES

## MAYOR'S REPORT

## ORDINANCES

## FINAL READINGS

**ORDINANCE NO. 2013-126** - An Ordinance calling a Special Election to be held on Tuesday, November 5, 2013, for the purpose of submitting to the qualified voters of the City of Pasadena, Texas, various propositions for amending the City Charter relating to method of filing and qualification of candidates for office, meetings of council, division of City into districts, and election of Mayor Pro Tem; providing for a joint election with Harris County and making other provisions related to the subject.

Councilmember Morrison moved, seconded by Councilmember Leamon that Ordinance 2013-126 be passed on second and final reading.

Councilmember Cayten moved, seconded by Councilmember Cote that Ordinance 2013-126 be AMENDED as follows:

To amend Ordinance 2013-126 on final reading as follows:

- At Exhibit "A" Proposition 1, Article II Section 4 amend paragraph three to read "Such redistricting ordinances and the six Districts defined therein shall apply to the next succeeding City general election and to all City general and special elections and appointments thereafter until enactment and application of the next redistricting ordinance."

- At Exhibit "A":

1. Amend Proposition I by amending the phrase, "Amend Article II, section 1, 2, 3, 4 and Article IV, sections 5 and 6 to read as follows:" so that it now says."Amend Article II, section 1, 2, 3, 4 and Article IV, section 5 to read as follows:"and then deleting section 6 of Article IV from the proposed amendment.

2. Amend Exhibit "A" by deleting Proposition IV and by renumbering the succeeding proposition accordingly.

3. Amend Exhibit "B" by deleting Proposition IV and by renumbering the succeeding proposition accordingly.

PASADENA000421

- Exhibit "A" Proposition IV, (formerly numbered as Proposition V), Section 2(a) is amended to add a new subsection (d) and to re-letter the remaining subsections accordingly.

(d). Additional proof as determined by Council may be required such as valid driver's license and voters registration card, etc.

- In regard to the proposed amendments to Article II, section 2:

1. In Exhibit "A" amend Proposition I so that the proposed amendment to Article II, section 2, reads as follows:

At the time of his/her election to office and during his/her tenure of office, each member of the Council shall be a citizen, resident, and qualified voter of the State of Texas and the City of Pasadena. Council members elected to represent districts, must physically reside within the District he/she represents for a period of twelve months immediately preceding the day of the election at which he/she is elected. The Mayor and Council members elected at-large must have been residents of and have physically resided within the City for twelve months immediately preceding their election. No member of the Council shall hold any other office or employment under the City government while he/she is a member of the Council, nor shall he/she hold any paid employment under the City government within two years thereafter. A member of the Council ceasing to possess any of the foregoing qualifications shall immediately forfeit his/her office.

2. In Exhibit "A" amend Proposition IV (previously numbered as Proposition V) so that the proposed amendment to Article II, section 2, reads as follows:

At the time of his/her election to office and during his/her tenure of office, each member of the Council shall be a citizen, resident, and qualified voter of the State of Texas and the City of Pasadena. Council members elected to represent districts, must physically reside within the District he/she represents for a period of twelve months immediately preceding the day of the election at which he/she is elected. The Mayor must have been a resident of and have physically resided within the City for twelve months immediately preceding his/her election. No member of the Council shall hold any other office or employment under the City government while he/she is a member of the Council, nor shall he/she hold any paid employment under the City government within two years thereafter. A member of the Council ceasing to possess any of the foregoing qualifications shall immediately forfeit his/her office.

3. Amend section 3 of Ordinance 2013-126 to provide:

Section 3. Propositions I and IV propose amendments to Article II, section 2, of the Charter. If both propositions I and IV are approved by the voters,

PASADENA000422

the language of Article II, section 2, of the Charter proposed in Proposition I shall prevail and that language, rather than the language in Proposition IV, shall become a part of the Charter.

Councilmember Van Houte – Referred to the two pages of amendments, commenting there are "some good changes" in them but there are "still problems" with them as well. Discussed amendments; stated she will support them since they "may fix more problems than they create". However, she will not be supporting the ordinance itself. Discussed amendments and problems she has with them.

Councilmember Harrison – Noted he received amendments yesterday; will not vote in favor of them.

MOTION TO AMEND CARRIED AS FOLLOWS:

"Ayes" – Councilmembers Leamon, Van Houte, Cayten, Cote, Morrison and Mayor Isbell

"Nays" – Councilmembers Ybarra, Harrison and Wheeler

DISCUSSION ON AMENDED ORDINANCE:

Councilmember Ybarra – Stated single-member districts versus at-large districts is not about Anglos versus Hispanics, it's about democracy and equal representation that single-member districts bring.

Councilmember Harrison – Again, feels the charter amendments are in violation of the City Charter, commenting he doesn't think it will get to the polls.

