# EXHIBIT 17

# OFFICIAL COURT DOCUMENTS SHOW THAT
# CODY RAY WHEELER LIED
## ABOUT LIVING IN PASADENA...
## JUST TO GET ELECTED.

pd pol ad
Citizens To Keep Pasadena Strong
Jerad Najvar, Treasurer
4808 Fairmont Parkway #193
Pasadena, TX 77505

PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX

# HERE ARE THE FACTS:

Official court documents **prove** that **Cody Ray Wheeler falsified** a government document, ran for office, and **sat on Pasadena City Council while living in the City of Houston.**

(165th District Court case #2013-32326: p.17; p.40; p.66 )

**You know the facts, now send Cody Ray Wheeler a message. We won't stand for lies and deceit. On May 9th, SAY NO to Cody Ray Wheeler.**

# EXHIBIT 18

After repeated warnings, Police had to **REMOVE CODY RAY WHEELER** from a City Council meeting for *violating a City ordinance*. Now, *you* have a chance to remove him as well.

**Please vote to REMOVE CODY RAY WHEELER**
Early voting runs April 27-May 5; Election Day is May 9



pd pol ad
**Citizens To Keep Pasadena Strong**
4808 Fairmont Parkway #193
Pasadena, TX 77505

PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX



# EXHIBIT 19

PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX

pd pol ad
Citizens To Keep Pasadena Strong
4808 Fairmont Parkway #193
Pasadena, TX 77505

# CODY RAY WHEELER HAS TURNED HIS BACK ON PASADENA...

## TIME AND TIME AGAIN, CODY RAY WHEELER HAS VOTED AGAINST OUR ENTIRE COMMUNITY...

↑ Cody Ray Wheeler Voted **AGAINST:**
Lower property tax rates *(Ordinance 2014-169)*

↑ Cody Ray Wheeler Voted **AGAINST:**
Improved water services for your home *(Ordinance #2014-220)*

↑ Cody Ray Wheeler Voted **AGAINST:**
The Crime Control Committee which assists the Police Department *(Resolution #2014-024)*

↑ Cody Ray Wheeler Voted **AGAINST:**
Police Evidence building and other upgrades to assist our Police Officers *(Ordinance 2014-041; 2014-087)*

↑ Cody Ray Wheeler Voted **AGAINST:**
Improved architecture for the Animal Adoption Center; a Pasadena facility for homeless animals *(Ordinance 2014-082)*

↑ Cody Ray Wheeler Voted **AGAINST:**
Street improvements and drainage *(Ordinance #2013-129)*

↑ Cody Ray Wheeler Voted **AGAINST:**
Improving Park facilities and services for seniors, families and children *(Ordinance #'s 2013-181; 2014-183; 2014-170)*

↑ Cody Ray Wheeler Voted **AGAINST:**
The ordinance which requires city council representatives live in their District for at least one year *(Ordinance #2013-120)*

**PLEASE VOTE** **CODY RAY WHEELER FOR CITY COUNCIL.** EARLY VOTING RUNS THROUGH MAY 5. ELECTION DAY IS MAY 9.

# EXHIBIT 20

PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX

pd pol ad
Citizens To Keep Pasadena Strong
4808 Fairmont Parkway #193
Pasadena, TX 77505

**OFFICIAL COURT DOCUMENTS SHOW THAT CODY RAY WHEELER LIED ABOUT LIVING IN PASADENA... JUST TO GET ELECTED.**

# HERE ARE THE FACTS:

Official court documents prove that **Cody Ray Wheeler falsified a government document, ran for office, and sat on Pasadena City Council while living in the City of Houston.**

(165th District Court case #2013-32326: p.17; p.40; p.66.)

## ON MAY 9, PLEASE VOTE AGAINST CODY RAY WHEELER