# EXHIBIT 21



# Don't let the Democratic Party, ACORN/TOPS and Sylvia Garcia take over Pasadena.

## Republicans, please vote for:

**Steve Cote:** City Council, At-Large

**Darrell Morrison:** City Council, At-Large

**Bruce Leamon:** City Council, District B

**Emilio Carmona:** City Council, District C

**Bear Hebert:** City Council, District D

**Cary Bass:** City Council, District E

pd pol ad
Citizens To Keep Pasadena Strong
4808 Fairmont Parkway #193
Pasadena, TX 77505

FIRST CLASS
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX

**Election Day is May 9th.**
**It is critical that all Republicans please vote.**

# AN URGENT MESSAGE FOR PASADENA REPUBLICANS.



The Texas Democratic Party is trying to take over our city. This is their voter guide.

# EXHIBIT 22

Transcript of the Testimony of

# Richard Scott

## Date:

July 08, 2016

## Case:

ALBERTO PATINO VS. CITY OF PASADENA

Kim Tindall and Associates, LLC.
Phone:(210) 697-3400
Fax:(210) 697-3408
Email:ktindall@ktanda.com
Internet: www.KimTindallandAssociates.com

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3
    ALBERTO PATINO, et al.        )
 4                                )
              Plaintiffs,         )
 5                                )
    VS.                           )  CIVIL ACTION NO.
 6                                )  4:14-cv-03241
    CITY OF PASADENA, et al.,     )
 7                                )
              Defendants.         )
 8

 9
                ORAL DEPOSITION OF RICHARD SCOTT
10                      JULY 8, 2016
                        VOLUME 2
11

12

13

14              ORAL DEPOSITION OF RICHARD SCOTT, produced as

15  a witness at the instance of the Plaintiff and duly

16  sworn, was taken in the above-styled and -numbered cause

17  on Friday, JULY 8, 2016, from 10:48 a.m. to 2:35 p.m.,

18  before ANDREA BALLANTYNE, CSR in and for the State of

19  Texas, reported by computerized stenotype machine, at

20  the offices of Pasadena City Hall, 1211 Southmore,

21  Pasadena, Texas, pursuant to the Federal Rules of Civil

22  Procedure and the provisions stated on the record

23  herein.

24

25
```

```
1                  A P P E A R A N C E S

2

3   FOR THE PLAINTIFFS:
         Ms. Nina Perales
4        Mr. Ernest I. Herrera
         MEXICAN AMERICAN LEGAL DEFENSE
5        AND EDUCATIONAL FUND
         110 Broadway, Suite 300
6        San Antonio, Texas   78205
         (210) 224-5476
7        www.maldef.org

8

    FOR THE DEFENDANTS:
9        Ms. Kelly S. Sandill
         ANDREWS KURTH, LLP
10       600 Travis, Suite 4200
         Houston, Texas   77002
11       (713) 220-4181
         kellysandill@andrewskurth.com
12

13  FOR THE WITNESS RICHARD SCOTT:
         Mr. Andrew Drumheller
14       RUSTY HARDIN & ASSOCIATES, LLP
         1401 McKinney, Suite 2250
15       Houston, Texas   77010
         (713) 652-9000
16       adrumheller@rustyhardin.com

17

18  Also Present:
         Ms. Kathleen Cullen
19

20

21

22

23

24

25
```

Richard Scott

July 08, 2016
Page 87

```
 1                          I N D E X

 2                                                    PAGE

 3
       Appearances ................................  86
 4
       Stipulations ...............................  85
 5
     RICHARD SCOTT
 6     Examination by Ms. Perales..................  89

 7     Signature and Changes.......................  187

 8     Reporter's Certificate......................  188

 9

10                        E X H I B I T S

11
       NO.    DESCRIPTION                           PAGE
12      1     E-mail                                 89
        2     E-mail                                 89
13      3     Marked but not used                    89
        4     Fliers                                 89
14      5     E-mail with Attachment                 89
        6     E-mail with Attachment                 89
15      7     E-mail                                 89
        8     E-mail with Attachment                 89
16      9     E-mail                                 89
       10     E-mail                                 89
17     11     Community Bank Documents               89
       12     E-mail with Attachments                89
18     13     E-mail                                 89
       14     E-mail                                 89
19     15     E-mail                                 89
       16     E-mail with Forward and Attachment     89
20     17     E-mail with Attachment                 89
       18     E-mail with Attachment                 89
21     19     Signage Printout                       89
       20     Marked but not used                    89
22     21     E-mail with Attachment                 89
       22     E-mail with Attachment                 89
23     23     E-mail Chain with Attachment           89

       24     E-mail Chain with Attachment           89

24     25     E-mail with Forward and Attachment     89

       26     E-mail                                 89
25     27     E-mail                                 89
```

Richard Scott

July 08, 2016
Page 88

| | | | |
|---|---|---|---|
| 1 | 28 | E-mail with Attachment | 89 |
| | 29 | E-mail with Forward and Attachment | 89 |
| 2 | 30 | E-mail with Forward and Attachment | 89 |
| | 31 | E-mail with Attachment | 89 |
| 3 | 32 | E-mail Chain | 89 |
| | 33 | E-mail with Forward and Attachment | 89 |
| 4 | 34 | E-mail with Attachment | 89 |
| | 35 | E-mail | 89 |
| 5 | 36 | E-mail with Attachment | 89 |
| | 37 | E-mail Chain | 89 |
| 6 | 38 | Miscellaneous E-mails with Attachments | 89 |
| | 39 | E-mail with Attachment | 89 |
| 7 | 40 | E-mail with Attachment | 89 |
| | 41 | E-mail | 89 |
| 8 | 42 | E-mail | 89 |
| | 43 | E-mail | 89 |
| 9 | 44 | Marked but not used | 89 |
| | 45 | Marked but not used | 89 |
| 10 | 46 | E-mail Chain with Attachments | 89 |
| | 47 | E-mail Chain with Attachment | 89 |
| 11 | 48 | E-mail Chain with Attachment | 89 |
| | 49 | E-mail Chain with Forward and Attachment | 89 |
| 12 | | | |
| 13 | 50 | E-mail Chain | 89 |
| | 51 | Photocopy of Photograph | 89 |
| | 52 | Photocopy of Photograph | 89 |
| 14 | 53 | Printout of Article from Houston Chronicle "Council mulls nonresident entry fee for El Jardin Park" | 89 |
| 15 | | | |
| 16 | 54 | E-mail Chain | 117 |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

Richard Scott                                          July 08, 2016
                                                          Page 89

```
 1              (Exhibit 1 through Exhibit 53 marked.)
 2                      RICHARD SCOTT,
 3   having been duly sworn, testified as follows:
 4                      EXAMINATION
 5   BY MS. PERALES:
 6        Q.  Good morning.
 7        A.  Good morning.
 8        Q.  My name is Nina Perales, and I represent the
 9   plaintiffs in this case.  This is the resumed deposition
10   of Richard Scott.
11              Can you tell me your name, please?
12        A.  Richard Scott.
13        Q.  I'd like to remind you, Mr. Scott, that you are
14   under oath.  The oath that you have taken here is the
15   same oath that you take in court when you are in front
16   of the judge, and you are under the same obligation to
17   tell the truth here as you would be in front of the
18   judge in court.  Do you understand?
19        A.  I do.
20        Q.  Is there any reason that you cannot give full
21   and truthful testimony today such as impairment because
22   of medication or illness or any other reason?
23        A.  No.
24        Q.  Is your personal e-mail address
25   samsafety@aol.com?
```

Richard Scott

```
 1              MS. CULLEN:   49.

