# EXHIBIT 28

# Citizens for Strong Pasadena

PASADENA14399

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512)463-5800    TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

FORM **SPAC**
COVER SHEET PG 1

| | | |
|---|---|---|
| The SPAC INSTRUCTION GUIDE explains how to complete this form. | **1** ACCOUNT # (Ethics Commission filers)  00111111 | **2** PAGE # 1 of 3 |

| **3** COMMITTEE NAME | OFFICE USE ONLY |
|---|---|
| Citizens to Keep Pasadena Strong | Date Received |

| **4** COMMITTEE ADDRESS  ☐ Change of Address | ADDRESS / PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE  4808 Fairmont Parkway #105 Pasadena, TX 77505 | Date Hand-delivered or Date Postmarked |
|---|---|---|

| **5** CAMPAIGN TREASURER NAME | MS / MRS / MR    FIRST    MI  Jerad  NICKNAME    LAST    SUFFIX  Najvar | Receipt #  Date Processed  Date Imaged |
|---|---|---|

| **6** CAMPAIGN TREASURER'S STREET ADDRESS (Residence or business) | STREET ADDRESS (NO PO BOX PLEASE);   APT/SUITE #;   CITY;   STATE;   ZIP CODE  One Greenway Plaza Suite 100 Houston, TX 77046 |
|---|---|

| **7** CAMPAIGN TREASURER'S MAILING ADDRESS  ☐ Change of Address | STREET OR PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE  One Greenway Plaza Suite 100 Houston, TX 77046 |
|---|---|

| **8** CAMPAIGN TREASURER PHONE | AREA CODE    PHONE NUMBER    EXTENSION  (281) 404-4696 |
|---|---|

| **9** REPORT TYPE | ☐ January 15  ☒ July 15 | ☐ 30th day before election  ☐ 8th day before election  ☐ Runoff | ☐ Exceeded $500 limit  ☐ Dissolution (attach PAC-DR)  ☐ 15th day after campaign treasurer termination |
|---|---|---|---|

| **10** PERIOD COVERED | Month   Day   Year  05/02/2013   THROUGH | Month   Day   Year  06/30/2013 |
|---|---|---|

| **11** ELECTION | ELECTION DATE  Month   Day   Year | ELECTION TYPE  ☐ Primary   ☐ Runoff   ☐ General   ☐ Special |
|---|---|---|

**GO TO PAGE 2**

Electronic Filing Version 3.4.5

PASADENA14438

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070     (512)463-5800    TDD 1-800-735-2989

## SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE & TOTALS

FORM **SPAC**
COVER SHEET PG 2

| 12 COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| 13 COMMITTEE PURPOSE (Attach lists on plain paper to complete this report if necessary.) | ☐ CANDIDATE | CANDIDATE / OFFICEHOLDER NAME |
|---|---|---|
| | ☐ OFFICEHOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) |
| ☐ SUPPORT (Candidate or Measure)<br>☐ OPPOSE (Candidate or Measure)<br>☐ ASSIST (Officeholder only) | | BALLOT IDENTIFICATION / #     ELECTION DATE<br>Month Day Year |
| | ☐ MEASURE | DESCRIPTION |

| 14 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 0.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0.00 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ | 15.00 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**15 AFFIDAVIT**

IRENE SPRADLIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 11/30/15

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_Signature of Campaign Treasurer_

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said _Jerad Najvar_ , this the _15th_ day

of _July_ , 20 _13_ , to certify which, witness my hand and seal of office.

_Irene Spradlin_     _Irene Spradlin_     _Notary TX_
Signature of officer administering oath    Print name of officer administering oath    Title of officer administering oath

Electronic Filing Version 3.4.5

PASADENA14439

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070          (512)463-5800 TDD 1-800-735-2989

## POLITICAL EXPENDITURES                                    SCHEDULE F

### EXPENDITURE CATEGORIES

| | | | |
|---|---|---|---|
| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE # | 2 FILER NAME | 3 ACCOUNT # (TEC filers) |
|---|---|---|
| Schedule: 1/1 Report: 3/3 | Citizens to Keep Pasadena Strong | 00111111 |

| 4 Date | 5 Payee name |
|---|---|
| 06/28/2013 | Bank of Houston |

| 6 Amount ($) | 7 Payee address     City;  State;  Zip Code |
|---|---|
| $15.00 | PO Box 572257 |
| | Houston, TX 77257 |

| 8 PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) Accounting/Banking | (b) Description    (If travel outside of Texas, complete Schedule T) ☐ Bank fee |
|---|---|---|

| 9 Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name | Office sought: | Office held: |
|---|---|---|---|

Electronic Filing Version 3.4.5

PASADENA14441

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070     (512)463-5800     TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

FORM **SPAC**
COVER SHEET PG 1

| The SPAC INSTRUCTION GUIDE explains how to complete this form. | **1** ACCOUNT # (Ethics Commission filers) 00111111 | **2** PAGE # 1 of 5 |
|---|---|---|

**3** COMMITTEE NAME
Citizens to Keep Pasadena Strong

**OFFICE USE ONLY**

Date Received

**4** COMMITTEE ADDRESS

☐ Change of Address

ADDRESS / PO BOX;     APT / SUITE #;     CITY;     STATE;     ZIP CODE

4808 Fairmont Parkway
#105
Pasadena, TX 77505

Date Hand-delivered or Date Postmarked

**5** CAMPAIGN TREASURER NAME

MS / MRS / MR     FIRST     MI
Jerad

NICKNAME     LAST     SUFFIX
Najvar

Receipt #     Amount

Date Processed

Date Imaged

**6** CAMPAIGN TREASURER'S STREET ADDRESS
(Residence or business)

STREET ADDRESS (NO PO BOX PLEASE);     APT/SUITE #;     CITY;     STATE;     ZIP CODE

One Greenway Plaza
Suite 100
Houston, TX 77046

**7** CAMPAIGN TREASURER'S MAILING ADDRESS

☐ Change of Address

STREET OR PO BOX;     APT / SUITE #;     CITY;     STATE;     ZIP CODE

One Greenway Plaza
Suite 100
Houston, TX 77046

**8** CAMPAIGN TREASURER PHONE

AREA CODE     PHONE NUMBER     EXTENSION

(281) 404-4696

**9** REPORT TYPE

☐ January 15
☐ July 15

☐ 30th day before election
☒ 8th day before election
☐ Runoff

☐ Exceeded $500 limit.
☐ Dissolution (attach PAC-DR)
☐ 10th day after campaign treasurer termination

**10** PERIOD COVERED

Month   Day   Year
03/25/2013

THROUGH

Month   Day   Year
05/01/2013

**11** ELECTION

ELECTION DATE
Month   Day   Year
05/11/2013

ELECTION TYPE

☐ Primary     ☐ Runoff     ☒ General     ☐ Special

**GO TO PAGE 2**

PASADENA14442

Texas Ethics Commission       P.O. Box 12070       Austin, Texas 78711-2070       (512)463-5800   TDD 1-800-735-2989

| SPECIFIC-PURPOSE COMMITTEE REPORT:<br>PURPOSE & TOTALS | FORM **SPAC**<br>COVER SHEET PG 2 |
|---|---|

| **12 COMMITTEE NAME**   Citizens to Keep Pasadena Strong | **ACCOUNT #** (Ethics Commission filers)<br>00111111 |
|---|---|

| **13 COMMITTEE PURPOSE**<br><br>(Attach lists on plain paper to complete this report if necessary.)<br><br>☐ SUPPORT<br>(Candidate or Measure)<br>☒ OPPOSE<br>(Candidate or Measure)<br>☐ ASSIST<br>(Officeholder only) | ☒ CANDIDATE<br><br><br><br>☐ OFFICEHOLDER<br><br><br><br><br>☐ MEASURE | CANDIDATE / OFFICEHOLDER NAME<br>DON HARRISON<br><br>OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)<br>PASADENA CITY COUNCIL DIST C<br><br>BALLOT IDENTIFICATION / #          ELECTION DATE<br>                                              Month  Day  Year<br><br>DESCRIPTION |
|---|---|---|

| **14 CONTRIBUTION TOTALS** | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | TOTAL POLITICAL CONTRIBUTIONS<br>(OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 23,000.00 |
| **EXPENDITURE TOTALS** | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0.00 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ | 30,500.00 |
| **CONTRIBUTION BALANCE** | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |
| **OUTSTANDING LOAN TOTALS** | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**15 AFFIDAVIT**

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

IRENE SPRADLIN
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 11/30/16

_____
Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said   Jerad Najvar   this the   3rd   day

of   May  , 20 13  , to certify which, witness my hand and seal of office.

_____          Irene Spradlin          Notary TX
Signature of officer administering oath          Print name of officer administering oath          Title of officer administering oath

Electronic Filing Version 3.4.5

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070   (512)463-5800     TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
# OTHER THAN PLEDGES OR LOANS

### SCHEDULE A

| | |
|---|---|
| The Instruction Guide explains how to complete this form. | **1** PAGE #<br>Schedule: 1/1  Report: 3/5 |
| **2** FILER NAME   Citizens to Keep Pasadena Strong | **3** ACCOUNT #   (Ethics Commission filers)<br>00111111 |

| **4** Date | **5** Full name of contributor ☐ out-of-state PAC (ID#_____)<br>Johnny Isbell Campaign Account | **7** Amount of<br>contribution ($) | **8** In-kind contribution<br>description (if applicable) |
|---|---|---|---|
| 04/06/2013 | **6** Contributor address;     City;   State;   Zip Code<br>PO Box 177<br>Pasadena, TX 77501 | $23,000.00 | |
| | | (if travel outside of Texas, complete Schedule T) ☐ | |

| **9** Principal occupation / Job title (See Instructions) | **10** Employer (See Instructions) |
|---|---|
| | |

Electronic Filing Version 3.4.5

PASADENA14444

Texas Ethics Commission        P.O.Box 12070        Austin, Texas 78711-2070        (512)463-5800        TDD 1-800-735-2989

# PLEDGED CONTRIBUTIONS                                            SCHEDULE B

| | |
|---|---|
| The INSTRUCTION GUIDE explains how to complete this form. | **1** PAGE #  Schedule: 1/1  Report: 4/5 |
| **2** FILER NAME    Citizens to Keep Pasadena Strong | **3** ACCOUNT #    (Ethics Commission filers)  00111111 |

| **4**     TOTAL OF UNITEMIZED PLEDGES: | ⇨  ⇨  ⇨  ⇨  ⇨  ⇨ | $ |
|---|---|---|

| **5** Date | **6** Full name of pledgor  ☐ out-of-state PAC (ID#_____ )  Johnny Isbell Campaign Account | **8** Amount of pledge ($) | **9** In-kind description (if applicable) |
|---|---|---|---|
| 04/09/2013 | **7** Pledgor address;        City;  State;  Zip Code  PO Box 177  Pasadena, TX 77501 | $7,500.00 | |
| | | (If travel outside of Texas, complete Schedule T) ☐ | |

| **10** Principal occupation / Job title (See Instructions) | **11** Employer (See Instructions) |
|---|---|

PASADENA14445

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070          (512)463-5800 TDD 1-800-735-2989

# POLITICAL EXPENDITURES                                       SCHEDULE F

## EXPENDITURE CATEGORIES

| | | | |
|---|---|---|---|
| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The Instruction Guide explains how to complete this form.

| 1 PAGE #<br>Schedule: 1/1 Report: 5/5 | 2 FILER NAME<br>Citizens to Keep Pasadena Strong | 3 ACCOUNT #   (TEC filers)<br>00111111 |
|---|---|---|

| 4 Date<br>04/06/2013 | 5 Payee name<br>Najvar Law Firm | |
|---|---|---|
| **6 Amount ($)**<br>$3,000.00 | 7 Payee address          City;  State;  Zip Code<br>One Greenway Plaza<br>Suite 100<br>Houston, TX 77046 | |
| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Legal Services | (b) Description    (If travel outside of Texas, complete Schedule T) ☐<br>Compliance |
| 9 Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:              Office held: |

| Date<br>04/09/2013 | Payee name<br>Neumann & Company | |
|---|---|---|
| Amount ($)<br>$27,500.00 | Payee address          City;  State;  Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Advertising Expense | Description    (If travel outside of Texas, complete Schedule T) ☐<br>Political advertising direct mail opposing Don<br>Harrison for Council District C |
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:              Office held: |

Electronic Filing Version 3.4.5

# EXHIBIT 29

# Citizens for Strong Pasadena

PASADENA14272

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

**FORM SPAC**
**COVER SHEET PG 1**

| The SPAC Instruction Guide explains how to complete this form. | **1** Filer ID | **2** Total pages filed: 9 |
|---|---|---|

**3** COMMITTEE NAME

Citizens to Keep Pasadena Strong

**OFFICE USE ONLY**

Date Received

**15 JUL '15 ᴀ 11:1**

**CITY SECRETARY**

| **4** COMMITTEE ADDRESS | ADDRESS / PO BOX; APT / SUITE #; CITY; STATE; ZIP CODE |
|---|---|
| ☐ Change of Address | 4808 Fairmont Pkwy PMB 193 Pasadena, TX 77505 |

Date Hand-delivered or Date Postmarked

Receipt #         Amount

Date Processed

Date Imaged

| **5** CAMPAIGN TREASURER NAME | MS / MRS / MR          FIRST |  | MI |
|---|---|---|---|
| | Jerad Najvar | | |
| | NICKNAME          LAST | | SUFFIX |

| **6** CAMPAIGN TREASURER STREET ADDRESS (Residence or Business) | STREET ADDRESS (NO PO BOX PLEASE);          APT / SUITE #;     CITY;          STATE;     ZIP CODE |
|---|---|
| | 4151 Southwest Fwy          Ste.625   Houston     TX 77027 |

| **7** CAMPAIGN TREASURER MAILING ADDRESS | STREET OR PO BOX;          APT / SUITE #;     CITY;          STATE;     ZIP CODE |
|---|---|
| ☐ Change of Address | Same |

| **8** CAMPAIGN TREASURER PHONE | AREA CODE          PHONE NUMBER     EXTENSION |
|---|---|

**9** REPORT TYPE

☐ January 15          ☐ 30th day before election          ☐ Exceeded $500 Limit

☒ July 15          ☐ 8th day before election          ☐ Dissolution (Attach PAC-DR)

☐ Runoff          ☐ 10th day after campaign treasurer termination

| **10** PERIOD COVERED | Month   Day   Year 04/30/2015 | THROUGH | Month   Day   Year 06/30/2015 |
|---|---|---|---|

| **11** ELECTION | ELECTION DATE Month   Day   Year 05/09/2015 | ELECTION TYPE ☐ Primary   ☐ Runoff   ☐ Other ☒ General   ☐ Special |
|---|---|---|

**GO TO PAGE 2**

PASADENA14273

# SPECIFIC-PURPOSE COMMITTEE REPORT:
## PURPOSE AND TOTALS

FORM **SPAC**
**COVER SHEET PG 2**

| 12 COMMITTEE NAME | 13 Filer ID |
|---|---|
| | |

**14 COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] Candidate
[ ] Officeholder

[X] **SUPPORT**
   (Candidate or Measure)

[ ] **OPPOSE**
   (Candidate or Measure)

[ ] **ASSIST**
   (Officeholder)

[ ] Measure

**CANDIDATE / OFFICEHOLDER NAME**
Steve Cote

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council at large

**BALLOT IDENTIFICATION / #**

**ELECTION DATE**
Month   Day   Year

**DESCRIPTION**

| | | |
|---|---|---|
| **15 CONTRIBUTION TOTALS** | 1. TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ $0.00 |
| | 2. TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ $8,300.00 |
| **EXPENDITURE TOTALS** | 3. TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ $0.00 |
| | 4. TOTAL POLITICAL EXPENDITURES | $ $18,650.56 |
| **CONTRIBUTION BALANCE** | 5. TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ $1,710.62 |
| **OUTSTANDING LOAN TOTALS** | 6. TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ $0.00 |

**16 AFFIDAVIT**

See attached declaration

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

**AFFIX NOTARY STAMP / SEAL ABOVE**

Signature of Campaign Treasurer

Sworn to and subscribed before me, by the said _____, this the _____ day of _____, 20_____, to certify which, witness my hand and seal of office.

Signature of officer administering oath     Printed name of officer administering oath     Title of officer administering oath

PASADENA14274

# SPECIFIC-PURPOSE COMMITTEE REPORT:
## PURPOSE

FORM **SPAC**
ADDENDUM

Page 3 of 9

| 12 COMMITTEE NAME | 13 Filer ID |
|---|---|

**14 COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] SUPPORT
(Candidate or Measure)

[ ] OPPOSE
(Candidate or Measure)

[ ] ASSIST
(Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

CANDIDATE / OFFICE HOLDER NAME
Darrell Morrison

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council at large

BALLOT IDENTIFICATION          ELECTION DATE
                               MONTH   DAY   YEAR

DESCRIPTION

---

**COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] SUPPORT
(Candidate or Measure)

[ ] OPPOSE
(Candidate or Measure)

[ ] ASSIST
(Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

CANDIDATE / OFFICE HOLDER NAME
Bruce Leamon

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council Dist B

BALLOT IDENTIFICATION          ELECTION DATE
                               MONTH   DAY   YEAR

DESCRIPTION

---

**COMMITTEE PURPOSE**

(Attach lists on plain paper to complete this report if necessary.)

[X] SUPPORT
(Candidate or Measure)

[ ] OPPOSE
(Candidate or Measure)

[ ] ASSIST
(Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

CANDIDATE / OFFICE HOLDER NAME
Emilio Carmona

OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)
Pasadena City Council Dist A

BALLOT IDENTIFICATION          ELECTION DATE
                               MONTH   DAY   YEAR

DESCRIPTION

---

PASADENA14275

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE

**FORM SPAC ADDENDUM**

Page 4 of 9

| 12 COMMITTEE NAME | 13 Filer ID |
|---|---|

**14 COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

**CANDIDATE / OFFICE HOLDER NAME**
J.E. "Bear" Hebert

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council Dist D

**BALLOT IDENTIFICATION**

**ELECTION DATE**
MONTH   DAY   YEAR

**DESCRIPTION**

---

**COMMITTEE PURPOSE**
(Attach lists on plain paper to complete this report if necessary.)

[X] **SUPPORT** (Candidate or Measure)

[ ] **OPPOSE** (Candidate or Measure)

[ ] **ASSIST** (Officeholders only)

[X] CANDIDATE

[ ] OFFICE HOLDER

[ ] MEASURE

**CANDIDATE / OFFICE HOLDER NAME**
Cary Bass

**OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)**
Pasadena City Council Dist E

**BALLOT IDENTIFICATION**

**ELECTION DATE**
MONTH   DAY   YEAR

**DESCRIPTION**

---

PASADENA14276

# SUBTOTALS - SPAC

**FORM SPAC**
**COVER SHEET PG 3**
5 of 9

| 17 COMMITTEE NAME | 18 Filer ID |
|---|---|
| | |

| 19 SCHEDULE SUBTOTALS<br>NAME OF SCHEDULE | | SUBTOTAL AMOUNT |
|---|---|---|
| 1. | [X] SCHEDULE A1: MONETARY POLITICAL CONTRIBUTIONS | $ 8,300.00 |
| 2. | [ ] SCHEDULE A2: NON-MONETARY (IN-KIND) POLITICAL CONTRIBUTIONS | $ |
| 3. | [ ] SCHEDULE B: PLEDGED CONTRIBUTIONS | $ |
| 4. | [ ] SCHEDULE C1: MONETARY CONTRIBUTIONS FROM CORPORATION OR LABOR ORGANIZATION | $ |
| 5. | [ ] SCHEDULE C2: NON-MONETARY (IN-KIND) CONTRIBUTIONS FROM CORPORATION OR LABOR ORGANIZATION | $ |
| 6. | [ ] SCHEDULE D: PLEDGED CONTRIBUTIONS FROM CORPORATION OR LABOR ORGANIZATION | $ |
| 7. | [ ] SCHEDULE E: LOANS | $ |
| 8. | [X] SCHEDULE F1: POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS | $ 18,650.56 |
| 9. | [ ] SCHEDULE F2: UNPAID INCURRED OBLIGATIONS | $ |
| 10. | [ ] SCHEDULE F3: PURCHASE OF INVESTMENTS FROM POLITICAL CONTRIBUTIONS | $ |
| 11 | [ ] SCHEDULE H: PAYMENT FROM POLITICAL CONTRIBUTIONS TO A BUSINESS OF C/OH | $ |
| 12. | [X] SCHEDULE I: NON-POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS | $ 540.00 |
| 13. | [ ] SCHEDULE K: INTEREST, CREDITS, GAINS, REFUNDS, AND CONTRIBUTIONS RETURNED TO FILER | $ |

PASADENA14277

# MONETARY POLITICAL CONTRIBUTIONS

### SCHEDULE A1

| | |
|---|---|
| **The Instruction Guide explains how to complete this form.** | **1** Total pages Schedule A1: Sch: 1/1 Rpt: 6/9 |
| **2** FILER NAME | **3** Filer ID |

| **4** Date 05/11/2015 | **5** Full name of contributor ☐ out-of-state PAC (ID#:_____) Johnny Isbell Campaign Account | **7** Amount of Contribution ($) $8,300.00 |
|---|---|---|
| | **6** Contributor address;  City, State; Zip Code PO Box 177 Pasadena, TX 77501 | |

| **8** Principal occupation / Job title (See Instructions) | **9** Employer (See Instructions) |
|---|---|

PASADENA14278

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

**SCHEDULE F1**

| EXPENDITURE CATEGORIES FOR BOX 8(a) | | |
|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Contributions/Donations Made By -<br>   Candidate/Officeholder/Political Committee | Event Expense<br>Fees<br>Food/Beverage Expense<br>Gift/Awards/Memorials Expense<br>Legal Services | Loan Repayment/Reimbursement<br>Office Overhead/Rental Expense<br>Polling Expense<br>Printing Expense<br>Salaries/Wages/Contract Labor | Solicitation/Fundraising Expense<br>Transportation Equipment & Related Expense<br>Travel In District<br>Travel Out of District<br>OTHER (enter a category not listed above) |

The Instruction Guide explains how to complete this form.

| 1  Total pages Schedule F1:<br>   Sch: 1/2  Rpt  7/9 | 2  FILER NAME | 3  Filer ID |
|---|---|---|

| 4  Date<br>   04/30/2015 | 5  Payee name<br>   First Tradition | |
|---|---|---|
| 6  Amount ($)<br>         $1,700.00 | 7  Payee address;   City;     State;  Zip Code<br>   8000 Research Forest<br>   Suite 115 PMB 251<br>   The Woodlands, TX 77382 | |
| 8  PURPOSE<br>   OF<br>   EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>   Advertising Expense | (b) Description<br>   ☐ Check if travel outside of Texas. Complete Schedule T.<br>   ☐ Check if Austin, TX, officeholder living expense<br>   GOTV phone calls |
| 9  Complete ONLY if direct<br>   expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |

| Date<br>   05/13/2015 | Payee name<br>   Neumann & Co. | |
|---|---|---|
| Amount ($)<br>         $5,221.31 | Payee address;   City;     State;  Zip Code<br>   1002 Pauline Ave<br><br>   Bellaire, TX 77401 | |
| PURPOSE<br>   OF<br>   EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>   Advertising Expense | (b) Description<br>   ☐ Check if travel outside of Texas. Complete Schedule T.<br>   ☐ Check if Austin, TX, officeholder living expense<br>   direct mail endorsing all 6 candidates; see list above |
| Complete ONLY if direct<br>   expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |

| Date<br>   05/13/2015 | Payee name<br>   Neumann & Co. | |
|---|---|---|
| Amount ($)<br>         $5,732.33 | Payee address;   City;     State;  Zip Code<br>   1002 Pauline Ave<br><br>   Bellaire, TX 77401 | |
| PURPOSE<br>   OF<br>   EXPENDITURE | (a) Category  (See Categories listed at the top of this schedule)<br>   Contributions/Donations Made By<br>   Candidate/Officeholder/Political Committee | (b) Description<br>   ☐ Check if travel outside of Texas. Complete Schedule T.<br>   ☐ Check if Austin, TX, officeholder living expense<br>   in kind-direct mail advertisement re Carmona |
| Complete ONLY if direct<br>   expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |

PASADENA14279

# POLITICAL EXPENDITURES FROM POLITICAL CONTRIBUTIONS

SCHEDULE **F1**

**EXPENDITURE CATEGORIES FOR BOX 8(a)**

| | | | |
|---|---|---|---|
| Advertising Expense | Event Expense | Loan Repayment/Reimbursement | Solicitation/Fundraising Expense |
| Accounting/Banking | Fees | Office Overhead/Rental Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Polling Expense | Travel In District |
| Contributions/ Donations Made By- | Gift/Awards/Memorials Expense | Printing Expense | Travel Out of District |
| Candidate/Officeholder/Political Committee | Legal Services | Salaries/Wages/Contract Labor | OTHER (enter a category not listed above) |

The Instruction Guide explains how to complete this form.

| 1 Total pages Schedule F1: Sch: 2/2 Rpt: 8/9 | 2 FILER NAME | | 3 Filer ID |
|---|---|---|---|
| **4** Date 05/13/2015 | **5** Payee name Neumann & Co. | | |
| **6** Amount ($) $5,996.92 | **7** Payee address;   City;   State;   Zip Code 1002 Pauline Ave <br><br> Bellaire, TX 77401 | | |
| **8** PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) Contributions/Donations Made By Candidate/Officeholder/Political Committee | (b) Description ☐ Check if travel outside of Texas. Complete Schedule T. ☐ Check if Austin, TX, officeholder living expense In-kind-direct mail advertisement re Hebert | |
| **9** Complete ONLY if direct expenditure to benefit C/OH | Candidate/Officeholder name | Office sought | Office held |

PASADENA14280

# NON-POLITICAL EXPENDITURES
# MADE FROM POLITICAL CONTRIBUTIONS

**SCHEDULE I**

| The Instruction Guide explains how to complete this form. |
|---|

| 1. Total pages Schedule I:<br>Sch: 1/1 Rpt: 9/9 | 2. FILER NAME | 3. Filer ID |
|---|---|---|

| 4. Date<br>04/30/2015 | 6. Payee name<br>Independent Bank | |
|---|---|---|
| 5. Amount ($)<br>20.00 | 7. Payee Address;     City; State; Zip<br>3090 Craig Dr.<br><br>McKinney, TX 75070 | |
| 8. PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See instructions for examples of acceptable categories)<br>Accounting/Banking | (b) Description     (See instructions regarding type of information required.)<br>wire fee |

| Date<br>04/30/2015 | Payee name<br>Independent Bank | |
|---|---|---|
| Amount ($)<br>20.00 | Payee Address;     City; State; Zip<br>3090 Craig Dr.<br><br>McKinney, TX 75070 | |
| PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See instructions for examples of acceptable categories)<br>Accounting/Banking | (b) Description     (See instructions regarding type of information required.)<br>bank fee |

| Date<br>04/30/2015 | Payee name<br>Nejvar Law Firm | |
|---|---|---|
| Amount ($)<br>500.00 | Payee Address;     City; State; Zip<br>4151 Southwest Fwy<br>Ste 625<br>Houston, TX 77027 | |
| PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See instructions for examples of acceptable categories)<br>Legal Services | (b) Description     (See instructions regarding type of information required.)<br>compliance |

PASADENA14281

<u>**Verification by declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001**</u>

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report/amended campaign treasurer appointment form is true and correct.

