# EXHIBIT 40



City of Pasadena
Example Plan 2 - 6 Single Member Districts

Areas without any district shading are industrial areas. These industrial areas have zero population.

PASADENA010133

# City of Pasadena

## Example Plan 2 - 6 Single Member Districts

### Summary 2010 Census Total and Voting Age Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 24,607 | -1.13% | 86.41% | 11.16% | 1.43% | 0.46% | 0.54% |
| 2 | 24,997 | 0.43% | 77.99% | 19.09% | 1.71% | 0.38% | 0.82% |
| 3 | 24,719 | -0.68% | 70.63% | 26.52% | 1.62% | 0.41% | 0.82% |
| 4 | 24,800 | -0.36% | 66.55% | 29.99% | 2.10% | 0.41% | 0.95% |
| 5 | 24,752 | -0.55% | 47.40% | 45.02% | 2.72% | 3.62% | 1.23% |
| 6 | 25,460 | 2.29% | 24.58% | 63.81% | 2.38% | 7.23% | 1.98% |
| **Totals** | **149,335** | | **62.08%** | **32.75%** | **2.00%** | **2.11%** | **1.06%** |

Ideal Size = 149,335 / 6 = 24,889 per district.

Total Maximum Deviation = 2.29% - (-1.13%) = 3.43%

Some percentages may be subject to rounding error.

| District | Total VAP* | | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|---|
| 1 | 15,962 | | 82.85% | 14.62% | 1.42% | 0.58% | 0.55% |
| 2 | 16,551 | | 72.46% | 24.44% | 1.78% | 0.48% | 0.85% |
| 3 | 16,599 | | 65.21% | 31.94% | 1.57% | 0.50% | 0.80% |
| 4 | 17,068 | | 59.08% | 37.58% | 1.91% | 0.52% | 0.91% |
| 5 | 18,460 | | 41.21% | 51.33% | 2.64% | 3.72% | 1.08% |
| 6 | 18,860 | | 21.20% | 67.67% | 2.10% | 7.41% | 1.61% |
| **Totals** | **103,500** | | **55.78%** | **38.97%** | **1.92%** | **2.35%** | **0.98%** |

*Voting Age Population

Some percentages may be subject to rounding error.

1/27/2014

PASADENA010134

# City of Pasadena

Example Plan 2 - 6 Single Member Districts

Detailed 2010 Census Total and Voting Age Population

| District | Persons | Ideal Size | Deviation | Hispanic | % of Total Hispanic Population | Anglo | % of Total Anglo Population | Black | % of Total Black Population | American Indian | % of Total American Indian Population | Asian | % of Total Asian Population | Hawaiian-Pacific Islander | % of Total Hawaiian Pacific Islander Population | Other | % of Total Other Population | Two or More | % of Total Two or More Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24,607 | 24,889 | -1.13% | 21,263 | 86.41% | 2,745 | 11.16% | 352 | 1.43% | 23 | 0.09% | 113 | 0.46% | 12 | 0.05% | 21 | 0.09% | 78 | 0.32% |
| 2 | 24,997 | 24,889 | 0.43% | 19,496 | 77.99% | 4,773 | 19.09% | 427 | 1.71% | 48 | 0.19% | 95 | 0.38% | 7 | 0.03% | 16 | 0.06% | 135 | 0.54% |
| 3 | 24,719 | 24,889 | -0.68% | 17,459 | 70.63% | 6,555 | 26.52% | 400 | 1.62% | 48 | 0.19% | 102 | 0.41% | 8 | 0.03% | 21 | 0.08% | 125 | 0.51% |
| 4 | 24,800 | 24,889 | -0.36% | 16,504 | 66.55% | 7,438 | 29.99% | 521 | 2.10% | 60 | 0.24% | 101 | 0.41% | 3 | 0.01% | 20 | 0.08% | 153 | 0.62% |
| 5 | 24,752 | 24,889 | -0.55% | 11,732 | 47.40% | 11,143 | 45.02% | 674 | 2.72% | 59 | 0.24% | 897 | 3.62% | 9 | 0.04% | 38 | 0.15% | 199 | 0.80% |
| 6 | 25,460 | 24,889 | 2.29% | 6,258 | 24.58% | 16,247 | 63.81% | 607 | 2.38% | 74 | 0.29% | 1,840 | 7.23% | 29 | 0.11% | 54 | 0.21% | 348 | 1.37% |
| Totals | 149,335 | | | 92,712 | 62.08% | 48,901 | 32.75% | 2,981 | 2.00% | 312 | 0.21% | 3,148 | 2.11% | 68 | 0.05% | 170 | 0.11% | 1,038 | 0.70% |

