# EXHIBIT 43

# CITY OF PASADENA
## Election Returns

## General Election
## May 11, 2013

Agenda – May 21, 2013

RESOLUTION (B)

Exhibit "A-1"

(Official Canvass Report for the
May 11, 2013 General Election)

## Canvass Report — Election Voters — Official
### City of Pasadena, Texas — General Election and Special Election — May 11, 2013

Page 1 of 10

05/16/2013 11:05 AM
Precincts Reporting 10 of 10 = 100.00%

Total Number of Voters : 1,583 of 56,890 = 2.78%

### Mayor

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Johnny Isbell | Gilbert Pena | Totals |
|---|---|---|---|---|---|---|---|
| A | 126 | 126 | 4594 | 2.74% | 72 | 42 | 114 |
| B | 185 | 185 | 5583 | 3.31% | 135 | 43 | 178 |
| C | 94 | 94 | 5029 | 1.87% | 55 | 33 | 88 |
| D | 116 | 116 | 6854 | 1.69% | 80 | 33 | 113 |
| E | 284 | 284 | 7197 | 3.95% | 210 | 66 | 276 |
| F | 205 | 205 | 9180 | 2.23% | 186 | 16 | 202 |
| G | 131 | 131 | 6179 | 2.12% | 112 | 17 | 129 |
| H South | 38 | 38 | 0 | 00.00% | 38 | 0 | 38 |
| H North | 340 | 340 | 12274 | 2.77% | 317 | 23 | 340 |
| H Bay Area | 64 | 64 | 0 | 00.00% | 54 | 7 | 61 |
| Totals | 1583 | 1583 | 56890 | | 1259 | 280 | 1539 |

**Canvass Report — Election Voters — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**

Page 2 of 10

Total Number of Voters : 1,583 of 56,890 = 2.78%

05/16/2013 11:05 AM
Precincts Reporting 10 of 10 = 100.00%

**Councilmember - District A**

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Bruce K. Walters | Ornaldo Ybarra | Totals |
|---|---|---|---|---|---|---|---|
| A | 126 | 126 | 4594 | 2.74% | 32 | 94 | 126 |
| Totals | 126 | 126 | 4594 | | 32 | 94 | 126 |

**Canvass Report — Election Voters — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**
Page 3 of 10

Total Number of Voters : 1,583 of 56,890 = 2.78%

05/16/2013 11:05 AM
Precincts Reporting 10 of 10 = 100.00%

### Councilmember - District B

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Bruce Leamon | Barbara Legler | Richard Serna | Totals |
|---|---|---|---|---|---|---|---|---|
| B | 185 | 185 | 5583 | 3.31% | 60 | 81 | 43 | 184 |
| Totals | 185 | 185 | 5583 | | 60 | 81 | 43 | 184 |

**Canvass Report — Election Voters — Official**

**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**

Page 4 of 10

05/16/2013 11:05 AM

Total Number of Voters : 1,583 of 56,890 = 2.78%

Precincts Reporting 10 of 10 = 100.00%

**Councilmember - District C**

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Don Harrison | Rick Guerrero | Totals |
|----------|----------|----------|----------|----------|----------|----------|----------|
| C | 94 | 94 | 5029 | 1.87% | 48 | 46 | 94 |
| Totals | 94 | 94 | 5029 | | 48 | 46 | 94 |

**Canvass Report — Election Voters — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**

Page 5 of 10

05/16/2013 11:05 AM

Total Number of Voters : 1,583 of 56,890 = 2.78%

Precincts Reporting 10 of 10 = 100.00%

## Councilmember - District D

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Pat Van Houte | Ronald Whitley | Totals |
|---|---|---|---|---|---|---|---|
| D | 116 | 116 | 6854 | 1.69% | 89 | 24 | 113 |
| Totals | 116 | 116 | 6854 | | 89 | 24 | 113 |

**Canvass Report — Election Voters — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**

Page 6 of 10                                                                                    05/16/2013 11:05 AM

Total Number of Voters : 1,583 of 56,890 = 2.78%                        Precincts Reporting 10 of 10 = 100.00%

| | | | | | | Councilmember - District E | | |
|---|---|---|---|---|---|---|---|---|
| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Cody Ray Wheeler | Leroy Stanley | Totals | |
| E | 284 | 284 | 7197 | 3.95% | 150 | 129 | 279 | |
| Totals | 284 | 284 | 7197 | | 150 | 129 | 279 | |