Councilmember Wheeler – Referred to article that came out following Tuesday's council meeting. Again, discussed problems he has with process of Charter Committee and with charter amendments. Commented he doesn't understand how a councilmember can vote in favor of these amendments.

Councilmember Cote – Discussed reasons why he feels having at-large council positions give citizens more options and is in their best interest. Also, discussed the charter amendments/propositions and reasons he supports them.

Councilmember Cayten – Discussed each of the charter amendments; explained why he supports them and why he feels they will benefit citizens in our city.

Councilmember Morrison – Discussed advantages of having at-large positions on Council and how they can benefit our citizens.

Mayor Isbell – Regarding "personal attacks" on him, commented he had "learned to expect them from certain individuals". Explained why he supports the 6/2 split in single-member and at-large council districts; that other cities have used this form of government with no problems. Further, does not believe this is "racial discrimination" that will "suppress Hispanic vote". Noted that there is a Hispanic citizen in

PASADENA000403

Councilmember Wheeler's district who has expressed interest in running for an at-large position if this amendment is passed.

Councilmember Cote – Called the question; Councilmember Harrison asked to speak; comments from Councilmembers Van Houte and Ybarra.  *(At this time, Councilmember Harrison proceeded with his comments.)*

Councilmember Harrison – Discussed time when he served on Council in the 1980's and his view on differences of serving as a single-member on Council versus that of an at-large member and areas most likely to "get the votes".  Commented he does not feel this issue will get to the ballot.

ORIGINAL MOTION, AS AMENDED, CARRIED AS FOLLOWS:

"Ayes" – Councilmembers Leamon, Cayten, Cote, Morrison and Mayor Isbell

"Nays" – Councilmembers Ybarra, Harrison, Van Houte and Wheeler

**FIRST READINGS**

**EMERGENCY READINGS**

**ISSUANCE OF OBLIGATION**

**RESOLUTIONS**

**OTHER BUSINESS**

**DOCKETED CITY COUNCIL HEARINGS**

**BID OPENING TABULATIONS**

**REPORTS OF COUNCIL MEMBERS**

Councilmember Pat Van Houte – Passed; no comments.

Councilmember Cody Ray Wheeler – Regarding Councilmember Cayten's comments on maps, stated there were none with ordinance for Council to approve.  Made remarks referring to "back-room deals", etc.  Stated Council "would get a lot more done if they worked together".

Councilmember Phil Cayten – Responded to Councilmember Wheeler's remarks on the "maps".  Explained how he derived at his numbers using single-member maps and "backups" available to Council.  Discussed South Street Soccer Fields, a "great complex for the north side" that will cost over a million dollars.  Discussed Civil Concepts' fees and responsibilities on this project; that City is getting a "bargain" with this company.  Responded to remarks about "yes" votes on Council.  As to comments regarding stage at rodeo arena and money going to the rodeo; commented that proceeds from rodeo benefit the youth in our community by way of scholarships.

PASADENA000424

<u>Councilmember Steve Cote</u> – Passed; no comments.

<u>Councilmember Darrell Morrison</u> – He has two children who just started college; extended "best wishes" to all kids returning to college and to their parents.

<u>Councilmember Ornaldo Ybarra</u> – Responded to comments regarding numbers relating to Hispanic vote in City; explained that 70 percent of Hispanic population doesn't mean 70 percent are voters. Commented on his and Councilmember Harrison's "no" votes over past couple of years.

<u>Councilmember Bruce Leamon</u> – Noted that the Council is not making changes to the City Charter - only presenting propositions for changes; that it will be up to the people to make any changes by their vote.

<u>Councilmember Don Harrison</u> – Thanked Councilmember Ybarra for his comments on the past "no" votes. Responded to Councilmember Cayten's discussion pertaining to the soccer fields; explained reasons why he disagrees with Cayten's remarks and numbers. Mentioned projects and items that money will be going toward that he disagrees with; that he will "continue to fight" against them.

<u>Mayor Johnny Isbell</u> – Stated he has heard so many comments that are "simply not true" such as figures on rodeo stage, 10 to 1 vote by Charter Committee against charter amendments and reference to "maps" on redistricting – noting he would not be drawing the maps – that the ordinance itself states Council will draw them. Discussed the "no" votes by Councilmembers regarding proposed bonds, explained that this resulted in removal of this item from agenda. Further, commented that people on south end of town could "not be expected to vote in favor of bonds for north side when most of tax revenues in City come from the south side". *(At this time, remarks from Councilmembers Ybarra and Harrison.)*

<u>Mayor Isbell</u> – Continued comments – that he had "never seen Council vote down bonds in Pasadena".

## EXECUTIVE SESSION

## ADJOURNMENT

Councilmember Cayten moved, seconded by Councilmember Leamon to adjourn the August 22, 2013 Special Council Meeting. MOTION CARRIED, UNANIMOUS.