 2              MS. PERALES:   That was 49.

 3      Q.  (BY MS. PERALES)   I'm handing you what has been

 4  marked Deposition Exhibit No. 50.   Do you recognize this

 5  as an e-mail from you to Jeff Yates dated April 21,

 6  2015?

 7      A.   Yes.

 8      Q.   Okay.   And on the back page -- okay.   I think

 9  we -- the front page is fine.

10              I'm handing you what has been marked

11  Deposition Exhibit No. 51 and 52.   We'll discuss them

12  together.

13              MS. PERALES:   Did you hand out 51 and 52?

14              MR. HERRERA:   Yes.

15      Q.  (BY MS. PERALES)   Looking at Deposition

16  Exhibit 51 and 52, do you recognize yourself in these

17  photos?

18      A.   Ashamed to say I do.

19      Q.   Well, I think you look quite handsome in them.

20              Do you -- can you -- do you recognize these

21  as photos of you putting up a sign that says "vote

22  today"?

23      A.   Yes.

24      Q.   And do you remember when these photos were

25  taken?   Do you remember?
```

Richard Scott

1    A.  It would be on election day, whichever was --
2  May the -- off the top of my head, I don't remember.
3    Q.  And from 2015?
4    A.  Yeah.
5    Q.  Okay.  And is that Mr. Kirby --
6    A.  Cardenas?
7    Q.  Yes.
8    A.  Kirby Cardenas.
9    Q.  Thank you.
10    A.  Yes.
11    Q.  I pronounce it a little bit differently; so I'm
12  glad you got that out there.
13        And he's helping you?
14    A.  I think I was helping him put the sign up.
15    Q.  Okay.  And do you recall putting up vote today
16  signs at kind of -- near the streets of Crenshaw and
17  Fairmont on Space Center?
18    A.  Yes.
19    Q.  Okay.  And then also the corner of Gleneagles
20  Drive and Space Center Boulevard?
21    A.  In that general area, yes.
22    Q.  Okay.  Thank you.  Do you remember putting up
23  signs anywhere else besides those two locations that I
24  mentioned?
25    A.  We put them up probably at every polling place

1        Q.   Do you recall what meeting this was or what

2   type of event this was?

3        A.   I do not.

4        Q.   How many meetings at Cullen's did Citizens for

5   Positive Change, PAC, host?

6        A.   The only one meeting I know of was the meeting

7   we had, the kick-off meeting.

8        Q.   Would you understand this receipt on the front

9   page of Exhibit 11 to reflect another meeting on

10  October 30, 2013?

11       A.   It reflects a check on that date.

12       Q.   A receipt?  Yes?

13       A.   A receipt.  Yeah, a receipt that date, yeah.  I

14  don't recall that at all.

15       Q.   I see.  And then right above it, there is a

16  check from Citizens for Positive Change to Cullen's.  Is

17  that right?

18       A.   Yes.

19       Q.   It's for 723?

20       A.   Yes.

21       Q.   The time period for this meeting, October 30

22  2013, which is shortly before the November 2013

23  election, would you understand this to be another

24  meeting that was held or another event that was

25  sponsored by Citizens for Positive Change regarding the

1      Q.   Okay.  Do you remember why you wanted Tom

2   Langland to take a look at the article or why you

3   thought it was amazing?

4      A.   He was our consultant.  I figured he could take

5   a look at it, whatever it was, but I don't remember

6   sending it to him.

7      Q.   Let's take a look at Deposition Exhibit No. 15.

8   Is it correct to say that in this e-mail you say to Tom

9   Langland -- and this is in either the second or the

10  third sentence, depending on how you look at it --

11  quote:  The last mayor's race we could use and pull out

12  the Hispanic names, or we could take a look at each

13  precinct and do the same, unquote.

14             Do you say that there?

15     A.   Well, it's in the memo -- in the e-mail.  This

16  was a -- evidently, this is an e-mail reflecting the

17  democratic and republican lists of voters.

18     Q.   Tell me where it says democrat.

19     A.   It doesn't say democrat at all, but it's

20  reflecting to the democrats and republicans.  That's ...

21     Q.   Do you know any Hispanic republicans?

22     A.   I do.

23     Q.   Do you think that all Hispanics are democrats?

24     A.   Of course not.

25     Q.   Stick with me for a minute on this.

Richard Scott

July 08, 2016
Page 157

1        A.   I'm sure we did.

2        Q.   And this is to ask people to volunteer.   Is

3   that right?

4        A.   Volunteer and work in the headquarters, yes.

5        Q.   Okay.   Would you have made more than 50 calls?

6        A.   I don't know.   I'm sure we did.   I don't know

7   how many we made.

8        Q.   Okay.   And for you personally, how many calls

9   do you think you made?

10       A.   I don't remember.

11       Q.   More than 20?

12       A.   I'm sure I did.

13       Q.   Okay.   Is it fair to say that at the kick-off

14   meeting at Cullen's on October 3, 2013, that there were

15   yard signs available for people to pick up?

16       A.   Yes, there was, I believe.

17       Q.   And did you phone any individuals to encourage

18   them to volunteer who were in leadership positions at

19   their homeowners associations?

20       A.   No.

21       Q.   Okay.   So how did you decide who to phone to

22   ask them to volunteer?

23       A.   Friends, political -- you know, people who like

24   politics, been involved in the campaigns over the years.

25       Q.   Do you recall how many yard signs were made

Richard Scott

July 08, 2016
Page 158

1   overall for the 2013 campaign?

2        A.   No.

3        Q.   Who paid for the yard signs to be made?

4        A.   I'm not sure who paid for the yard signs.   It

5   either came out of the PAC money or it came out of --

6   probably Johnny's, the mayor's, political fund.

7        Q.   Did you make any of those big signs that go by

8   the side the road?

9        A.   No.

10       Q.   Did you have -- you did some mailings for

11  November 2013 in support of the charter amendments,

12  correct?

13       A.   Yes.

14       Q.   And who paid for the mailings?

15       A.   For the charter?

16       Q.   Yes, for the charter.

17       A.   The PAC did, I'm sure.

18       Q.   Do you know if any palm cards or door hangers

19  were made up for the November 2013 election?

20       A.   I don't remember door hangers.   There may have

21  been.

22       Q.   Did you do any block walking yourself for

23  November 2013?

24       A.   No.

25       Q.   You stayed at the headquarters?

Richard Scott                                                July 08, 2016
                                                             Page 159

1      A.  I did.

2      Q.  You were at command central?

3      A.  I was a little bit smart.

4      Q.  That's right.  Because it's still hot at that

5  time of year, isn't it?

6      A.  It's pretty warm.