Specifically, and in addition, I affirm the statement at line 16 on page 2.

Executed in Harris County, Texas, on July 15, 2015.


DECLARANT

PASADENA14283

Texas Ethics Commission      P.O. Box 12070      Austin, Texas 78711-2070      (512) 463-5800      (TDD 1-800-735-2989)

# AMENDMENT: APPOINTMENT OF A CAMPAIGN TREASURER BY A SPECIFIC-PURPOSE COMMITTEE

**FORM ASTA**

**PG 1**

| | |
|---|---|
| **See ASTA Instruction Guide for detailed instructions.** | **1** Total pages filed: |

**2 COMMITTEE NAME**
CITIZENS TO KEEP PASADENA STRONG

**3 ACCOUNT #**

**OFFICE USE ONLY**

Date Received — 2015 MAY - 7    CITY SECRETARY

Date Hand-delivered or Postmarked — PM 4 00

Date Processed

Date Imaged

| No. | Field | NEW | Sub-labels |
|---|---|---|---|
| **4** | **COMMITTEE NAME** | NEW | |
| **5** | **COMMITTEE ADDRESS** | NEW | ADDRESS / PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE |
| **6** | **CAMPAIGN TREASURER NAME** | NEW | MS / MRS / MR   FIRST   MI   NICKNAME   LAST   SUFFIX |
| **7** | **CAMPAIGN TREASURER STREET ADDRESS** (residence or business) | NEW | STREET ADDRESS (NO PO BOX PLEASE);   APT / SUITE #;   CITY;   STATE;   ZIP CODE |
| **8** | **CAMPAIGN TREASURER MAILING ADDRESS**   ☐ same as above | NEW | ADDRESS / PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE |
| **9** | **CAMPAIGN TREASURER PHONE** | NEW | AREA CODE   PHONE NUMBER   EXTENSION   (     ) |
| **10** | **PERSON APPOINTING TREASURER** | | FIRST   MI   LAST   SUFFIX |

**11 SIGNATURE**

I understand that I have been appointed as the campaign treasurer for this specific-purpose committee and that I am responsible for filing all required reports and that I may be subject to fines for failure to do so. I am aware of the restrictions in title 15 of the Election Code on contributions from corporations and labor organizations.

_____
Signature of Campaign Treasurer

| No. | Field | NEW | Sub-labels |
|---|---|---|---|
| **12** | **ASSISTANT CAMPAIGN TREASURER** (see Instructions) | NEW | FIRST   MI   LAST   SUFFIX |
| **13** | **ASSISTANT CAMPAIGN TREASURER ADDRESS** | NEW | ADDRESS / PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE |
| **14** | **ASSISTANT CAMPAIGN TREASURER PHONE** | NEW | AREA CODE   PHONE NUMBER   EXTENSION   (     ) |

**GO TO PAGE 2**

PASADENA14284

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512) 463-5800    (TDD 1-800-735-2988)

# AMENDMENT: SPECIFIC-PURPOSE COMMITTEE
## PURPOSE AND MODIFIED REPORTING DECLARATION

**FORM ASTA**
**PG 2**

| 15 COMMITTEE NAME | 16 ACCOUNT# |
|---|---|
| CITIZENS TO KEEP PASADENA STRONG | |

| 17 COMMITTEE PURPOSE | CANDIDATE / OFFICEHOLDER NAME |
|---|---|
| ☐ NEW ☑ ADD | Steve Cote; Darrell Morrison; Bruce Leamon |
| ☑ SUPPORT CANDIDATE | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) |
| ☐ OPPOSE CANDIDATE | Pasadena City Council at large; same; and Pasadena City Council Dist B, respectively |
| ☐ ASSIST OFFICEHOLDER | |

| | BALLOT IDENTIFICATION OF MEASURE / # | ELECTION DATE |
|---|---|---|
| ☐ NEW ☐ ADD | | Month / Day / Year |
| ☐ SUPPORT MEASURE | | |
| ☐ OPPOSE MEASURE | DESCRIPTION |

**18 MODIFIED REPORTING DECLARATION** — NEW

### COMPLETE THIS SECTION ONLY IF YOU ARE CHOOSING MODIFIED REPORTING.

**••This declaration must be filed no later than the 30th day before the first election to which the declaration applies. ••**

**••The modified reporting declaration is valid for one election cycle only. ••**
(An election cycle includes a primary election, a general election, and any related runoffs.)

The committee does not intend to accept more than $500 in political contributions or make more than $500 in political expenditures (excluding filing fees) in connection with any future election within the election cycle. The committee understands that if either one of those limits is exceeded, the committee's campaign treasurer will be required to file pre-election reports and, if necessary, a runoff report.

_____          _____
Year of election(s) or election cycle to:          Signature of Campaign Treasurer
which declaration applies

### ATTACH ADDITIONAL COPIES OF THIS FORM AS NEEDED

### This appointment is effective on the date it is filed with the appropriate filing authority.

PASADENA14285

**Verification by declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001**

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report/amended campaign treasurer appointment form is true and correct.

Specifically, and in addition, I affirm the statement at line 11 on page 1 of Form ASTA.

Executed in Hidalgo County, Texas, on May 7, 2015.

DECLARANT

PASADENA14287

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512)463-5800    TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

FORM **SPAC**
COVER SHEET PG 1

| | | |
|---|---|---|
| The SPAC INSTRUCTION GUIDE explains how to complete this form. | 1 ACCOUNT # (Ethics Commission filers) 00111111 | 2 PAGE # 1 of 8 |

**3 COMMITTEE NAME**
Citizens to Keep Pasadena Strong

**OFFICE USE ONLY**

Date received

**2015 MAY -1**

**CITY SECRETARY**

**4 COMMITTEE ADDRESS**

☐ Change of Address

ADDRESS / PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE

4808 Fairmont Pkwy
PMB 193
Pasadena, TX 77505

Date Hand-delivered or Date Postmarked

**5 CAMPAIGN TREASURER NAME**

MS / MRS / MR.    FIRST    MI
Jerad

NICKNAME    LAST    SUFFIX
Najvar

Receipt #    Amount

Date Processed

Date Imaged

**6 CAMPAIGN TREASURER'S STREET ADDRESS** (Residence or business)

STREET ADDRESS (NO PO BOX PLEASE);   APT/SUITE #;   CITY;   STATE;   ZIP CODE

4151 Southwest Fwy
Suite 625
Houston, TX 77027

**7 CAMPAIGN TREASURER'S MAILING ADDRESS**

☐ Change of Address

STREET OR PO BOX;   APT / SUITE #;   CITY;   STATE;   ZIP CODE

4151 Southwest Fwy
Suite 625
Houston, TX 77027

**8 CAMPAIGN TREASURER PHONE**

AREA CODE    PHONE NUMBER    EXTENSION

(281) 404-4696

**9 REPORT TYPE**

☐ January 15
☐ July 15
☐ 30th day before election
☒ 8th day before election
☐ Runoff
☐ Exceeded $500 limit
☐ Dissolution (attach PAC-DR)
☐ 10th day after campaign treasurer termination

**10 PERIOD COVERED**

Month    Day    Year
03/31/2015    THROUGH

Month    Day    Year
04/29/2015

**11 ELECTION**

ELECTION DATE
Month    Day    Year
05/09/2015

ELECTION TYPE
☐ Primary    ☐ Runoff    ☒ General    ☐ Special

**GO TO PAGE 2**

Electronic Filing Version 3.46

PASADENA14288

Texas Ethics Commission        P.O. Box 12070        Austin, Texas 78711-2070        (512)463-5800    TDD 1-800-735-2989

## SPECIFIC-PURPOSE COMMITTEE REPORT:
## PURPOSE & TOTALS

**FORM SPAC**
**COVER SHEET PG 2**

| 12 COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| 13 COMMITTEE PURPOSE | | | |
|---|---|---|---|
| (Attach lists on plain paper to complete this report if necessary.) | ☒ CANDIDATE | CANDIDATE / OFFICEHOLDER NAME  Emilio Carmona | |
| | ☐ OFFICEHOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)  Pasadena City Council Dist A | |
| ☒ SUPPORT (Candidate or Measure) | | BALLOT IDENTIFICATION / #            ELECTION DATE  Month   Day   Year | |
| ☐ OPPOSE (Candidate or Measure) | | | |
| ☐ ASSIST (Officeholder only) | ☐ MEASURE | DESCRIPTION | |

| 14 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 31,250.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0.00 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ | 31,088.65 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 12,351.18 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**15 AFFIDAVIT**

*See attached declaration*

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_____
Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said _____, this the _____ day

of _____, 20 _____, to certify which, witness my hand and seal of office.

| Signature of officer administering oath | Print name of officer administering oath | Title of officer administering oath |
|---|---|---|

Electronic Filing Version 3.4.5

PASADENA14289

Texas Ethics Commission P.O. Box 12070 Austin, Texas 78711-2070 (512) 463-5800 TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE

**FORM SPAC ADDENDUM**

Page 3 of 8

| COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| COMMITTEE PURPOSE (Attach lists on plain paper to complete this report if necessary.) | [X] CANDIDATE | CANDIDATE / OFFICE HOLDER NAME<br>J.E. Bear Hebert |
|---|---|---|
| [X] SUPPORT (Candidate or Measure) | [ ] OFFICE HOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)<br>Pasadena City Council Dist D |
| [ ] OPPOSE (Candidate or Measure) | [ ] MEASURE | BALLOT IDENTIFICATION / #  ELECTION DATE<br>       Month Day Year |
| [ ] ASSIST (Officeholder only) | | DESCRIPTION |

| COMMITTEE PURPOSE (Attach lists on plain paper to complete this report if necessary.) | [X] CANDIDATE | CANDIDATE / OFFICE HOLDER NAME<br>Cary Bass |
|---|---|---|
| [X] SUPPORT (Candidate or Measure) | [ ] OFFICE HOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)<br>Pasadena City Council Dist E |
| [ ] OPPOSE (Candidate or Measure) | [ ] MEASURE | BALLOT IDENTIFICATION / #  ELECTION DATE<br>       Month Day Year |
| [ ] ASSIST (Officeholder only) | | DESCRIPTION |

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070     (512)463-5800     TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
# OTHER THAN PLEDGES OR LOANS

**SCHEDULE A**

| | |
|---|---|
| The Instruction Guide explains how to complete this form. | 1 PAGE # Schedule: 1/2 Report: 4/8 |
| 2 FILER NAME  Citizens to Keep Pasadena Strong | 3 ACCOUNT # (Ethics Commission filers) 00111111 |

| 4 Date | 5 Full name of contributor ☐ out-of-state PAC (ID# _____) | 7 Amount of contribution ($) | 8 In-kind contribution description (if applicable) |
|---|---|---|---|
| 04/29/2015 | French, Robin  6. Contributor address; City; State; Zip Code 3203 Canada Rd. La Porte, TX 77571 | $25.00 | (If travel outside of Texas, complete Schedule T) ☐ |
| 9 Principal occupation / Job title (See Instructions) | | 10 Employer (See Instructions) | |

| Date | Full name of contributor ☐ out-of-state PAC (ID# _____) | Amount of contribution ($) | In-kind contribution description (if applicable) |
|---|---|---|---|
| 04/29/2015 | Gaffigan, Heather  Contributor address; City; State; Zip Code 2138 Longwood Deer Park, TX 77536 | $50.00 | (If travel outside of Texas, complete Schedule T) ☐ |
| Principal occupation / Job title (See Instructions) | | Employer (See Instructions) | |

| Date | Full name of contributor ☐ out-of-state PAC (ID# _____) | Amount of contribution ($) | In-kind contribution description (if applicable) |
|---|---|---|---|
| 04/29/2015 | Hyle, Jay  Contributor address; City; State; Zip Code 10519 Sageberry Houston, TX 77089 | $25.00 | (If travel outside of Texas, complete Schedule T) ☐ |
| Principal occupation / Job title (See Instructions) | | Employer (See Instructions) | |

| Date | Full name of contributor ☐ out-of-state PAC (ID# _____) | Amount of contribution ($) | In-kind contribution description (if applicable) |
|---|---|---|---|
| 04/24/2015 | Johnny Isbell Campaign Account  Contributor address; City; State; Zip Code PO Box 177 Pasadena, TX 77501 | $31,000.00 | (If travel outside of Texas, complete Schedule T) ☐ |
| Principal occupation / Job title (See Instructions) | | Employer (See Instructions) | |

| Date | Full name of contributor ☐ out-of-state PAC (ID# _____) | Amount of contribution ($) | In-kind contribution description (if applicable) |
|---|---|---|---|
| 04/29/2015 | Lanney, John  Contributor address; City; State; Zip Code 4801 Country Club View Baytown, TX 77521 | $50.00 | (If travel outside of Texas, complete Schedule T) ☐ |
| Principal occupation / Job title (See Instructions) | | Employer (See Instructions) | |

PASADENA14291

Texas Ethics Commission      P.O.Box 12070      Austin, Texas 78711-2070      (512)463-5800      TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
# OTHER THAN PLEDGES OR LOANS

### SCHEDULE A

| | |
|---|---|
| The Instruction Guide explains how to complete this form. | **1  PAGE #** <br> Schedule: 2/2  Report: 5/8 |
| **2   FILER NAME**   Citizens to Keep Pasadena Strong | **3   ACCOUNT #**   (Ethics Commission filers) <br> 00111111 |

| 4    Date | 5   Full name of contributor    ☐ out-of-state PAC (ID# _____ ) <br> Maldonado, Sonya | 7  Amount of <br> contribution ($) | 8.    In-kind contribution <br> description (if applicable) |
|---|---|---|---|
| 04/29/2015 | 6   Contributor address;      City;   State;   Zip Code <br> 2401 Repondorph <br> Seabrook, TX 77586 | $50.00 | |
| | | | (if travel outside of Texas, complete Schedule T)  ☐ |
| **9   Principal occupation / Job title (See Instructions)** | | **10  Employer (See Instructions)** | |

| Date | Full name of contributor    ☐ out-of-state PAC (ID# _____ ) <br> McKie, Ray | Amount of <br> contribution ($) | In-kind contribution <br> description (if applicable) |
|---|---|---|---|
| 04/29/2015 | Contributor address;      City;   State;   Zip Code <br> 2803 Belton <br> Anahuac, TX 77514 | $50.00 | |
| | | | (if travel outside of Texas, complete Schedule T)  ☐ |
| **Principal occupation / Job title (See Instructions)** | | **Employer (See Instructions)** | |

Texas Ethics Commission     P.O. Box 12070     Austin, Texas 78711-2070     (512) 463-5800 TDD 1-800-735-2989

# POLITICAL EXPENDITURES

## SCHEDULE F

### EXPENDITURE CATEGORIES

| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor | Loan Repayment/Reimbursement |
|---|---|---|---|
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense | Transportation Equipment & Related Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District | Contributions/Donations Made By |
| Event Expense | Polling Expense | Travel Out Of District | Candidate/Officeholder/Political Committee |
| Fees | Printing Expense | Office Overhead/Rental Expense | OTHER (enter a category not listed above) |

The **Instruction Guide** explains how to complete this form.

| 1 PAGE #<br>Schedule: 1/2  Report: 6/8 | 2 FILER NAME<br>Citizens to Keep Pasadena Strong | 3 ACCOUNT #  (TEC filers)<br>00111111 |
|---|---|---|

| 4 Date<br>04/06/2015 | 5 Payee name<br>First Tradition | |
|---|---|---|
| 6 Amount ($)<br>$4,000.00 | 7 Payee address          City;   State;   Zip Code<br>8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands,  TX 77382 | |
| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Advertising Expense | (b) Description    (If travel outside of Texas, complete Schedule T) ☐<br>Phone calls supporting all three candidates in equal portions<br>☐ Check if Austin, TX, officeholder living expense |
| 9 Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:                Office held: |

| Date<br>04/27/2015 | Payee name<br>First Tradition | |
|---|---|---|
| Amount ($)<br>$4,000.00 | Payee address          City;   State;   Zip Code<br>8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands,  TX 77382 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Advertising Expense | Description    (If travel outside of Texas, complete Schedule T) ☐<br>Phone calls supporting all three candidates in equal portions<br>☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:                Office held: |

| Date<br>04/22/2015 | Payee name<br>Mailboxes Plus | |
|---|---|---|
| Amount ($)<br>$36.00 | Payee address          City;   State;   Zip Code<br>4808 Fairmont Pkwy<br>Pasadena, TX 77505 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Fees | Description    (If travel outside of Texas, complete Schedule T) ☐<br>Committee mailbox rental<br>☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH. | Candidate / Officeholder name | Office sought:                Office held: |

| Date<br>03/31/2015 | Payee name<br>Neumann & Company | |
|---|---|---|
| Amount ($)<br>$1,806.85 | Payee address          City;   State;   Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description    (If travel outside of Texas, complete Schedule T) ☐<br>In kind: direct mail supporting Hebert<br>☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if<br>direct expenditure | Candidate / Officeholder name | Office sought:                Office held: |

Texas Ethics Commission   P.O. Box 12070   Austin, Texas 78711-2070   (512)463-5800 TDD 1-800-735-2989

# POLITICAL EXPENDITURES

SCHEDULE F

## EXPENDITURE CATEGORIES

| | | |
|---|---|---|
| Advertising Expense | Gifts/Awards/Memorial Expense | Salaries/Wages/Contract Labor |
| Accounting/Banking | Legal Services | Solicitation/Fundraising Expense |
| Consulting Expense | Food/Beverage Expense | Travel In District |
| Event Expense | Polling Expense | Travel Out Of District |
| Fees | Printing Expense | Office Overhead/Rental Expense |

| |
|---|
| Loan Repayment/Reimbursement |
| Transportation Equipment & Related Expense |
| Contributions/Donations Made By Candidate/Officeholder/Political Committee |
| OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1. PAGE # Schedule: 2/2 Report: 7/8 | 2. FILER NAME Citizens to Keep Pasadena Strong | 3. ACCOUNT #   (TEC filers) 00111111 |
|---|---|---|

| 4. Date 04/08/2015 | 5. Payee name Neumann & Company | |
|---|---|---|
| 6. Amount ($) $2,906.42 | 7. Payee address   City;  State;  Zip Code 1002 Pauline Bellaire, TX 77401 | |
| 8. PURPOSE OF EXPENDITURE | (a) Category (See Categories listed at the top of this schedule) Contributions/Donations Made By Candidate/Officeholder/Political Committee | (b) Description   (If travel outside of Texas, complete Schedule T) ☐ In kind: direct mail supporting Hebert ☐ Check if Austin, TX, officeholder living expense |
| 9. Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name: | Office sought:          Office held: |

| Date 04/28/2015 | Payee name Neumann & Company | |
|---|---|---|
| Amount ($) $3,022.40 | Payee address   City;  State;  Zip Code 1002 Pauline Bellaire, TX 77401 | |
| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule) Contributions/Donations Made By Candidate/Officeholder/Political Committee | Description   (If travel outside of Texas, complete Schedule T) ☐ In kind: direct mail supporting Carmona ☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name: | Office sought:          Office held: |

| Date 04/28/2015 | Payee name Neumann & Company | |
|---|---|---|
| Amount ($) $3,163.87 | Payee address   City;  State;  Zip Code 1002 Pauline Bellaire, TX 77401 | |
| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule) Contributions/Donations Made By Candidate/Officeholder/Political Committee | Description   (If travel outside of Texas, complete Schedule T) ☐ In kind: direct mail supporting Bass ☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if direct expenditure to benefit C/OH | Candidate / Officeholder name: | Office sought:          Office held: |

| Date 04/28/2015 | Payee name Neumann & Company | |
|---|---|---|
| Amount ($) $12,113.11 | Payee address   City;  State;  Zip Code 1002 Pauline Bellaire, TX 77401 | |
| PURPOSE OF EXPENDITURE | Category (See Categories listed at the top of this schedule) Contributions/Donations Made By Candidate/Officeholder/Political Committee | Description   (If travel outside of Texas, complete Schedule T) ☐ In kind: direct mail supporting Hebert ☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if direct expenditure | Candidate / Officeholder name: | Office sought:          Office held: |

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070                    (512)463-5800 TDD 1-800-735-2989

# NON-POLITICAL EXPENDITURES
# MADE FROM POLITICAL CONTRIBUTIONS                                    SCHEDULE  I

## The Instruction Guide explains how to complete this form.

| 1  PAGE #<br>Schedule: 1/2  Report: 8/8 | 2  FILER NAME<br>Citizens to Keep Pasadena Strong | 3  ACCOUNT #   (TEC filers)<br>D0111111 |
|---|---|---|

| 4  Date<br>04/06/2015 | 5  Payee name<br>Najvar Law Firm | |
|---|---|---|
| 6  Amount ($)<br>$1,000.00 | 7  Payee address          City;   State;   Zip Code<br>4151 Southwest Freeway<br>Ste 625<br>Houston, TX 77027 | |
| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Legal Services | (b) Description (See instructions regarding type of information required.)<br>Campaign finance compliance and reporting |

| Date<br>04/24/2015 | Payee name<br>Najvar Law Firm | |
|---|---|---|
| Amount ($)<br>$200.00 | Payee address          City;   State;   Zip Code<br>4151 Southwest Freeway<br>Ste 625<br>Houston, TX 77027 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Legal Services | Description (See instructions regarding type of information required.)<br>Campaign finance compliance and reporting |

PASADENA14295

<u>**Verification by unsworn declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001**</u>

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report is true and correct.

Executed in Harris County, Texas, on ___May 1_____, 2015.