Ideal Size = 149,335 / 6 = 24,889 per district.
Some percentages may be subject to rounding error.

| District | Total VAP* | | | Hispanic VAP | % of Total Hispanic VAP | Anglo VAP | % of Total Anglo VAP | Black VAP | % of Total Black VAP | American Indian VAP | % of Total American Indian VAP | Asian VAP | % of Total Asian VAP | Hawaiian-Pacific Islander VAP | % of Total Hawaiian-Pacific Islander VAP | Other VAP | % of Total Other VAP | Two or More VAP | % of Total Two or More VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15,962 | | | 13,224 | 82.85% | 2,333 | 14.62% | 226 | 1.42% | 22 | 0.14% | 92 | 0.58% | 6 | 0.04% | 11 | 0.07% | 48 | 0.30% |
| 2 | 16,551 | | | 11,993 | 72.46% | 4,045 | 24.44% | 294 | 1.78% | 40 | 0.24% | 80 | 0.48% | 7 | 0.04% | 13 | 0.08% | 80 | 0.48% |
| 3 | 16,599 | | | 10,825 | 65.21% | 5,301 | 31.94% | 260 | 1.57% | 39 | 0.23% | 83 | 0.50% | 7 | 0.04% | 13 | 0.08% | 73 | 0.44% |
| 4 | 17,068 | | | 10,083 | 59.08% | 6,415 | 37.58% | 326 | 1.91% | 46 | 0.27% | 89 | 0.52% | 3 | 0.02% | 14 | 0.08% | 92 | 0.54% |
| 5 | 18,460 | | | 7,608 | 41.21% | 9,475 | 51.33% | 488 | 2.64% | 43 | 0.23% | 687 | 3.72% | 8 | 0.04% | 26 | 0.14% | 122 | 0.66% |
| 6 | 18,860 | | | 3,998 | 21.20% | 12,762 | 67.67% | 396 | 2.10% | 59 | 0.31% | 1,397 | 7.41% | 14 | 0.07% | 25 | 0.13% | 206 | 1.09% |
| Totals | 103,500 | | | 57,731 | 55.78% | 40,331 | 38.97% | 1,990 | 1.92% | 249 | 0.24% | 2,428 | 2.35% | 45 | 0.04% | 102 | 0.10% | 621 | 0.60% |

*Voting Age Population
Some percentages may be subject to rounding error.

1/27/2014

PASADENA010135

City of Pasadena
Example Plan 2 - 6 Single Member District
2010 Voting Age Population and 2011 Registered Voters- Spanish Surname Registered Voters

| District | Total VAP | All Registered Voters | SSRV | Percent SSRV |
|---|---|---|---|---|
| 1 | 15,962 | 6,491 | 3,980 | 61.32% |
| 2 | 16,551 | 7,186 | 3,502 | 48.74% |
| 3 | 16,599 | 9,005 | 4,287 | 47.61% |
| 4 | 17,068 | 8,829 | 3,157 | 35.76% |
| 5 | 18,460 | 10,306 | 2,707 | 26.26% |
| 6 | 18,860 | 15,361 | 2,134 | 13.89% |
| Totals: | 103,500 | 57,178 | 19,767 | 34.57% |

1/27/2014

PASADENA010136

REVISED - City of Pasadena
Estimates of Spanish Surname Registered Voters (SSRV)
January 31, 2014
For Example Plans 1, 2, and 3

| Plan 1 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 6,601 | 4,465 | 7,531 | 3,998 | 9,093 | 4,817 | 9,365 | 3,841 | 11,529 | 3,725 | 15,917 | 2,497 |
|  | 67.64% |  | 53.08% |  | 52.97% |  | 41.01% |  | 32.31% |  | 15.69% |

| Plan 2 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 6,425 | 4,346 | 7,408 | 4,086 | 9,093 | 4,817 | 8,754 | 3,721 | 12,144 | 3,875 | 15,917 | 2,497 |
|  | 67.65% |  | 55.16% |  | 52.97% |  | 42.50% |  | 31.91% |  | 15.69% |

| Plan 3 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 7,350 | 4,570 | 6,138 | 3,636 | 8,798 | 4,633 | 9,334 | 3,871 | 11,782 | 3,849 | 15,917 | 2,497 |
|  | 62.18% |  | 59.24% |  | 52.65% |  | 41.47% |  | 32.67% |  | 15.69% |

Data obtained from the Texas Secretary of State (Total Voters and SSRV) and from Harris County

Elections (election precincts).