**Canvass Report — Election Voters — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**

Page 7 of 10

Total Number of Voters : 1,583 of 56,890 = 2.78%

05/16/2013 11:05 AM
Precincts Reporting 10 of 10 = 100.00%

### Councilmember - District F

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Phil Cayten | Totals |
|---|---|---|---|---|---|---|
| F | 205 | 205 | 9180 | 2.23% | 170 | 170 |
| Totals | 205 | 205 | 9180 | | 170 | 170 |

**Canvass Report — Election Voters — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**

Page 8 of 10

05/16/2013 11:05 AM

Total Number of Voters : 1,583 of 56,890 = 2.78%

Precincts Reporting 10 of 10 = 100.00%

## Councilmember - District G

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Steve Cote | Totals |
|----------|------------------------|---------------------|--------------------|------------------|------------|--------|
| G | 131 | 131 | 6179 | 2.12% | 117 | 117 |
| Totals | 131 | 131 | 6179 | | 117 | 117 |

Canvass Report — Election Voters — Official
City of Pasadena, Texas — General Election and Special Election — May 11, 2013

Page 9 of 10

05/16/2013 11:05 AM

Total Number of Voters : 1,583 of 56,890 = 2.78%

Precincts Reporting 10 of 10 = 100.00%

### Councilmember - District H

| Precinct | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | Darrell Morrison | Totals |
|----------|----------|----------|----------|----------|----------|----------|
| H South | 38 | 38 | 0 | 00.00% | 32 | 32 |
| H North | 340 | 340 | 12274 | 2.77% | 285 | 285 |
| H Bay Area | 64 | 64 | 0 | 00.00% | 50 | 50 |
| Totals | 442 | 442 | 12274 | | 367 | 367 |

**Agenda – May 21, 2013**

**RESOLUTION (B)**

**Exhibit "A-2"**

**(Official Cumulative Report for the
May 11, 2013 General Election)**

## Cumulative Report — Official
### City of Pasadena, Texas — General Election and Special Election — May 11, 2013
Page 1 of 3

05/16/2013 10:59 AM

Total Number of Voters : 4,442 of 56,890 = 7.81%

Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|

**Mayor, Vote For 1**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Johnny Isbell | 1,328 | 89.43% | 1,013 | 76.34% | 1,259 | 81.81% | 3,600 | 82.74% |
| | Gilbert Pena | 157 | 10.57% | 314 | 23.66% | 280 | 18.19% | 751 | 17.26% |
| | Cast Votes: | 1,485 | 99.93% | 1,327 | 97.14% | 1,539 | 97.22% | 4,351 | 98.11% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1 | 0.07% | 39 | 2.86% | 44 | 2.78% | 84 | 1.89% |

**Councilmember - District A, Vote For 1**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Bruce K. Walters | 28 | 31.46% | 43 | 16.04% | 32 | 25.40% | 103 | 21.33% |
| | Ornaldo Ybarra | 61 | 68.54% | 225 | 83.96% | 94 | 74.60% | 380 | 78.67% |
| | Cast Votes: | 89 | 100.00% | 268 | 98.89% | 126 | 100.00% | 483 | 99.38% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 3 | 1.11% | 0 | 0.00% | 3 | 0.62% |

| Precincts | | | Voters | | |
|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 1 | 1 | 100.00% | 486 | 4,594 | 10.58% |

**Councilmember - District B, Vote For 1**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Bruce Leamon | 87 | 54.04% | 75 | 52.45% | 60 | 32.61% | 222 | 45.49% |
| | Barbara Legler | 48 | 29.81% | 49 | 34.27% | 81 | 44.02% | 178 | 36.48% |
| | Richard Serna | 26 | 16.15% | 19 | 13.29% | 43 | 23.37% | 88 | 18.03% |
| | Cast Votes: | 161 | 100.00% | 143 | 100.00% | 184 | 99.46% | 488 | 99.80% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 1 | 0.54% | 1 | 0.20% |

| Precincts | | | Voters | | |
|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 1 | 1 | 100.00% | 489 | 5,583 | 8.76% |