PASADENA000425

# EXHIBIT 14

**Canvass Report — Total Voters — Official**

**Harris County, Texas — Joint Election — November 05, 2013**

Page 629 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition I

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 44 | 127 | 171 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 331 | 156 | 487 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 32 | 75 | 107 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 23 | 119 | 142 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 26 | 35 | 61 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 53 | 79 | 132 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 34 | 95 | 129 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 42 | 75 | 117 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 136 | 206 | 342 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 58 | 88 | 146 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 45 | 156 | 201 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 68 | 207 | 275 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 218 | 130 | 348 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 197 | 75 | 272 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 31 | 24 | 55 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 30 | 14 | 44 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 23 | 8 | 31 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 24 | 55 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 133 | 210 | 343 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 30 | 25 | 55 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 214 | 294 | 508 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 4 | 16 | 20 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 311 | 203 | 514 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 5 | 19 | 24 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 479 | 208 | 687 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 271 | 101 | 372 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 5 | 3 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 83 | 89 | 172 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 50 | 20 | 70 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 14 | 23 | 37 |

# Canvass Report — Total Voters — Official
## Harris County, Texas — Joint Election — November 05, 2013
Page 630 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

### City of Pasadena, Proposition I

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 117 | 59 | 176 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 9 | 13 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 9 | 23 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 8 | 20 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 13 | 69 | 82 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 100 | 56 | 156 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 22 | 38 | 60 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| Totals: | 3,324 | 3,396 | 6,720 | 57,712 | | 3,292 | 3,213 | 6,505 |

# Canvass Report — Total Voters — Official
## Harris County, Texas — Joint Election — November 05, 2013
Page 631 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition II

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 67 | 104 | 171 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 392 | 92 | 484 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 50 | 56 | 106 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 40 | 99 | 139 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 35 | 23 | 58 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 71 | 59 | 130 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 61 | 68 | 129 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 59 | 55 | 114 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 203 | 129 | 332 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 81 | 64 | 145 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 65 | 136 | 201 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 128 | 137 | 265 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 256 | 88 | 344 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 204 | 63 | 267 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 39 | 16 | 55 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 34 | 10 | 44 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 30 | 2 | 32 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 36 | 43 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 188 | 151 | 339 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 44 | 13 | 57 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 293 | 205 | 498 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 5 | 15 | 20 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 376 | 134 | 510 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 7 | 16 | 23 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 545 | 134 | 679 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 307 | 63 | 370 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 5 | 3 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 103 | 67 | 170 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 66 | 4 | 70 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 17 | 18 | 35 |

# Canvass Report — Total Voters — Official
## Harris County, Texas — Joint Election — November 05, 2013
### Page 632 of 709

**11/15/2013 11:42 AM**

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 136 | 39 | 175 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 15 | 7 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 12 | 20 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 14 | 14 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 34 | 48 | 82 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 104 | 53 | 157 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 31 | 28 | 59 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| **Totals:** | **3,324** | **3,396** | **6,720** | **57,712** | | **4,153** | **2,276** | **6,429** |

**City of Pasadena, Proposition II**

**Canvass Report — Total Voters — Official**

**Harris County, Texas — Joint Election — November 05, 2013**

Page 633 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition III

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 83 | 89 | 172 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 425 | 61 | 486 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 64 | 45 | 109 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 54 | 86 | 140 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 41 | 20 | 61 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 85 | 44 | 129 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 73 | 52 | 125 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 70 | 43 | 113 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 253 | 84 | 337 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 96 | 49 | 145 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 88 | 114 | 202 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 169 | 102 | 271 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 293 | 56 | 349 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 230 | 40 | 270 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 43 | 13 | 56 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 39 | 6 | 45 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 32 | 1 | 33 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 47 | 32 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 224 | 111 | 335 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 48 | 9 | 57 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 357 | 138 | 495 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 6 | 14 | 20 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 438 | 76 | 514 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 14 | 10 | 24 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 573 | 106 | 679 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 328 | 47 | 375 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 7 | 1 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 120 | 51 | 171 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 68 | 4 | 72 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 23 | 13 | 36 |

Case 4:14-cv-03241   Document 75-4   Filed on 07/30/16 in TXSD   Page 21 of 29

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%        Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition III

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 150 | 27 | 177 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 14 | 8 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 16 | 16 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 19 | 9 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 39 | 45 | 84 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 122 | 36 | 158 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 32 | 27 | 59 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| Totals: | 3,324 | 3,396 | 6,720 | 57,712 | | 4,783 | 1,685 | 6,468 |

# Canvass Report — Total Voters — Official
## Harris County, Texas — Joint Election — November 05, 2013
Page 635 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