7      Q.  Let's take a look at Deposition Exhibit No. 21.

8  This is a document that you've identified as an e-mail

9  from you to Mr. Jeff Yates on October 1, 2013.  You talk

10  about asking Mr. Yates to project the opponent's side to

11  this campaign.  Was Mr. Yates brought on to do the

12  negative advertising for the campaign?

13          MS. SANDILL:  Objection, form.

14      A.  Jeff Yates was to do all the advertising for

15  the campaign, he and Tom.

16      Q.  (BY MS. PERALES)  Okay.

17      A.  Yeah.

18      Q.  In the fourth sentence on this e-mail, you say,

19  quote:  I am attaching a letter from the opponent's

20  attorney with a threat, unquote.

21          The fourth sentence right here in the body

22  of your e-mail.

23      A.  Yeah, I see it.

24      Q.  Was that the letter from Rick Molina?

25      A.  I don't have it on here, but I believe it was.

1     Q.   Yeah.

2     A.   I've seen it somewhere before.

3     Q.   What was the threat that he was making?

4     A.   I don't have a letter.

5              MR. DRUMHELLER:  I think it was a part --

6              MS. SANDILL:  24.

7              THE WITNESS:  You got it?

8              MS. PERALES:  I'll get it.  I'll get it.

9    It's right here across the top.

10    Q.   (BY MS. PERALES)  Let's take a look at

11   Deposition Exhibit No. 24.  Go ahead and look at the top

12   page and then the letter behind it, so Yates Bates

13   stamped 205 and 206.

14    A.   Got it.

15    Q.   Go ahead and let me know when you've taken a

16   look at it, and I'll ask my question again.

17    A.   Okay.

18    Q.   In Exhibit 21 when you say, quote, I am

19   attaching a letter from the opponent's attorney with a

20   threat, unquote, what was the threat?

21    A.   The attorney's threat was to force -- to file a

22   lawsuit against the city in violation of the federal

23   provisions and violation of our city charter.

24    Q.   And that was to stop the election that --

25    A.   That was to withdraw the recommendations for

Richard Scott

1    the election, yes.

2         Q.   Okay.   On the charter amendments, right?

3         A.   On the charter amendments, yes.

4         Q.   Why did you send the letter to Jeff Yates?

5         A.   Well, Jeff was our consultant for doing all of

6    our advertisement, political advertisement.   I thought

7    he could use it, whatever he -- however he wanted to use

8    it.

9         Q.   You described the people who sent the letter as

10   being from the opponent, and you mention the word

11   "opponent" several times in the e-mail, Exhibit 21.

12   When you were talking opponents, were you talking about

13   the four city council members that voted against placing

14   the charter amendments on the ballot?

15        A.   No.   The opponents would be everybody that

16   would be against our charter revision.   Not just the

17   council members, but there were others involved also.

18        Q.   Okay.   When you say you're attaching a letter

19   from the opponent's attorney, did you understand Mr.

20   Molina to represent everybody who was in opposition to

21   the charter changes?

22        A.   I did not know everyone he was representing,

23   no.

24        Q.   But you knew the people -- the names of the

25   people he set out in his letter?   Exhibit 24 he mentions

Richard Scott

July 08, 2016
Page 187

1          SIGNATURE PAGE

2     I, RICHARD SCOTT, have read the foregoing

3  deposition and hereby affix my signature that same is

4  true and correct, except as noted on the correction

5  page.

6

7

8                    RICHARD SCOTT

9

10

11 THE STATE OF _____ )
   COUNTY OF _____ )

12

13     Before me _____ on this day
   personally appeared _____ known to me

14 [or proved to me on the oath of _____ or
   through _____ (description of identity

15 card or other document)] to be the person whose name is
   subscribed to the foregoing instrument and acknowledged

16 to me that he/she executed the same for the purposes and
   consideration therein expressed.

17     Given under my hand and seal of office this _____
   day of _____, 2016.

18

19

20                    NOTARY PUBLIC IN AND FOR
                      THE STATE OF_____

21

22 My Commission Expires:

23 _____

24

25

Richard Scott

July 08, 2016
Page 188

1                IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
2                        HOUSTON DIVISION

3    ALBERTO PATINO, et al.,          )
                                      )
4               Plaintiffs,           )
                                      )
5    VS.                              )
                                      )  CIVIL ACTION NO.
6    CITY OF PASADENA, et al.,        )  4:14-cv-03241
                                      )
7               Defendants.           )

8

9                    REPORTER'S CERTIFICATION
                  DEPOSITION OF RICHARD SCOTT
10                    TAKEN JULY 8, 2016

11

12        I, ANDREA BALLANTYNE, Certified Shorthand Reporter
     in and for the State of Texas, hereby certify to the
13   following:
          That the witness, RICHARD SCOTT, was duly sworn by
14   the officer and that the transcript of the oral
     deposition is a true record of the testimony given by
15   the witness;
          That the deposition transcript was submitted to the
16   ordering attorney, Ms. Nina Perales.
          That a copy of this certificate was served on all
17   parties and/or the witness shown herein on
     _____;
18        I further certify that pursuant to FRCP Rule
     30(f)(1) that the signature of the deponent:
19   _XX_ was requested by the deponent or a party
     before the completion of the deposition and that
20   signature is to be before any notary public and returned
     within 30 days from date of receipt of the transcript.
21   If returned, the attached Changes and Signature Page
     contains any changes and the reasons therefor:
22   ___ was not requested by the deponent or a party
     before the completion of the deposition.
23        I further certify that I am neither counsel for,
     related to, nor employed by any of the parties in the
24   action in which this proceeding was taken, and further
     that I am not financially or otherwise interested in the
25   outcome of the action.

1

2          Subscribed and sworn to under my hand and seal of
office on this 19th day of July, 2016.

3

4

5

6

7

8          ANDREA BALLANTYNE, CSR
TX CSR NO. 3511

9          Expiration Date: 12-31-17
Firm Registration No. 631

10         Kim Tindall & Associates, LLC
16414 San Pedro, Suite 900

11         San Antonio, Texas  78232
(210) 697-3400

12         (210) 697-3408

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 23

**From:** Richard <samsafety@aol.com>
**To:** fmarino <fmarino@hrgreen.com>
**Subject:** Re: Document1
**Date:** Tue, Oct 1, 2013 9:23 am
**Attachments:** HR Green.docx (18K)

Frank,