_____
DECLARANT

PASADENA14297

Texas Ethics Commission      P.O.Box  12070      Austin, Texas 78711-2070      (512)463-5800      TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE
# CAMPAIGN FINANCE REPORT

FORM   **SPAC**
COVER SHEET PG 1

| The SPAC INSTRUCTION GUIDE explains how to complete this form. | 1 ACCOUNT # (Ethics Commission filers) 00111111 | 2 PAGE # 1 of 7 |
|---|---|---|

| 3 COMMITTEE NAME Citizens to Keep Pasadena Strong | | OFFICE USE ONLY |
|---|---|---|

| 4 COMMITTEE ADDRESS ☐ Change of Address | ADDRESS / PO BOX:     APT / SUITE #:     CITY:     STATE:     ZIP CODE 4808 Fairmont Pkwy PMB 193 Pasadena, TX 77505 | Date Received |

Date Hand-delivered or Date Postmarked

2015 APR -9   CITY SECRETARY
PM 4: 10

| 5 CAMPAIGN TREASURER NAME | MS / MRS / MR     FIRST Jared     MI | Receipt #     Amount |
|---|---|---|
| | NICKNAME     LAST Najvar     SUFFIX | Date Processed |
| | | Date Imaged |

| 6 CAMPAIGN TREASURER'S STREET ADDRESS (Residence or business) | STREET ADDRESS (NO PO BOX PLEASE):     APT/SUITE #:     CITY:     STATE:     ZIP CODE 4151 Southwest Fwy Suite 625 Houston, TX 77027 |
|---|---|

| 7 CAMPAIGN TREASURER'S MAILING ADDRESS ☐ Change of Address | STREET OR PO BOX:     APT / SUITE #:     CITY:     STATE:     ZIP CODE 4151 Southwest Fwy Suite 625 Houston, TX 77027 |
|---|---|

| 8 CAMPAIGN TREASURER PHONE | AREA CODE     PHONE NUMBER     EXTENSION (281) 404-4696 |
|---|---|

**9 REPORT TYPE**

☐ January 15
☐ July 15

☒ 30th day before election
☐ 8th day before election
☐ Runoff

☐ Exceeded $500 limit
☐ Dissolution (attach PAC-DR)
☐ 10th day after campaign treasurer termination

**10 PERIOD COVERED**

Month  Day  Year
02/25/2015      THROUGH      03/30/2015

**11 ELECTION**

| ELECTION DATE Month  Day  Year 05/09/2015 | ELECTION TYPE ☐ Primary   ☐ Runoff   ☒ General   ☐ Special |
|---|---|

**GO TO PAGE 2**

Electronic Filing Version 3.4.6

PASADENA14298

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512)463-5800   TDD 1-800-735-2989

# SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE & TOTALS

FORM **SPAC**

COVER SHEET PG 2

| 12 COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| 13 COMMITTEE PURPOSE | ☒ CANDIDATE | CANDIDATE / OFFICEHOLDER NAME<br>Emilio Carmona |
|---|---|---|
| (Attach lists on plain paper to complete this report if necessary.) | ☐ OFFICEHOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder)<br>Pasadena City Council Dist A |
| ☒ SUPPORT (Candidate or Measure) | | BALLOT IDENTIFICATION / #          ELECTION DATE<br>Month  Day  Year |
| ☐ OPPOSE (Candidate or Measure)<br>☐ ASSIST (Officeholder only) | ☐ MEASURE | DESCRIPTION |

| 14 CONTRIBUTION TOTALS | 1. | TOTAL POLITICAL CONTRIBUTIONS OF $50 OR LESS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS), UNLESS ITEMIZED | $ | 0.00 |
|---|---|---|---|---|
| | 2. | TOTAL POLITICAL CONTRIBUTIONS (OTHER THAN PLEDGES, LOANS, OR GUARANTEES OF LOANS) | $ | 35,000.00 |
| EXPENDITURE TOTALS | 3. | TOTAL POLITICAL EXPENDITURES OF $100 OR LESS, UNLESS ITEMIZED | $ | 0.00 |
| | 4. | TOTAL POLITICAL EXPENDITURES | $ | 21,302.56 |
| CONTRIBUTION BALANCE | 5. | TOTAL POLITICAL CONTRIBUTIONS MAINTAINED AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 24,422.39 |
| OUTSTANDING LOAN TOTALS | 6. | TOTAL PRINCIPAL AMOUNT OF ALL OUTSTANDING LOANS AS OF THE LAST DAY OF THE REPORTING PERIOD | $ | 0.00 |

**15 AFFIDAVIT**

*See attached declaration*

I swear, or affirm, under penalty of perjury, that the accompanying report is true and correct and includes all information required to be reported by me under Title 15, Election Code.

_signature_   4-9-15

Signature of Campaign Treasurer

AFFIX NOTARY STAMP / SEAL ABOVE

Sworn to and subscribed before me, by the said _____ , this the _____ day

of _____ , 20 _____ , to certify which, witness my hand and seal of office.

_____          _____          _____
Signature of officer administering oath          Print name of officer administering oath          Title of officer administering oath

Electronic Filing Version 3.4.0

PASADENA14299

Texas Ethics Commission          P.O. Box 12070      Austin, Texas 78711-2070        (512) 463-5800      TDD 1-800-735-2989

| SPECIFIC-PURPOSE COMMITTEE REPORT: PURPOSE | FORM SPAC ADDENDUM |
|---|---|
| | Page 3 of 7 |

| COMMITTEE NAME | Citizens to Keep Pasadena Strong | ACCOUNT # (Ethics Commission filers) 00111111 |
|---|---|---|

| COMMITTEE PURPOSE (Attach lists on plain paper to complete this report if necessary.) | [X] CANDIDATE | CANDIDATE / OFFICE HOLDER NAME J.E. Bear Hebert |
|---|---|---|
| [X] SUPPORT (Candidate or Measure) | [ ] OFFICE HOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) Pasadena City Council Dist D |
| [ ] OPPOSE (Candidate or Measure) | [ ] MEASURE | BALLOT IDENTIFICATION / #                      ELECTION DATE Month    Day    Year |
| [ ] ASSIST (Officeholder only) | | DESCRIPTION |

| COMMITTEE PURPOSE (Attach lists on plain paper to complete this report if necessary.) | [X] CANDIDATE | CANDIDATE / OFFICE HOLDER NAME Cary Bass |
|---|---|---|
| [X] SUPPORT (Candidate or Measure) | [ ] OFFICE HOLDER | OFFICE SOUGHT (candidate) / OFFICE HELD (officeholder) Pasadena City Council Dist E |
| [ ] OPPOSE (Candidate or Measure) | [ ] MEASURE | BALLOT IDENTIFICATION / #                      ELECTION DATE Month    Day    Year |
| [ ] ASSIST (Officeholder only) | | DESCRIPTION |

Electronic Filing Version 3.4.5

PASADENA14300

Texas Ethics Commission    P.O. Box 12070    Austin, Texas 78711-2070    (512)463-5800    TDD 1-800-735-2989

# POLITICAL CONTRIBUTIONS
# OTHER THAN PLEDGES OR LOANS

## SCHEDULE A

| | |
|---|---|
| The INSTRUCTION GUIDE explains how to complete this form. | 1 PAGE #<br>Schedule: 1/1  Report: 4/7 |
| 2 FILER NAME   Citizens to Keep Pasadena Strong | 3 ACCOUNT #   (Ethics Commission filers)<br>00111111 |

| 4 Date | 5 Full name of contributor   ☐ out-of-state PAC (ID# _____ )<br>Johnny Isbell Campaign Account | 7 Amount of<br>contribution ($) | 8 In-kind contribution<br>description (if applicable) |
|---|---|---|---|
| 03/11/2015 | 6 Contributor address;    City;  State;  Zip Code<br>PO Box 177<br>Pasadena, TX 77501 | $35,000.00 | |
| | | (if travel outside of Texas, complete Schedule T) ☐ | |

| 9 Principal occupation / Job title (See Instructions) | 10 Employer (See Instructions) |
|---|---|
| | |

Electronic Filing Version 3.0.0

PASADENA14301

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070          (512)463-5800 TDD 1-800-735-2989

## POLITICAL EXPENDITURES

### SCHEDULE F

| EXPENDITURE CATEGORIES | | |
|---|---|---|
| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Event Expense<br>Fees | Gifts/Awards/Memorial Expense<br>Legal Services<br>Food/Beverage Expense<br>Polling Expense<br>Printing Expense | Salaries/Wages/Contract Labor<br>Solicitation/Fundraising Expense<br>Travel In District<br>Travel Out Of District<br>Office Overhead/Rental Expense |

Loan Repayment/Reimbursement
Transportation Equipment & Related Expense
Contributions/Donations Made By
   Candidate/Officeholder/Political Committee
OTHER (enter a category not listed above)

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE #<br>Schedule: 1/2 Report: 5/7 | 2 FILER NAME<br>Citizens to Keep Pasadena Strong | 3 ACCOUNT #   (TEC filers)<br>00111111 |
|---|---|---|

| 4 Date<br>03/23/2015 | 5 Payee name<br>First Tradition | |
|---|---|---|
| 6 Amount ($)<br>$3,500.00 | 7 Payee address          City;   State;   Zip Code<br>8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands, TX 77382 | |
| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of the schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | (b) Description    (If travel outside of Texas, complete Schedule T) ☐<br>In kind grassroots developement and GOTV to Cary Bass<br><br>☐ Check if Austin, TX, officeholder living expense |
| 9 Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:              Office held: |

| Date<br>03/23/2015 | Payee name<br>First Tradition | |
|---|---|---|
| Amount ($)<br>$3,500.00 | Payee address          City;   State;   Zip Code<br>8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands, TX 77382 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description    (If travel outside of Texas, complete Schedule T) ☐<br>In kind grassroots developemnt and GOTV to J.E. Hebert<br><br>☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:              Office held: |

| Date<br>03/23/2015 | Payee name<br>First Tradition | |
|---|---|---|
| Amount ($)<br>$3,500.00 | Payee address          City;   State;   Zip Code<br>8000 Research Forest<br>Suite 115 PMB 251<br>The Woodlands, TX 77382 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description    (If travel outside of Texas, complete Schedule T) ☐<br>In-kind Grassroots development and GOTV to Emilio Carmona<br><br>☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:              Office held: |

| Date<br>03/20/2015 | Payee name<br>Neumann & Company | |
|---|---|---|
| Amount ($)<br>$3,653.85 | Payee address          City;   State;   Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 | |
| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description    (If travel outside of Texas, complete Schedule T) ☐<br>In kind campaign direct mail to Cary Bass<br><br>☐ Check if Austin, TX, officeholder living expense |
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:              Office held: |

Electronic Filing Version 3.4.6

Texas Ethics Commission     P.O.Box 12070     Austin, Texas 78711-2070          (512)463-5800 TDD 1-800-735-2989

# POLITICAL EXPENDITURES                                    SCHEDULE F

## EXPENDITURE CATEGORIES

| Advertising Expense<br>Accounting/Banking<br>Consulting Expense<br>Event Expense<br>Fees | Gifts/Awards/Memorial Expense<br>Legal Services<br>Food/Beverage Expense<br>Polling Expense<br>Printing Expense | Salaries/Wages/Contract Labor<br>Solicitation/Fundraising Expense<br>Travel In District<br>Travel Out Of District<br>Office Overhead/Rental Expense | Loan Repayment/Reimbursement<br>Transportation Equipment & Related Expense<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee<br>OTHER (enter a category not listed above) |

The INSTRUCTION GUIDE explains how to complete this form.

| 1 PAGE #<br>Schedule: 2/2 Report: 6/7 | 2 FILER NAME<br>Citizens to Keep Pasadena Strong | 3 ACCOUNT # (TEC filers)<br>00111111 |
|---|---|---|

| 4 Date<br>03/20/2015 | 5 Payee name<br>Neumann & Company | |
|---|---|---|
| 6 Amount ($)<br>$3,611.45 | 7 Payee address     City;   State;   Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 | |

| 8<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | (b) Description   (If travel outside of Texas, complete Schedule T) ☐<br>in kind campaign direct mail to J.E. Habert<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| 9 Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

| Date<br>03/20/2015 | Payee name<br>Neumann & Company | |
|---|---|---|
| Amount ($)<br>$3,537.25 | Payee address     City;   State;   Zip Code<br>1002 Pauline<br>Bellaire, TX 77401 | |

| PURPOSE<br>OF<br>EXPENDITURE | Category (See Categories listed at the top of this schedule)<br>Contributions/Donations Made By<br>Candidate/Officeholder/Political Committee | Description   (If travel outside of Texas, complete Schedule T) ☐<br>in kind campaign direct mail to Emilio Carmona<br><br>☐ Check if Austin, TX, officeholder living expense |
|---|---|---|
| Complete ONLY if<br>direct expenditure<br>to benefit C/OH | Candidate / Officeholder name | Office sought:          Office held: |

Electronic Filing Version 3.4.8

PASADENA14303

Texas Ethics Commission      P.O. Box 12070      Austin, Texas 78711-2070                    (512)463-5800 TDD 1-800-735-2969

# NON-POLITICAL EXPENDITURES
# MADE FROM POLITICAL CONTRIBUTIONS                                    SCHEDULE  I

## The Instruction Guide explains how to complete this form.

| 1 PAGE #<br>Schedule: 1/2  Report: 7/7 | 2 FILER NAME<br>Citizens to Keep Pasadena Strong | 3 ACCOUNT #   (TEC filers)<br>00111111 |
|---|---|---|

| 4 Date<br>03/16/2015 | 5 Payee name<br>Independent Bank | |
|---|---|---|
| 6 Amount ($)<br>$77.61 | 7 Payee address          City;   State;   Zip Code<br>3090 Craig Dr<br>McKinney, TX 75070 | |

| 8.<br>PURPOSE<br>OF<br>EXPENDITURE | (a) Category (See Categories listed at the top of this schedule)<br>Accounting/Banking | (b) Description (See Instructions regarding type of Information required.)<br>checks |
|---|---|---|

Electronic Filing Version 3.4.5

PASADENA14304

**Verification by unsworn declaration pursuant to Tex. Civ. Prac. & Rem. Code § 132.001**

My name is Jerad Najvar, my date of birth is October 6, 1980, my address is 4151 Southwest Freeway, Ste. 625, Houston, TX 77027. I declare under penalty of perjury that the accompanying campaign finance report is true and correct.

Executed in Harris County, Texas, on _April 9_, 2015.

DECLARANT

PASADENA14305

# EXHIBIT 30

1

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3
   ALBERTO PATINO, MARIA      )
 4 DEL ROSARIO MARTINEZ,      )
   MAIA MARI, RODOLFO R.      )
 5 TENREIRO, PATRICIA         )
   GONZALES,                  )
 6                            )
          Plaintiffs,         )
 7                            )
   VS.                        ) C.A. NO. 4:14-CV-03241-LHR
 8                            )
   CITY OF PASADENA,          )
 9 MAYOR JOHNNY ISBELL,       )
   COUNCIL MEMBERS ORNALDO    )
10 YBARRA, BRUCE LEAMON,      )
   DON HARRISON, PAT          )
11 VAN HOUTE, CODY RAY        )
   WHEELER, PHIL CAYTEN,      )
12 STEVE COTE and DARRELL     )
   MORRISON,                  )
13                            )
          Defendants.         )
14

15

16     *************************************************

17                    ORAL DEPOSITION OF
                       FRANK BORREGO
18
                      OCTOBER 7, 2015
19
       *************************************************
20

21

22          THE ORAL DEPOSITION OF FRANK BORREGO,

23 produced as a witness at the instance of the Defendants,

24 and duly sworn, was taken in the above-styled and

25 numbered cause on the 7th day of October, 2015, from
```

2

1   10:26 a.m. to 11:39 a.m., before Johnnie E. Barnhart,

2   CSR in and for the State of Texas, reported by machine

3   shorthand, at the Pasadena City Hall, 1211 Southmore

4   Avenue, Pasadena, Texas 77502, pursuant to the Federal

5   Rules of Civil Procedure and the provisions stated on

6   the record or attached hereto.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    A P P E A R A N C E S

 2

 3    FOR THE PLAINTIFFS:

 4        Mr. Ernest I. Herrera
          Mexican American Legal Defense
 5        And Educational Fund (MALDEF)
          110 Broadway, Suite 300
 6        San Antonio, Texas 78205
          (210) 224-5476
 7        eherrera@maldef.org

 8

 9
      FOR THE DEFENDANTS:
10
          Mr. Gene L. Locke
11        Andrews Kurth LLP
          600 Travis, Suite 4200
12        Houston, Texas 77002
          (713) 220-4200
13        glocke@andrewskurth.com

14

15

16

17

18

19

20

21

22

23

24

25
```

4

```
1                              INDEX

2

3   Appearances....................................    3
    Stipulations...................................    1
4

5

6   FRANK BORREGO

7        Examination by Mr. Locke................    5

8

9

10  Changes and Signature.........................   64

11  Reporter's Certificate........................   67

12

13

14                NO EXHIBITS WERE MARKED

15

16

17

18

19

20

21

22

23

24

25
```

|          |    |                                                    |
|----------|----|----------------------------------------------------|
|          | 1  |                    FRANK BORREGO,                   |
|          | 2  | having been first duly sworn, testified as follows:|
|          | 3  |                    EXAMINATION                      |
| 10:26:43 | 4  | BY MR. LOCKE:                                       |
| 10:26:44 | 5  |     Q.  Good morning, Mr. Borrego.  My name is Gene Locke |
| 10:26:47 | 6  | and I represent the City of Pasadena.              |
| 10:26:49 | 7  |     A.  Uh-huh.                                     |
| 10:26:49 | 8  |     Q.  Have we met before?                         |
| 10:26:51 | 9  |     A.  No, I don't believe so.                     |
| 10:26:52 | 10 |     Q.  You are here to give testimony in a lawsuit that |
| 10:26:57 | 11 | you and others have filed against the City of Pasadena. |
| 10:27:01 | 12 | I'm going to ask you some questions about that lawsuit |
| 10:27:03 | 13 | and about the facts related to it.  If at any point I |
| 10:27:08 | 14 | ask a question that you are not certain of, you don't |
| 10:27:13 | 15 | understand what I'm saying, please let me know and I'll |
| 10:27:15 | 16 | try to rephrase the question so that I always get clear |
| 10:27:19 | 17 | responses from you and you are always clear on what I'm |
| 10:27:22 | 18 | trying to ask you.                                  |
| 10:27:23 | 19 |     A.  All right.                                  |
| 10:27:23 | 20 |     Q.  Is that okay?                               |
| 10:27:25 | 21 |         And let's try not to talk over each other   |
| 10:27:28 | 22 | because the court reporter is unable to take down two |
| 10:27:31 | 23 | people at the same time.  So, I'll try to refrain from |
| 10:27:35 | 24 | interrupting and talking over you and hopefully you'll |
| 10:27:38 | 25 | try to do the same.  We'll go from there.           |

**Frank Borrego - October 7, 2015**                                    12

10:35:19  1        A.   Absolutely.

10:35:20  2        Q.   And why do you believe it?

10:35:21  3        A.   Why do I believe it?

10:35:24  4        Q.   Yes, sir.

10:35:24  5        A.   Because at first the City Council was distributed

10:35:31  6    at the single-member districts, and only one was

10:35:35  7    represented at-large, which will be dominated by the

10:35:38  8    minority down to the south, the white minority.  They

10:35:42  9    can elect pretty much whoever they want and override the

10:35:46 10    rest of the city, and that was one position.  Now there

10:35:49 11    are three positions like that.

10:35:51 12        Q.   The one position that you referred to --

10:35:53 13        A.   Is the mayor's position.

10:35:54 14        Q.   -- is the mayor's position?

10:35:55 15        A.   Yes.

10:35:55 16        Q.   So the lawsuit also alleges that the change from

10:36:04 17    an exclusively single-member system to a mixed

10:36:08 18    single-member/at-large system intentionally

10:36:12 19    discriminates against Hispanics.  Do you believe that?

10:36:17 20        A.   Yeah.  I believe the motivation for redistricting

10:36:19 21    is because they were afraid of the growing Hispanic

10:36:22 22    vote.  I think the mayor was afraid of losing his power

10:36:26 23    on council and that's -- it was racially motivated.

10:36:29 24        Q.   Can you point to any particular acts or actions

10:36:33 25    or conduct by city officials that would be evidence of

10:36:37  1    intentional discrimination in this decision?

10:36:41  2        A.   Besides the redistricting itself?  Yeah.  You can

10:36:47  3    look around the city.  You can see the disparities.  You

10:36:51  4    can see services that are different.  You can see how

10:36:53  5    they react to someone like me going to them and how they

10:36:55  6    react to someone from the south going to them.  You can

10:36:58  7    see how the whole system of government is set up to

10:37:01  8    benefit the folks in the south.

10:37:05  9              Their network neighborhood system is all

10:37:08 10    motivated to -- to bring -- to promote neighborhood

10:37:15 11    associations and to feed them what they want to be

10:37:19 12    heard.  And in the north if you go to the system, they

10:37:23 13    don't want to help you start a neighborhood association,

10:37:25 14    and they certainly don't support you.  They even have

10:37:29 15    incidences where they are given beyond the amount limit.

10:37:35 16    They have limits of how much matching funds they can

10:37:37 17    give to the associations in the south, and they will go

10:37:41 18    beyond that to give them whatever they want.

10:37:44 19              MR. LOCKE:   Objection; nonresponsive.

10:37:47 20        A.   Nonresponsive?

10:37:48 21        Q.   (By Mr. Locke) I have to make objections.

10:37:50 22        A.   Oh, I don't -- I thought I was answering the

10:37:52 23    question.  I'm sorry.

10:37:53 24        Q.   I understand you do, and my objection is for the

10:37:56 25    record and for the Court.  If you want to continue with

| | |
|---|---|
| 10:37:59 1 | your testimony, you certainly are allowed to, and your |
| 10:38:01 2 | lawyer will tell you that you should, but from time to |
| 10:38:04 3 | time I -- he will make objections; I will make |
| 10:38:06 4 | objections.  It's part of the process. |
| 10:38:08 5 | Let's talk a little bit about what you have |
| 10:38:11 6 | just said.  You said there are neighborhood |
| 10:38:15 7 | associations, as I understood it -- |
| 10:38:16 8 | A.  Yeah. |
| 10:38:16 9 | Q.  -- that benefit in the south but there are not |
| 10:38:20 10 | neighborhood associations that benefit the north.  Is |
| 10:38:22 11 | that your testimony? |
| 10:38:24 12 | A.  Especially when it comes to the city councilmen |
| 10:38:28 13 | that the mayor doesn't like, yeah. |
| 10:38:30 14 | Q.  Tell me how neighborhood associations in the |
| 10:38:33 15 | south benefit, and then tell me how neighborhood |
| 10:38:37 16 | associations in the north don't benefit. |
| 10:38:38 17 | A.  Well, one, they don't exist in the north because |
| 10:38:41 18 | the city doesn't support them.  It doesn't support the |
| 10:38:43 19 | building of them.  In the south, they're established. |
| 10:38:48 20 | They support the starting of them, they support funding |
| 10:38:52 21 | them, and the mayor's very communicative to them.  He |
| 10:38:55 22 | lives down there. |
| 10:38:57 23 | Their neighborhood -- I'm not sure if it's |
| 10:38:59 24 | his neighborhood or the neighborhood next to him got a |
| 10:39:01 25 | clubhouse built for them and they matched the funds for |

| | |
|---|---|
| 10:39:04 1 | that and that was in excess of what they are supposed to |
| 10:39:06 2 | get on a yearly basis.  It is on public record. |
| 10:39:09 3 | Q.  Are you aware of efforts citizens in the north, |
| 10:39:14 4 | who I presume are Hispanic citizens, who have made an |
| 10:39:18 5 | attempt to get a neighborhood association and -- |
| 10:39:20 6 | A.  Uh-huh. |
| 10:39:21 7 | Q.  Let me finish my question first. |
| 10:39:22 8 | A.  Okay. |
| 10:39:22 9 | Q.  -- and were refused or turned down by the city? |
| 10:39:26 10 | A.  Yes.  Myself. |
| 10:39:29 11 | Q.  When was that? |
| 10:39:31 12 | A.  Oh, let's see.  I don't know.  A year or two ago. |
| 10:39:39 13 | Q.  What were the circumstances surrounding it? |
| 10:39:42 14 | A.  The circumstances surrounding it? |
| 10:39:44 15 | Q.  Yes. |
| 10:39:44 16 | A.  What do you mean, why they were -- why they |
| 10:39:46 17 | turned me down? |
| 10:39:47 18 | Q.  No.  I mean, did you make application? |
| 10:39:51 19 | A.  I went to ask information and it was very |
| 10:39:55 20 | unfriendly.  The office has a history of being |
| 10:39:58 21 | unfriendly towards northern residents.  The lady that |
| 10:40:02 22 | runs it is -- |
| 10:40:04 23 | Q.  Who is that lady? |
| 10:40:04 24 | A.  -- Karen Holland. |
| 10:40:06 25 | Q.  Did you talk to her or did you talk to somebody |

10:46:47  1    The thing is they don't really need them.  They get all

10:46:49  2    the services.  They don't have anything to complain

10:46:51  3    about in the first place.

10:46:59  4        Q.  During the discussion of changing the city's

10:47:02  5    charter to allow the city to go a mixed system of

10:47:05  6    six-two, did you hear of any policy considerations being

10:47:10  7    articulated by the City of Pasadena or its officials on

10:47:14  8    why making that move would be a good thing?

10:47:16  9              MR. HERRERA:  Objection; form.

10:47:17 10              Discussion?  I guess what --

10:47:22 11        Q.  (By Mr. Locke)  Are you aware of the policy

10:47:23 12    considerations articulated by the City of Pasadena in

10:47:27 13    relationship to changing the charter?

10:47:31 14        A.  You mean why it would be a good idea?  Is that

10:47:34 15    what you are asking me?

10:47:34 16        Q.  Yes, yes.

10:47:35 17        A.  Well, yes.  Yes.

10:47:38 18        Q.  What did you hear or what did you understand the

10:47:41 19    policy considerations to be that were being articulated

10:47:45 20    or advocated?

10:47:47 21        A.  I think one of their main points, one of their

10:47:51 22    selling points, if that is what you are asking me, is

10:47:54 23    that you would get more representation, which is

10:47:57 24    absolutely true if you're a white guy living in the

10:48:00 25    south.