Please see methodology attachment

*2010 Census Voting Age Population*
*was used to allocate SSRV in*
*election precincts that were split*
*by a district boundary.*

Prepared By: Bickerstaff Heath Delgado Acosta LLP
4/11/2014

PASADENA010142

City of Pasadena
6 Single Member District Example Plans 1, 2, and 3
Reporting of Hispanic Citizen Voting Age Percentages for Each Plan

| Block Group Allocation of 2008-2012 Special Tabulation Citizenship Data | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Example Plan 1** | | | **Example Plan 2** | | | **Example Plan 3** | |
| **District 1** | | | **District 1** | | | **District 1** | |
| | HCVAP | 6,925 | | HCVAP | 6,795 | | HCVAP | 7,610 |
| | TCVAP | 10,215 | | TCVAP | 9,845 | | TCVAP | 11,805 |
| | %HCVAP | 67.79% | | %HCVAP | 69.02% | | %HCVAP | 64.46% |
| **District 2** | | | **District 2** | | | **District 2** | |
| | HCVAP | 6,180 | | HCVAP | 6,525 | | HCVAP | 5,100 |
| | TCVAP | 11,070 | | TCVAP | 11,670 | | TCVAP | 8,860 |
| | %HCVAP | 55.83% | | %HCVAP | 55.91% | | %HCVAP | 57.56% |
| **District 3** | | | **District 3** | | | **District 3** | |
| | HCVAP | 6,755 | | HCVAP | 7,370 | | HCVAP | 7,150 |
| | TCVAP | 12,485 | | TCVAP | 13,560 | | TCVAP | 13,405 |
| | %HCVAP | 54.10% | | %HCVAP | 54.35% | | %HCVAP | 53.34% |
| **District 4** | | | **District 4** | | | **District 4** | |
| | HCVAP | 6,225 | | HCVAP | 5,585 | | HCVAP | 6,460 |
| | TCVAP | 14,045 | | TCVAP | 12,505 | | TCVAP | 14,060 |
| | %HCVAP | 44.32% | | %HCVAP | 44.66% | | %HCVAP | 45.95% |

Prepared By: Bickerstaff Heath Delgado Acosta LLP
Data Sources: 2008-2012 5-Year ACS Special Tabulation Data files as requested by the Department of Justice.

2/6/2014

PASADENA010128

# EXHIBIT 41



**City of Pasadena - Composite Draft Adopted August 30, 2011**

Legend
- Incumbents
- Current Districts - Benchmark
- 2010 Census Blocks
- Composite Draft Adopted
  - A B C D E F G H

Background Image: ESRI World Street Map

0  0.35  0.7          1.4
Miles

Coordinate System: GCS North American 1983;
Datum: North American 1983; Created: 9/8/11

© 2011 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other
features obtained from the 2010
Tiger/line files, U.S. Census Bureau

PASADENA000148

# EXHIBIT 42

# City of Pasadena
## Composite Draft Adopted 8/30/11
## 2010 Voting Age Population and 2011 Registered Voters-
## Spanish Surname Registered Voters

| District | Total VAP | All Registered Voters | SSRV | Percent SSRV |
|----------|-----------|-----------------------|------|--------------|
| A | 11,827 | 4,849 | 2,868 | 59.15% |
| B | 11,882 | 5,519 | 2,796 | 50.66% |
| C | 11,907 | 5,212 | 2,610 | 50.08% |
| D | 12,040 | 6,720 | 3,376 | 50.24% |
| E | 13,188 | 7,087 | 2,461 | 34.73% |
| F | 14,452 | 9,142 | 2,036 | 22.27% |
| G | 13,691 | 6,172 | 2,130 | 34.51% |
| H | 14,070 | 12,255 | 1,390 | 11.34% |



EXHIBIT
tabbies
11