**Councilmember - District C, Vote For 1**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Don Harrison | 140 | 75.68% | 82 | 49.10% | 48 | 51.06% | 270 | 60.54% |
| | Rick Guerrero | 45 | 24.32% | 85 | 50.90% | 46 | 48.94% | 176 | 39.46% |
| | Cast Votes: | 185 | 100.00% | 167 | 100.00% | 94 | 100.00% | 446 | 100.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |

| Precincts | | | Voters | | |
|---|---|---|---|---|---|
| Counted | Total | Percent | Ballots | Registered | Percent |
| 1 | 1 | 100.00% | 446 | 5,029 | 8.87% |

## Cumulative Report — Official
### City of Pasadena, Texas  —  General Election and Special Election  —  May 11, 2013
Page 2 of 3

Total Number of Voters : 4,442 of 56,890 = 7.81%

05/16/2013 10:59 AM

Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|

**Councilmember - District D, Vote For 1**

| Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| Pat Van Houte | 132 | 83.54% | 87 | 70.16% | 89 | 78.76% | 308 | 77.97% |
| Ronald Whitley | 26 | 16.46% | 37 | 29.84% | 24 | 21.24% | 87 | 22.03% |
| Cast Votes: | 158 | 100.00% | 124 | 97.64% | 113 | 97.41% | 395 | 98.50% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 0 | 0.00% | 3 | 2.36% | 3 | 2.59% | 6 | 1.50% |

| | Precincts | | | Voters | | |
|---|---|---|---|---|---|---|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 1 | 1 | 100.00% | 401 | 6,854 | 5.85% |

**Councilmember - District E, Vote For 1**

| Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| Cody Ray Wheeler | 161 | 47.77% | 124 | 56.11% | 150 | 53.76% | 435 | 51.97% |
| Leroy Stanley | 176 | 52.23% | 97 | 43.89% | 129 | 46.24% | 402 | 48.03% |
| Cast Votes: | 337 | 100.00% | 221 | 97.79% | 279 | 98.24% | 837 | 98.82% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 0 | 0.00% | 5 | 2.21% | 5 | 1.76% | 10 | 1.18% |

| | Precincts | | | Voters | | |
|---|---|---|---|---|---|---|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 1 | 1 | 100.00% | 847 | 7,197 | 11.77% |

**Councilmember - District F, Vote For 1**

| Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|
| Phil Cayten | 184 | 100.00% | 189 | 100.00% | 170 | 100.00% | 543 | 100.00% |
| Cast Votes: | 184 | 99.46% | 189 | 88.73% | 170 | 82.93% | 543 | 90.05% |
| Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Under Votes: | 1 | 0.54% | 24 | 11.27% | 35 | 17.07% | 60 | 9.95% |

| | Precincts | | | Voters | | |
|---|---|---|---|---|---|---|
| | Counted | Total | Percent | Ballots | Registered | Percent |
| | 1 | 1 | 100.00% | 603 | 9,180 | 6.57% |

## Cumulative Report — Official
### City of Pasadena, Texas — General Election and Special Election — May 11, 2013
Page 3 of 3

05/16/2013 10:59 AM

Total Number of Voters : 4,442 of 56,890 = 7.81%

Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| **Councilmember - District G, Vote For 1** | | | | | | | | | |
| | Steve Cote | 99 | 100.00% | 81 | 100.00% | 117 | 100.00% | 297 | 100.00% |
| | Cast Votes: | 99 | 100.00% | 81 | 83.51% | 117 | 89.31% | 297 | 90.83% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 16 | 16.49% | 14 | 10.69% | 30 | 9.17% |

| | Precincts | | | Voters | | | |
|--|-----------|--|--|--------|--|--|--|
| Counted | Total | Percent | | Ballots | Registered | Percent | |
| 1 | 1 | 100.00% | | 327 | 6,179 | 5.29% | |

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| **Councilmember - District H, Vote For 1** | | | | | | | | | |
| | Darrell Morrison | 174 | 100.00% | 105 | 100.00% | 367 | 100.00% | 646 | 100.00% |
| | Cast Votes: | 174 | 100.00% | 105 | 86.07% | 367 | 83.03% | 646 | 87.53% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 17 | 13.93% | 75 | 16.97% | 92 | 12.47% |

| | Precincts | | | Voters | | | |
|--|-----------|--|--|--------|--|--|--|
| Counted | Total | Percent | | Ballots | Registered | Percent | |
| 3 | 3 | 100.00% | | 738 | 12,274 | 6.01% | |