### City of Pasadena, Proposition IV

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 110 | 62 | 172 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 460 | 34 | 494 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 80 | 29 | 109 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 74 | 67 | 141 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 48 | 12 | 60 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 103 | 28 | 131 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 93 | 35 | 128 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 94 | 20 | 114 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 296 | 47 | 343 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 118 | 27 | 145 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 133 | 74 | 207 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 211 | 62 | 273 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 324 | 26 | 350 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 246 | 28 | 274 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 49 | 7 | 56 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 40 | 4 | 44 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 33 | 0 | 33 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 56 | 23 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 289 | 58 | 347 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 51 | 6 | 57 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 412 | 92 | 504 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 16 | 5 | 21 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 475 | 41 | 516 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 13 | 10 | 23 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 634 | 51 | 685 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 358 | 17 | 375 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 6 | 2 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 141 | 30 | 171 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 69 | 3 | 72 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 28 | 8 | 36 |

Case 4:14-cv-03241   Document 75-4   Filed on 07/30/16 in TXSD   Page 23 of 29

**11/15/2013 11:42 AM**

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition IV

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 165 | 14 | 179 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 20 | 2 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 19 | 13 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 21 | 7 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 57 | 25 | 82 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 141 | 21 | 162 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 43 | 17 | 60 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| **Totals:** | **3,324** | **3,396** | **6,720** | **57,712** | | **5,526** | **1,007** | **6,533** |

# EXHIBIT 15

# CODY RAY WHEELER

## HAS **TURNED** **HIS BACK** ON PASADENA SENIOR CITIZENS...

pd pol ad
**Citizens To Keep Pasadena Strong
Jerad Najvar, Treasurer
4808 Fairmont Parkway #193
Pasadena, TX 77505**

PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX

# TIME AND TIME AGAIN, CODY RAY WHEELER HAS VOTED AGAINST OUR SENIOR CITIZENS...AND OUR ENTIRE COMMUNITY

→ Cody Ray Wheeler Voted **AGAINST:**
**Lower property tax** rates *(Ordinance 2014-169)*

→ Cody Ray Wheeler Voted **AGAINST:**
**Improved water services** for your home *(Ordinance #2014-220)*

→ Cody Ray Wheeler Voted **AGAINST:**
**The Crime Control Committee** which assists the Police Department *(Resolution #2014-024)*

→ Cody Ray Wheeler Voted **AGAINST:**
**Police Evidence building and other upgrades to assist our Police Officers** *(Ordinance 2014-041; 2014-087)*

→ Cody Ray Wheeler Voted **AGAINST:**
**Improved architecture for the Animal Adoption Center**; a Pasadena facility for homeless animals *(Ordinance 2014-087)*

→ Cody Ray Wheeler Voted **AGAINST:**
**Street improvements** and drainage *(Ordinance #2013-129)*

→ Cody Ray Wheeler Voted **AGAINST:**
**Improving Park facilities** and services for seniors, families and children *(Ordinance #'s 2013-181; 2014-183; 2014-170)*

→ Cody Ray Wheeler Voted **AGAINST:**
**The ordinance which allowed you to vote** on your Pasadena City Charter *(Ordinance #2013-120)*

→ Cody Ray Wheeler Voted **AGAINST:**
**The ordinance which requires city council representatives live in their District** for at least one year *(Ordinance #2013-120)*

**WHETHER YOU VOTE BY MAIL OR IN PERSON, PLEASE VOTE AGAINST CODY RAY WHEELER FOR CITY COUNCIL.**

# EXHIBIT 16



Obama image: Drop of Light / Shutterstock.com

# DO THE MATH:
## BARACK OBAMA
## +   A.C.O.R.N.
## =CODY RAY WHEELER

**pd pol ad**
**Citizens To Keep Pasadena Strong**
**Jerad Najvar, Treasurer**
**4808 Fairmont Parkway #193**
**Pasadena, TX 77505**

PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX

# CODY RAY WHEELER
## STANDS WITH T.O.P. (FORMERLY KNOWN AS ACORN) AND OTHER LIBERAL DEMOCRATS...

You may remember **ACORN**.  They were the ultra-liberal organization which was de-funded because of <u>voter fraud and engaging in illegal activity.</u>

Unfortunately, being out of business didn't stop **ACORN** from forming new chapters under different names.  In Texas, they've reformed as a group called **TOP** (Texas Organizing Project).

**ACORN** may have a different name, but <u>don't be fooled</u>; it's many of the same people using the same Obama-style fear tactics and schemes.

**Now, they're right here in Pasadena and Cody Ray Wheeler (pictured in official photo) is standing with them.**



CODY RAY WHEELER

**In the May 9 election for City Council, say NO to ACORN and TOP.**
**Say NO to Obama and the liberal Democrats.**
**Say NO to CODY RAY WHEELER.**