Please find attached the letter for our "Citizens for Positive Change" kick off on October 3rd, 2013.
Let me know if this will be ok...r

-----Original Message-----
From: Marino, Frank <fmarino@hrgreen.com>
To: samsafety <samsafety@aol.com>
Sent: Tue, Oct 1, 2013 9:13 am
Subject: Document1



TO: HR Green                                          October 1, 2013

ATTN: Frank Marino

RE: Citizens for Positive Change


"The Citizens for Positive Change" is hosting their kickoff meeting at 6:30 pm Thursday, October 3, 2013 at Cullen's Located at 11500 Space Center Blvd., Houston, Texas. Host contributions are requested starting at $2000. Corporate checks may be addressed to "The Citizens for Positive Change" and delivered at the event or mail to P.O. Box 195, Pasadena, Texas 77505.


Richard Scott
Secretary

# EXHIBIT 24

**MAIL**

| | |
|---|---|
| **From:** | KHollon@ci.pasadena.tx.us |
| **To:** | samsafety@aol.com, rscott@ci.pasadena.tx.us |
| **Subject:** | Meeting information |
| **Date:** | 25-Sep-2013 10:37 |
| **Attachments:** | TEXT.htm [Save] [Open] |
| **Creation Date:** | 25-Sep-2013 10:37 |
| **Store Date:** | 25-Sep-2013 17:40 |
| **Status:** | accepted,opened,read |
| **Box Type:** | sent |
| **Folder:** | Karen Hollon Home > Sent Items |
| **Message Id:** | 5242BCDF.MailDomain.MailPO.200.20000B1.1.65B27.1 |

Karen - get with Cullen's reserve room over 70 plus people, have fruit and cheese and ice tea, coffee, water, get as many people there as possible. Keep Richard informed - October 3

October 7 - firefighters

September 30 - Queens

October 10th, 14, 21 and 28 - Mayors office!

Lets Rock...on it sir!




Committed to Improving Our Neighborhoods

Karen Hollon
Neighborhood Network Manager
City of Pasadena
Neighborhood Network Division
1211 Southmore
Pasadena, Texas  77501
713.475.7221 - office
khollon@ci.pasadena.tx.us



PASADENA15004

**ATTACHMENT**

Karen - get with Cullen's reserve room over 70 plus people, have fruit and
cheese and ice tea, coffee, water, get as many people there as possible.
Keep Richard informed - October 3

October 7 - firefighters

September 30 - Queens

October 10th, 14, 21 and 28 - Mayors office!

Lets Rock...on it sir!

Committed to Improving Our Neighborhoods

Karen Hollon
Neighborhood Network Manager
City of Pasadena
Neighborhood Network Division
1211 Southmore
Pasadena, Texas  77501
713.475.7221 - office
khollon@ci.pasadena.tx.us <mailto:khollon@ci.pasadena.tx.us>

# EXHIBIT 25

**MAIL**

| | |
|---|---|
| **From:** | RScott@ci.pasadena.tx.us |
| **To:** | khollon@ci.pasadena.tx.us |
| **Subject:** | Re: Meeting information |
| **Date:** | 25-Sep-2013 10:38 |
| **Attachments:** | TEXT.htm  [Save]  [Open] |
| **Creation Date:** | 25-Sep-2013 10:37 |
| **Store Date:** | 25-Sep-2013 17:40 |
| **Status:** | |
| **Box Type:** | received |
| **Folder:** | Karen Hollon Home > Mailbox |
| **Message Id:** | 5242BD07.MailDomain.MailPO.200.200009B.1.6A437.1 |

Thank's...r

>>> Karen Hollon 9/25/2013 10:37 AM >>>
Karen - get with Cullen's reserve room over 70 plus people, have fruit and cheese and ice tea, coffee, water, get as many people there as possible.  Keep Richard informed - October 3

October 7 - firefighters

September 30 - Queens

October 10th, 14, 21 and 28 - Mayors office!

Lets Rock...on it sir!

Committed to Improving Our Neighborhoods

Karen Hollon
Neighborhood Network Manager
City of Pasadena
Neighborhood Network Division
1211 Southmore
Pasadena, Texas  77501
713.475.7221 - office
khollon@ci.pasadena.tx.us



PASADENA15006

TEXT.htm                                                              **ATTACHMENT**

Thank's...r

>>> Karen Hollon 9/25/2013 10:37 AM >>>
Karen - get with Cullen's reserve room over 70 plus people, have fruit and
cheese and ice tea, coffee, water, get as many people there as possible.
Keep Richard informed - October 3

October 7 - firefighters

September 30 - Queens

October 10th, 14, 21 and 28 - Mayors office!

Lets Rock...on it sir!

Committed to Improving Our Neighborhoods

Karen Hollon
Neighborhood Network Manager
City of Pasadena
Neighborhood Network Division
1211 Southmore
Pasadena, Texas  77501
713.475.7221 - office
khollon@ci.pasadena.tx.us <mailto:khollon@ci.pasadena.tx.us>

# EXHIBIT 26

**From:** Richard <samsafety@aol.com>
**To:** tlangland <tlangland@RightOnTheMoney.net>
**Subject:** Fwd: Scanned from Mayor's Office
**Date:** Wed, Sep 4, 2013 11:09 am

Tom,
Yes I got the email about the precincts...The mayor and I spoke yesterday about the voters list. The last Mayor's race we could use and pull out the Hispanic names or we could take a look at each precinct and do the same..We have a lot of overlapping precincts in each district with a combination of mixed voters...Let me know your thought's on our first mail out..Is there anyway to get the republican voters lists for Pasadena.  This might help with our cause.....r

-----Original Message-----
From: Tom Langland <tlangland@rightonthemoney.net>
To: 'Richard' <samsafety@aol.com>
Sent: Wed, Sep 4, 2013 9:55 am
Subject: RE: Scanned from Mayor's Office

I am getting the pictures.  Did you get my email about the precincts to delete?

---

**Tom Langland**

**Right On The Money**

**281-633-9797**

RightOnTheMoney.net | Twitter | Facebook | LinkedIn

---

**From:** Richard [mailto:samsafety@aol.com]
**Sent:** Wednesday, September 04, 2013 9:47 AM
**To:** Tlangland@RightOnTheMoney.net
**Subject:** Fwd: Scanned from Mayor's Office

Tom,
Let me know what you think....and if you are receiving these pictures and information...R

-----Original Message-----
From: Pasadena Mayor Office <XRXMayor@ci.pasadena.tx.us>
To: samsafety <samsafety@aol.com>
Sent: Wed, Sep 4, 2013 9:44 am
Subject: Scanned from Mayor's Office

Please open the attached document



# EXHIBIT 27

1

1    IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS
2                  HOUSTON DIVISION

3
    ALBERTO PATINO, et al. )
4                          )
             Plaintiffs,   )
5                          )
    vs.                    )    C.A. NO. 4:14-CV-03241
6                          )
    CITY OF PASADENA,      )
7    et al.,               )
                           )
8            Defendants.   )

9

10   *************************************************

11              ORAL DEPOSITION OF
                CODY RAY WHEELER
12
                JUNE 22, 2016
13
     *************************************************
14

15

16           THE ORAL DEPOSITION OF CODY RAY WHEELER,

17   produced as a witness at the instance of the Defendants,

18   and duly sworn, was taken in the above-styled and

19   numbered cause on the 22nd day of June, 2016, from

20   9:07 a.m. to 1:45 p.m., before Johnnie E. Barnhart, CSR

21   in and for the State of Texas, reported by machine

22   shorthand, at the Pasadena City Hall, 1211 Southmore

23   Avenue, Pasadena, Texas 77502, pursuant to the Federal

24   Rules of Civil Procedure and the provisions stated on

25   the record or attached hereto.

2