10:53:07  1      Q.   Any other examples of intentional discrimination
10:53:13  2  by city officials?
10:53:15  3      A.   Well, let's see.  I can point to lots of
10:53:23  4  incidences that aren't fair, and I believe that, in
10:53:28  5  essence, there is racial discrimination there.  Just the
10:53:35  6  disparities between north and south.  I mean, you drove
10:53:38  7  through the city, right?
10:53:39  8      Q.   I'm very familiar with Pasadena.
10:53:41  9      A.   All right.  Well, you can see the differences
10:53:43 10  here, correct?
10:53:44 11      Q.   I understand Pasadena, yes.  And I'm not
10:53:47 12  testifying.
10:53:48 13      A.   All right.  But you can -- but you're asking me
10:53:49 14  questions, and I'm just trying to gauge your
10:53:52 15  understanding to answer them.
10:53:54 16      Q.   I understand your questions.  And I understand
10:53:56 17  your answers.
10:53:57 18      A.   All right.
10:53:57 19      Q.   And I'm not allowed to testify.
10:53:59 20      A.   Well, all right.  I'm just trying to answer you
10:54:05 21  in a way you'll understand.
10:54:09 22      Q.   When was the first city election that you voted
10:54:12 23  in, in Pasadena?
10:54:14 24      A.   Oh, well, it was -- I think I -- I believe I
10:54:27 25  voted just in general from the moment that I moved here.

```
1                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
2                       HOUSTON DIVISION

3
    ALBERTO PATINO, MARIA      )
4   DEL ROSARIO MARTINEZ,      )
    MAIA MARI, RODOLFO R.      )
5   TENREIRO, PATRICIA         )
    GONZALES,                  )
6                              )
          Plaintiffs,          )
7                              )
    VS.                        ) C.A. NO. 4:14-CV-03241-LHR
8                              )
    CITY OF PASADENA,          )
9   MAYOR JOHNNY ISBELL,       )
    COUNCIL MEMBERS ORNALDO    )
10  YBARRA, BRUCE LEAMON,      )
    DON HARRISON, PAT          )
11  VAN HOUTE, CODY RAY        )
    WHEELER, PHIL CAYTEN,      )
12  STEVE COTE and DARRELL     )
    MORRISON,                  )
13                             )
          Defendants.          )
14
                    REPORTER'S CERTIFICATION
15                 DEPOSITION OF FRANK BORREGO
                   TAKEN ON OCTOBER 7, 2015
16
        I, JOHNNIE E. BARNHART, Certified Shorthand Reporter,
17  hereby certify to the following:

18      That the witness, FRANK BORREGO, was duly sworn by
    the officer and that the transcript of the oral
19  deposition is a true record of the testimony given by
    the witness;

20
        That the deposition transcript was submitted on
21  _____, _____, to the witness or to the
    attorney for the witness for examination, signature and
22  return to me by _____, _____;

23      That the amount of time used by each party at the
    deposition is as follows:
24
        Mr. Gene L. Locke - (01:12)
25      Mr. Ernest I. Herrera - (00:00)
```

68

1      That pursuant to information given to the deposition
officer at the time said testimony was taken, the
2  following includes counsel for all parties of record:

3      Mr. Ernest I. Herrera - Attorney for Plaintiffs
       Mr. Gene L. Locke - Attorney for Defendants
4
       I further certify that I am neither counsel for,
5  related to, nor employed by any of the parties or
attorneys in the action in which this proceeding was
6  taken, and further that I am not financially or
otherwise interested in the outcome of the action.

7

8      Certified to by me this _____ day of _____,
_____.

9

10

11   _____
                    JOHNNIE E. BARNHART, TEXAS CSR NO. 976
12                  Expiration Date:  December 31, 2016
                    CONTINENTAL COURT REPORTERS, INC.
13                  Firm Registration No. 61
                    5300 Memorial Drive, Suite 250
14                  Houston, TX  77007-8250
                    (713) 522-5080
15

16

17

18

19

20

21

22

23

24

25

69

1                    FURTHER CERTIFICATION

2
        The original deposition was/was not returned to the
3    deposition officer on _____;

4        If returned, the attached Changes and Signature page
     contains any changes and the reasons therefor;
5
         If returned, the original deposition was delivered
6    to _____, Custodial
     Attorney;
7
         That $ _____ is the deposition officer's charges
8    to the _____ for preparing the original
     deposition transcript and any copies of exhibits;
9
         That the deposition was delivered in accordance with
10   Rule 30(f), and that a copy of this certificate was
     served on all parties shown herein.
11
         Certified to by me this _____ day of _____,
12   _____.

13

14

15                   _____
                     JOHNNIE E. BARNHART, TEXAS CSR NO. 976
16                   Expiration Date:  December 31, 2016
                     CONTINENTAL COURT REPORTERS, INC.
17                   Firm Registration No. 61
                     5300 Memorial Drive, Suite 250
18                   Houston, TX  77007-8250
                     (713) 522-5080
19

20

21

22

23

24

25

# EXHIBIT 31

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION


 3
    ALBERTO PATINO, MARIA    )
 4  DEL ROSARIO MARTINEZ,    )
    MAIA MARI, RODOLFO R.    )
 5  TENREIRO, PATRICIA       )
    GONZALES,                )
 6                           )
            Plaintiffs,      )
 7                           )
    VS.                      ) C.A. NO. 4:14-CV-03241-LHR
 8                           )
    CITY OF PASADENA,        )
 9  MAYOR JOHNNY ISBELL,     )
    COUNCIL MEMBERS ORNALDO  )
10  YBARRA, BRUCE LEAMON,    )
    DON HARRISON, PAT        )
11  VAN HOUTE, CODY RAY      )
    WHEELER, PHIL CAYTEN,    )
12  STEVE COTE and DARRELL   )
    MORRISON,                )
13                           )
            Defendants.      )
14

15

16      ************************************************

17                   ORAL DEPOSITION OF
                     PATRICIA GONZALES
18
                     OCTOBER 6, 2015
19
        ************************************************
20

21

22              THE ORAL DEPOSITION OF PATRICIA GONZALES,

23  produced as a witness at the instance of the Defendants,

24  and duly sworn, was taken in the above-styled and

25  numbered cause on the 6th day of October, 2015, from
```

2

1    3:05 p.m. to 4:53 p.m., before Johnnie E. Barnhart, CSR

2    in and for the State of Texas, reported by machine

3    shorthand, at the Pasadena City Hall, 1211 Southmore

4    Avenue, Pasadena, Texas 77502, pursuant to the Federal

5    Rules of Civil Procedure and the provisions stated on

6    the record or attached hereto.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFFS:

4        Mr. Ernest I. Herrera
         Mexican American Legal Defense
5        And Educational Fund (MALDEF)
         110 Broadway, Suite 300
6        San Antonio, Texas 78205
         eherrera@maldef.org

7

8

9    FOR THE DEFENDANTS:

10       Mr. Gene L. Locke
11       Andrews Kurth LLP
         600 Travis, Suite 4200
12       Houston, Texas 77002
         glocke@andrewskurth.com

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                               INDEX

2

3     Appearances.................................    3
      Stipulations...............................    1
4

5

6     PATRICIA GONZALES

7           Examination by Mr. Locke..............    5
8           Examination by Mr. Herrera...........   68
            Examination by Mr. Locke.............   73
9

10

11

12    Changes and Signature.......................   76

13    Reporter's Certificate......................   79

14

15

16                  NO EXHIBITS WERE MARKED

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 03:05:19 | 1 | PATRICIA GONZALES, |
| | 2 | having been first duly sworn, testified as follows: |
| | 3 | EXAMINATION |
| 03:05:19 | 4 | BY MR. LOCKE: |
| 03:05:19 | 5 | Q.  Ms. Gonzales, my name is Gene Locke and I |
| 03:05:22 | 6 | represent the City of Pasadena.  I think we've met |
| 03:05:24 | 7 | before. |
| 03:05:24 | 8 | A.  We've met several times, yes. |
| 03:05:25 | 9 | Q.  Yes, yes.  And this will not take terribly long. |
| 03:05:30 | 10 | I'll try to be as clear and concise as possible, but I |
| 03:05:35 | 11 | would like to have an agreement with you that if I ask |
| 03:05:38 | 12 | you a question that you don't hear, ask me to repeat it. |
| 03:05:41 | 13 | If I ask a question that you don't understand, you just |
| 03:05:46 | 14 | tell me and I'll repeat the question and try to rephrase |
| 03:05:48 | 15 | it so that you can understand it. |
| 03:05:50 | 16 | A.  Okay. |
| 03:05:50 | 17 | Q.  And if at any point you feel like you need to |
| 03:05:53 | 18 | change an answer that you've given previously, just say |
| 03:05:57 | 19 | that and we'll go from there. |
| 03:05:59 | 20 | I'll go through a litany of questions, and |
| 03:06:03 | 21 | your lawyer at the end of it may or may not ask some |
| 03:06:06 | 22 | questions in the interim.  During the course of my |
| 03:06:09 | 23 | discussions, he may have some objections.  And if he |
| 03:06:12 | 24 | does, he will state his objections, but then you are |
| 03:06:15 | 25 | still required to answer whatever questions I've already |

03:31:59  1    come and address the City Council on issues of

03:32:03  2    infrastructure or waste management or anything of their

03:32:07  3    needs --

03:32:08  4        Q.  Let me ask --

03:32:10  5        A.  -- because they speak Spanish and they don't have

03:32:12  6    a translator and that I felt that if they needed a

03:32:16  7    translator, I would help them and translate.  I wouldn't

03:32:18  8    charge them anything.  But that's not fair that they

03:32:21  9    stop them at the door because they can't come in and

03:32:24 10    talk because they don't know English.

         11        Q.  If --

03:32:26 12        A.  And then I felt that that was wrong that he was

03:32:29 13    being discriminatory.

03:32:31 14        Q.  If a citizen who was Spanish speaking only had a

03:32:34 15    complaint and wanted to address City Council on that and

03:32:39 16    they brought another citizen with them who was

03:32:43 17    bilingual, has there ever been any instance, besides

03:32:45 18    yourself, where the City Council refused to allow the

03:32:50 19    bilingual person to assist the Spanish speaker?

03:32:53 20        A.  Yes.

03:32:54 21        Q.  Tell me about those.

03:32:56 22        A.  The second time that that happened -- the first

03:33:01 23    time he told me to sit down and shut up, but the second

03:33:04 24    time it happened when a young -- it was an older lady

03:33:08 25    who was trying to address the issue of a trash can issue

03:33:12  1    problem that she was having.  She had someone next to

03:33:15  2    her.  It wasn't me because I thought the mayor had it

03:33:19  3    out for me.  So I said, well, take someone else with

03:33:23  4    you, like a relative and let them translate for you.

03:33:27  5    The mayor said, no, you can't do that.  They have to

03:33:30  6    speak English.

03:33:32  7        Q.  Do you remember approximately when this meeting

03:33:34  8    was or what the topic was or any way that you could help

03:33:38  9    me to identify?

03:33:39 10        A.  This was in October.

03:33:40 11        Q.  October of 2013?

03:33:41 12        A.  Of 2013.  It was going on because that was the

03:33:46 13    time when all the issues were happening with the

03:33:49 14    transportation issues and the issues of the trash cans

03:33:54 15    and things like that.

03:33:56 16        Q.  Okay.  So, you've identified at least two

03:34:00 17    instances where a Spanish speaker had someone trying to

03:34:06 18    assist them and that person was not allowed to.  Have

03:34:11 19    there been instances when a Spanish speaker had somebody

03:34:16 20    who could help them because they were bilingual and the

03:34:19 21    bilingual person was allowed to assist them?

03:34:24 22        A.  No.

03:34:26 23        Q.  Are you certain about that?

03:34:28 24        A.  The bilingual person never was allowed to help

03:34:31 25    them.

03:35:48  1      Q.  Do you know if there are any plans to address it?

03:35:52  2      A.  We've been fighting the issue over the north side

03:35:56  3  flooding and they haven't addressed it.

03:35:59  4      Q.  But do you know in his case, are there any plans

03:36:04  5  afoot, if you know?  You may know; you may not know.  I

03:36:08  6  don't know.

03:36:08  7      A.  That I know of, I know that -- I know that

03:36:13  8  certain Councilmen have addressed the issue of the

03:36:16  9  flooding issues on the north side that need to be taken

03:36:20 10  care of, and they have said that there's not enough

03:36:23 11  money right now to address the issue of infrastructure

03:36:28 12  on the north side.

03:36:32 13      Q.  You said that another example of discrimination

03:36:35 14  was the mayor would not allow you to bring issues to

03:36:43 15  Council from time to time.  Did I understand that right?

03:36:46 16      A.  Right.  He basically said that if you don't know

03:36:48 17  English, you don't need to come and speak in front of

03:36:53 18  City Council.

03:36:53 19      Q.  No, I'm sorry.  I misunderstood.  I was asking

03:36:58 20  acts of discrimination against you personally, and maybe

03:37:01 21  I misunderstood.  What I thought you were saying was

03:37:04 22  another example of discrimination against me, Pat

03:37:09 23  Gonzales, is the fact that the -- that from time to time

03:37:12 24  I've tried to bring issues to City Council and the mayor

03:37:15 25  won't let me.

78

1          I, PATRICIA GONZALES, have read the
   foregoing deposition and hereby affix my signature that
2  same is true and correct, except as noted above.

3

4

5          _____
   PATRICIA GONZALES
6

7

   THE STATE OF _____:
8
   COUNTY OF _____:
9

10         Before me,_____, on
   this day personally appeared PATRICIA GONZALES, known to
11 me (or proved to me under oath or through
   _____) (description of identity card or other
12 document) to be the person whose name is subscribed to
   the foregoing instrument and acknowledged to me that
13 they executed the same for the purposes and
   consideration therein expressed.

14

15         Given under my hand and seal of office
   this _____day of _____, _____.
16

17

18

19         _____
   Notary Public in and for
20         The State of _____

21

   My Commission Expires _____
22

23

24

25 Job No. 01-69583

1           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
2                 HOUSTON DIVISION

3

ALBERTO PATINO, MARIA      )
4 DEL ROSARIO MARTINEZ,      )
MAIA MARI, RODOLFO R.      )
5 TENREIRO, PATRICIA         )
GONZALES,                  )
6                            )
          Plaintiffs,       )
7                            )
VS.                        )  C.A. NO. 4:14-CV-03241-LHR
8                            )
CITY OF PASADENA,          )
9 MAYOR JOHNNY ISBELL,       )
COUNCIL MEMBERS ORNALDO    )
10 YBARRA, BRUCE LEAMON,      )
DON HARRISON, PAT          )
11 VAN HOUTE, CODY RAY        )
WHEELER, PHIL CAYTEN,      )
12 STEVE COTE and DARRELL     )
MORRISON,                  )
13                            )
          Defendants.       )

14                REPORTER'S CERTIFICATION
15           DEPOSITION OF PATRICIA GONZALES
                TAKEN ON OCTOBER 6, 2015

16
     I, JOHNNIE E. BARNHART, Certified Shorthand Reporter,
17 hereby certify to the following:

18     That the witness, PATRICIA GONZALES, was duly sworn
by the officer and that the transcript of the oral
19 deposition is a true record of the testimony given by
the witness;

20
     That the deposition transcript was submitted on
21 _____, _____, to the witness or to the
attorney for the witness for examination, signature and
22 return to me by _____, _____;

23     That the amount of time used by each party at the
deposition is as follows:

24
     Mr. Gene L. Locke - (01:33)
25     Mr. Ernest I. Herrera - (00:08)

80

1      That pursuant to information given to the deposition
officer at the time said testimony was taken, the
2  following includes counsel for all parties of record:

3    Mr. Ernest I. Herrera - Attorney for Plaintiffs
Mr. Gene L. Locke - Attorney for Defendants
4
     I further certify that I am neither counsel for,
5  related to, nor employed by any of the parties or
attorneys in the action in which this proceeding was
6  taken, and further that I am not financially or
otherwise interested in the outcome of the action.
7

8      Certified to by me this _____ day of _____,
9  _____.

10

11                         _____
                           JOHNNIE E. BARNHART, TEXAS CSR NO. 976
12                         Expiration Date:  December 31, 2016
                           CONTINENTAL COURT REPORTERS, INC.
13                         Firm Registration No. 61
                           5300 Memorial Drive, Suite 250
14                         Houston, TX  77007-8250
                           (713) 522-5080
15

16

17

18

19

20

21

22

23

24

25

FURTHER CERTIFICATION

1

2

3      The original deposition was/was not returned to the
deposition officer on _____;

4      If returned, the attached Changes and Signature page
contains any changes and the reasons therefor;

5

6      If returned, the original deposition was delivered
to _____, Custodial
Attorney;

7

8      That $ _____ is the deposition officer's charges
to the _____ for preparing the original
deposition transcript and any copies of exhibits;

9

10     That the deposition was delivered in accordance with
Rule 30(f), and that a copy of this certificate was
served on all parties shown herein.

11

12     Certified to by me this _____ day of _____,
_____.

13

14

15     _____
       JOHNNIE E. BARNHART, TEXAS CSR NO. 976
16     Expiration Date:  December 31, 2016
       CONTINENTAL COURT REPORTERS, INC.
17     Firm Registration No. 61
       5300 Memorial Drive, Suite 250
18     Houston, TX  77007-8250
       (713) 522-5080

19

20

21

22

23

24

25

# EXHIBIT 32

After repeated warnings, Police had to **REMOVE CODY RAY WHEELER** from a City Council meeting for **violating a City ordinance.** Now, **you** have a chance  to remove him as well.

**Please vote to REMOVE CODY RAY WHEELER**
Early voting runs April 27-May 5; Election Day is May 9



pd pol ad
**Citizens To Keep Pasadena Strong**
4808 Fairmont Parkway #193
Pasadena, TX 77505

PRSRT STD
U.S. POSTAGE
**PAID**
PERMIT #2713
N. HOUSTON, TX



EXHIBIT

# 63



After repeated warnings, Police had to **REMOVE CODY RAY WHEELER** from a City Council meeting for **violating a City ordinance.**

This is **not** the kind of representative we need on Council.

# EXHIBIT 33

1

```
 1               IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
 2                         HOUSTON DIVISION

 3   ALBERTO PATINO, et al.,

 4             Plaintiffs,

 5   vs.                     Civil Action No. 4:14-CV-03241-LHR

 6
     CITY OF PASADENA,
 7
               Defendant.
 8

 9   ********************************************************

10                       ORAL DEPOSITION OF

11                         LARRY PEACOCK

12                         MAY 26, 2016

13   ********************************************************

14

15

16                   ORAL DEPOSITION of LARRY PEACOCK produced

17   as a witness at the instance of the Defendant and duly

18   sworn, was taken in the above-styled and numbered cause

19   on May 26, 2016, from 12:55 p.m. to 5:25 p.m., before

20   Sandi LoCascio, CSR, RPR in and for the State of Texas,

21   by machine shorthand method, at Pasadena City Hall,

22   1211 Southmore, Pasadena, Texas  77502 in accordance

23   with the Federal Rules of Civil Procedure and any

24   stipulations hereinafter set forth.

25
```

2

```
 1                  A P P E A R A N C E S

 2   FOR THE PLAINTIFF(S):

 3        Mr. Ernest I. Herrera
          MEXICAN AMERICAN LEGAL DEFENSE
 4        AND EDUCATIONAL FUND (MALDEF)
          110 Broadway, Suite 300
 5        San Antonio, Texas  78205
          Phone:  210.224.5476
 6        Fax:  210.224.5382
          E-mail:  eherrara@maldef.org
 7

 8   FOR THE DEFENDANT(S):

 9        Mr. Gunnar P. Seaquist
          BICKERSTAFF, HEATH, DELGADO, ACOSTA, LLP
10        3711 South Mopac Expressway
          Building One, Suite 300
11        Austin, Texas  78746
          Phone:  512.472.8021
12        Fax:  512.320.5638
          E-mail:  gseaquist@bickerstaff.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

1                     I N D E X

2                                               PAGE

3   Appearances .......................................    2

4   Stipulations ......................................    1

5   LARRY PEACOCK

6        Examination By Mr. Seaquist ................    4

7   Signature and Changes .............................  178

8   Reporter's Certificate ............................  180

9
                        E X H I B I T S
10
    NO./DESCRIPTION                                     PAGE
11
    Exhibit 1 .........................................   40
12       (1-Page Document, Bates-Labeled PASADENA000096,
         re:  E-mail dated July 7, 2013)
13   Exhibit 2 .........................................   43
14       (2-Page Document, Bates-Labeled PASADENA000608
         and PASADENA000609, re:  E-mail dated July 19, 2013)
15   Exhibit 3 .........................................   58
         (44-Page Document, Bates-Labeled PASADENA010614
16       through PASADENA010657, re:  Bond and Charter
         Review Committee, July 23, 2013)
17   Exhibit 4 .........................................   88
         (10-Page Document, Bates-Labeled PASADENA000695
18       through PASADENA000704, re:  Final Recommendations
         of the Bond/Charter Review Committee)
19   Exhibit 5 .........................................   96
         (2-Page Document, Bates-Labeled PASADENA000690
20       and PASADENA000691, re:  Interoffice Memorandum,
         Recommendations of the Bond/Charter Review
21       Committee)
     Exhibit 6 .........................................  116
22       (1-Page Document, Bates-Labeled PASADENA000692,
         re:  E-mail Dated August 16, 2013)
23   Exhibit 7 .........................................  149
         (1-Page Document, re:  Interview, Larry W. Peacock)
24   Exhibit 8 .........................................  165
         (1-Page Document, re:  Color Campaign Document)
25

```
 1                    LARRY PEACOCK,
 2   having been first duly sworn, testified as follows:
 3                  E X A M I N A T I O N
 4   BY MR. SEAQUIST:
 5       Q      Good afternoon, Mr. Peacock.  As I told you
 6   before the deposition, my name is Gunnar Seaquist, and I
 7   represent the City of Pasadena.  You understand that?
 8       A      Yes.
 9       Q      You and I have not met before today; is that
10   correct?
11       A      That's correct.
12       Q      Have you had an opportunity to give a deposition
13   before?
14       A      Yes.
15       Q      How many times have you given a deposition?
16       A      Once.
17       Q      And what was that?
18       A      Personal injury lawsuit.
19       Q      Were you the plaintiff in that suit?
20       A      Yes.
21       Q      And where was that suit filed?
22       A      Harris County.
23       Q      What year?
24       A      1989.
25       Q      Do you recall how the case was resolved?
```

```
 1      Q       Before the charter election?
 2      A       Before the candidate -- the election that I was
 3  in.
 4      Q       Okay.  So that vote took place under the old --
 5      A       Yeah, 13 to 15, somewhere in there.
 6      Q       That vote took place under the old 8-0 system?
 7      A       Yes.
 8      Q       Do you remember what the vote was?
 9      A       No.  Majority was voted down.
10      Q       When you said -- you said -- you used the phrase
11  earlier that the lack of public transportation was
12  discriminatory, are you referring specifically to that
13  vote?
14      A       I'm referring to, there was a bus service
15  provided, paid for, basically, by Harris County, and it
16  ran routes through Pasadena.  And part of the funding for
17  that bus service was through the city.  And the city
18  determined it was no longer necessary to have a bus
19  service in Pasadena.
20      Q       Okay.  How is that discriminatory?
21      A       The ridership on the bus, that particular bus,
22  usually comes from poor sections of town, poor people,
23  people that -- maybe they only have one car, and that car
24  goes with the main earner in that family, and there's a
25  need for a momma or a grandma or somebody like that to
```

1    take her or her child or grandchild to a doctor's

2    appointment, or to a pharmacy, or to a grocery store, or

3    whatever this -- was on this route for this bus.  Or for

4    students that lived in Pasadena, specifically, to the

5    north side and take them to a college on the south side of

6    Pasadena.

7        Q     Okay. Any other reason why you believe that

8    decision or -- excuse me.  Any other reason why you

9    believe that the decision to not sustain the business

10   service was discriminatory?

11       A     There were more reasons.  There's a lot of

12   reasons, but discriminatory reasons, that's -- right now

13   off the top of my head, that's the best I can come up

14   with.

15       Q     Okay.  Are you aware of any discrimination by

16   the City of Pasadena in the provision of street

17   maintenance?

18       A     No.  I'm not -- I don't have any personal

19   knowledge.

20       Q     Are you aware of any discrimination in the City

21   of Pasadena for the provision of sanitation services?

22       A     No.

23       Q     You testified or -- excuse me.  Your

24   statement -- I'm looking back at Exhibit Number 7, in your

25   conversation with Dr. Tijerina, you stated that:  My

```
 1           I, LARRY PEACOCK, have read the

 2   foregoing deposition and hereby affix my signature that

 3   same is true and correct, except as noted above.

 4

 5           _____

 6           LARRY PEACOCK

 7   THE STATE OF _____:

 8   COUNTY OF _____:

 9           Before me, _____, on this

10   day personally appeared LARRY PEACOCK, known to me (or

11   proved to me under oath or through _____)

12   (description of identity card or other document) to be

13   the person whose name is subscribed to the foregoing

14   instrument and acknowledged to me that they executed the

15   same for the purposes and consideration therein

16   expressed.

17           Given under my hand and seal of office this

18   _____ day of _____, _____.

19

20           _____
             Notary Public in and for
21           The State of _____

22   My Commission Expires _____

23

24

25   Job No. 1-70517
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF TEXAS
 2                      HOUSTON DIVISION

 3    ALBERTO PATINO, et al.,
                 Plaintiffs,
 4
      vs.                      Civil Action No. 4:14-CV-03241-LHR
 5
      CITY OF PASADENA,
 6                 Defendant.

 7                   REPORTER'S CERTIFICATION
                   DEPOSITION OF LARRY PEACOCK
 8                        MAY 26, 2016

 9              I, SANDI LOCASCIO, Certified Shorthand Reporter,

10    hereby certify to the following:

11              That the witness, LARRY PEACOCK, was duly

12    sworn by the officer and that the transcript of the oral

13    deposition is a true record of the testimony given by

14    the witness;

15              That the deposition transcript was submitted on

16    _____, _____, to the witness or to the

17    attorney for the witness for examination, signature and

18    return to me by _____, _____;

19              That the amount of time used by each party at the

20    deposition is as follows:

21       Mr. Gunnar P. Seaquist - (04:20)

22              That pursuant to information given to the deposition

23    officer at the time said testimony was taken, the

24    following includes counsel for all parties of record:
```

1     Mr. Ernest I. Herrera – attorney for Plaintiff(s)

2     Mr. Gunnar P. Seaquist – attorney for Defendant(s)

3        I further certify that I am neither counsel for,

4  related to, nor employed by any of the parties or

5  attorneys in the action in which this proceeding was

6  taken, and further that I am not financially or

7  otherwise interested in the outcome of the action.