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|--|-------|--|----------|--|-------|--|
| **Proposition 1, Vote For 1** | | | | | | | | | |
| | FOR | 1,315 | 92.67% | 1,157 | 89.41% | 1,352 | 87.68% | 3,824 | 89.87% |
| | AGAINST | 104 | 7.33% | 137 | 10.59% | 190 | 12.32% | 431 | 10.13% |
| | Cast Votes: | 1,419 | 99.93% | 1,294 | 94.73% | 1,542 | 97.41% | 4,255 | 97.39% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1 | 0.07% | 72 | 5.27% | 41 | 2.59% | 114 | 2.61% |

Agenda – May 21, 2013


RESOLUTION (B)


Exhibit "A-3"

(Official Precinct Report for the
May 11, 2013 General Election)

# Precinct Report — Official
## City of Pasadena, Texas — General Election and Special Election — May 11, 2013
### Page 1 of 10

05/16/2013 10:59 AM

Total Number of Voters : 4,442 of 56,890 = 7.81%

Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Precinct A (Ballots Cast: 486)** | | | | | | | | | |
| Mayor, Vote For 1 | | | | | | | | | |
| | Johnny Isbell | 66 | 75.86% | 125 | 49.80% | 72 | 63.16% | 263 | 58.19% |
| | Gilbert Pena | 21 | 24.14% | 126 | 50.20% | 42 | 36.84% | 189 | 41.81% |
| | Cast Votes: | 87 | 100.00% | 251 | 92.62% | 114 | 90.48% | 452 | 93.39% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 20 | 7.38% | 12 | 9.52% | 32 | 6.61% |
| Councilmember - District A, Vote For 1 | | | | | | | | | |
| | Bruce K Walters | 28 | 31.46% | 43 | 16.04% | 32 | 25.40% | 103 | 21.33% |
| | Ornaldo Ybarra | 61 | 68.54% | 225 | 83.96% | 94 | 74.60% | 380 | 78.67% |
| | Cast Votes: | 89 | 100.00% | 268 | 98.89% | 126 | 100.00% | 483 | 99.38% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 3 | 1.11% | 0 | 0.00% | 3 | 0.62% |
| Proposition 1, Vote For 1 | | | | | | | | | |
| | FOR | 75 | 88.24% | 213 | 88.02% | 105 | 88.24% | 393 | 88.12% |
| | AGAINST | 10 | 11.76% | 29 | 11.98% | 14 | 11.76% | 53 | 11.88% |
| | Cast Votes: | 85 | 100.00% | 242 | 89.30% | 119 | 94.44% | 446 | 92.53% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 29 | 10.70% | 7 | 5.56% | 36 | 7.47% |

**Precinct Report — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**
Page 2 of 10

05/16/2013 10:59 AM
Precincts Reporting 10 of 10 = 100.00%

Total Number of Voters : 4,442 of 56,890 = 7.81%

| Party | Candidate | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Precinct B  (Ballots Cast: 493)** | | | | | | | | | | |
| Mayor, Vote For 1 | | | | | | | | | | |
| | Johnny Isbell | | 152 | 92.12% | 122 | 85.92% | 135 | 75.84% | 409 | 84.33% |
| | Gilbert Pena | | 13 | 7.88% | 20 | 14.08% | 43 | 24.16% | 76 | 15.67% |
| | Cast Votes: | | 165 | 100.00% | 142 | 99.30% | 178 | 96.22% | 485 | 98.38% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 1 | 0.70% | 7 | 3.78% | 8 | 1.62% |
| Councilmember - District B, Vote For 1 | | | | | | | | | | |
| | Bruce Leamon | | 87 | 54.04% | 75 | 52.45% | 60 | 32.61% | 222 | 45.49% |
| | Barbara Legler | | 48 | 29.81% | 49 | 34.27% | 81 | 44.02% | 178 | 36.48% |
| | Richard Serna | | 26 | 16.15% | 19 | 13.29% | 43 | 23.37% | 88 | 18.03% |
| | Cast Votes: | | 161 | 100.00% | 143 | 100.00% | 184 | 99.48% | 488 | 99.80% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 0 | 0.00% | 1 | 0.54% | 1 | 0.20% |
| Proposition 1, Vote For 1 | | | | | | | | | | |
| | FOR | | 149 | 96.13% | 113 | 84.33% | 152 | 84.92% | 414 | 88.46% |
| | AGAINST | | 6 | 3.87% | 21 | 15.67% | 27 | 15.08% | 54 | 11.54% |
| | Cast Votes: | | 155 | 100.00% | 134 | 93.71% | 179 | 96.76% | 468 | 96.89% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 9 | 6.29% | 6 | 3.24% | 15 | 3.11% |