```
 1                 A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4          Ms. Nina Perales
            Mr. Ernest I. Herrera
 5          MEXICAN AMERICAN LEGAL DEFENSE
            AND EDUCATIONAL FUND (MALDEF)
 6          110 Broadway, Suite 300
            San Antonio, Texas  78205
 7          Phone:  210.224.5476
            Fax:  210.224.5382
 8          E-mail:  eherrara@maldef.org

 9

10    FOR THE DEFENDANTS:

11          Ms. Kathryn K. Ahlrich
            ANDREWS KURTH LLP
12          600 Travis, Suite 4200
            Houston, Texas 77002
13          Phone:  713.220.4200
            Fax:  713.220.4285
14          katieahlrich@andrewskurth.com

15

16    FOR CODY RAY WHEELER:

17          Mr. Rick Molina
            ATTORNEY AT LAW
18          11550 Fuqua, Suite 580
            Houston, Texas 77034
19          281-922-4300

20

21

22

23

24

25
```

3

```
 1                           INDEX

 2

 3   Appearances.....................................     2
     Stipulations....................................     1
 4

 5

 6

     CODY RAY WHEELER
 7
              Examination by Ms. Ahlrich............     4
 8

 9

10   Changes and Signature...........................   191

11   Reporter's Certificate..........................   195

12

13
                          EXHIBITS
14
          Exhibit No. 1...........................     7
15             Defendant's Notice of Intent to
               Take the Oral Deposition of
16             Cody Ray Wheeler
          Exhibit No. 2...........................     7
17             Campaign material
          Exhibit No. 3...........................    44
18             Mailer
          Exhibit No. 4...........................   172
19             Mailer
          Exhibit No. 5...........................   176
20             E-mail.  Texas Democrats