8        Certified to by me this _____ day of

9  June, 2016.

10

11

12
                          _____
13                        Sandi LoCascio
                          Texas CSR No. 7101
14                        Expiration Date: 12-31-17
                          CONTINENTAL COURT REPORTERS, INC.
15                        Firm Registration No. 61
                          5300 Memorial Drive, Suite 250
16                        Houston, Texas  77007-8250
                          Phone:  713.522.5080
17                        Fax:  713.522.0440
                          www.texasdepos.com
18

19

20

21

22

23

24

25

1                    FURTHER CERTIFICATION

2          The original deposition was/was not returned to the

3    deposition officer on _____;

4       If returned, the attached Changes and Signature page

5    contains any changes and the reasons therefor;

6       If returned, the original deposition was delivered

7    to _____, Custodial

8    Attorney;

9          That $ _____ is the deposition officer's charges

10   to the _____ for preparing the original

11   deposition transcript and any copies of exhibits;

12         That the deposition was delivered in accordance with

13   Rule 30(f), and that a copy of this certificate was

14   served on all parties shown herein.

15         Certified to by me this _____ day of _____,

16   2016.

17

18

19         _____
           Sandi LoCascio
20         Texas CSR No. 7101
           Expiration Date: 12-31-17
21         CONTINENTAL COURT REPORTERS, INC.
           Firm Registration No. 61
22         5300 Memorial Drive, Suite 250
           Houston, Texas  77007-8250
23         Phone:  713.522.5080
           Fax:  713.522.0440
24         www.texasdepos.com

25

# EXHIBIT 34

Transcript of the Testimony of

# Pat Van Houte

## Date:

June 14, 2016

## Case:

ALBERTO PATINO, et al v. CITY OF PASADENA, et al

Kim Tindall and Associates, LLC.
Phone:(210) 697-3400
Fax:(210) 697-3408
Email:ktindall@ktanda.com
Internet: www.KimTindallandAssociates.com

Pat Van Houte                                           June 14, 2016

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3   ALBERTO PATINO, ET AL.,        )
            PLAINTIFFS,             )
 4                                  )
     VS.                            )   C.A. NO. 4:14-CV-03241
 5                                  )
     CITY OF PASADENA, ET AL.,      )
 6          DEFENDANTS.             )

 7

 8

 9              *****************************

10                      ORAL DEPOSITION

11                      PAT VAN HOUTE

12                      June 14, 2016

13              *****************************

14

15

16            ORAL DEPOSITION of PAT VAN HOUTE, produced as a

17   witness at the instance of the Plaintiffs and duly

18   sworn, was taken in the above-styled and numbered cause

19   on June 14, 2016, from 9:10 a.m. to 6:29 p.m. before

20   Roxanne K. Smith, Certified Shorthand Reporter in and

21   for the State of Texas, reported by computerized

22   stenotype machine at the Pasadena City Hall, 1211

23   Southmore, Pasadena, Texas, pursuant to the Federal

24   Rules of Civil Procedure and the provisions stated on

25   the record or attached hereto.
```

Pat Van Houte                                          June 14, 2016
                                                             Page 2

1                  A P P E A R A N C E S

2

3    FOR THE PLAINTIFFS:

4         Ms. Nina Perales
          Mr. Ernest I. Herrera
5         Mexican American Legal Defense
          and Educational Fund
6         110 Broadway, Suite 300
          San Antonio, Texas 78205
7         Telephone:  (210) 224-5476
          Facsimile:  (210) 224-5382
8             E-Mail:  Nperales@maldef.org
                       eherrera@maldef.org
9

10   FOR THE DEFENDANTS:

11        Ms. Kelly Sandill
          Andrews Kurth, L.L.P.
12        600 Travis, Suite 4200
          Houston, Texas 77002
13        Telephone:  (713) 220-4200
          Facsimile:  (713) 220-4285
14            E-Mail:  Ksandill@andrewskurth.com

15

16                        *  *  *  *  *

17

18

19

20

21

22

23

24

25

```
 1                            INDEX

 2                                                     PAGE

 3   Appearances...................................   2

 4   PAT VAN HOUTE

 5        Examination by Ms. Perales................   9

 6   Changes and Signature.........................  254

 7   Reporter's Certificate........................  256

 8

 9                       EXHIBIT INDEX

10   NO.   DESCRIPTION                              PAGE

11    1    Notice of Deposition....................   15

12    2    Handwritten Notes with other attachments.  67

13    3    Brochure in English.....................   67

14    4    Brochure in Spanish.....................   67

15    5    Campaign Materials......................   67

16    6    Agenda 7/9/13...........................   67

17    7    Agenda 7/16/13..........................   67

18    8    Agenda 7/23/13..........................   67

19    9    Agenda 7/30/13..........................   67

20   10    Agenda 8/6/13...........................   67

21   11    Agenda 8/13/13..........................   67

22   12    Agenda 8/20/13..........................   67

23   13    Agenda 8/22/13..........................   67

24   14    Agenda 9/3/13...........................   67

25   15    Agenda 9/10/13..........................   67
```

```
 1                    EXHIBIT INDEX

 2   NO.   DESCRIPTION                              PAGE

 3   16    Agenda 9/17/13...........................   67

 4   17    Agenda 9/24/13...........................   67

 5   18    Agenda 10/1/13...........................   67

 6   19    Agenda 10/8/13...........................   67

 7   20    Agenda 10/15/13..........................   67

 8   21    Agenda 10/22/13..........................   67

 9   22    Letter Dated 6/14/13 with attachments.....   82

10   23    Chart indicating Spanish Surname..........   88

11         Registered Voters

12   24    Composite Draft Adopted 8/30/11...........   88

13   25    Composite Draft Adopted 8/30/11...........   91

14   26    General Election 5/14/11..................   98

15   27    Agenda 5/21/13 Resolution (B)............  100

16   28    Memorandum Dated 6/27/13.................  108

17   29    Bond Committee Submissions...............  110

18   30    Agenda Request...........................  112

19   31    Re:  8/13/13, Agenda; First Reading.......  112

20   32    Agenda 11/12/13..........................  112

21   33    Agenda 11/18/13..........................  112

22   34    Agenda 11/19/13..........................  112

23   35    Agenda 11/26/13..........................  112

24   36    Agenda 12/17/13..........................  112

25   37    Agenda 1/7/14............................  112
```

Pat Van Houte                                                    June 14, 2016
                                                                      Page 5

```
 1                          EXHIBIT INDEX

 2    NO.   DESCRIPTION                                    PAGE

 3    38    Agenda 2/4/14.............................  112

 4    39    Agenda 3/4/14.............................  112

 5    40    Agenda 3/18/14............................  112

 6    41    Agenda 4/1/14.............................  112

 7    42    Agenda 4/15/14............................  112

 8    43    Agenda 5/20/14............................  112

 9    44    Agenda 9/2/14.............................  112

10    45    Agenda 12/16/14...........................  112

11    46    Agenda 3/17/15............................  112

12    47    Agenda 5/19/15............................  112

13    48    Handwritten Notes.........................  112

14    49    Handwritten Notes.........................  112

15    50    Map.......................................  112

16    51    Bond Document.............................  112

17    52    Handwritten Notes.........................  112

18    53    Vendor Payment History....................  112

19    54    Agenda Request............................  112

20    55    Motion to Amend Ordinance 2013-126........  112

21    56    Propositions..............................  112

22    57    Letter: Citizens get bum's rush...........  112

23    58    Notice of Special City Council Meeting....  112

24          8/22/13

25    59    Proposed Charter Changes 2014.............  112
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                  210-697-3408

Pat Van Houte                                                    June 14, 2016
                                                                     Page 6

```
 1                          EXHIBIT INDEX

 2    NO.    DESCRIPTION                                    PAGE

 3    60     Handwritten Notes.........................    112

 4    61     Proposed Charter Changes 2014.............    112

 5    62     Handwritten Notes.........................    112

 6    63     Handwritten Notes.........................    112

 7    64     List of Salaries..........................    112

 8    65     Handwritten Notes.........................    112

 9    66     Handwritten Notes.........................    112

10    67     Handwritten Notes.........................    112

11    68     Map.......................................    112

12    69     Letter from the Mayor.....................    112

13    70     Handwritten Notes.........................    112

14    71     News Article..............................    112

15    72     Motion to Amend Ordinance 2013-126........    112

16    73     Chart of Spanish Surname Registered Voters   112

17    74     Census Information........................    112

18    75     Notice of Special Meeting 7/29/13.........    112

19    76     Notice of Special Meeting 7/29/13.........    112

20    77     Excerpt from OAG..........................    112

21    78     Notice of Special Meeting 7/29/13.........    112

22    79     Cumulative Report.........................    112

23    80     U.S. Inflation Calculator.................    112

24    81     Notice of Special Meeting 7/29/13.........    112

25    82     Notice of Canceled Meeting................    112
```

```
 1                      EXHIBIT INDEX

 2   NO.    DESCRIPTION                              PAGE

 3   83     E-mail Dated 7/29/13......................  112

 4   84     Undated Letter............................  112

 5   85     Memorandum 8/15/13........................  112

 6   86     Article II, The Council...................  112

 7   87     Notice of Special Meeting 8/22/13.........  112

 8   88     Article...................................  112

 9   89     Cumulative Report.........................  112

10   90     Texas Election Code Section 141.003.......  112

11   91     Summary of Proposed Amendment.............  112

12   92     Texas Election Code Section 9.004.........  112

13   93     Article...................................  112

14   94     Article...................................  112

15   95     Composite Draft...........................  112

16   96     Fax Dated 8/20/13.........................  112

17   97     E-Mail Dated 10/11/15.....................  112

18   98     Handwritten Notes.........................  112

19   99     Handwritten Notes.........................  112

20   100    Article...................................  112

21   101    Article...................................  112

22   102    Exhibit A.................................  112

23   103    Agenda Request............................  112

24   104    Agenda Request............................  112

25   105    Ordinance.................................  112
```

```
 1                      EXHIBIT INDEX

 2    NO.    DESCRIPTION                                  PAGE

 3    106    Amendments to Bonds......................   112

 4    107    Ordinance................................   112

 5    108    Home Rule................................   112

 6    109    Letter Dated 8/28/03.....................   112

 7    110    Excerpt..................................   112

 8    111    Stack of Multiple Documents..............   112

 9    112    E-Mail 7/16/13...........................   119

10    113    E-Mail 7/19/13...........................   119

11    114    E-Mail 7/25/13...........................   120

12    115    E-Mail 7/29/13...........................   120

13    116    SCOTUSblog Map...........................   153

14    117    Letter...................................   156

15    118    E-mail 8/20/13...........................   160

16    119    Minutes..................................   172

17    120    Map......................................   179

18    121    Record of Proceedings....................   180

19    122    Map......................................   186

20    123    Map......................................   216

21    124    Minutes..................................   235

22

23                      * * * * *

24

25
```

```
 1                    PAT VAN HOUTE,

 2        having been duly sworn, testified as follows:

 3                      EXAMINATION

 4   BY MS. PERALES:

 5        Q.   Good morning.  My name is Nina Perales, and I

 6   represent the plaintiffs in this case.  With me is

 7   Mr. Ernest Herrera.

 8                For the record, can you please state your

 9   name?

10        A.   Pat Van Houte.

11        Q.   And have you --

12        A.   Who are the plaintiffs?

13        Q.   Who are the plaintiffs?

14        A.   I've seen various names, Albert Patino, et al.

15   Who else?

16        Q.   Yes.  I can share that with you on a break.

17   But for right now, I want to make sure that I get out

18   the basic rules of the deposition before we continue

19   with our conversation.  Okay?  Have you ever had your

20   deposition taken before today?

21        A.   No.

22        Q.   No.  Okay.  So, I'm going to go over some of

23   the rules of the road for a deposition.  And the first

24   thing, the first rule of the road is that I remind you

25   that you've taken an oath, and that means that you've
```

```
 1   generally this is not an unrestricted area like some

 2   parts of the city.  There's some small manufacturing

 3   business over on Preston.  On Red Bluff there's a

 4   grocery store -- there are a couple of grocery stores,

 5   some more fast food.  Of course the schools are

 6   employers.

 7              Now, if you get over to the far end, the

 8   other side of Beltway 8, they've put up some warehouses,

 9   light manufacturing stuff over there.  And along Beltway

10   8, that was part of the district after that changed it.

11   And then the lines run up to the Ship Channel to where

12   Houston takes their part along the Ship Channel.  So,

13   you've got the plants in that area that were considered

14   a part of the district.  But then part of that

15   technically isn't even in the city because it's

16   industrial district.

17   Q.   Describe some of the infrastructure needs of

18   north Pasadena.  You mentioned a moment ago that you

19   thought of north Pasadena as two areas, one area having

20   greater infrastructure needs and the second area between

21   Spencer and Southmore as having perhaps impending

22   infrastructure needs.

23              But can you describe for me in general

24   what the infrastructure needs are of the area north of

25   Spencer?
```

1        A.   We have got a lot of streets with lots of

2    potholes.   Some of them are major streets.   In the last

3    ten years we've had several of the major streets redone,

4    but there are others that still need to be done.   But

5    there are a lot of the smaller residential streets.

6    Because there's a tendency to say, well, we're going to

7    do the ones that get the most traffic.

8               Well, that means that the ones with less

9    traffic keep getting passed up and passed up because

10   there's always something else with more traffic.   And

11   there are places where you could do an overlay and it

12   would be good and it would last a longer time because

13   there's not as much traffic and it's less expensive.

14              We had some issues a few years back that

15   council got to a certain amount of money to pick

16   projects, and I'd pick two streets for overlay.   One

17   street got done in concrete.   The other one didn't get

18   done at all, and the people there are still complaining

19   that it was since under the council person before me

20   that told them they were going to get done and it's just

21   in bad shape.

22              We've got sidewalks that have tilted that

23   have drops of several inches in spots.   Some of it's

24   where there are trees.   Some of it's where there are

25   water valves set in the sidewalk.   And as the ground

1   shifts, maybe the pipe isn't.  And so, that's pulling

2   the sidewalks out.  Broken curbs don't get replaced.

3              Now, water's been doing better.  We had a

4   lot of water leak problems in 2011.  We have had areas

5   where the water lines have been replaced.  And if we had

6   another drought, there would be a lot more problems.

7   But I think on water lines, they're keeping up a little

8   better than on the streets and sidewalks.

9        Q.   How about --

10       A.   There are still issues.

11       Q.   How about drainage?

12       A.   We've got a lot of drainage problems just

13  because the city's so flat.  And you may build a street

14  where things drain, but over time things shift.  So,

15  you'll get an area where the drain's here, but you've

16  got a low spot in front of a few houses.  So, it's not

17  so much that it floods when it rains, but you get a

18  puddle that sits there after the rain for days because

19  it just can't make it to the drain.  You get a lot of

20  that.

21             We also have a lot of streets that will

22  flood in a heavy rain.  The areas where it's getting

23  into houses, the City has worked on.  In what was

24  District D the north end of Alastair was one of the

25  areas that the City has done a couple of things along

Pat Van Houte                                    June 14, 2016
                                                      Page 47

1  got a copy of checks sent to various neighborhoods for

2  various things.

3      Q.   Do you know if it's more or less than a million

4  dollars per year?

5      A.   Oh, way less.  I can pull my budget.  I think

6  they've been allotted like between 80,000 and 200,000.

7  Now, a few years ago when council -- each member was

8  given some money to do certain things.  In one year the

9  money I had never got spent.  Now, that was actually

10  before me.  That was under my predecessor.  The money

11  from our district never got spent, and we rolled back

12  into the general fund.

13             But the time that I got it, a couple of

14  the council members said that they wanted their money

15  going to the Neighborhood Network Program for the

16  matching grant.  So, that would have been extra money

17  into that program.

18      Q.   Do you know -- do you have a general sense of

19  whether funding from the Neighborhood Networks flows in

20  equal amounts to the north side and the south side?

21      A.   It doesn't.

22      Q.   Which side of town gets more?

23      A.   The south side gets a lot more because they

24  have a lot more neighborhood groups.

25      Q.   Is it also the case that a matching grant

 1   But yeah, you run into issues with people who don't have

 2   time to go to a meeting.  I think you run into some

 3   issues with if you're having a meeting in English, you

 4   can have a translator; but they're generally not

 5   translating everything and there are challenges there.

 6   And I think some people are maybe less comfortable going

 7   to a meeting where they figured they're not going to

 8   understand what's going on.  Any area where you have

 9   more renters, you're going to get less attachment to the

10   neighborhood.  And there are probably some other

11   factors.

12       Q.   You've mentioned a couple times that south

13   Pasadena is characterized by more recent construction.

14   Would it be fair to say that south Pasadena doesn't have

15   the same infrastructure needs as north Pasadena?

16       A.   Yes.  Though, I have seen newer

17   neighborhoods -- there's a neighborhood close to the

18   mayor where whoever did the sidewalks did not do a good

19   job.  There's a lot of cracks and a lot of small drops.

20   They're not in the condition of north Pasadena, but that

21   neighborhood is considerably worse than the

22   neighborhoods around them.

23       Q.   In general would it be fair to say that south

24   Pasadena does not have the same infrastructure needs as

25   north Pasadena?

Pat Van Houte

June 14, 2016
Page 54

1    A.    Definitely.  This is normal with cities that

2    the growing area, the newer construction is seen as the

3    tax base to do the repair in the older area, which is

4    why becoming landlocked is a problem when you run out of

5    developing area.  Then you don't have the growth that's

6    supporting the old.  And that's why it's important to

7    get redevelopment in north Pasadena.

8    Q.    Tell me about your decision to run for city

9    council for the first time.  What made you engage with

10   city politics?

11   A.    I found out that the City planned to put a

12   four-lane street across from my house.  And I was living

13   in a residential area.  It's -- it's the last street

14   kind of in the area before you have the bayou.  Then

15   there's like across from me, one residential street the

16   other side and then you get Pasadena Boulevard.  There

17   was a plan to extend Strawberry -- I don't know if you

18   have any familiarity.  Strawberry currently stops at

19   Harris which is also kind of a main street.  It goes

20   east from there into a residential area, but it goes

21   west from there as a -- it's currently a five-lane.  So,

22   it's good sized heading west.

23              Well, they wanted to extend Strawberry.

24   Rather than people turn, go over two blocks and turn on

25   Pasadena Boulevard to extend Strawberry, angle it to run

```
 1    mentioned having to keep track of where you drive.  That

 2    would be if you didn't have the 650.  With the mileage

 3    alone that you don't.

 4              He said something about a lot of ties to

 5    the district judge salary.  I think that's his ties to

 6    that.  Ten percent of the state district judge.  Oh,

 7    okay.  I think this is -- he was talking about making

 8    the council salary ten percent of what the state

 9    district judge is.  He said that would be about 1,100 a

10    month.  And Roy Meese asked if it was 150,000.  I think

11    that would be the salary.

12              Then the mayor said something about the

13    pro tem, that we picked the mayor pro tem at the first

14    meeting of the new term and that's the only time and

15    that's mentioned in the charter.  When Erv Brannon

16    resigned, he had been mayor pro tem.  And the mayor is

17    saying we couldn't fill the position at that time

18    because it doesn't say in the charter -- there was

19    nothing specifying how you filled the mayor pro tem

20    other than at the first meeting.

21              On the other hand, we'd been putting in

22    one person one year, one person another year which

23    wasn't what the charter said anyhow.  We were bringing

24    it anyhow.

25         Q.   Do your notes reflect anything regarding a
```

 1   change in the method of election proposed by the mayor?

 2       A.   I know he got to that because he passed out

 3   maps.  I just got more notes than you want me wading

 4   through.

 5            Talked about filing fees.  Talked about --

 6   they use the term Pauper's Oath.  The number of

 7   signatures needed on a petition.  Then he had a

 8   redistricting map and he said, At present we have

 9   District's A through H and something about this is

10   convoluted because the Justice Department makes us do

11   it.  But we no longer have to go to the Justice

12   Department.  So, he recommended six single member

13   districts and two at large.

14            And then he went through this map that he

15   had saying how District A would have 26,400.  And I've

16   got a V like voters, but it wouldn't be that many voters

17   there, it would just be population.  21,683 of those are

18   Hispanic.  And he went through B -- and I wrote some of

19   these down because I didn't have a copy of the map, and

20   I wrote down B and I couldn't keep up with all of the

21   numbers.

22            He mentioned Wheeler.  He mentioned

23   Morrison, his district being 24.7 percent Hispanic.  And

24   there was something about two green dots being paired in

25   one district.  And he said one of those can run at

1    large.   Somebody had mentioned Steve Cote and Phil

2    Cayten being paired.   And he said -- and well, I don't

3    have notes that somebody else mentioned it.   So, it may

4    have been the mayor mentioning that they were paired.

5    But he said Phil Cayten can't run again.   He was term

6    limited.   So, that's solved.   He said that some people

7    see it as my district (indicating), and they don't hear

8    about the other districts.

9         Q.   And you made with your fingers, quotation marks

10   around the term, "my district"; is that correct?

11        A.   Because this -- when he's talking about it, of

12   course he's not doing this little deal (indicating), but

13   that's kind of the way he's presenting it, that -- that

14   people refer to something as being their district, kind

15   of possessive about it, which I've heard other people --

16   and we may have gone over that earlier -- that some

17   people say, it's just, well, you're showing a pride and

18   this is the area that you serve.

19             You know, if I talk about my house, it's

20   obviously mine.   I own it.   But if I talk about my

21   neighborhood, it's not a bad thing.   It's the

22   neighborhood where I live.   Well, if you're saying my

23   district, it's the district I live in.   What's the

24   problem?   But he's saying that he thinks some people are

25   too possessive about my district and not looking outside

1    that.

2        Q.   And that would be part of his explanation why

3    he wanted to add at large seats?

4        A.   Yes.

5        Q.   Tell me what else your notes say about what the

6    mayor said with respect to changing the election system.

7        A.   Okay.  He said something about he liked the

8    whole district.  He said some council members get mad at

9    some contingents who didn't support them and they won't

10   call them back.  And now the person can go to the mayor,

11   but with this they can go to four people.  It would be

12   their district, the two at large and the mayor.

13              And he said he used major thoroughfares in

14   drawing the lines.  At this point, Ornaldo Ybarra said

15   that he and I had been put together --

16       Q.   Can I stop you there for a second?

17       A.   Yeah.

18       Q.   How does Ornaldo Ybarra know that he's been

19   paired with you?  Is he looking at the map?

20       A.   He didn't have a copy -- no.  He asked.  I've

21   got a question mark.  He asked about it.  So, it may be

22   a rumor that he heard.  And there had been some mention

23   here about a couple of the dots being paired.  So, I

24   don't know if the mayor had mentioned that.  But he

25   asked, Are Pat and I together?  And the response was,

1   and Phil Cayten and Cote are together.  But he had

2   already addressed that had as Phil's term limited.

3               Don Harrison asked some question, I assume

4   as to whether he had been paired.  And the mayor said,

5   You're going to be out.  He was also term limited.

6   Ornaldo said in the past redistricting -- the 2011 --

7   that the mayor said he had wanted four Hispanic

8   opportunity districts.  The mayor said he didn't

9   remember that.

10              Ybarra said Section 5 had been turned down

11  but we still have Section 2 of the voting rights.

12  Mentioned Eric Holder said he'll step in where there's

13  discrimination.  The mayor said in the census it was

14  62 percent Hispanic, 75 percent of them are illegal

15  aliens.  And I think he said -- my recollection is that

16  the mayor said, 75 percent of the Hispanics in Pasadena

17  are illegal aliens and they can't vote.  But I do not

18  have the "and can't vote" in my notes but I've got the

19  75 percent illegal aliens.

20      Q.   But is it your recollection that he said they

21  are illegal aliens and cannot vote?

22      A.   Yes.

23      Q.   Keep going.

24      A.   But he definitely said 75 percent are illegal

25  aliens.  Victor Villarreal said something about there

1        I, PAT VAN HOUTE, have read the foregoing deposition

2   and hereby affix my signature that same is true and

3   correct, except as noted above.