**Precinct Report — Official**

**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**

Page 3 of 10

05/16/2013 10:59 AM

Total Number of Voters : 4,442 of 56,890 = 7.81%

Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | | Absentee | | Early | | Election | | Total | |
|-------|-----------|---|----------|---|-------|---|----------|---|-------|---|
| **Precinct C  (Ballots Cast: 446)** | | | | | | | | | | |
| **Mayor, Vote For 1** | | | | | | | | | | |
| | Johnny Isbell | | 148 | 82.22% | 109 | 66.06% | 55 | 62.50% | 312 | 72.06% |
| | Gilbert Pena | | 32 | 17.78% | 56 | 33.94% | 33 | 37.50% | 121 | 27.94% |
| | Cast Votes: | | 180 | 100.00% | 165 | 98.80% | 88 | 93.62% | 433 | 98.19% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 2 | 1.20% | 6 | 6.38% | 8 | 1.81% |
| **Councilmember - District C, Vote For 1** | | | | | | | | | | |
| | Don Harrison | | 140 | 75.68% | 82 | 49.10% | 48 | 51.06% | 270 | 60.54% |
| | Rick Guerrero | | 45 | 24.32% | 85 | 50.90% | 46 | 48.94% | 176 | 39.46% |
| | Cast Votes: | | 185 | 100.00% | 167 | 100.00% | 94 | 100.00% | 446 | 100.00% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Undor Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| **Proposition 1, Vote For 1** | | | | | | | | | | |
| | FOR | | 150 | 89.82% | 139 | 86.88% | 77 | 87.50% | 366 | 88.19% |
| | AGAINST | | 17 | 10.18% | 21 | 13.13% | 11 | 12.50% | 49 | 11.81% |
| | Cast Votes: | | 167 | 100.00% | 160 | 95.81% | 88 | 93.62% | 415 | 96.96% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 7 | 4.19% | 6 | 6.38% | 13 | 3.04% |

# Precinct Report — Official
## City of Pasadena, Texas — General Election and Special Election — May 11, 2013
### Page 4 of 10

05/16/2013 10:59 AM
Precincts Reporting 10 of 10 = 100.00%

Total Number of Voters : 4,442 of 56,890 = 7.81%

| Party | Candidate | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Precinct D (Ballots Cast: 408)** | | | | | | | | | | |
| Mayor, Vote For 1 | | | | | | | | | | |
| | Johnny Isbell | | 140 | 84.85% | 99 | 79.20% | 80 | 70.80% | 319 | 79.16% |
| | Gilbert Pena | | 25 | 15.15% | 26 | 20.80% | 33 | 29.20% | 84 | 20.84% |
| | Cast Votes: | | 165 | 100.00% | 125 | 98.43% | 113 | 97.41% | 403 | 98.77% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 2 | 1.57% | 3 | 2.59% | 5 | 1.23% |
| Councilmember - District D, Vote For 1 | | | | | | | | | | |
| | Pat Van Houte | | 132 | 83.54% | 87 | 70.16% | 89 | 78.76% | 308 | 77.97% |
| | Ronald Whitley | | 26 | 16.46% | 37 | 29.84% | 24 | 21.24% | 87 | 22.03% |
| | Cast Votes: | | 158 | 100.00% | 124 | 97.64% | 113 | 97.41% | 395 | 98.50% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 3 | 2.36% | 3 | 2.59% | 6 | 1.50% |
| Proposition 1, Vote For 1 | | | | | | | | | | |
| | FOR | | 137 | 89.54% | 105 | 87.50% | 95 | 83.33% | 337 | 87.08% |
| | AGAINST | | 16 | 10.46% | 15 | 12.50% | 19 | 16.67% | 50 | 12.92% |
| | Cast Votes: | | 153 | 100.00% | 120 | 94.49% | 114 | 98.28% | 387 | 97.73% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 7 | 5.51% | 2 | 1.72% | 9 | 2.27% |

## Precinct Report — Official
### City of Pasadena, Texas — General Election and Special Election — May 11, 2013
Page 5 of 10