21

22

23

24

25
```

Cody Ray Wheeler - June 22, 2016                                    4

| | | |
|---|---|---|
| 09:07:02 | 1 | CODY RAY WHEELER, |
| 09:07:02 | 2 | having been first duly sworn, testified as follows: |
| 09:07:02 | 3 | EXAMINATION |
| 09:07:03 | 4 | BY MS. AHLRICH: |
| 09:07:03 | 5 | Q.   Please state your name for the record. |
| 09:07:05 | 6 | A.   My name is Cody Ray Wheeler. |
| 09:07:07 | 7 | Q.   Good morning, Mr. Wheeler.   My name is Katie |
| 09:07:10 | 8 | Ahlrich.   We met earlier this morning, didn't we? |
| 09:07:12 | 9 | A.   Yes, we did. |
| 09:07:13 | 10 | Q.   First, I want to go through just a little bit |
| 09:07:15 | 11 | about the deposition today and how we're going to |
| 09:07:17 | 12 | conduct it. |
| 09:07:17 | 13 | A.   Okay. |
| 09:07:18 | 14 | Q.   Have you ever had a deposition taken before? |
| 09:07:19 | 15 | A.   Yes. |
| 09:07:19 | 16 | Q.   In what type of matter was that? |
| 09:07:23 | 17 | A.   The same as this one, had an attorney present, |
| 09:07:27 | 18 | being questioned by an attorney over a case. |
| 09:07:29 | 19 | Q.   Was it a voting rights case? |
| 09:07:30 | 20 | A.   It was an election contest. |
| 09:07:33 | 21 | Q.   What election contest was it? |
| 09:07:36 | 22 | A.   For election against myself and Leroy Stanley |
| 09:07:40 | 23 | that took place in 2013. |
| 09:07:42 | 24 | Q.   What was the outcome of that case? |
| 09:07:44 | 25 | A.   It was the dismissed without prejudice. |

09:33:19  1    was successful.  And then, you know, after that, that's

09:33:22  2    when we saw these type of -- when we saw Hispanic

09:33:25  3    participation increase, that's when we saw the push for

09:33:28  4    at-large districts.

09:33:38  5         Q.  So, tell me about when you first learned about,

09:33:42  6    as you call it, the push for at-large districts.

09:33:44  7         A.  I think that was -- I don't remember what night

09:33:48  8    it was, but it was -- it was a council -- it was in the

09:33:51  9    council chambers, and the mayor was the first one to

09:33:57 10    present the idea.

09:34:04 11         Q.  What did the mayor -- how did the mayor present

09:34:07 12    the idea?

09:34:07 13         A.  He said that -- something with the -- now that

09:34:13 14    the Voting Rights Act is thrown out, we can redraw these

09:34:18 15    lines.  We're not held back by the Justice Department.

09:34:25 16    And he wanted to draw the lines based on roadways and

09:34:28 17    then add at-large districts.  And we -- we expressed our

09:34:32 18    concern that it would, you know, disenfranchise minority

09:34:37 19    voters.  And then he made a comment that 70 percent

09:34:42 20    Hispanics are illegal anyways and -- it just -- it

09:34:44 21    showed a real contempt for that population on the north

09:34:47 22    side, and it was -- to me, it was pretty obvious what

09:34:50 23    was going on.

09:34:52 24         Q.  What do you contend was pretty obvious was

09:34:56 25    going on?

| | |
|---|---|
| 09:43:55 | 1 |

districts are regressive.

09:43:55   2        A.   Uh-huh.

09:43:58   3        Q.   And then you mentioned that you thought that

09:44:00   4   Mr. Stanley and Mr. Hebert and Mr. Isbell were in a camp

09:44:03   5   that was involved in --

09:44:12   6        A.   And Hebert.

09:44:14   7        Q.   Mr. Hebert, Mr. Wheeler and Johnny Isbell.   How

09:44:17   8   would you characterize the camp you've put them in?

09:44:21   9        A.   I would say contentious towards Hispanics.   You

09:44:24  10   know, you -- if you look at the investment in the city,

09:44:27  11   you just drive around here, if you go down to the south

09:44:29  12   side of town, Fairmont, as opposed to Pasadena

09:44:32  13   Boulevard, you can see the way the roads are, you can

09:44:34  14   see the way the neighborhoods are.   There's no

09:44:38  15   neighborhood associations, there's little to no

09:44:41  16   investment being put here, and there always -- always --

09:44:45  17   there's always another project down on Fairmont or on

09:44:48  18   Clear Lake.   That's an issue.

09:44:50  19        Q.   Would there be anybody else you would put in

09:44:53  20   the camp that is contentious toward Hispanics?

09:44:56  21        A.   Off the top of my head, I can't think of

09:44:59  22   anyone.

09:45:02  23        Q.   And with regard to the change to at-large

09:45:07  24   districts being regressive, you said -- I asked you if

09:45:12  25   you would still have that opinion if there was a

| | |
|---|---|
| 09:55:50 | 1 |

    Q.  Are you aware of any written materials produced
by Mayor Isbell that you would contend would be evidence
of a discriminatory intent with respect to proposing the
mixed system?

    A.  You know, there was -- I think you can
interpret it how you want, but I know Isbell and his
camp.  They put out -- I think they dog whistle
sometimes, and they put out a picture of me next to
Barack Obama, you know.

    Q.  What do you mean by "they dog whistle"?  I'm
not familiar with that phrase.

    A.  Dog whistle is where you -- you say something
that -- how do I put this?  You know, like a dog
whistle, only dogs can hear it?  Well, if you're
trying -- if you're -- if someone is racist and
you -- you can say something subtly, and a racist will
pick up on it.

             You know, like you put a -- like I know
that history -- Pasadena has a history of this, and
there's a famous mailer.  It's called the blackbird
mailer.  And there was a gentleman by the name of Joel
Redmond, a white gentlemen, and he was a Democrat, and
Ken Legler put a picture of Joel Redmond and had Sheila
Jackson Lee, Barack Obama, Al Sharpton, Garnet Coleman,
all these black figures, and they said:  Birds of a

09:57:14  1    feather flock together.

09:57:15  2                    And so this is a tactic that's been kind of

09:57:18  3    used in this city before, what I call dog whistling.

09:57:22  4    And sometimes I feel like when you do things like that,

09:57:25  5    when you put me on a mailer and you try to tie me to

09:57:29  6    black or minority, other minority politicians, you're

09:57:33  7    dog whistling.  And I think -- I don't know if y'all

09:57:37  8    have a copy of that.  I don't have a hard copy, I don't

09:57:39  9    think.

09:57:39  10                    MS. PERALES:  We do.

09:57:39  11                    THE WITNESS:  Okay.

09:57:42  12                    MS. PERALES:  It's been marked.

09:57:56  13                    THE WITNESS:  Okay.

09:57:56  14                    MR. MOLINA:  You mean it's been marked --

09:57:58  15                    MS. PERALES:  In a previous deposition.

09:58:00  16                    MR. MOLINA:  Him with Obama, or are you

09:58:03  17    talking about the Redmond mailer?

09:58:03  18                    THE WITNESS:  Yeah.

09:58:03  19                    MR. MOLINA:  Or both?

09:58:05  20                    THE WITNESS:  Not the Redmond mailer, just

09:58:05  21    the one with Obama --

09:58:05  22                    MS. PERALES:  And the acorn?

09:58:07  23                    THE WITNESS:  And the acorn.  Right.

09:58:29  24                    (Exhibit No. 3 marked.)

09:58:29  25        Q.  (By Ms. Ahlrich)  You've been handed what's

| | | |
|---|---|---|
| 10:04:45 | 1 | Will you please tell me what those are photographs of? |
| 10:04:47 | 2 | A.  That is a photograph of Kirby Cardenas, Parks |
| 10:04:53 | 3 | and Rec. Director, and then Richard Scott.  He is |
| 10:04:56 | 4 | the -- I think his title is Communication Director, but |
| 10:04:59 | 5 | I think essentially he's a campaign manager that gets |
| 10:05:01 | 6 | paid by the City.  But they're putting out signs down |
| 10:05:05 | 7 | there on the south side of town on election day, and |
| 10:05:08 | 8 | these signs are not put on the north side of town. |
| 10:05:10 | 9 | They're only put down Fairmont and south. |
| 10:05:18 | 10 | Q.  What do those signs say? |
| 10:05:20 | 11 | A.  It says vote -- I think it says "vote today, |
| 10:05:22 | 12 | very important," if I remember correctly. |
| 10:05:28 | 13 | Q.  What is the date of those photographs? |
| 10:05:33 | 14 | A.  It was election day.  Or it was the day before |
| 10:05:37 | 15 | election day is what it was.  I don't remember what day |
| 10:05:40 | 16 | election day was, but I know it was the day before |
| 10:05:43 | 17 | election day. |
| 10:05:43 | 18 | Q.  For what election? |
| 10:05:44 | 19 | A.  The city council elections, 2015. |
| 10:05:51 | 20 | Q.  And where -- what location is that? |
| 10:05:53 | 21 | A.  I don't know.  I don't know where it's at.  I |
| 10:05:56 | 22 | know it's in the south part of town. |
| 10:05:59 | 23 | Q.  Who took those photos? |
| 10:06:00 | 24 | A.  A lady by the name of Kristie Lawhorn. |
| 10:06:04 | 25 | Q.  How do you spell that? |

| | | |
|---|---|---|
| 10:06:05 | 1 | A.  K-R-I-S-T-I-E, L-A-W-H-O-R-N. |
| 10:06:12 | 2 | Q.  Who is Kristie Lawhorn? |
| 10:06:14 | 3 | A.  She's a resident here in Pasadena.  Her |
| 10:06:17 | 4 | son -- I mean her husband used to be the fire chief. |