4

5                                  _____

6                                  PAT VAN HOUTE

7   THE STATE OF _____)

8   COUNTY OF_____)

9        Before me, _____, on this day

10  personally appeared PAT VAN HOUTE, known to me or proved

11  to me on the oath of _____ or through

12  _____(description of identity card or

13  other document) to be the person whose name is

14  subscribed to the foregoing instrument and acknowledged

15  to me that he/she executed the same for the purpose and

16  consideration therein expressed;.

17       Given under my hand and seal of office on this

18  _____ day of _____, _____.

19

20

21                                 _____

22                                 NOTARY PUBLIC IN AND FOR

23                                 THE STATE OF _____

24

25  My Commission Expires: _____

```
 1            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
 2                     HOUSTON DIVISION

 3   ALBERTO PATINO, ET AL.,      )
          PLAINTIFFS,             )
 4                                )
     VS.                          )  C.A. NO. 4:14-CV-03241
 5                                )
     CITY OF PASADENA, ET AL.,    )
 6        DEFENDANTS.             )

 7

 8                  REPORTER'S CERTIFICATE

 9            ORAL DEPOSITION OF PAT VAN HOUTE

10                     June 14, 2016

11

12            I, Roxanne K. Smith, the undersigned Certified

13   Shorthand Reporter in and for the State of Texas,

14   certify that the facts stated in the foregoing pages are

15   true and correct.

16            I further certify that I am neither attorney or

17   counsel for, related to, nor employed by any parties to

18   the action in which this testimony is taken and,

19   further, that I am not a relative or employee of any

20   counsel employed by the parties hereto or financially

21   interested in the action.

22            I further certify that pursuant to FRCP Rule

23   30(e) that the signature of the deponent:

24            _____ was requested by the deponent or a party

25   before the completion of the deposition and that
```

Pat Van Houte                                                    June 14, 2016
                                                                Page 257

1    signature is to be before any notary public and returned

2    within 30 days from date of receipt of the transcript.

3    If returned, the attached Changes and Signature Page

4    contains any changes and the reasons therefore:

5          _____ was not requested by the deponent or a

6    party before the completion of the deposition.

7          Subscribed and sworn to under my hand and seal

8    of office on this the _____ day of _____,

9    _____.

10

11         _____
            Roxanne K. Smith, CSR #6290
12          CSR Expiration: 12/31/2016
            Kim Tindall & Associates, LLC
13          Firm Registration No. 631
            16414 San Pedro, Suite 900
14          San Antonio, Texas 78232
            (210) 697-3408

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 35

1

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
2                     HOUSTON DIVISION

3   ALBERTO PATINO, ET AL          )
          Plaintiffs               )
4                                  )
    vs.                            )    CASE NO. 4:14-CV-03241
5                                  )
    CITY OF PASADENA, ET AL        )
6         Defendants               )

7

8   ****************************************************

9                       ORAL DEPOSITION

10                      ORNALDO YBARRA

11                      July 13, 2016

12                        Volume 1

13  ****************************************************

14

15       ORAL DEPOSITION OF ORNALDO YBARRA, produced as a witness

16  at the instance of the Defendant City of Pasadena and duly

17  sworn, was taken in the above-styled and numbered cause on the

18  13th day of July, 2016, from 12:35 p.m. to 4:26 p.m., before

19  Irene Valdes, Certified Shorthand Reporter in and for the

20  State of Texas, reported by computerized stenotype machine at

21  Pasadena City Hall, 1211 Southmore, Pasadena, Texas, pursuant

22  to the Federal Rules of Civil Procedure and the provisions

23  stated on the record or attached hereto.

24

25
```

2

```
1                         APPEARANCES

2

3    FOR PLAINTIFFS:

4            Mr. Ernest I. Herrera
             MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND
5            110 Broadway, Suite 300
             San Antonio, Texas 78205
6            Telephone: 210-224-5476
             Fax:  210-224-5382
7            E-mail: eherrera@maldef.org

8    FOR DEFENDANT CITY OF PASADENA:

9            Ms. Kelly S. Sandill
             ANDREWS KURTH, L.L.P.
10           600 Travis Suite 4200
             Houston, Texas 77002
11           Telephone: 713-220-4181
             Fax:  713-238-7304
12           E-mail: kellysandill@andrewskurth.com

13   FOR ORNALDO YBARRA:

14           Mr. Rick Molina
             LAW OFFICES OF RICK MOLINA
15           11550 Fuqua Street, Suite 580
             Houston, Texas 77034
16           Telephone: 281-922-4300
             Fax:  281-922-4325
17           E-mail: rmolina@molinalawfirm.com

18   ALSO PRESENT:

19           Ms. Clair Armstrong

20

21

22

23

24

25
```

3

```
 1                    I N D E X

 2                                              PAGE

 3   Appearances.....................................   2

 4   Stipulations....................................   4

 5   ORNALDO YBARRA

 6        Examination by Ms. Sandill ...............   4
          Examination by Mr. Herrera ............... 156
 7        Further Examination by Ms. Sandill ....... 159

 8   Changes and Signature........................... 161

 9   Court Reporter's Certificate.................... 163

10

11                  E X H I B I T S

12   NO.           DESCRIPTION                     PAGE

13   Exhibit 1     Deposition notice                 9

14   Exhibit 2     2009 Campaign Finance Report     29

15   Exhibit 3     Record of Proceedings - Special  111
                   Council Meeting - City of
16                 Pasadena - August 22, 2013

17   Exhibit 4     Fliers                           117

18   Exhibit 5     April 15, 2014 Pre-Council       132
                   meeting minutes
19
     Exhibit 6     Your Houston News article        132
20
     Exhibit 7     File                             160
21

22

23

24

25
```

| | | |
|---|---|---|
| 12:35:37 | 1 | MS. SANDILL:  By the Rules. |
| 12:35:41 | 2 | MR. MOLINA:  He will sign it. |
| | 3 | ORNALDO YBARRA, |
| | 4 | having been first duly sworn, testified as follows: |
| | 5 | EXAMINATION |
| 12:35:47 | 6 | BY MS. SANDILL: |
| 12:35:52 | 7 | Q.   State your name for the record. |
| 12:35:53 | 8 | A.   Ornaldo Ybarra. |
| 12:35:56 | 9 | Q.   Mr. Ybarra, my name is Kelly Sandill.  I introduce |
| 12:36:01 | 10 | myself to you briefly before we went on the record, but just |
| 12:36:04 | 11 | so it's clear on the record, I am an attorney for the City of |
| 12:36:08 | 12 | Pasadena in this lawsuit.  So I represent the defendant.  My |
| 12:36:11 | 13 | first question for you is whether you've ever had your |
| 12:36:14 | 14 | deposition taken before? |
| 12:36:15 | 15 | A.   No. |
| 12:36:15 | 16 | Q.   Okay.  So because of that, what I want to do to |
| 12:36:19 | 17 | start is go over kind of what the purpose of today is and how |
| 12:36:22 | 18 | it works.  Really the purpose of this deposition today is for |
| 12:36:26 | 19 | me to find out what you know about matters that are relevant |
| 12:36:30 | 20 | to this lawsuit.  I asked to take your deposition because I |
| 12:36:34 | 21 | understand from the plaintiff's counsel in this case that they |
| 12:36:38 | 22 | may be calling you to testify in support of their case at |
| 12:36:41 | 23 | trial. |
| 12:36:41 | 24 | A.   Okay. |
| 12:36:42 | 25 | Q.   So that's why we're here today.  And like I said, my |

**Ornaldo Ybarra - July 13, 2016**                    137

03:51:15  1          Q.    (BY MS. SANDILL) Okay.  You mentioned earlier today

03:51:17  2     that you had some concerns about the City's outreach and

03:51:21  3     responses to the needs of Hispanic constituents?

03:51:26  4          A.    Uh-huh.

03:51:27  5          Q.    Tell me what your concerns are there?

03:51:28  6          A.    I think we do a bad job just basically just

03:51:35  7     communicating.  I mean, the services that we provide as a City

03:51:41  8     as far as getting things done, addressing people's concerns,

03:51:48  9     we could do more.  I mean, obviously if you drive around this

03:51:52 10     part of town, there's a lot of work that needs to get done.  A

03:51:56 11     lot of people are asking what's going on.  We don't address

03:52:01 12     those issues.

03:52:02 13                People come up here and they need assistance

03:52:05 14     with different things and the right people not there to help

03:52:07 15     them out.  I mean, we could do a little more community

03:52:12 16     outreach to those communities obviously.  I mean, there's a

03:52:17 17     lot of things that we can do better.

03:52:20 18          Q.    Okay.  That issue or your concern, is that something

03:52:25 19     that's specific to Hispanics or do you feel that the City

03:52:29 20     could do better at outreach to all of its constituents?

03:52:36 21          A.    I think there's a difference between outreach on the

03:52:36 22     north side and on the south side predominately Hispanic

03:52:36 23     community compared to a predominately Anglo community.

03:52:37 24          Q.    You feel like the south side has better

03:52:39 25     representation?

03:52:40  1       A.    Well, I think they get their issues addressed I
03:52:44  2   would say quickly or quicker than probably on the north side.
03:52:48  3       Q.    Okay.  And what factors are making that the case?
03:52:52  4   Who's making it happen for the south side but --
03:52:56  5       A.    The strong form of government; so --
03:53:00  6       Q.    You think the Mayor favors the south side and
03:53:04  7   neglects the north side?
03:53:06  8       A.    He lives on that side of town; so obviously he's
03:53:09  9   going to do things that benefit that side of town.  I think
03:53:12 10   there's a -- there's more votes on the south side.  There's
03:53:17 11   concerns in District H or whatever number it is now.
03:53:19 12   Obviously you want to address those things.  There's voters
03:53:23 13   out there.
03:53:24 14       Q.    You think the Mayor favors the south side over the
03:53:28 15   north side because of any animosity he harbors toward
03:53:32 16   Hispanics?
03:53:32 17       A.    I don't know about that.  Obviously I would say just
03:53:35 18   drive around and you'll see the difference between the north
03:53:38 19   side and the south side.
03:53:39 20       Q.    Okay.  I understand that, but I'm asking you
03:53:42 21   specifically whether -- well, it sounded like you answered my
03:53:48 22   question.  You don't know if the Mayor has any racial
03:53:53 23   animosity toward Hispanics or not, do you?
03:53:55 24       A.    No.  I don't know what he's thinking.
03:54:05 25       Q.    Can you give me an example?  I mean, I know you gave

03:57:23  1    barrier problem in terms of the City's treatment of Hispanics?

03:57:29  2         A.   As far as language barriers, I have no idea.  I'm

03:57:32  3    not here during the day.  I can just -- the complaints and

03:57:35  4    issues that I get is that people call or e-mail.  But as far

03:57:39  5    as the day-to-day operations, what's going on in this

03:57:42  6    particular department, I have no idea.  I'm not in the permit

03:57:46  7    department.  I'm not at the water billing department; so I

03:57:49  8    couldn't tell.

03:57:50  9         Q.   Any of your constituents ever complain to you that

03:57:54 10    they're unable to seek out city services because they're

03:57:56 11    unable to communicate --

03:57:56 12         A.   Oh, yeah.

03:57:57 13         Q.   -- with the city workers?

03:57:57 14         A.   Correct.  There's a couple of times people come up

03:57:59 15    here and they try to find an employee that speaks Spanish and

03:58:02 16    they can't get to the permit department because it's located

03:58:05 17    back there and they run into somebody and that person doesn't

03:58:08 18    speak English; so they try to find the nearest

03:58:11 19    Spanish-speaking person.  Yeah, a couple of times that's

03:58:13 20    happened.

03:58:14 21         Q.   As a council person have you put forth any proposals

03:58:18 22    regarding hiring or interviewing or anything that would seek

03:58:22 23    to alleviate that problem?

03:58:23 24         A.   Yeah.  I've always voiced or advocated for more

03:58:30 25    Hispanic hiring and promotions, yeah.

**Ornaldo Ybarra - July 13, 2016**                    149

| | | |
|---|---|---|
| 04:07:51 | 1 | neighborhood group can form or not? |
| 04:07:53 | 2 | A.   No. |
| 04:07:54 | 3 | Q.   Isn't that the right of the people to form a group |
| 04:07:57 | 4 | if they want one? |
| 04:07:58 | 5 | A.   Yes.  The way it works here or if a neighborhood |
| 04:08:01 | 6 | group requires assistance in trying to get built and the |
| 04:08:06 | 7 | bylaws and all the other stuff, usually that particular |
| 04:08:09 | 8 | councilmember will go to Karen Holland and say I want to form |
| 04:08:13 | 9 | a neighborhood group and she usually tells Richard Scott |
| 04:08:16 | 10 | because he's community relations and that falls under Richard |
| 04:08:20 | 11 | Scott and I would imagine that he goes up and speaks to the |
| 04:08:23 | 12 | Mayor.  And depending on what the relationship is between the |
| 04:08:29 | 13 | councilmember and the Mayor, then either you get assistance or |
| 04:08:32 | 14 | you don't. |
| 04:08:33 | 15 | Q.   Do you know that to be the case that this goes up to |
| 04:08:35 | 16 | the Mayor and the Mayor decides if you're going to get |
| 04:08:39 | 17 | assistance or not or is that your speculation? |
| 04:08:43 | 18 | A.   It's my opinion.  Speculation, yeah. |
| 04:08:51 | 19 | Q.   Tell me what you think of Mayor Isbell. |
| 04:08:58 | 20 | A.   As far as Mayor?  As far as a person?  As far as -- |
| 04:09:04 | 21 | Q.   Both. |
| 04:09:05 | 22 | A.   I think that we personally have pissed away seven |
| 04:09:09 | 23 | years in council and the Mayor has been in office for the last |
| 04:09:16 | 24 | ten years or so and I think that as a City I think as the |
| 04:09:21 | 25 | Mayor and the council we could have done a better job.  I |

04:09:24  1    think we've done things that have not benefited citizens.

04:09:29  2    This is why the City is the way it is.  That's why we have bad

04:09:32  3    roads, bad sidewalks, bad drainage.

04:09:36  4              There's a lot of stuff we could have done.

04:09:38  5    Instead we used money and resources and other things that in

04:09:41  6    my opinion shouldn't have been done.  We buy various junk

04:09:45  7    buildings, various things.  The management of the City and the

04:09:50  8    way things are done -- I come from city manager forum where I

04:09:55  9    work at and you see the professionalism and then you see this.

04:10:00 10    In my personal opinion it's a disgrace the way the City is

04:10:05 11    run.  Poorly managed.

04:10:07 12              If you look at the department heads, some of

04:10:08 13    the people in various management positions, there are some

04:10:14 14    good people; but for the most part, most of those people

04:10:17 15    wouldn't get hired in any other City.  They're political

04:10:20 16    cronies that work on political campaigns and therefore they're

04:10:25 17    in positions they're at.  That's just my opinion.

04:10:27 18         Q.   It sounds like you don't think he's been a very good

04:10:31 19    Mayor?

04:10:31 20         A.   No.  I think we could have done better.

04:10:36 21         Q.   So that's what you think of him as a Mayor.  What do

04:10:41 22    you think of him personally?

04:10:42 23         A.   I've never had any issues with him.  We get along.

04:10:45 24    I mean, we get along.  If there's something on the agenda that

04:10:50 25    I feel passionate about, I'm going to disagree with him.  I'm

```
 1        I, ORNALDO YBARRA, have read the foregoing deposition and
 2   hereby affix my signature that same is true and correct,
 3   except as noted above.
 4
 5                               _____
 6                               ORNALDO YBARRA
 7
 8   THE STATE OF _____)
 9   COUNTY OF _____)
10
11        Before me, _____, on this day
12   personally appeared ORNALDO YBARRA, known to me or proved to
13   me on the oath of _____ or through
14   _____ (description of identity card or
15   other document) to be the person whose name is subscribed to
16   the foregoing instrument and acknowledged to me that he/she
17   executed the same for the purpose and consideration therein
18   expressed.
19        Given under my hand and seal of office on this _____ day
20   of _____, _____.
21
22                               _____
23                               NOTARY PUBLIC IN AND FOR
24                               THE STATE OF _____
25   My Commission Expires: _____
```

163

```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION

 3
     ALBERTO PATINO, ET AL,          )
 4          Plaintiffs,              )
                                     )
 5   vs.                             ) CIVIL ACTION NO.
                                     ) 4:14-CV-03241
 6                                   )
     CITY OF PASADENA, ET AL,        )
 7          Defendants.              )

 8

 9                     REPORTER'S CERTIFICATION
                   ORAL DEPOSITION OF ORNALDO YBARRA
10                          JULY 13, 2016

11

12       I, IRENE VALDES, Certified Shorthand Reporter,

13   hereby certify to the following:

14       That the witness, ORNALDO YBARRA, was duly sworn by the

15   officer and that the transcript of the oral deposition is

16   a true record of the testimony given by the witness;

17       That the deposition transcript was submitted on

18   _____, 2016, to the witness or to the

19   attorney for the witness for examination, signature and

20   return to me by _____, 2016;

21       That pursuant to information given to the deposition

22   officer at the time said testimony was taken, the

23   following includes counsel for all parties of record:

24       Mr. Ernest I. Herrera - Attorney for the Plaintiffs
         Ms. Kelly S. Sandill - Attorney for the Defendant
25           City of Pasadena
```

1   I further certify that I am neither counsel for,

2 related to, nor employed by any of the parties or

3 attorneys in the action in which this proceeding was

4 taken, and further that I am not financially or otherwise

5 interested in the outcome of this action.

6   Certified to by me this _____ day of

7 _____, 2016.

8

9

10        _____

         Irene Valdes, CSR

11        Texas CSR 1939

         Expiration:  12/31/2016

12        CONTINENTAL COURT REPORTERS, INC.

         Firm Registration No. 61

13        5300 Memorial Drive, Suite 250

         Houston, Texas 77007

14        713.522.5080 Phone

         713.522.0440 Fax

15

16

17

18

19

20

21

22

23

24

25

165

```
 1                    FURTHER CERTIFICATION

 2

 3        The original deposition was/was not returned to the

 4    deposition officer on _____;

 5        If returned, the attached Changes and Signature

 6    page(s) contain(s) any changes and the reasons therefor;

 7        If returned, the original deposition was delivered to

 8    Ms. Kelly S. Sandill, Custodial Attorney;

 9        That $_____ is the deposition officer's

10    charges to the Defendant for preparing the original

11    deposition transcript and any copies of exhibits;

12        That the deposition was delivered in accordance with

13    Rule 30(f), and that a copy of this certificate was served

14    on all parties shown herein.

15        Certified to by me this _____ day of

16    _____, 2016.

17

18

19                    _____
                      Irene Valdes, CSR
20                    Texas CSR 1939
                      Expiration:  12/31/2016
21                    CONTINENTAL COURT REPORTERS, INC.
                      Firm Registration No. 61
22                    5300 Memorial Drive, Suite 250
                      Houston, Texas 77007
23                    713.522.5080 Phone
                      713.522.0440 Fax
24