05/16/2013 10:59 AM

Total Number of Voters : 4,442 of 56,890 = 7.81%

Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Precinct E  (Ballots Cast: 854)** | | | | | | | | | | |
| Mayor, Vote For 1 | | | | | | | | | | |
| | Johnny Isbell | | 305 | 88.66% | 161 | 73.52% | 210 | 76.09% | 676 | 80.57% |
| | Gilbert Pena | | 39 | 11.34% | 58 | 26.48% | 66 | 23.91% | 163 | 19.43% |
| | Cast Votes: | | 344 | 100.00% | 219 | 96.90% | 276 | 97.18% | 839 | 98.24% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 7 | 3.10% | 8 | 2.82% | 15 | 1.76% |
| Councilmember - District E, Vote For 1 | | | | | | | | | | |
| | Cody Ray Wheeler | | 161 | 47.77% | 124 | 56.11% | 150 | 53.76% | 435 | 51.97% |
| | Leroy Stanley | | 176 | 52.23% | 97 | 43.89% | 129 | 46.24% | 402 | 48.03% |
| | Cast Votes: | | 337 | 100.00% | 221 | 97.79% | 279 | 98.24% | 837 | 98.82% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 5 | 2.21% | 5 | 1.76% | 10 | 1.18% |
| Proposition 1, Vote For 1 | | | | | | | | | | |
| | FOR | | 310 | 93.37% | 192 | 90.57% | 229 | 82.97% | 731 | 89.15% |
| | AGAINST | | 22 | 6.63% | 20 | 9.43% | 47 | 17.03% | 89 | 10.85% |
| | Cast Votes: | | 332 | 100.00% | 212 | 93.81% | 276 | 97.18% | 820 | 97.39% |
| | Over Votes: | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | | 0 | 0.00% | 14 | 6.19% | 8 | 2.82% | 22 | 2.61% |

## Precinct Report — Official
### City of Pasadena, Texas — General Election and Special Election — May 11, 2013
Page 6 of 10

Total Number of Voters : 4,442 of 56,890 = 7.81%

05/16/2013 10:59 AM
Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Precinct F  (Ballots Cast: 635)** | | | | | | | | | |
| Mayor, Vote For 1 | | | | | | | | | |
| | Johnny Isbell | 203 | 93.98% | 197 | 94.71% | 186 | 92.08% | 586 | 93.61% |
| | Gilbert Pena | 13 | 6.02% | 11 | 5.29% | 16 | 7.92% | 40 | 6.39% |
| | Cast Votes: | 216 | 99.54% | 208 | 97.65% | 202 | 98.54% | 626 | 98.58% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1 | 0.46% | 5 | 2.35% | 3 | 1.46% | 9 | 1.42% |
| Councilmember - District F, Vote For 1 | | | | | | | | | |
| | Phil Cayton | 184 | 100.00% | 189 | 100.00% | 170 | 100.00% | 543 | 100.00% |
| | Cast Votes: | 184 | 99.46% | 189 | 88.73% | 170 | 82.93% | 543 | 90.05% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1 | 0.54% | 24 | 11.27% | 35 | 17.07% | 60 | 9.95% |
| Proposition 1, Vote For 1 | | | | | | | | | |
| | FOR | 203 | 94.42% | 198 | 93.84% | 193 | 95.54% | 594 | 94.59% |
| | AGAINST | 12 | 5.58% | 13 | 6.16% | 9 | 4.46% | 34 | 5.41% |
| | Cast Votes: | 215 | 99.54% | 211 | 99.06% | 202 | 98.54% | 628 | 99.05% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 1 | 0.46% | 2 | 0.94% | 3 | 1.46% | 6 | 0.95% |