| 10:06:21 | 5 | Assistant fire chief.  I'm sorry. |
| 10:06:24 | 6 | Q.  How did you get these pictures? |
| 10:06:25 | 7 | A.  She sent them to me. |
| 10:06:29 | 8 | Q.  How did she send them to you? |
| 10:06:30 | 9 | A.  Text. |
| 10:06:33 | 10 | Q.  Did she provide any comment when she sent these |
| 10:06:35 | 11 | pictures? |
| 10:06:36 | 12 | A.  She called me and said, Hey, I think I just saw |
| 10:06:38 | 13 | Richard Scott and Kirby Cardenas putting signs out.  And |
| 10:06:44 | 14 | I said, Really?  I said -- she goes, I have a picture. |
| 10:06:47 | 15 | I said, Well, if you don't mind, send it to me.  And I |
| 10:06:49 | 16 | think this was right around 5 o'clock.  So, I don't know |
| 10:06:50 | 17 | if they were on city time or not.  I just thought it was |
| 10:06:55 | 18 | interesting that two department heads were out putting |
| 10:07:01 | 19 | campaign signs out. |
| 10:07:03 | 20 | Q.  Did those signs say anything other than vote |
| 10:07:06 | 21 | today? |
| 10:07:07 | 22 | A.  Very important.  Vote today, very important. |
| 10:07:10 | 23 | And so, they were obviously trying to drive |
| 10:07:12 | 24 | out the vote because these signs did not go north of |
| 10:07:15 | 25 | Fairmont.  They didn't -- they were trying to drive the |

| | |
|---|---|
| 10:38:05 1 | contend demonstrate the intent of the City to not have |
| 10:38:14 2 | neighborhood groups on the north side? |
| 10:38:18 3 | A.   Yeah.   Their inaction. |
| 10:38:19 4 | Q.   But is there any action, are there any |
| 10:38:23 5 | statements made that you contend reflect an intention of |
| 10:38:28 6 | the City not to have neighborhood groups on its north |
| 10:38:31 7 | side?  Are there any documents that you contend evidence |
| 10:38:34 8 | an intention by the City to not have neighborhood groups |
| 10:38:36 9 | on the north side of town? |
| 10:38:37 10 | A.   No. |
| 10:38:38 11 | Q.   And I'd like to take a step back.  What do you |
| 10:38:42 12 | consider to be the north side of town? |
| 10:38:43 13 | A.   I think generally people consider anything |
| 10:38:45 14 | north of Spencer.  And it's funny because if you -- if |
| 10:38:51 15 | you stand on the intersection of Spencer and Preston and |
| 10:38:55 16 | you look south, you see a four-lane highway with median |
| 10:39:00 17 | and trees down the middle, and everything looks new. |
| 10:39:02 18 | And you look north, and it's just a beat-up road, you |
| 10:39:06 19 | know.  And that's where a lot of people say the north |
| 10:39:09 20 | side starts. |
| 10:39:10 21 | Q.   That is one thing you've mentioned, you think |
| 10:39:15 22 | that there's an inequality in the way City spends |
| 10:39:18 23 | funds -- the City spends funds.  It's my understanding |
| 10:39:22 24 | that in 2013, there was a proposal to have a bond |
| 10:39:26 25 | election.  Are you familiar with that? |

**Cody Ray Wheeler - June 22, 2016**                                    74

10:43:57 1      Q.   Did you speak at that meeting?

10:44:00 2      A.   Yes.

10:44:01 3      Q.   What did you say?

10:44:03 4      A.   I mean, I know I opposed redistricting, you

10:44:06 5   know.  And I think my concern with the bond was that it

10:44:08 6   was a little too hefty.  I mean, it was -- it was things

10:44:12 7   like buying fire engines with the bonds.  You know, if

10:44:19 8   this bond takes 30 years to pay off but the life of a

10:44:22 9   fire engine is 15 years, then why have it on the bond?

10:44:27 10          And, you know, we broke down the -- I don't

10:44:28 11  have the numbers.  I know Pat Van Houte has it.  But

10:44:31 12  where the money was being spent.  And I think like 75

10:44:34 13  percent of the money was being spent south of Spencer.

10:44:38 14  And so, you -- you can talk with her on that.  So, where

10:44:41 15  the money was being spent, how it was being spent.

10:44:43 16          And even if they proposed a bond where it

10:44:47 17  said, Hey, you know, 80 percent of or 90 percent is

10:44:51 18  going to be spent on the north side of town, you're not

10:44:54 19  legally bound to spend that money on those streets that

10:44:59 20  you presented in the bond proposal.  It just has to be

10:45:02 21  spent in this subject area.  So, you know, you say 90

10:45:06 22  percent of these roads are going to be done, you could

10:45:07 23  actually turn around and spend it on 90 percent of the

10:45:10 24  roads in the south.

10:45:11 25          And that -- that was -- I think

**Cody Ray Wheeler - June 22, 2016**                                    95

| | | |
|---|---|---|
| 11:11:36 | 1 | Q.  Have you followed up on that? |
| 11:11:37 | 2 | A.  I've submitted -- yeah, I've submitted it |
| 11:11:39 | 3 | multiple times. |
| 11:11:39 | 4 | Q.  How many times? |
| 11:11:40 | 5 | A.  At least two. |
| 11:11:43 | 6 | Q.  Have you spoken with anybody about why it |
| 11:11:45 | 7 | hasn't been done? |
| 11:11:46 | 8 | A.  No. |
| 11:11:50 | 9 | Q.  Are there any other instances in which you feel |
| 11:11:57 | 10 | like the -- or you contend the City has failed to |
| 11:12:00 | 11 | respond to either one of your requests or a citizen's or |
| 11:12:04 | 12 | resident's request? |
| 11:12:05 | 13 | A.  Not that I remember off the top of my head. |
| 11:12:08 | 14 | Q.  Are you aware of any other instances in which |
| 11:12:10 | 15 | the City has failed to respond to another |
| 11:12:13 | 16 | councilmember's request? |
| 11:12:14 | 17 | A.  Pat Van Houte is one. |
| 11:12:18 | 18 | Q.  Do you know of any of her specific requests? |
| 11:12:21 | 19 | A.  No.  You can talk to her about that.  And then |
| 11:12:23 | 20 | there's -- there's Pasadena Boulevard, Shaw Street, |
| 11:12:26 | 21 | Preston, several civil projects that haven't -- haven't |
| 11:12:30 | 22 | been completed, that money being moved away. |
| 11:12:33 | 23 | Q.  So, you said previously that the mayor canceled |
| 11:12:37 | 24 | Shaw Street and Pasadena Boulevard. |
| 11:12:37 | 25 | A.  Uh-huh. |

Cody Ray Wheeler - June 22, 2016

96

| | |
|---|---|
| 11:12:40 1 | Q. And now you've mentioned Preston. What do you |
| 11:12:42 2 | mean by that? |
| 11:12:42 3 | A. Preston was a street that was on the agenda to |
| 11:12:46 4 | get done, and it wasn't. It hasn't -- hasn't been. |
| 11:12:51 5 | Q. When you say it was "on the agenda to get |
| 11:12:54 6 | done," what does that mean? |
| 11:12:56 7 | A. The City was planning on redoing that street. |
| 11:13:01 8 | Q. Do you know why it hasn't been redone? |
| 11:13:03 9 | A. Money has been taken from those projects, and |
| 11:13:07 10 | we bought land on the south side of town, and they want |
| 11:13:11 11 | to put a hockey team in, amateur hockey team. It's |
| 11:13:17 12 | going to cost like 375 million. |
| 11:13:21 13 | Q. So, are you saying that money had been |
| 11:13:27 14 | allocated to reconstruct or repave Shaw Street, Pasadena |
| 11:13:34 15 | Boulevard and Preston -- |
| 11:13:35 16 | A. Yes. |
| 11:13:35 17 | Q. -- and that money has now been reallocated? |
| 11:13:39 18 | A. Yes. |
| 11:13:39 19 | Q. What was the process for that? |
| 11:13:42 20 | A. They canceled the projects. I know Pasadena |
| 11:13:49 21 | Boulevard, we -- I think it was -- somewhere -- I think |
| 11:13:53 22 | it was like 3.5 million to redo Pasadena Boulevard, and |
| 11:13:58 23 | we -- and that was on the agenda to get done, and then |
| 11:14:00 24 | we had to vote it down, and it went -- again, went 5-4. |
| 11:14:05 25 | His -- his people voted to redo -- to do away with that |

CONTINENTAL COURT REPORTERS, INC.
(713) 522-5080

11:14:08  1    project.  And then, the very next month we gave Second
11:14:12  2    Century 4.2 million to purchase land.  And so, they
11:14:17  3    needed that money to make that land deal.  And of
11:14:21  4    course, they'll say, Oh, it's unconnected.  But it's
11:14:24  5    always unconnected, and the next month is always
11:14:27  6    something else they spend the money on.
11:14:28  7         Q.  When did the vote on canceling Pasadena
11:14:34  8    Boulevard occur?
11:14:34  9         A.  I don't remember.  It was within the last five
11:14:38 10    months, I believe.
11:14:41 11         Q.  And that was a vote taken by council?
11:14:43 12         A.  Yes.
11:14:44 13         Q.  When did the vote to appropriate money to
11:14:48 14    Second Century in the amount of $4.2 million occur?
11:14:52 15         A.  The next month.  And the thing is we were -- we
11:14:54 16    were lied to.  We were told, Hey, the county said
11:14:56 17    they're going to pick this -- this tab up.  Well, then,
11:15:00 18    as it turns out, the county never agreed to that.  We
11:15:03 19    had no agreement with the county, nothing in writing,
11:15:06 20    nothing in their bond proposal about Pasadena Boulevard.
11:15:10 21    And so, that was the -- the sad part about it is that we
11:15:13 22    were blatantly lied to, to get that money.
11:15:15 23         Q.  Who told you that?
11:15:16 24         A.  The mayor.
11:15:17 25         Q.  What did the mayor say specifically?

194