25
```

# EXHIBIT 36

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015
### Page 1 of 10

05/18/2015 01:46 PM

Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

### Councilmember - District A

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Omaldo Ybarra | Keith Nielsen | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 0188 A | 12 | 23 | 13 | 48 | 943 | 5.09% | 38 | 8 | 46 |
| 0190 A | 20 | 92 | 64 | 178 | 1669 | 10.61% | 153 | 20 | 173 |
| 0191 A | 2 | 8 | 0 | 10 | 493 | 2.03% | 7 | 3 | 10 |
| 0394 A | 10 | 35 | 14 | 59 | 810 | 7.28% | 48 | 10 | 58 |
| 0527 A | 6 | 19 | 21 | 46 | 535 | 8.60% | 38 | 5 | 43 |
| 0777 A | 11 | 11 | 4 | 26 | 631 | 4.12% | 21 | 5 | 26 |
| 0785 A | 0 | 0 | 0 | 0 | 282 | 00.00% | 0 | 0 | 0 |
| 0786 A | 19 | 26 | 9 | 54 | 1155 | 4.68% | 33 | 17 | 50 |
| Totals | 80 | 214 | 125 | 419 | 6508 | | 338 | 68 | 406 |

EXHIBIT N  PENGAD 800-631-6989

PASADENA000763

PASADENA000764

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015

Page 2 of 10

05/18/2015 01:46 PM

Total Number of Voters : 4,455 of 57,411 = 7.76%

Precincts Reporting 56 of 56 = 100.00%

### Councilmember - District B

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Bruce Leamon | Celestino Perez | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 0188 B | 13 | 13 | 9 | 35 | 671 | 5.22% | 16 | 18 | 34 |
| 0242 B | 17 | 42 | 16 | 75 | 1461 | 5.13% | 36 | 34 | 70 |
| 0267 B | 11 | 7 | 7 | 25 | 405 | 6.17% | 14 | 11 | 25 |
| 0277 B | 24 | 50 | 42 | 116 | 1464 | 7.92% | 43 | 73 | 116 |
| 0278 B | 64 | 78 | 113 | 255 | 2433 | 10.48% | 164 | 89 | 253 |
| 0708 B | 7 | 24 | 17 | 48 | 558 | 8.60% | 24 | 23 | 47 |
| 0770 B | 0 | 1 | 0 | 1 | 172 | 0.58% | 0 | 1 | 1 |
| 0785 B | 3 | 13 | 0 | 16 | 1 | 1600.00% | 1 | 15 | 16 |
| Totals | 139 | 228 | 204 | 571 | 7165 | | 288 | 264 | 562 |

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015

Page 3 of 10

05/18/2015 01:46 PM
Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

### Councilmember - District C

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Emilio Carmona | Sammy Casados | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 0170 C | 26 | 26 | 18 | 70 | 988 | 7.09% | 32 | 33 | 65 |
| 0191 C | 8 | 19 | 8 | 35 | 296 | 11.82% | 28 | 7 | 35 |
| 0279 C | 41 | 28 | 26 | 95 | 1910 | 4.97% | 33 | 57 | 90 |
| 0301 C | 52 | 52 | 33 | 137 | 2164 | 6.33% | 57 | 75 | 132 |
| 0302 C | 83 | 47 | 100 | 230 | 2603 | 8.84% | 90 | 132 | 222 |
| 0404 C | 0 | 0 | 3 | 3 | 56 | 5.36% | 0 | 3 | 3 |
| 0527 C | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0535 C | 0 | 12 | 7 | 19 | 398 | 4.80% | 11 | 8 | 19 |
| 0786 C | 0 | 1 | 0 | 1 | 0 | 00.00% | 1 | 0 | 1 |
| 0796 C | 20 | 9 | 20 | 49 | 461 | 10.63% | 15 | 32 | 47 |
| 0950 C | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| Totals | 230 | 194 | 215 | 639 | 8874 | 00.00% | 267 | 347 | 614 |

PASADENA000765

PASADENA000766

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015

Total Number of Voters : 4,455 of 57,411 = 7.76%

Page 4 of 10

05/18/2015 01:46 PM
Precincts Reporting 56 of 56 = 100.00%

### Councilmember - District D

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Pat Riley | Cody Ray Wheeler | J. E. "Bear" Hebert | Totals |
|---|---|---|---|---|---|---|---|---|---|---|
| 0170 D | 29 | 17 | 6 | 52 | 823 | 6.32% | 8 | 25 | 17 | 50 |
| 0191 D | 4 | 7 | 4 | 15 | 420 | 3.57% | 1 | 14 | 0 | 15 |
| 0267 D | 19 | 16 | 20 | 55 | 895 | 6.15% | 7 | 33 | 14 | 54 |
| 0404 D | 124 | 114 | 80 | 318 | 2461 | 12.92% | 44 | 186 | 79 | 309 |
| 0419 D | 150 | 97 | 130 | 377 | 2387 | 14.57% | 24 | 209 | 141 | 374 |
| 0698 D | 26 | 40 | 40 | 106 | 325 | 32.62% | 5 | 54 | 45 | 104 |
| Totals | 352 | 291 | 280 | 923 | 7511 | | 89 | 521 | 296 | 906 |

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015

Page 5 of 10

05/18/2015 01:46 PM
Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

### Councilmember - District E

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Cary Bass | Larry Peacock | Totals | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0242 E | 0 | 0 | 2 | 2 | 101 | 1.98% | | 0 | 2 | 2 |
| 0347 E | 61 | 50 | 121 | 232 | 2975 | 7.80% | | 121 | 106 | 227 |
| 0348 E | 50 | 49 | 60 | 159 | 1635 | 9.72% | | 114 | 41 | 155 |
| 0534 E | 72 | 66 | 62 | 200 | 2133 | 9.38% | | 104 | 91 | 195 |
| 0679 E | 26 | 20 | 62 | 108 | 1409 | 7.67% | | 57 | 47 | 104 |
| 0752 E | 35 | 29 | 52 | 116 | 1395 | 8.32% | | 45 | 67 | 112 |
| 0770 E | 1 | 4 | 2 | 7 | 148 | 4.73% | | 1 | 5 | 6 |
| 0793 E | 40 | 29 | 21 | 90 | 1419 | 6.34% | | 55 | 31 | 86 |
| Totals | 285 | 247 | 382 | 914 | 11216 | | | 497 | 390 | 887 |

PASADENA000767

PASADENA000768

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015

Page 6 of 10

05/18/2015 01:46 PM

Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

### Councilmember - District F

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Jeff Wagner | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 |
| 0174 F | 59 | 6 | 88 | 153 | 3238 | 4.73% | 117 | 117 |
| 0290 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 |
| 0352 F | 10 | 11 | 6 | 27 | 470 | 5.74% | 18 | 18 |
| 0377 F | 10 | 2 | 9 | 21 | 562 | 3.74% | 10 | 10 |
| 0391 F | 2 | 0 | 1 | 3 | 504 | 0.60% | 2 | 2 |
| 0416 F | 4 | 2 | 9 | 15 | 551 | 2.72% | 8 | 8 |
| 0534 F | 32 | 30 | 53 | 115 | 1634 | 7.04% | 96 | 96 |
| 0662 F | 57 | 100 | 285 | 442 | 4827 | 9.16% | 376 | 376 |
| 0679 F | 30 | 28 | 79 | 137 | 1891 | 7.24% | 109 | 109 |
| 0696 F | 0 | 1 | 0 | 1 | 207 | 0.48% | 0 | 0 |
| 0703 F | 2 | 4 | 0 | 6 | 1533 | 0.39% | 6 | 6 |
| 0703 F | 5 | 2 | 22 | 29 | 721 | 4.02% | 23 | 23 |
| 0718 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 |
| 0333 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 |
| Totals | 211 | 186 | 552 | 949 | 16138 | | 765 | 765 |

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015

05/18/2015 01:46 PM
Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

Page 7 of 10

### Councilmember - District G at large

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Pat Van Houte | Steve Cote | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 0051 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0170 C | 26 | 26 | 18 | 70 | 988 | 7.09% | 41 | 21 | 62 |
| 0170 D | 29 | 17 | 6 | 52 | 823 | 6.32% | 24 | 27 | 51 |
| 0170 F | 60 | 6 | 88 | 154 | 3238 | 4.76% | 59 | 90 | 149 |
| 0186 A | 12 | 23 | 13 | 48 | 943 | 5.09% | 22 | 13 | 35 |
| 0186 B | 13 | 13 | 9 | 35 | 671 | 5.22% | 12 | 20 | 32 |
| 0190 C | 20 | 92 | 64 | 176 | 1659 | 10.61% | 118 | 34 | 152 |
| 0190 A | 8 | 19 | 8 | 35 | 296 | 11.82% | 12 | 18 | 30 |
| 0191 A | 2 | 8 | 0 | 10 | 493 | 2.03% | 7 | 2 | 9 |
| 0191 D | 4 | 7 | 4 | 15 | 420 | 3.57% | 8 | 5 | 13 |
| 0242 B | 15 | 42 | 16 | 73 | 1461 | 5.00% | 36 | 30 | 66 |
| 0242 E | 0 | 0 | 2 | 2 | 101 | 1.98% | 1 | 1 | 2 |
| 0267 B | 11 | 7 | 7 | 25 | 405 | 6.17% | 13 | 11 | 24 |
| 0267 D | 19 | 16 | 20 | 55 | 895 | 6.15% | 28 | 24 | 52 |
| 0277 B | 24 | 50 | 42 | 116 | 1464 | 7.92% | 68 | 40 | 108 |
| 0278 B | 64 | 78 | 113 | 255 | 2433 | 10.48% | 125 | 109 | 234 |
| 0279 C | 41 | 28 | 26 | 95 | 1910 | 4.97% | 68 | 22 | 90 |
| 0290 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0301 C | 52 | 52 | 33 | 137 | 2164 | 6.33% | 104 | 22 | 126 |
| 0302 C | 83 | 47 | 100 | 230 | 2603 | 8.84% | 150 | 65 | 215 |
| 0347 E | 61 | 50 | 121 | 232 | 2975 | 7.80% | 77 | 139 | 216 |
| 0348 E | 55 | 49 | 60 | 164 | 1636 | 10.03% | 36 | 124 | 160 |
| 0352 F | 10 | 11 | 6 | 27 | 470 | 5.74% | 21 | 5 | 26 |
| 0377 F | 10 | 2 | 9 | 21 | 562 | 3.74% | 13 | 5 | 18 |
| 0391 F | 1 | 0 | 1 | 2 | 504 | 0.40% | 0 | 2 | 2 |
| 0394 A | 9 | 35 | 14 | 58 | 810 | 7.16% | 40 | 15 | 55 |
| 0404 C | 0 | 0 | 3 | 3 | 56 | 5.36% | 3 | 0 | 3 |
| 0404 D | 156 | 114 | 80 | 350 | 2461 | 14.22% | 214 | 111 | 325 |
| 0415 F | 4 | 2 | 9 | 15 | 551 | 2.72% | 14 | 1 | 15 |
| 0419 D | 150 | 97 | 130 | 377 | 2587 | 14.57% | 172 | 182 | 354 |
| 0527 A | 5 | 19 | 21 | 45 | 535 | 8.41% | 26 | 12 | 38 |
| 0527 C | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0534 F | 32 | 30 | 53 | 115 | 1634 | 7.04% | 48 | 60 | 108 |
| 0534 E | 72 | 66 | 62 | 200 | 2133 | 9.38% | 88 | 111 | 199 |
| 0535 C | 0 | 12 | 7 | 19 | 396 | 4.80% | 11 | 2 | 13 |
| 0662 F | 58 | 100 | 285 | 443 | 4827 | 9.18% | 112 | 313 | 425 |
| 0679 E | 26 | 20 | 62 | 108 | 1409 | 7.67% | 38 | 63 | 101 |
| 0679 F | 30 | 28 | 79 | 137 | 1891 | 7.24% | 54 | 74 | 128 |
| 0695 F | 0 | 1 | 0 | 1 | 207 | 0.48% | 1 | 0 | 1 |
| 0696 F | 2 | 4 | 0 | 6 | 1533 | 0.39% | 5 | 1 | 6 |

PASADENA000769

PASADENA000770

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015

05/18/2015 01:46 PM
Precincts Reporting 56 of 56 = 100.00%

Page 8 of 10

Total Number of Voters : 4,455 of 57,411 = 7.76%

### Councilmember - District G at large

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Pat Van Houte | Steve Cote | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 0698 D | 26 | 40 | 40 | 106 | 325 | 32.62% | 45 | 52 | 97 |
| 0703 F | 5 | 2 | 22 | 29 | 721 | 4.02% | 12 | 17 | 29 |
| 0708 B | 7 | 24 | 17 | 48 | 558 | 8.60% | 24 | 15 | 39 |
| 0718 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0752 E | 35 | 29 | 52 | 116 | 1395 | 8.32% | 56 | 59 | 115 |
| 0770 B | 0 | 1 | 0 | 1 | 172 | 0.58% | 1 | 0 | 1 |
| 0770 E | 1 | 4 | 2 | 7 | 148 | 4.73% | 2 | 5 | 7 |
| 0777 A | 11 | 11 | 4 | 26 | 631 | 4.12% | 11 | 11 | 22 |
| 0785 B | 3 | 13 | 0 | 16 | 1 | 1600.00% | 13 | 2 | 15 |
| 0785 A | 0 | 0 | 0 | 0 | 282 | 00.00% | 0 | 0 | 0 |
| 0786 A | 18 | 26 | 9 | 53 | 1155 | 4.59% | 41 | 9 | 50 |
| 0786 C | 0 | 1 | 0 | 1 | 0 | 00.00% | 1 | 0 | 1 |
| 0793 E | 40 | 29 | 21 | 90 | 1419 | 6.34% | 45 | 43 | 88 |
| 0796 C | 20 | 9 | 20 | 49 | 461 | 10.63% | 28 | 18 | 46 |
| 0950 C | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0333 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| Totals | 1330 | 1360 | 1758 | 4448 | 57411 | | 2148 | 2005 | 4153 |

# Canvas Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015
### Page 9 of 10

05/18/2015 01:46 PM
Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

**Councilmember - District H at large**

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Oscar Del Toro | Darell Morrison | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 0051 F | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0170 C | 26 | 28 | 18 | 70 | 988 | 7.09% | 32 | 27 | 59 |
| 0170 D | 29 | 17 | 6 | 52 | 823 | 6.32% | 15 | 35 | 50 |
| 0174 F | 60 | 6 | 88 | 154 | 3238 | 4.76% | 47 | 104 | 151 |
| 0188 A | 12 | 23 | 13 | 48 | 943 | 5.09% | 23 | 18 | 41 |
| 0188 B | 13 | 13 | 9 | 35 | 671 | 5.22% | 15 | 17 | 32 |
| 0190 A | 20 | 92 | 64 | 176 | 1659 | 10.61% | 127 | 34 | 161 |
| 0191 C | 8 | 19 | 8 | 35 | 296 | 11.82% | 20 | 10 | 30 |
| 0191 A | 2 | 8 | 0 | 10 | 493 | 2.03% | 6 | 3 | 9 |
| 0191 D | 4 | 7 | 4 | 15 | 420 | 3.57% | 8 | 4 | 12 |
| 0242 B | 15 | 42 | 16 | 73 | 1461 | 5.00% | 27 | 40 | 67 |
| 0242 E | 0 | 0 | 2 | 2 | 101 | 1.98% | 1 | 1 | 2 |
| 0267 B | 11 | 7 | 7 | 25 | 405 | 6.17% | 9 | 14 | 23 |
| 0267 D | 19 | 16 | 20 | 55 | 895 | 6.15% | 22 | 28 | 50 |
| 0277 B | 24 | 50 | 42 | 116 | 1464 | 7.92% | 65 | 43 | 108 |
| 0278 B | 64 | 78 | 113 | 255 | 2433 | 10.48% | 92 | 148 | 240 |
| 0279 C | 41 | 28 | 26 | 95 | 1910 | 4.97% | 37 | 52 | 89 |
| 0290 F | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 C | 52 | 52 | 33 | 137 | 2164 | 6.33% | 68 | 60 | 128 |
| 0302 C | 83 | 47 | 100 | 230 | 2603 | 8.84% | 91 | 124 | 215 |
| 0347 E | 61 | 50 | 121 | 232 | 2975 | 7.80% | 91 | 134 | 225 |
| 0348 E | 55 | 49 | 60 | 164 | 1635 | 10.03% | 22 | 130 | 152 |
| 0352 F | 10 | 11 | 6 | 27 | 470 | 5.74% | 9 | 18 | 27 |
| 0377 F | 10 | 2 | 9 | 21 | 662 | 3.74% | 6 | 13 | 19 |
| 0391 F | 1 | 0 | 1 | 2 | 504 | 0.40% | 0 | 2 | 2 |
| 0394 A | 10 | 35 | 14 | 59 | 810 | 7.28% | 36 | 17 | 53 |
| 0404 C | 0 | 0 | 3 | 3 | 56 | 5.36% | 1 | 1 | 2 |
| 0404 D | 97 | 114 | 80 | 281 | 2461 | 11.82% | 126 | 141 | 267 |
| 0415 F | 4 | 2 | 9 | 15 | 551 | 2.72% | 8 | 6 | 14 |
| 0419 D | 150 | 97 | 130 | 377 | 2587 | 14.57% | 114 | 243 | 357 |
| 0527 A | 5 | 19 | 21 | 45 | 535 | 8.41% | 29 | 9 | 38 |
| 0527 C | 0 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0534 F | 32 | 30 | 53 | 116 | 1634 | 7.04% | 21 | 91 | 112 |
| 0534 E | 72 | 66 | 62 | 200 | 2133 | 9.38% | 56 | 142 | 198 |
| 0535 C | 0 | 12 | 7 | 19 | 396 | 4.80% | 9 | 5 | 14 |
| 0662 F | 59 | 100 | 285 | 444 | 4827 | 9.20% | 105 | 333 | 438 |
| 0679 E | 26 | 20 | 62 | 108 | 1409 | 7.67% | 28 | 76 | 104 |
| 0679 F | 30 | 28 | 79 | 137 | 1891 | 7.24% | 34 | 99 | 133 |
| 0695 F | 0 | 1 | 0 | 1 | 207 | 0.48% | 0 | 0 | 1 |
| 0696 F | 2 | 4 | 0 | 6 | 1533 | 0.39% | 4 | 2 | 6 |

PASADENA000771

PASADENA000772

# Canvass Report — Total Voters — Official
## City of Pasadena — General Election — May 09, 2015
### Page 10 of 10

**05/18/2015 01:46 PM**
Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

### Councilmember - District H at large

| Precinct | Absentee Ballots Cast | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Oscar Del Toro | Darrell Morrison | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 0696 D | 26 | 40 | 40 | 106 | 325 | 32.62% | 40 | 61 | 101 |
| 0703 F | 5 | 2 | 22 | 29 | 721 | 4.02% | 8 | 21 | 29 |
| 0708 B | 7 | 24 | 17 | 48 | 558 | 8.60% | 23 | 16 | 39 |
| 0718 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0752 E | 35 | 29 | 52 | 116 | 1395 | 8.32% | 45 | 70 | 115 |
| 0770 B | 0 | 1 | 0 | 1 | 172 | 0.58% | 1 | 0 | 1 |
| 0770 E | 1 | 4 | 2 | 7 | 148 | 4.73% | 5 | 2 | 7 |
| 0777 A | 1 | 11 | 4 | 26 | 631 | 4.12% | 12 | 11 | 23 |
| 0785 B | 3 | 13 | 0 | 16 | 1 | 1600.00% | 13 | 3 | 16 |
| 0785 A | 0 | 0 | 0 | 0 | 282 | 00.00% | 0 | 0 | 0 |
| 0786 A | 18 | 26 | 9 | 53 | 1155 | 4.59% | 20 | 29 | 49 |
| 0786 C | 0 | 1 | 0 | 1 | 0 | 00.00% | 0 | 1 | 1 |
| 0793 E | 40 | 29 | 21 | 90 | 1419 | 6.34% | 29 | 60 | 89 |
| 0796 C | 20 | 9 | 20 | 49 | 461 | 10.63% | 19 | 24 | 43 |
| 0950 C | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| 0333 F | 0 | 0 | 0 | 0 | 0 | 00.00% | 0 | 0 | 0 |
| Totals | 1273 | 1360 | 1758 | 4391 | 57411 | 00.00% | 1619 | 2523 | 4142 |

# Cumulative Report — Official
## City of Pasadena — General Election — May 09, 2015
### Page 1 of 3

05/18/2015 01:47 PM

Precincts Reporting 56 of 56 = 100.00%

PASADENA000773

Total Number of Voters : 4,455 of 57,411 = 7.76%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|

**Councilmember - District A, Vote For 1**

| Candidate | Absentee Total | Percent | Early Ballots | Percent | Election | Percent | Total | Percent |
|---|---|---|---|---|---|---|---|---|
| Omaldo Ybarra | 54 | 71.05% | 188 | 89.52% | 96 | 80.00% | 338 | 83.25% |
| Keith Nielsen | 22 | 28.95% | 22 | 10.48% | 24 | 20.00% | 68 | 16.75% |
| Cast Votes: | 76 | 95.00% | 210 | 98.13% | 120 | 96.00% | 406 | 96.90% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 4 | 5.00% | 4 | 1.87% | 5 | 4.00% | 13 | 3.10% |

Precincts

| Counted | Total | Percent |
|---|---|---|
| 8 | 8 | 100.00% |

Voters

| Ballots | Registered | Percent |
|---|---|---|
| 419 | 6,508 | 6.44% |

**Councilmember - District B, Vote For 1**

| Candidate | Absentee Total | Percent | Early Ballots | Percent | Election | Percent | Total | Percent |
|---|---|---|---|---|---|---|---|---|
| Bruce Leamon | 97 | 71.85% | 107 | 47.56% | 94 | 46.53% | 298 | 53.02% |
| Celestino Perez | 38 | 28.15% | 118 | 52.44% | 108 | 53.47% | 264 | 46.98% |
| Cast Votes: | 135 | 97.12% | 225 | 98.68% | 202 | 99.02% | 562 | 98.42% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 4 | 2.88% | 3 | 1.32% | 2 | 0.98% | 9 | 1.58% |

Precincts

| Counted | Total | Percent |
|---|---|---|
| 8 | 8 | 100.00% |

Voters

| Ballots | Registered | Percent |
|---|---|---|
| 571 | 7,165 | 7.97% |

**Councilmember - District C, Vote For 1**

| Candidate | Absentee Total | Percent | Early Ballots | Percent | Election | Percent | Total | Percent |
|---|---|---|---|---|---|---|---|---|
| Emilio Carmona | 97 | 45.12% | 81 | 42.86% | 89 | 42.38% | 267 | 43.49% |
| Sammy Casados | 118 | 54.88% | 108 | 57.14% | 121 | 57.62% | 347 | 56.51% |
| Cast Votes: | 215 | 93.48% | 189 | 97.42% | 210 | 97.67% | 614 | 96.09% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 15 | 6.52% | 5 | 2.58% | 5 | 2.33% | 25 | 3.91% |

Precincts

| Counted | Total | Percent |
|---|---|---|
| 11 | 11 | 100.00% |

Voters

| Ballots | Registered | Percent |
|---|---|---|
| 639 | 8,874 | 7.20% |

# Cumulative Report — Official
## City of Pasadena — General Election — May 09, 2015
### Page 2 of 3

05/18/2015 01:47 PM

Precincts Reporting 56 of 56 = 100.00%

PASADENA000774

Total Number of Voters : 4,455 of 57,411 = 7.76%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|

**Councilmember - District D, Vote For 1**

| Candidate | Absentee | Early | Election | Total |
|---|---|---|---|---|
| Pat Riley | 49 14.24% | 28 9.76% | 12 4.36% | 89 9.82% |
| Cody Ray Wheeler | 184 53.49% | 182 63.41% | 155 56.36% | 521 57.51% |
| J. E. "Bear" Hebert | 111 32.27% | 77 26.83% | 108 39.27% | 296 32.67% |
| **Cast Votes:** | 344 97.73% | 287 98.63% | 275 98.21% | 906 98.16% |
| **Over Votes:** | 0 0.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| **Under Votes:** | 8 2.27% | 4 1.37% | 5 1.79% | 17 1.84% |

| | Precincts | | Voters | | | | |
|---|---|---|---|---|---|---|---|
| | Counted | Total | Percent | Ballots | Registered | Percent | |
| | 6 | 6 | 100.00% | 923 | 7,511 | 12.29% | |

**Councilmember - District E, Vote For 1**

| Candidate | Absentee | Early | Election | Total |
|---|---|---|---|---|
| Cary Bass | 174 62.82% | 144 60.00% | 179 48.38% | 497 56.03% |
| Larry Peacock | 103 37.18% | 96 40.00% | 191 51.62% | 390 43.97% |
| **Cast Votes:** | 277 97.19% | 240 97.17% | 370 96.86% | 887 97.05% |
| **Over Votes:** | 0 0.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| **Under Votes:** | 8 2.81% | 7 2.83% | 12 3.14% | 27 2.95% |

| | Precincts | | Voters | | | | |
|---|---|---|---|---|---|---|---|
| | Counted | Total | Percent | Ballots | Registered | Percent | |
| | 8 | 8 | 100.00% | 914 | 11,215 | 8.15% | |

**Councilmember - District F, Vote For 1**

| Candidate | Absentee | Early | Election | Total |
|---|---|---|---|---|
| Jeff Wagner | 178 100.00% | 154 100.00% | 433 100.00% | 765 100.00% |
| **Cast Votes:** | 178 84.36% | 154 82.80% | 433 78.44% | 765 80.61% |
| **Over Votes:** | 0 0.00% | 0 0.00% | 0 0.00% | 0 0.00% |
| **Under Votes:** | 33 15.64% | 32 17.20% | 119 21.56% | 184 19.39% |

| | Precincts | | Voters | | | | |
|---|---|---|---|---|---|---|---|
| | Counted | Total | Percent | Ballots | Registered | Percent | |
| | 15 | 15 | 100.00% | 949 | 16,138 | 5.88% | |

**Councilmember - District G at large, Vote For 1**

| Candidate | Absentee | Early | Election | Total |
|---|---|---|---|---|
| Pat Van Houte | 637 51.00% | 769 60.36% | 742 45.52% | 2,148 51.72% |
| Steve Cote | 612 49.00% | 505 39.64% | 888 54.48% | 2,005 48.28% |
| **Cast Votes:** | 1,249 93.91% | 1,274 93.68% | 1,630 92.72% | 4,153 93.37% |
| **Over Votes:** | 1 0.08% | 0 0.00% | 0 0.00% | 1 0.02% |
| **Under Votes:** | 80 6.02% | 86 6.32% | 128 7.28% | 294 6.61% |

PASADENA000775

# Cumulative Report — Official
## City of Pasadena — General Election — May 09, 2015
### Page 3 of 3

05/18/2015 01:47 PM

Precincts Reporting 56 of 56 = 100.00%

Total Number of Voters : 4,455 of 57,411 = 7.76%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Councilmember - District H at large, Vote For 1** | | | | | | | | | |
| | Oscar Del Toro | 267 | 22.38% | 646 | 50.31% | 706 | 42.40% | 1,619 | 39.09% |
| | Darrell Morrison | 926 | 77.62% | 638 | 49.69% | 959 | 57.60% | 2,523 | 60.91% |
| | Cast Votes: | 1,193 | 93.72% | 1,284 | 94.41% | 1,665 | 94.71% | 4,142 | 94.33% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 80 | 6.28% | 76 | 5.59% | 93 | 5.29% | 249 | 5.67% |

# EXHIBIT 37

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3    ALBERTO PATINO, et al.,

 4             Plaintiffs,

 5    vs.                   Civil Action No. 4:14-CV-03241-LHR

 6

 7    CITY OF PASADENA,

              Defendant.
 8

 9    ****************************************************

10                        ORAL DEPOSITION

11                  CELESTINO MUÑOZ PEREZ, JR.

12                        May 25, 2016

13    ****************************************************

14

15        ORAL DEPOSITION OF CELESTINO MUÑOZ PEREZ, JR.,

16    produced as a witness at the instance of the Defendant

17    and duly sworn, was taken in the above-styled and

18    numbered cause on the 25th day of May, 2016, from

19    1:23 p.m. to 3:39 p.m., before Beverly Ann Smith,

20    Certified Shorthand Reporter in and for the State of

21    Texas, reported by computerized stenotype machine at

22    Pasadena City Hall, 1211 Southmore Avenue, Pasadena,

23    Texas, pursuant to the Federal Rules of Civil Procedure

24    and the provisions stated on the record or attached

25    hereto.
```

2

```
 1                    A P P E A R A N C E S

 2    FOR THE PLAINTIFF(S):

 3        Mr. Ernest I. Herrera
          MEXICAN AMERICAN LEGAL DEFENSE
 4        AND EDUCATIONAL FUND (MALDEF)
          110 Broadway, Suite 300
 5        San Antonio, Texas  78205
          Phone:  210.224.5476
 6        Fax:  210.224.5382
          E-mail:  eherrara@maldef.org
 7

 8    FOR THE DEFENDANT(S):

 9        Mr. C. Robert Heath
          BICKERSTAFF, HEATH, DELGADO & ACOSTA, L.L.P.
10        3711 South MoPac Expressway
          Building One, Suite 300
11        Austin, Texas  78746
          Telephone: 512-472-8021
12        Fax:   512-320-5638
          E-mail: bheath@bickerstaff.com
13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                    I N D E X

 2                                              PAGE

 3   Appearances ...................................   2

 4   Stipulations ..................................   1

 5   CELESTINO MUÑOZ PEREZ, JR.

 6        Examination by Mr. Heath .................   4

 7   Signature Page ................................  79

 8   Court Reporter's Certificate ..................  81

 9

10                  E X H I B I T S

11   NO.              DESCRIPTION                  PAGE

12   Exhibit 1        Magazine article on candidates   37

13   Exhibit 2        Republican Party mail-out        37

14   Exhibit 3        Campaign donation solicitation   37

15   Exhibit 4        Application for mail ballot       50

16   Exhibit 5        District B campaign door          50
                      hangers
17
     Exhibit 6        District B campaign mail-outs     50
18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 01:23:03 | 1 | CELESTINO MUÑOZ PEREZ, JR., |
| 01:23:05 | 2 | having been first duly sworn, testified as follows: |
| 01:23:33 | 3 | EXAMINATION |
| 01:23:39 | 4 | BY MR. HEATH: |
| 01:23:41 | 5 | Q.   Would you give us your name for the record, |
| 01:23:43 | 6 | please? |
| 01:23:43 | 7 | A.   Celestino Muñoz Perez, Junior. |
| 01:23:46 | 8 | Q.   And where do you reside? |
| 01:23:46 | 9 | A.   502 Bertloma, Pasadena, Texas, 77502-4914. |
| 01:24:00 | 10 | Q.   Have you had your deposition taken before? |
| 01:24:01 | 11 | A.   Yes, I have. |
| 01:24:01 | 12 | Q.   Okay.  On multiple occasions? |
| 01:24:03 | 13 | A.   Yes. |
| 01:24:05 | 14 | Q.   Can you generally describe what those were? |
| 01:24:11 | 15 | A.   Lawsuits against the Pasadena Independent |
| 01:24:13 | 16 | School District.  I was one of the plaintiff twice. |
| 01:24:16 | 17 | Q.   Do you understand -- when I ask a question, if |
| 01:24:26 | 18 | you would just listen, wait till I finish and then |
| 01:24:31 | 19 | answer, and I'll try to wait till you finish to answer |
| 01:24:35 | 20 | so we're not talking over each other, which is next to |
| 01:24:39 | 21 | impossible for the court reporter to get down on paper. |
| 01:24:46 | 22 | And I take it -- have you had any blows to |
| 01:24:50 | 23 | the head or on any sort of medication or anything that |
| 01:24:54 | 24 | would keep you from participating in the deposition |
| 01:25:03 | 25 | today, understand what's going on and -- |

| | | |
|---|---|---|
| 03:22:35 | 1 | Q.   Yes.  Were you? |
| 03:22:39 | 2 | A.   I didn't win. |
| 03:22:41 | 3 | Q.   Right. |
| 03:22:41 | 4 | A.   In that sense, I was not satisfied. |
| 03:22:43 | 5 | Q.   Right.  Having run the campaign and having the |
| 03:22:50 | 6 | benefit of hindsight and the additional experience |
| 03:22:54 | 7 | gained in running the campaign, are there things you |
| 03:23:03 | 8 | would have done differently? |
| 03:23:05 | 9 | A.   I don't know. |
| 03:23:13 | 10 | Q.   Did you ever think back and think "Here's some |
| 03:23:15 | 11 | way I could have found 35 more votes"? |
| 03:23:20 | 12 | A.   Many times. |
| 03:23:22 | 13 | Q.   All right. |
| 03:23:22 | 14 | A.   One of which is that if the district was |
| 03:23:26 | 15 | smaller, I would have gotten those 35 votes much easier; |
| 03:23:30 | 16 | but because it was expanded, it made it harder on me. |
| 03:23:43 | 17 | Q.   Well, if it was smaller, it might depend on |
| 03:23:48 | 18 | where the votes were, where the voters were, wouldn't |
| 03:23:52 | 19 | it? |
| 03:23:54 | 20 | A.   Well, yeah, but I would have had the resources |
| 03:24:00 | 21 | to spend more campaign material and get it to them. |
| 03:24:22 | 22 | Q.   Are there things you could have done to |
| 03:24:26 | 23 | increase Hispanic turnout? |
| 03:24:30 | 24 | A.   Possibly. |
| 03:24:30 | 25 | Q.   Do you know what some of those might be? |

80

```
 1        I, CELESTINO MUÑOZ PEREZ, JR., have read the

 2   foregoing deposition and hereby affix my signature that

 3   same is true and correct, except as noted above.