**Precinct Report — Official**

City of Pasadena, Texas — General Election and Special Election — May 11, 2013

Page 7 of 10

05/16/2013 10:59 AM

Total Number of Voters : 4,442 of 56,890 = 7.81%

Precincts Reporting 10 of 10 = 100.00%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|----------|---|-------|---|----------|---|-------|---|
| **Precinct G (Ballots Cast: 354)** | | | | | | | | | |
| Mayor, Vote For 1 | | | | | | | | | |
| | Johnny Isbell | 121 | 96.03% | 90 | 94.74% | 112 | 86.82% | 323 | 92.29% |
| | Gilbert Peña | 5 | 3.97% | 5 | 5.26% | 17 | 13.18% | 27 | 7.71% |
| | Cast Votes: | 126 | 100.00% | 95 | 97.94% | 129 | 98.47% | 350 | 98.87% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 2 | 2.06% | 2 | 1.53% | 4 | 1.13% |
| Councilmember - District G, Vote For 1 | | | | | | | | | |
| | Steve Cote | 99 | 100.00% | 81 | 100.00% | 117 | 100.00% | 297 | 100.00% |
| | Cast Votes: | 99 | 100.00% | 81 | 83.51% | 117 | 89.31% | 297 | 90.83% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 16 | 16.49% | 14 | 10.69% | 30 | 9.17% |
| Proposition 1, Vote For 1 | | | | | | | | | |
| | FOR | 113 | 94.96% | 85 | 91.40% | 118 | 90.08% | 316 | 92.13% |
| | AGAINST | 6 | 5.04% | 8 | 8.60% | 13 | 9.92% | 27 | 7.87% |
| | Cast Votes: | 119 | 100.00% | 93 | 95.88% | 131 | 100.00% | 343 | 98.85% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 4 | 4.12% | 0 | 0.00% | 4 | 1.15% |

# Precinct Report — Official
## City of Pasadena, Texas — General Election and Special Election — May 11, 2013
### Page 8 of 10

05/16/2013 10:59 AM
Precincts Reporting 10 of 10 = 100.00%

Total Number of Voters : 4,442 of 56,890 = 7.81%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|-------|-----------|------|------|------|------|------|------|------|------|

**Precinct H South  (Ballots Cast: 261)**

| | | | | | | | | | |
|-------|-----------|------|------|------|------|------|------|------|------|
| **Mayor, Vote For 1** | | | | | | | | | |
| | Johnny Isbell | 193 | 95.54% | 20 | 95.24% | 38 | 100.00% | 251 | 96.17% |
| | Gilbert Pena | 9 | 4.46% | 1 | 4.76% | 0 | 0.00% | 10 | 3.83% |
| | Cast Votes: | 202 | 100.00% | 21 | 100.00% | 38 | 100.00% | 261 | 100.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| **Councilmember - District H, Vote For 1** | | | | | | | | | |
| | Darrell Morrison | 174 | 100.00% | 18 | 100.00% | 32 | 100.00% | 224 | 100.00% |
| | Cast Votes: | 174 | 100.00% | 18 | 85.71% | 32 | 84.21% | 224 | 96.14% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 3 | 14.29% | 6 | 15.79% | 9 | 3.86% |
| **Proposition 1, Vote For 1** | | | | | | | | | |
| | FOR | 178 | 92.23% | 19 | 90.48% | 36 | 94.74% | 233 | 92.46% |
| | AGAINST | 15 | 7.77% | 2 | 9.52% | 2 | 5.26% | 19 | 7.54% |
| | Cast Votes: | 193 | 100.00% | 21 | 100.00% | 38 | 100.00% | 252 | 100.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |

**Precinct Report — Official**
City of Pasadena, Texas — General Election and Special Election — May 11, 2013
Page 9 of 10

05/16/2013 10:59 AM
Precincts Reporting 10 of 10 = 100.00%

Total Number of Voters : 4,442 of 56,890 = 7.81%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| Precinct H North  (Ballots Cast: 405) | | | | | | | | | |
| | **Mayor, Vote For 1** | | | | | | | | |
| | Johnny Isbell | 0 | 0.00% | 59 | 90.77% | 317 | 93.24% | 376 | 92.84% |
| | Gilbert Pena | 0 | 0.00% | 6 | 9.23% | 23 | 6.76% | 29 | 7.16% |
| | Cast Votes: | 0 | 0.00% | 65 | 100.00% | 340 | 100.00% | 405 | 100.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | **Councilmember - District H, Vote For 1** | | | | | | | | |
| | Darrell Morrison | 0 | 0.00% | 58 | 100.00% | 285 | 100.00% | 343 | 100.00% |
| | Cast Votes: | 0 | 0.00% | 58 | 89.23% | 285 | 83.82% | 343 | 84.69% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 7 | 10.77% | 55 | 16.18% | 62 | 15.31% |
| | **Proposition 1, Vote For 1** | | | | | | | | |
| | FOR | 0 | 0.00% | 59 | 90.77% | 294 | 88.82% | 353 | 89.14% |
| | AGAINST | 0 | 0.00% | 6 | 9.23% | 37 | 11.18% | 43 | 10.86% |
| | Cast Votes: | 0 | 0.00% | 65 | 100.00% | 331 | 97.35% | 396 | 97.78% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 9 | 2.65% | 9 | 2.22% |