```
 1              I, CODY RAY WHEELER, have read the
     foregoing deposition and hereby affix my signature that
 2   same is true and correct, except as noted above.

 3

 4

 5              _____
     CODY RAY WHEELER
 6

 7

     THE STATE OF _____:
 8
     COUNTY OF _____:
 9

10              Before me,_____, on
     this day personally appeared CODY RAY WHEELER, known to
11   me (or proved to me under oath or through
     _____) (description of identity card or other
12   document) to be the person whose name is subscribed to
     the foregoing instrument and acknowledged to me that
13   they executed the same for the purposes and
     consideration therein expressed.

14

15              Given under my hand and seal of office
     this _____day of _____, _____.
16

17

18

19              _____
     Notary Public in and for
20   The State of _____

21
     My Commission Expires _____
22

23

24

25   Job No. 01-70521
```

CONTINENTAL COURT REPORTERS, INC.
(713) 522-5080

195

1          IN THE UNITED STATES DISTRICT COURT
2         FOR THE SOUTHERN DISTRICT OF TEXAS
                   HOUSTON DIVISION

3

ALBERTO PATINO, et al. )
4                              )
              Plaintiffs,      )
5                              )
vs.                            )    C.A. NO. 4:14-CV-03241
6                              )
CITY OF PASADENA,              )
7  et al.,                     )
                               )
8              Defendants.     )

9

10                 REPORTER'S CERTIFICATION
               DEPOSITION OF CODY RAY WHEELER
                   TAKEN ON JUNE 23, 2016
11

12        I, JOHNNIE E. BARNHART, Certified Shorthand
   Reporter, hereby certify to the following:

13        That the witness, CODY RAY WHEELER, was duly sworn
   by the officer and that the transcript of the oral
14 deposition is a true record of the testimony given by
   the witness;

15

16        That the deposition transcript was submitted on
   _____, _____, to the witness or to the
17 attorney for the witness for examination, signature and
   return to me by _____, _____;

18        That the amount of time used by each party at the
   deposition is as follows:
19

20        Ms. Kathryn K. Ahlrich - (03:52)
          Ms. Nina Perales - (00:00)
          Mr. Nick Molina - (00:00)
21

22        That pursuant to information given to the
   deposition officer at the time said testimony was taken,
23 the following includes counsel for all parties of
   record:

24        Ms. Nina Perales - Attorney for Plaintiffs
          Ms. Kathryn K. Ahlrich - Attorney for Defendants
25        Mr. Rick Molina - Attorney for Cody Ray Wheeler

196

1       I further certify that I am neither counsel for,
related to, nor employed by any of the parties or
2   attorneys in the action in which this proceeding was
taken, and further that I am not financially or
3   otherwise interested in the outcome of the action.

4

5       Certified to by me this _____ day of _____,
_____.

6

7

8

9                    JOHNNIE E. BARNHART, TEXAS CSR NO. 976
                     Expiration Date:  December 31, 2016
10                   CONTINENTAL COURT REPORTERS, INC.
                     Firm Registration No. 61
11                   5300 Memorial Drive, Suite 250
                     Houston, TX  77007-8250
12                   (713) 522-5080

13

14

15

16

17

18

19

20

21

22

23

24

25

197

1                       FURTHER CERTIFICATION

2
        The original deposition was/was not returned to the
3  deposition officer on _____;

4       If returned, the attached Changes and Signature
   page contains any changes and the reasons therefor;
5
        If returned, the original deposition was delivered
6  to _____, Custodial
   Attorney;
7
        That $ _____ is the deposition officer's charges
8  to the _____ for preparing the original
   deposition transcript and any copies of exhibits;
9
        That the deposition was delivered in accordance
10 with Rule 30(f), and that a copy of this certificate was
   served on all parties shown herein.
11
        Certified to by me this _____ day of _____,
12 _____.

13

14

15                   _____
                     JOHNNIE E. BARNHART, TEXAS CSR NO. 976
16                   Expiration Date:  December 31, 2016
                     CONTINENTAL COURT REPORTERS, INC.
17                   Firm Registration No. 61
                     5300 Memorial Drive, Suite 250
18                   Houston, TX  77007-8250
                     (713) 522-5080
19

20

21

22

23

24

25