 4

 5                    _____

 6                    CELESTINO MUÑOZ PEREZ, JR.

 7

 8   THE STATE OF _____)

 9   COUNTY OF _____)

10

11        Before me, _____, on this day

12   personally appeared CELESTINO MUÑOZ PEREZ, JR., known to

13   me or proved to me on the oath of _____ or

14   through _____ (description of

15   identity card or other document) to be the person whose

16   name is subscribed to the foregoing instrument and

17   acknowledged to me that he/she executed the same for the

18   purpose and consideration therein expressed.

19        Given under my hand and seal of office on this _____

20   day of _____, _____.

21

22                    _____

23                    NOTARY PUBLIC IN AND FOR

24                    THE STATE OF _____

25   My Commission Expires: _____
```

```
1              IN THE UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF TEXAS
2                      HOUSTON DIVISION

3    ALBERTO PATINO, et al.,
            Plaintiffs,
4
     vs.                    Civil Action No. 4:14-CV-03241-LHR
5
     CITY OF PASADENA,
6           Defendant.

7                  REPORTER'S CERTIFICATE
         DEPOSITION OF CELESTINO MUÑOZ PEREZ, JR.
8                     MAY 25, 2016

9       I, BEVERLY ANN SMITH, Certified Shorthand Reporter

10   in and for the State of Texas, hereby certify to the

11   following:

12          That the witness, CELESTINO MUÑOZ PEREZ, JR.,

13   was duly sworn by the officer and that the transcript

14   of the oral deposition is a true record of the

15   testimony given by the witness;

16          That the deposition transcript was submitted on

17   _____, _____, to the witness or to the

18   attorney for the witness for examination, signature and

19   return to me by _____, _____;

20          That the amount of time used by each party at the

21   deposition is as follows:

22      Mr. C. Robert Heath - (02:03)

23          That pursuant to information given to the deposition

24   officer at the time said testimony was taken, the

25   following includes counsel for all parties of record:
```

1      Mr. Ernest I. Herrera - attorney for Plaintiff(s)

2      Mr. C. Robert Heath - attorney for Defendant(s)

3          I further certify that I am neither counsel for,

4    related to, nor employed by any of the parties or

5    attorneys in the action in which this proceeding was

6    taken, and further that I am not financially or

7    otherwise interested in the outcome of the action.

8          Certified to by me this _____ day of

9    June, 2016.

10

11

12                          _____
                            Beverly Ann Smith, CSR
13                          Texas CSR 3554
                            Expiration:  12/31/2016
14                          CONTINENTAL COURT REPORTERS, INC.
                            Firm Registration No. 61
15                          5300 Memorial Drive, Suite 250
                            Houston, Texas  77007-8250
16                          Phone:  713.522.5080
                            Fax:  713.522.0440
17                          www.texasdepos.com

18

19

20

21

22

23

24

25

1                    FURTHER CERTIFICATION

2          The original deposition was/was not returned

3    to the deposition officer on _____;

4       If returned, the attached Changes and Signature

5    page contains any changes and the reasons therefor;

6       If returned, the original deposition was delivered

7    to _____, Custodial

8    Attorney;

9          That $ _____ is the deposition officer's

10   charges to the _____ for preparing

11   the original deposition transcript and any copies of

12   exhibits;

13         That the deposition was delivered in accordance

14   with Rule 30(f), and that a copy of this certificate

15   was served on all parties shown herein.

16         Certified to by me this _____ day of

17   _____, 2016.

18

19

20         _____
           Beverly Ann Smith, CSR
21         Texas CSR 3554
           Expiration: 12/31/2016
22         CONTINENTAL COURT REPORTERS, INC.
           Firm Registration No. 61
23         5300 Memorial Drive, Suite 250
           Houston, Texas  77007-8250
24         Phone:  713.522.5080
           Fax:  713.522.0440
25         www.texasdepos.com

# EXHIBIT 38



Jeff Yates <jeffryates@gmail.com>

# Mayor Johnny Isbell

1 message

**Richard** <samsafety@aol.com>                                                        Tue, Feb 19, 2013 at 4:31 PM
To: Jeffryates@gmail.com

Jeff,
We have about 65 pictures and all the Headlines you have requested.  We were scared that we might crash your computer if tryed to send by mail.
Let me know if you can pick up or how we can get them to you.
Thank's Richard



EXHIBIT
Scott 38
7-8-16

Subject to protective order

Yates 545

# G𝖬ail
by Google

Jeff Yates <jeffryates@gmail.com>

---

## Fwd: Emailing: DSC_0972, DSC_0973
1 message

---

**Richard Scott** <RScott@ci.pasadena.tx.us>                                    Wed, Feb 20, 2013 at 11:28 AM
To: Jeffryates@gmail.com

Jeff,
More pictures...Richard
>>> <SamSafety@aol.com> 2/19/2013 5:17 PM >>>
Your message is ready to be sent with the following file or link attachments:

DSC_0972
DSC_0973

Note: To protect against computer viruses, e-mail programs may prevent sending or
receiving certain types of file attachments.  Check your e-mail security settings to
determine how attachments are handled.

---

**2 attachments**


**DSC_0972.jpg**
98K


**DSC_0973.jpg**
98K

Subject to protective order

Yates 546



## Fwd: Emailing: DSC_0972, DSC_0973

**Richard Scott** <RScott@ci.pasadena.tx.us>
To: Jeffryates@gmail.com

Wed, Feb 20, 2013 at 11:28 AM

Jeff,
More pictures...Richard
>>> <SamSafety@aol.com> 2/19/2013 5:17 PM >>>
Your message is ready to be sent with the following file or link attachments:

DSC_0972
DSC_0973

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

**2 attachments**



**DSC_0972.jpg**
98K



**DSC_0973.jpg**
98K



Jeff Yates <jeffryates@gmail.com>

---

## yard sign request

1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                    Wed, Apr 10, 2013 at 9:19 PM
To: samsafety@aol.com
Cc: "ji38@aol.com" <ji38@aol.com>, JJ Isbell <jisbell@texastranseastern.com>

Richard,

Here are the yard sign requests from the last two days.

Thanks for all your help.

Jeff

---

📎 **4_8and4_9yardsignrequests.xlsx**
23K



Jeff Yates <jeffryates@gmail.com>

# list of district C voters

1 message

**Richard** <samsafety@aol.com>                                      Fri, Apr 12, 2013 at 3:55 PM
To: jeffryates@gmail.com

Jeff,
Please find attached District C & District E voters list.  These are the voters that voted in the last 3 elections.
Johnny said you wanted for a call list and survey..Richard

**2 attachments**

**Walk List C.xlr**
265K

**walk list E.xlr**
497K

Subject to protective order                                      Yates 548



Jeff Yates <jeffryates@gmail.com>

## sign list
1 message

**Richard** <samsafety@aol.com>                                                Fri, Apr 12, 2013 at 4:21 PM
To: jeffryates@gmail.com

Jeff,
Have you received the sign list for yesterday?  Richard

Subject to protective order                                                    Yates 549

 Gmail
by Google

Jeff Yates <jeffryates@gmail.com>

---

## Re: list of district C voters

1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                    Sat, Apr 13, 2013 at 1:09 PM
To: Richard <samsafety@aol.com>

Thanks Richard.


On Fri, Apr 12, 2013 at 3:55 PM, Richard <samsafety@aol.com> wrote:
> Jeff,
> Please find attached District C & District E voters list.  These are the voters that voted in the last 3 elections.
> Johnny said you wanted for a call list and survey..Richard

---

2 attachments

📄 **Walk List C.xlr**
265K

📄 **walk list E.xlr**
497K

Subject to protective order                                    Yates 550



Jeff Yates <jeffryates@gmail.com>

---

## Re: sign list
1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                   Sat, Apr 13, 2013 at 1:21 PM
To: Richard <samsafety@aol.com>

Richard,

Here are the most recent requests.

Thanks,
Jeff

On Fri, Apr 12, 2013 at 4:21 PM, Richard <samsafety@aol.com> wrote:
> Jeff,
> Have you received the sign list for yesterday?  Richard

---

📄 **signrequestsforRichard.xlsx**
   12K



Jeff Yates <jeffryates@gmail.com>

# Headquarters Address
1 message

**Richard** <samsafety@aol.com>                                    Tue, Apr 23, 2013 at 1:14 PM
To: jeffryates@gmail.com

Jeff,
It was my pleasure seeing you at lunch today.  We should do this more often and invite Johnny to pick up the check.
Our Headquarters Address is:  4818 Fairmont.  You can send the overs to this address and will help with my
back...Richard

Subject to protective order



Jeff Yates <jeffryates@gmail.com>

---

## Re: Headquarters Address
1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                    Tue, Apr 23, 2013 at 3:08 PM
To: Richard <samsafety@aol.com>

The pleasure was all mine Richard.  It was so funny that I was talking about you with Johnny; saying that good people like you really make him (and Pasadena) look good.

Thanks for all the help my friend.
Jeff

On Tue, Apr 23, 2013 at 1:14 PM, Richard <samsafety@aol.com> wrote:
  Jeff,
  It was my pleasure seeing you at lunch today.  We should do this more often and invite Johnny to pick up the
  check.  Our Headquarters Address is:  4818 Fairmont.  You can send the overs to this address and will help with my
  back...Richard

Subject to protective order                                    Yates 553



Jeff Yates <jeffryates@gmail.com>

## Re: Headquarters Address

1 message

**Richard** <samsafety@aol.com>                                        Tue, Apr 23, 2013 at 3:21 PM
To: jeffryates@gmail.com

Jeff,
A man came in the H.Q's this afternoon and wanted us to take his name of the mailing list.  Come to find out, he wants
Isbell's but not Guerrero.  I told him we would pull his address for Rick Guerrero.  His address is 3318 Suiterway,
Pasadena, TX 77503


-----Original Message-----
From: Jeff Yates <jeffryates@gmail.com>
To: Richard <samsafety@aol.com>
Sent: Tue, Apr 23, 2013 3:08 pm
Subject: Re: Headquarters Address

The pleasure was all mine Richard.  It was so funny that I was talking about you with Johnny; saying that good people
like you really make him (and Pasadena) look good.

Thanks for all the help my friend.
Jeff


On Tue, Apr 23, 2013 at 1:14 PM, Richard <samsafety@aol.com> wrote:
 Jeff,
 It was my pleasure seeing you at lunch today.  We should do this more often and invite Johnny to pick up the
 check.  Our Headquarters Address is:  4818 Fairmont.  You can send the overs to this address and will help with my
 back...Richard

Subject to protective order

Yates 554

 **G🖂ail**
by Google

Jeff Yates <jeffryates@gmail.com>

---

## Fwd: Headquarters Address

1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                              Wed, Apr 24, 2013 at 4:41 PM
To: Spencer Neumann <Spencerneumann1@aol.com>

Please pull off Rick G. file (see above).

Thanks,
Jeff
---------- Forwarded message ----------
From: **Richard** <samsafety@aol.com>
Date: Tue, Apr 23, 2013 at 3:21 PM
Subject: Re: Headquarters Address
To: jeffryates@gmail.com


Jeff,
A man came in the H.Q's this afternoon and wanted us to take his name of the mailing list.  Come to find out, he wants
Isbell's but not Guerrero.  I told him we would pull his address for Rick Guerrero.  His address is 3318 Suiterway,
Pasadena, TX 77503


-----Original Message-----
From: Jeff Yates <jeffryates@gmail.com>
To: Richard <samsafety@aol.com>
Sent: Tue, Apr 23, 2013 3:08 pm
Subject: Re: Headquarters Address

The pleasure was all mine Richard.  It was so funny that I was talking about you with Johnny; saying that good people
like you really make him (and Pasadena) look good.

Thanks for all the help my friend.
Jeff


On Tue, Apr 23, 2013 at 1:14 PM, Richard <samsafety@aol.com> wrote:
> Jeff,
> It was my pleasure seeing you at lunch today.  We should do this more often and invite Johnny to pick up the
> check.  Our Headquarters Address is:  4818 Fairmont.  You can send the overs to this address and will help with my
> back...Richard

Subject to protective order                                    Yates 555



Jeff Yates <jeffryates@gmail.com>

## Extra's

1 message

**Richard** <samsafety@aol.com>                                      Tue, May 7, 2013 at 5:23 PM
To: jeffryates@gmail.com

Jeff,
Would you please send all the extra's to the headquarters at 4818 Fairmont.  We dont' have any thing to pass out at the polls on election day.  Also, Rick Guerrero ask me to have you send his to our H.Q's .

Subject to protective order



Jeff Yates <jeffryates@gmail.com>

## out of office Re: Extra's
1 message

**Jeff Yates** <jeffryates@gmail.com>                                     Tue, May 7, 2013 at 5:23 PM
To: samsafety@aol.com

I will be out of the office with limited internet access through late Monday, May 6th.  I will review your message as
soon as possible.

Thanks, Jeff

Subject to protective order



Jeff Yates <jeffryates@gmail.com>

## list for District A with phone numbers

1 message

---

**Richard** <samsafety@aol.com>                                    Wed, May 8, 2013 at 11:23 AM
To: jeffryates@gmail.com

Jeff.
Would you please send me the District A list with phone numbers.  Thanks

Subject to protective order



Jeff Yates <jeffryates@gmail.com>

---

## List for District A phone numbers
1 message

---

**Richard** <samsafety@aol.com>                                     Wed, May 8, 2013 at 2:36 PM
To: jeffryates@gmail.com

Good evening Jeff,
If you could forward me a copy of the district A list phone numbers, would appreciate.  Trying to make calls tomorrow
night.

Subject to protective order                                     Yates 559



Jeff Yates <jeffryates@gmail.com>

---

## Re: List for District A phone numbers

1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                   Wed, May 8, 2013 at 4:05 PM
To: Richard <samsafety@aol.com>

No problem Richard...having file run tonight.


On May 8, 2013, at 2:36 PM, Richard <samsafety@aol.com> wrote:

Good evening Jeff,
If you could forward me a copy of the district A list phone numbers, would appreciate.  Trying to make
calls tomorrow night.

Subject to protective order

Yates 560

# EXHIBIT 39



Jeff Yates <jeffryates@gmail.com>

# Fwd: Ordinance 2014-020

1 message

**Richard** <samsafety@aol.com>                                    Tue, Apr 21, 2015 at 2:56 PM
To: jeffryates@gmail.com

Jeff,
Here is the Ordinance for the 2 minute rule..Richard


-----Original Message-----
From: Richard Scott <RScott@ci.pasadena.tx.us>
To: samsafety <samsafety@aol.com>
Sent: Tue, Apr 21, 2015 2:54 pm
Subject: Fwd: Ordinance 2014-020



>>> Amanda Mueller 4/21/2015 10:09 AM >>>
**Amanda F. Mueller**
Assistant to City Secretary

_____

📄 **14-020.pdf**
   136K



EXHIBIT
Sct 49
7-8-16
PENGAD 800-631-6989

Yates 245

## AGENDA REQUEST

2 H  NO: 2014- 020

☒ ORDINANCE    ☐ RESOLUTION

**CAPTION:** An Ordinance amending the Code of Ordinances Order of business and Qualified Adoption of Robert's Rules of Order.

**RECOMMENDATIONS & JUSTIFICATION:** An Ordinance Amending Code at Order of business and qualified adoption of Robert's Rules.

(IF ADDITIONAL SPACE IS REQUIRED, PLEASE ATTACH SECOND PAGE)

BUDGETED: ☐

REQUIRES APPROPRIATION: ☐

See attached Certification

Linda Rorick                        DATE:_____
REQUESTING PARTY (TYPED)

BUDGET DEPARTMENT

PURCHASING DEPARTMENT

APPROVED:

CITY ATTORNEY

MAYOR

| COUNCIL ACTION | |
|---|---|
| **FIRST READING:** | **FINAL READING:** |
| _Cayten_ MOTION | _heamon_ MOTION |
| _heamon_ SECOND | _Cote_ SECOND |
| 2-4-14 DATE | 2-18-14 DATE |
| Nays: Ybarra Harrison DEFERRED:_____ Van Houte Wheeler | Nays: Ybarra Harrison Van Houte Wheeler |

ORDINANCE NO. 2014- *020*

**An Ordinance amending the Code of Ordinances of the City of Pasadena, Texas at Section 2-24 Order of business and Section 2-26 Qualified Adoption of Robert's Rules of Order; providing a repealing clause; providing a savings clause; and providing for severability.**

BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF PASADENA:

SECTION 1.  That the Code of Ordinances of the City of Pasadena, Texas is hereby amended at Section 2-24 Order of business, to hereafter read as shown on Exhibit "A" attached hereto and incorporated herein for all purposes.

SECTION 2. That the Code of Ordinances of the City of Pasadena, Texas is hereby amended at Article II, Rules of Procedure for Council Meetings, Section 2-26, Qualified adoption of Robert's Rules of Order, to hereafter read as follows, and, except as amended herein such Chapter shall remain in full force and effect:

**Sec. 2-26. Qualified adoption of Robert's Rules of Order.**

(a)  Robert's Rules of Order Revised, a current edition, except where otherwise provided by the City Charter, the laws of the State of Texas, this article, or other ordinance of the city, shall be the rules of order of the city council; provided, however, that failure of the council to observe or act in accord with any applicable rule of order prescribed therein shall in no way operate or work to invalidate, modify or diminish any otherwise lawful action or vote of the council.

AmndCode02.OrderofBusiness14.doc

Yates 247

(b) The following Rules will specifically apply to City Councilmembers:

• A member must obtain the floor and be recognized by the presiding officer before beginning to speak.

• Each member may speak for no more than two (2) minutes on an issue under consideration except that time extensions may be granted by the presiding officer when important to clarify the matter.

• Debate must be *germane* (relevant) to the motion.

• Speakers must address all remarks to the chair; cross talk between members is not allowed.

• Speakers must be courteous and never attack other members or question the motives of the members. In controversial issues, the discussion must focus on ideas, not personalities. Members must not use inflammatory statements directed at other members of council or any other person.

SECTION 3.  That all ordinances in force when this Ordinance becomes effective which are inconsistent with, or in conflict with this Ordinance are hereby expressly repealed insofar as said ordinances are inconsistent with or are in conflict with this Ordinance.

SECTION 4.  That all rights and remedies which have accrued in favor of the City under this Chapter and amendments thereto shall be and are preserved for the benefit of the City.

AmndCode02.OrderofBusiness14.doc

Yates 248

SECTION 5.  That the City Council of the City of Pasadena, Texas does hereby declare that if any Section, subsection, paragraph, sentence, clause, phrase, word or portion of this Ordinance is declared invalid or unconstitutional by a court of competent jurisdiction, the City Council would have passed and ordained any and all remaining portions of this Ordinance without the inclusion of that portion or portions which may be so found to be unconstitutional or invalid, and declares that its intent is to make no portion of this Ordinance dependent upon the validity of any other portion thereof, and that all said remaining portions shall continue in full force and effect.

SECTION 6.  That the City Council officially determines that a sufficient written notice of the date, hour, place and subject of this meeting of the City Council was posted at a place convenient to the public at the City Hall of the City for the time required by law preceding this meeting, as required by the Open Meetings Law, Chapter 551, Texas Government Code; and that this meeting has been open to the public as required by law at all times during which this ordinance and the subject matter thereof has been discussed, considered and formally acted upon.  The City Council further confirms such written notice and the contents and posting thereof.


(SIGNATURE AND APPROVAL - NEXT PAGE)

AmndCode02.OrderofBusiness14.doc

PASSED ON FIRST READING by the City Council of the City of

Pasadena, Texas in regular meeting in the City Hall this the

*4th* day of *February* , A.D., 2014.

APPROVED this the *4th* day of *February* , A.D., 2014.

_____
JOHNNY ISBELL, MAYOR
OF THE CITY OF PASADENA, TEXAS

ATTEST:                                  APPROVED:

_____          _____
LINDA RORICK                             LEE CLARK
CITY SECRETARY                           CITY ATTORNEY
CITY OF PASADENA, TEXAS                  CITY OF PASADENA, TEXAS


PASSED ON SECOND AND FINAL READING by the City Council of the

City of Pasadena, Texas in regular meeting in the City Hall

this the *18th* day of *February* , A.D., 2014.

APPROVED this the *18th* day of *February* , A.D., 2014.

_____
JOHNNY ISBELL, MAYOR
OF THE CITY OF PASADENA, TEXAS

ATTEST:                                  APPROVED:

_____          _____
LINDA RORICK                             LEE CLARK
CITY SECRETARY                           CITY ATTORNEY
CITY OF PASADENA, TEXAS                  CITY OF PASADENA, TEXAS


AmndCode02.OrderofBusiness14.doc

# ORDER OF BUSINESS

(1)   Call to order.

(2)   Roll call of members.

(3)   Invocation.

(4)   Pledge of allegiance.

(5)   Community interest comments in accordance with Chapter 551.0415 of the Government Code; ie.

- expression of thanks, congratulations, or condolences;

- information regarding holiday schedules;

- an honorary or salutary recognition of a public official, public employee, or other citizen;

- a reminder about an upcoming event organized or sponsored by the governing body;

- information regarding a social, ceremonial, or community event; and

- announcements involving an imminent threat to the public health and safety of people in the political subdivision that has arisen after the posting of the agenda.

(6)   Citizens wishing to address council.

(7)   Docketed city council hearings.

(8)   Presentation of proclamations and awards and community events.

(9)   Proposals for city business.

Exhibit A 2014-020.doc

(10) Presentation of minutes.

(11) Presentation of minutes of special meetings.

(12) Contract change orders.

(13) Progress payments.

(14) Finance resolutions/miscellaneous claims and invoices.

(15) Personnel changes.

    a.   Regular employees.
    b.   Finance department employees.
    c.   Administration changes in personnel.
    d.   Introduction of new city employees.

(16) Mayoral appointments.

(17) City boards and commissions. Reports.

(18) Reports of committees.

(19) Mayor's report.

    a.   Ordinances.

        1.   Final readings.
        2.   First readings.
        3.   Emergency readings.
        4.   Issuance of obligations.

    b.   Resolutions.

(20) Other business.

(21) Executive session.

(22) Adjournment by the Presiding officer.

Exhibit A 2014-020.doc



---

## Re: Ordinance 2014-020

1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                      Tue, Apr 21, 2015 at 3:33 PM
To: Richard <samsafety@aol.com>

Thanks so much Richard.

On Tue, Apr 21, 2015 at 2:56 PM, Richard <samsafety@aol.com> wrote:
> Jeff,
> Here is the Ordinance for the 2 minute rule..Richard
>
>
> -----Original Message-----
> From: Richard Scott <RScott@ci.pasadena.tx.us>
> To: samsafety <samsafety@aol.com>
> Sent: Tue, Apr 21, 2015 2:54 pm
> Subject: Fwd: Ordinance 2014-020
>
>
>
> >>> Amanda Mueller 4/21/2015 10:09 AM >>>
> **Amanda F. Mueller**
> Assistant to City Secretary