**Precinct Report — Official**
**City of Pasadena, Texas — General Election and Special Election — May 11, 2013**
Page 10 of 10

05/16/2013 10:59 AM
Precincts Reporting 10 of 10 = 100.00%

Total Number of Voters : 4,442 of 56,890 = 7.81%

| Party | Candidate | Absentee | | Early | | Election | | Total | |
|---|---|---|---|---|---|---|---|---|---|
| **Precinct H Bay Area  (Ballots Cast: 100)** | | | | | | | | | |
| Mayor, Vote For 1 | | | | | | | | | |
| | Johnny Isbell | 0 | 0.00% | 31 | 86.11% | 54 | 88.52% | 85 | 87.63% |
| | Gilbert Pena | 0 | 0.00% | 5 | 13.89% | 7 | 11.48% | 12 | 12.37% |
| | Cast Votes: | 0 | 0.00% | 36 | 100.00% | 61 | 95.31% | 97 | 97.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 3 | 4.69% | 3 | 3.00% |
| Councilmember - District H, Vote For 1 | | | | | | | | | |
| | Darrell Morrison | 0 | 0.00% | 29 | 100.00% | 50 | 100.00% | 79 | 100.00% |
| | Cast Votes: | 0 | 0.00% | 29 | 80.56% | 50 | 78.13% | 79 | 79.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 7 | 19.44% | 14 | 21.88% | 21 | 21.00% |
| Proposition 1, Vote For 1 | | | | | | | | | |
| | FOR | 0 | 0.00% | 34 | 94.44% | 53 | 82.81% | 87 | 87.00% |
| | AGAINST | 0 | 0.00% | 2 | 5.56% | 11 | 17.19% | 13 | 13.00% |
| | Cast Votes: | 0 | 0.00% | 36 | 100.00% | 64 | 100.00% | 100 | 100.00% |
| | Over Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Under Votes: | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |

# EXHIBIT 44



Jeff Yates <jeffryates@gmail.com>

---

## Fwd: wheeler revised
1 message

---

**Jeff Yates** <jeffryates@gmail.com>                                    Sat, Apr 27, 2013 at 1:42 PM
To: Spencer Neumann <Spencerneumann1@aol.com>

please make the following edit

--------- Forwarded message ---------
From: **ji38** <ji38@aol.com>
Date: Sat, Apr 27, 2013 at 1:40 PM
Subject: Re: wheeler revised
To: Jeff Yates <jeffryates@gmail.com>


can u move the "used mayors opponents address" just under "continue to serve" statement & bold it ?


In a message dated 04/27/13 10:50:58 Central Daylight Time, jeffryates@gmail.com writes:

is this ready to go?

Thanks,
Jeff

--------- Forwarded message ----------
From: **Jeff Yates** <jeffryates@gmail.com>
Date: Fri, Apr 26, 2013 at 9:24 AM
Subject: wheeler revised
To: JJ Isbell <jisbell@texastranseastern.com>, "ji38@aol.com" <ji38@aol.com>



EXHIBIT
# 23

Subject to protective order                                    CKPS 213

# Gmail
by Google

Jeff Yates <jeffryates@gmail.com>

## AntiWheeler.pdf
1 message

**Spencer Neumann** <spencerneumann1@aol.com>                            Mon, Apr 29, 2013 at 9:39 AM
To: jeffryates@gmail.com

**AntiWheeler.pdf**
206K

Subject to protective order                                                    CKPS 214

CKPS 215

Subject to protective order

# Who is the <u>real</u> Cody Ray Wheeler?

pd pol ad Citizens to
Keep Pasadena Strong
Jerad Najvar, Treasurer
4808 Fairmont Pkwy #105
Pasadena, TX 77505

CKPS 216



Candidate Cody Ray Wheeler says that he wants to "continue serving our community."[1]

**The real Cody Ray Wheeler used Mayor Isbell's opponent's address to meet the residency requirement to run in District E.**[2]

The real Cody Ray Wheeler has only been registered to vote at his Pasadena address for six months.[2]

Candidate Cody Ray Wheeler says he wants to be "our voice at City Hall."[1]

The real Cody Ray Wheeler has never voted in a city of Pasadena election.[3]

**Registered at current address for six months?**

**Never ever voted in a City of Pasadena Election?**

**We can't trust the real Cody Ray Wheeler.**

Sources: 1. Official candidate website. 2. Official voter registration records. 3. Official city voting records.

Subject to protective order