# EXHIBIT 45

**Canvass Report — Total Voters — Official**

**Harris County, Texas — Joint Election — November 05, 2013**

Page 629 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition I

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|----------|-------------------:|----------------------:|-------------------:|------------------:|----------------:|----:|--------:|-------:|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 44 | 127 | 171 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 331 | 156 | 487 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 32 | 75 | 107 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 23 | 119 | 142 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 26 | 35 | 61 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 53 | 79 | 132 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 34 | 95 | 129 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 42 | 75 | 117 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 136 | 206 | 342 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 58 | 88 | 146 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 45 | 156 | 201 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 68 | 207 | 275 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 218 | 130 | 348 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 197 | 75 | 272 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 31 | 24 | 55 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 30 | 14 | 44 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 23 | 8 | 31 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 24 | 55 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 133 | 210 | 343 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 30 | 25 | 55 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 214 | 294 | 508 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 4 | 16 | 20 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 311 | 203 | 514 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 5 | 19 | 24 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 479 | 208 | 687 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 271 | 101 | 372 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 5 | 3 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 83 | 89 | 172 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 50 | 20 | 70 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 14 | 23 | 37 |

Case 4:14-cv-03241   Document 75-10   Filed on 07/30/16 in TXSD   Page 3 of 27

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition I

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 117 | 59 | 176 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 9 | 13 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 9 | 23 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 8 | 20 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 13 | 69 | 82 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 100 | 56 | 156 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 22 | 38 | 60 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| Totals: | 3,324 | 3,396 | 6,720 | 57,712 | | 3,292 | 3,213 | 6,505 |

# Canvass Report — Total Voters — Official
## Harris County, Texas — Joint Election — November 05, 2013
Page 631 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

### City of Pasadena, Proposition II

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 67 | 104 | 171 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 392 | 92 | 484 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 50 | 56 | 106 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 40 | 99 | 139 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 35 | 23 | 58 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 71 | 59 | 130 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 61 | 68 | 129 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 59 | 55 | 114 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 203 | 129 | 332 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 81 | 64 | 145 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 65 | 136 | 201 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 128 | 137 | 265 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 256 | 88 | 344 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 204 | 63 | 267 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 39 | 16 | 55 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 34 | 10 | 44 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 30 | 2 | 32 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 36 | 43 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 188 | 151 | 339 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 44 | 13 | 57 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 293 | 205 | 498 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 5 | 15 | 20 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 376 | 134 | 510 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 7 | 16 | 23 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 545 | 134 | 679 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 307 | 63 | 370 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 5 | 3 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 103 | 67 | 170 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 66 | 4 | 70 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 17 | 18 | 35 |

Case 4:14-cv-03241   Document 75-10   Filed on 07/30/16 in TXSD   Page 5 of 27

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%                    Precincts Reporting 1,064 of 1,064 = 100.00%

## City of Pasadena, Proposition II

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|----------|-------------------:|----------------------:|-------------------:|------------------:|----------------:|----:|--------:|-------:|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 136 | 39 | 175 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 15 | 7 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 12 | 20 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 14 | 14 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 34 | 48 | 82 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 104 | 53 | 157 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 31 | 28 | 59 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| **Totals:** | **3,324** | **3,396** | **6,720** | **57,712** | | **4,153** | **2,276** | **6,429** |

# Canvass Report — Total Voters — Official
## Harris County, Texas — Joint Election — November 05, 2013
Page 633 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

### City of Pasadena, Proposition III

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 83 | 89 | 172 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 425 | 61 | 486 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 64 | 45 | 109 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 54 | 86 | 140 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 41 | 20 | 61 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 85 | 44 | 129 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 73 | 52 | 125 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 70 | 43 | 113 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 253 | 84 | 337 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 96 | 49 | 145 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 88 | 114 | 202 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 169 | 102 | 271 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 293 | 56 | 349 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 230 | 40 | 270 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 43 | 13 | 56 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 39 | 6 | 45 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 32 | 1 | 33 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 47 | 32 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 224 | 111 | 335 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 48 | 9 | 57 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 357 | 138 | 495 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 6 | 14 | 20 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 438 | 76 | 514 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 14 | 10 | 24 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 573 | 106 | 679 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 328 | 47 | 375 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 7 | 1 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 120 | 51 | 171 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 68 | 4 | 72 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 23 | 13 | 36 |

# Canvass Report — Total Voters — Official
## Harris County, Texas — Joint Election — November 05, 2013
Page 634 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

### City of Pasadena, Proposition III

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 150 | 27 | 177 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 14 | 8 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 16 | 16 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 19 | 9 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 39 | 45 | 84 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 122 | 36 | 158 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 32 | 27 | 59 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| Totals: | 3,324 | 3,396 | 6,720 | 57,712 | | 4,783 | 1,685 | 6,468 |

# Canvass Report  —  Total Voters  —  Official
## Harris County, Texas  —  Joint Election  —  November 05, 2013
Page 635 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

### City of Pasadena, Proposition IV

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|---|---|---|---|---|---|---|---|---|
| 0051 | 0 | 0 | 0 | 1 | 0.00% | 0 | 0 | 0 |
| 0170 | 107 | 73 | 180 | 1,806 | 9.97% | 110 | 62 | 172 |
| 0174 | 198 | 311 | 509 | 3,204 | 15.89% | 460 | 34 | 494 |
| 0188 | 47 | 70 | 117 | 1,599 | 7.32% | 80 | 29 | 109 |
| 0190 | 55 | 89 | 144 | 1,694 | 8.50% | 74 | 67 | 141 |
| 0191 | 28 | 36 | 64 | 1,307 | 4.90% | 48 | 12 | 60 |
| 0242 | 61 | 73 | 134 | 1,525 | 8.79% | 103 | 28 | 131 |
| 0267 | 59 | 78 | 137 | 1,292 | 10.60% | 93 | 35 | 128 |
| 0277 | 56 | 63 | 119 | 1,423 | 8.36% | 94 | 20 | 114 |
| 0278 | 196 | 158 | 354 | 2,410 | 14.69% | 296 | 47 | 343 |
| 0279 | 72 | 77 | 149 | 1,860 | 8.01% | 118 | 27 | 145 |
| 0290 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0301 | 90 | 122 | 212 | 2,288 | 9.27% | 133 | 74 | 207 |
| 0302 | 152 | 129 | 281 | 2,649 | 10.61% | 211 | 62 | 273 |
| 0333 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0347 | 166 | 193 | 359 | 2,956 | 12.14% | 324 | 26 | 350 |
| 0348 | 173 | 103 | 276 | 1,638 | 16.85% | 246 | 28 | 274 |
| 0352 | 37 | 20 | 57 | 477 | 11.95% | 49 | 7 | 56 |
| 0377 | 23 | 23 | 46 | 548 | 8.39% | 40 | 4 | 44 |
| 0391 | 15 | 20 | 35 | 499 | 7.01% | 33 | 0 | 33 |
| 0394 | 31 | 50 | 81 | 805 | 10.06% | 56 | 23 | 79 |
| 0404 | 196 | 162 | 358 | 2,533 | 14.13% | 289 | 58 | 347 |
| 0415 | 20 | 39 | 59 | 500 | 11.80% | 51 | 6 | 57 |
| 0419 | 277 | 244 | 521 | 2,618 | 19.90% | 412 | 92 | 504 |
| 0527 | 12 | 10 | 22 | 563 | 3.91% | 16 | 5 | 21 |
| 0534 | 327 | 197 | 524 | 3,808 | 13.76% | 475 | 41 | 516 |
| 0535 | 12 | 12 | 24 | 395 | 6.08% | 13 | 10 | 23 |
| 0662 | 279 | 421 | 700 | 4,854 | 14.42% | 634 | 51 | 685 |
| 0679 | 183 | 201 | 384 | 3,295 | 11.65% | 358 | 17 | 375 |
| 0695 | 3 | 6 | 9 | 209 | 4.31% | 6 | 2 | 8 |
| 0696 | 90 | 86 | 176 | 1,987 | 8.86% | 141 | 30 | 171 |
| 0703 | 25 | 47 | 72 | 692 | 10.40% | 69 | 3 | 72 |
| 0708 | 16 | 22 | 38 | 547 | 6.95% | 28 | 8 | 36 |

**Canvass Report — Total Voters — Official**

**Harris County, Texas — Joint Election — November 05, 2013**

Page 636 of 709

11/15/2013 11:42 AM

Total Number of Voters: 260,437 of 1,967,881 = 13.23%

Precincts Reporting 1,064 of 1,064 = 100.00%

### City of Pasadena, Proposition IV

| Precinct | Early Ballots Cast | Election Ballots Cast | Total Ballots Cast | Registered Voters | Percent Turnout | FOR | AGAINST | Totals |
|----------|-------------------|----------------------|-------------------|-------------------|-----------------|-----|---------|--------|
| 0718 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| 0752 | 94 | 88 | 182 | 1,450 | 12.55% | 165 | 14 | 179 |
| 0770 | 6 | 16 | 22 | 275 | 8.00% | 20 | 2 | 22 |
| 0777 | 13 | 19 | 32 | 616 | 5.19% | 19 | 13 | 32 |
| 0785 | 9 | 21 | 30 | 298 | 10.07% | 21 | 7 | 28 |
| 0786 | 46 | 41 | 87 | 1,222 | 7.12% | 57 | 25 | 82 |
| 0793 | 112 | 52 | 164 | 1,401 | 11.71% | 141 | 21 | 162 |
| 0796 | 38 | 24 | 62 | 468 | 13.25% | 43 | 17 | 60 |
| 0950 | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 |
| **Totals:** | **3,324** | **3,396** | **6,720** | **57,712** | | **5,526** | **1,007** | **6,533** |

# EXHIBIT 46

*Oyendio*

## AGENDA REQUEST

☒ **ORDINANCE**    ☐ **RESOLUTION**    NO: 2014-073

**CAPTION:** An Ordinance of the City Council of the City of Pasadena, Texas, approving the districting of the City's six single-member Council districts and establishing new district boundary lines based on 2010 census data for Pasadena City Council elections; and providing for an effective date.

**RECOMMENDATIONS & JUSTIFICATION:** Approval of City Council district districting plan

*(IF ADDITIONAL SPACE IS REQUIRED, PLEASE ATTACH SECOND PAGE)*

**BUDGETED:** ☐
**REQUIRES APPROPRIATION:** ☐
See attached Certification

*Sarah Benavides*

**Sarah Benavides**    **DATE:** 3/20/2014
**REQUESTING PARTY** (TYPED)

_____

**BUDGET DEPARTMENT**

_____

**PURCHASING DEPARTMENT**

**APPROVED:**

**CITY ATTORNEY**

**MAYOR**

| COUNCIL ACTION | |
|---|---|
| **FIRST READING:** | **FINAL READING:** |
| *Cayten* MOTION | *Cayten* MOTION |
| *Cote* SECOND | *hedmon* SECOND |
| 4-1-14 DATE | 4-15-14 DATE |
| DEFERRED: | Nays: Ybarra Harrison Van Houte Wheeler |

EXHIBIT
51

PASADENA000196

ORDINANCE NO. _0 7 3_

**AN ORDINANCE OF THE CITY COUNCIL OF THE CITY OF PASADENA, TEXAS, APPROVING THE DISTRICTING OF THE CITY'S SIX SINGLE-MEMBER COUNCIL DISTRICTS AND ESTABLISHING NEW DISTRICT BOUNDARY LINES BASED ON 2010 CENSUS DATA FOR PASADENA CITY COUNCIL ELECTIONS; AND PROVIDING FOR AN EFFECTIVE DATE.**

**WHEREAS,** the voters of the City of Pasadena (the "City") amended the city charter to provide for a council consisting of six single-member districts and two at-large positions; and

**WHEREAS,** the City engaged the law firm of Bickerstaff Heath Delgado Acosta LLP to act as the City's redistricting consultant, including advising and assisting the City Council in preparation of a new six-district redistricting plan in compliance with applicable requirements of state and federal law; and

**WHEREAS,** during the districting process, the City provided notice to the public of its proposed discussions and development of a districting plan through meeting agendas posted in compliance with the Texas Open Meetings Act, notices on the City's website, and publication of newspaper notices regarding public hearings; and

**WHEREAS,** the City Council has considered the proposed districting plans and process at a public hearing on March 18, 2014, and has considered oral testimony, written comments, reports from the City's redistricting consultant, and various proposed plans regarding the appropriate configuration of the council member districts; and

**WHEREAS,** the City Council finds that the attached city council district districting plan is in the best interest of the citizens of the City.

**NOW, THEREFORE, BE IT ORDAINED BY THE CITY COUNCIL OF THE CITY OF PASADENA, TEXAS:**

**A.**   That the City Council hereby finds and adopts the preamble to this Ordinance.

**B.**   That the existing single-member council district boundary lines for the City of Pasadena are hereby amended, and the new districting plan depicted on the map attached hereto as **Exhibit A**, defining new districts, as such new districts are further described in the tables attached hereto as **Exhibit B** reporting populations and demographic statistics for each such new district, is hereby adopted and designated to define the City's six (6) single-member council districts from and after the Effective Date, that **Exhibits A and B** are incorporated by reference in and made a part of this ORDINANCE, and shall be kept on file in the City Secretary's Office.

**C.**   That this ORDINANCE shall take and be given effect immediately upon adoption; and that thereafter that the single-member district portion of all Pasadena City Council elections shall be held under and in accordance with the new single-member council district

districting plan here adopted by the City Council, until such time as a subsequent lawfully-enacted districting plan shall be adopted to replace this plan.

**D.**     That the City Council officially determines that a sufficient written notice of the date, hour, place and subject of this meeting of the City Council was posted at a place convenient to the public at the City Hall of the City for the time required by law preceding this meeting, as required by the Open Meetings Law, Chapter 551, Texas Government Code; and that this meeting has been open to the public as required by law at all times during which this ordinance and the subject matter thereof has been discussed, considered and formally acted upon. The City Council further confirms such written notice and the contents and posting thereof.

(SIGNATURE AND APPROVAL – NEXT PAGE)

PASADENA000198

PASSED ON FIRST READING by the City Council of the City of Pasadena, Texas in regular meeting in the City Hall this the ___1st___ day of ___April___, A.D., 2014.

APPROVED this the ___1st___ day of ___April___, A.D., 2014

JOHNNY ISBELL, MAYOR
OF THE CITY OF PASADENA, TEXAS

ATTEST:                                    APPROVED:

LINDA RORICK                               LEE CLARK
CITY SECRETARY                             CITY ATTORNEY
CITY OF PASADENA, TEXAS                    CITY OF PASADENA, TEXAS

PASSED ON SECOND AND FINAL READING by the City Council of the City of Pasadena, Texas in regular meeting in the City Hall this the ___15th___ day of ___April___, A.D., 2014.

APPROVED this the ___15th___ day of ___April___, A.D., 2014

JOHNNY ISBELL, MAYOR
OF THE CITY OF PASADENA, TEXAS

ATTEST:                                    APPROVED:

LINDA RORICK                               LEE CLARK
CITY SECRETARY                             CITY ATTORNEY
CITY OF PASADENA, TEXAS                    CITY OF PASADENA, TEXAS

3

PASADENA000199

EXHIBIT "A"

**City of Pasadena**
**Example Plan 2 - 6 Single Member Districts**

Areas without any district shading are industrial areas.
These industrial areas have zero population.

Legend

Current Municipal Boundary Line

Water

Plan 1 - 6 Single Member Districts

0   0.5   1        Miles

Coordinate System: GCS North American 1983,
Datum: North American 1983, Created 2/26/2014

© 2014 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other
features obtained from the 2010

PASADENA000200

EXHIBIT "B"

**City of Pasadena**

**Estimates of Spanish Surname Registered Voters (SSRV)**

**January 31, 2014**

**For Example Plans 1, 2, and 3**

| Plan 1 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 6,601 | 4,465 | 7,531 | 3,998 | 9,093 | 4,817 | 9,365 | 3,841 | 11,529 | 3,725 | 29,512 | 4,419 |
| | 67.64% | | 53.08% | | 52.97% | | 41.01% | | 32.31% | | 14.97% |

| Plan 2 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 6,425 | 4,346 | 7,408 | 4,086 | 9,093 | 4,817 | 8,754 | 3,721 | 12,144 | 3,875 | 29,512 | 4,419 |
| | 67.65% | | 55.16% | | 52.97% | | 42.50% | | 31.91% | | 14.97% |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 7,350 | 4,570 | 6,138 | 3,636 | 8,798 | 4,633 | 9,334 | 3,871 | 11,782 | 3,849 | 29,512 | 4,419 |
| | 62.18% | | 59.24% | | 52.65% | | 41.47% | | 32.67% | | 14.97% |

Data obtained from the Texas Secretary of State (Total Voters and SSRV) and from Harris County
Elections (election precincts).

*2010 Census Voting Age Population
was used to allocate SSRV in
election precincts that were split
by a district boundary.*

Prepared By: Bickerstaff Heath Delgado Acosta LLP
3/7/2014

PASADENA000201

EXHIBIT "B"

### City of Pasadena
### Estimates of Spanish Surname Registered Voters (SSRV)
### January 31, 2014
### For Example Plans 1, 2, and 3

| Plan 1 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 6,601 | 4,465 | 7,531 | 3,998 | 9,093 | 4,817 | 9,365 | 3,841 | 11,529 | 3,725 | 29,512 | 4,419 |
| | 67.64% | | 53.08% | | 52.97% | | 41.01% | | 32.31% | | 14.97% |

| Plan 2 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 6,425 | 4,346 | 7,408 | 4,086 | 9,093 | 4,817 | 8,754 | 3,721 | 12,144 | 3,875 | 29,512 | 4,419 |
| | 67.65% | | 55.16% | | 52.97% | | 42.50% | | 31.91% | | 14.97% |

| Plan 3 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
| Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| 7,350 | 4,570 | 6,138 | 3,636 | 8,798 | 4,633 | 9,334 | 3,871 | 11,782 | 3,849 | 29,512 | 4,419 |
| | 62.18% | | 59.24% | | 52.65% | | 41.47% | | 32.67% | | 14.97% |

Data obtained from the Texas Secretary of State (Total Voters and SSRV) and from Harris County
Elections (election precincts).

*2010 Census Voting Age Population
was used to allocate SSRV in
election precincts that were split
by a district boundary.*

Prepared By: Bickerstaff Heath Delgado Acosta LLP
3/7/2014

PASADENA000202

EXHIBIT "A"

# City of Pasadena
# Example Plan 2 - 6 Single Member Districts

Areas without any district shading are industrial areas.
These industrial areas have zero population.

Legend

Current Municipal Boundary Line

Water

Plan 1 - 6 Single Member Districts

0   0.5   1        2 Miles

Coordinate System: GCS North American 1983;
Datum: North American 1983; Created:2/26/2014

© 2014 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other
features obtained from the 2010
Tiger/line files, U.S. Census Bureau

Galveston Bay

PASADENA 00203

# EXHIBIT 47

# City of Pasadena

## Composite Draft Adopted 8/30/11
## 2010 Voting Age Population and 2011 Registered Voters-
## Spanish Surname Registered Voters

| District | Total VAP | All Registered Voters | SSRV | Percent SSRV |
|----------|-----------|------------------------|------|--------------|
| A | 11,827 | 4,849 | 2,868 | 59.15% |
| B | 11,882 | 5,519 | 2,796 | 50.66% |
| C | 11,907 | 5,212 | 2,610 | 50.08% |
| D | 12,040 | 6,720 | 3,376 | 50.24% |
| E | 13,188 | 7,087 | 2,461 | 34.73% |
| F | 14,452 | 9,142 | 2,036 | 22.27% |
| G | 13,691 | 6,172 | 2,130 | 34.51% |
| H | 14,070 | 12,255 | 1,390 | 11.34% |

PASADENA000156

# EXHIBIT 48

# City of Pasadena

## Example Plan 2 - 6 Single Member Districts

Summary 2010 Census Total and Voting Age Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 24,607 | -1.13% | 86.41% | 11.16% | 1.43% | 0.46% | 0.54% |
| 2 | 24,997 | 0.43% | 77.99% | 19.09% | 1.71% | 0.38% | 0.82% |
| 3 | 24,719 | -0.68% | 70.63% | 26.52% | 1.62% | 0.41% | 0.82% |
| 4 | 24,800 | -0.36% | 66.55% | 29.99% | 2.10% | 0.41% | 0.95% |
| 5 | 24,752 | -0.55% | 47.40% | 45.02% | 2.72% | 3.62% | 1.23% |
| 6 | 25,460 | 2.29% | 24.58% | 63.81% | 2.38% | 7.23% | 1.98% |
| **Totals** | **149,335** | | **62.08%** | **32.75%** | **2.00%** | **2.11%** | **1.06%** |

**Ideal Size = 149,335 / 6 = 24,889 per district.**

**Total Maximum Deviation = 2.29% - (-1.13%) = 3.43%**

Some percentages may be subject to rounding error.

| District | Total VAP* | | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|---|
| 1 | 15,962 | | 82.85% | 14.62% | 1.42% | 0.58% | 0.55% |
| 2 | 16,551 | | 72.46% | 24.44% | 1.78% | 0.48% | 0.85% |
| 3 | 16,599 | | 65.21% | 31.94% | 1.57% | 0.50% | 0.80% |
| 4 | 17,068 | | 59.08% | 37.58% | 1.91% | 0.52% | 0.91% |
| 5 | 18,460 | | 41.21% | 51.33% | 2.64% | 3.72% | 1.08% |
| 6 | 18,860 | | 21.20% | 67.67% | 2.10% | 7.41% | 1.61% |
| **Totals** | **103,500** | | **55.78%** | **38.97%** | **1.92%** | **2.35%** | **0.98%** |

*Voting Age Population

Some percentages may be subject to rounding error.

1/27/2014

PASADENA000184

# City of Pasadena

## Example Plan 2 - 6 Single Member Districts

### Detailed 2010 Census Total and Voting Age Population

| District | Persons | Ideal Size | Deviation | Hispanic | % of Total Hispanic Population | Anglo | % of Total Anglo Population | Black | % of Total Black Population | American Indian | % of Total American Indian Population | Asian | % of Total Asian Population | Hawaiian-Pacific Islander | % of Total Hawaiian Pacific Islander Population | Other | % of Total Other Population | Two or More | % of Total Two or More Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 24,607 | 24,889 | -1.13% | 21,263 | 86.41% | 2,745 | 11.16% | 352 | 1.43% | 23 | 0.09% | 113 | 0.46% | 12 | 0.05% | 21 | 0.09% | 78 | 0.32% |
| 2 | 24,997 | 24,889 | 0.43% | 19,496 | 77.99% | 4,773 | 19.09% | 427 | 1.71% | 48 | 0.19% | 95 | 0.38% | 7 | 0.03% | 16 | 0.06% | 135 | 0.54% |
| 3 | 24,719 | 24,889 | -0.68% | 17,459 | 70.63% | 6,555 | 26.52% | 400 | 1.62% | 48 | 0.19% | 102 | 0.41% | 8 | 0.03% | 21 | 0.08% | 125 | 0.51% |
| 4 | 24,800 | 24,889 | -0.36% | 16,504 | 66.55% | 7,438 | 29.99% | 521 | 2.10% | 60 | 0.24% | 101 | 0.41% | 3 | 0.01% | 20 | 0.08% | 153 | 0.62% |
| 5 | 24,752 | 24,889 | -0.55% | 11,732 | 47.40% | 11,143 | 45.02% | 674 | 2.72% | 59 | 0.24% | 897 | 3.62% | 9 | 0.04% | 38 | 0.15% | 199 | 0.80% |
| 6 | 25,460 | 24,889 | 2.29% | 6,258 | 24.58% | 16,247 | 63.81% | 607 | 2.38% | 74 | 0.29% | 1,840 | 7.23% | 29 | 0.11% | 54 | 0.21% | 348 | 1.37% |
| **Totals** | **149,335** | | | **92,712** | **62.08%** | **48,901** | **32.75%** | **2,981** | **2.00%** | **312** | **0.21%** | **3,148** | **2.11%** | **68** | **0.05%** | **170** | **0.11%** | **1,038** | **0.70%** |

Ideal Size = 149,335 / 6 = 24,889 per district.

Some percentages may be subject to rounding error.

| District | Total VAP* | | | Hispanic VAP | % of Total Hispanic VAP | Anglo VAP | % of Total Anglo VAP | Black VAP | % of Total Black VAP | American Indian VAP | % of Total American Indian VAP | Asian VAP | % of Total Asian VAP | Hawaiian-Pacific Islander VAP | % of Total Hawaiian-Pacific Islander VAP | Other VAP | % of Total Other VAP | Two or More VAP | % of Total Two or More VAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 15,962 | | | 13,224 | 82.85% | 2,333 | 14.62% | 226 | 1.42% | 22 | 0.14% | 92 | 0.58% | 6 | 0.04% | 11 | 0.07% | 48 | 0.30% |
| 2 | 16,551 | | | 11,993 | 72.46% | 4,045 | 24.44% | 294 | 1.78% | 40 | 0.24% | 80 | 0.48% | 7 | 0.04% | 13 | 0.08% | 80 | 0.48% |
| 3 | 16,599 | | | 10,825 | 65.21% | 5,301 | 31.94% | 260 | 1.57% | 39 | 0.23% | 83 | 0.50% | 7 | 0.04% | 13 | 0.08% | 73 | 0.44% |
| 4 | 17,068 | | | 10,083 | 59.08% | 6,415 | 37.58% | 326 | 1.91% | 46 | 0.27% | 89 | 0.52% | 3 | 0.02% | 14 | 0.08% | 92 | 0.54% |
| 5 | 18,460 | | | 7,608 | 41.21% | 9,475 | 51.33% | 488 | 2.64% | 43 | 0.23% | 687 | 3.72% | 8 | 0.04% | 26 | 0.14% | 122 | 0.66% |
| 6 | 18,860 | | | 3,998 | 21.20% | 12,762 | 67.67% | 396 | 2.10% | 59 | 0.31% | 1,397 | 7.41% | 14 | 0.07% | 25 | 0.13% | 206 | 1.09% |
| **Totals** | **103,500** | | | **57,731** | **55.78%** | **40,331** | **38.97%** | **1,990** | **1.92%** | **249** | **0.24%** | **2,428** | **2.35%** | **45** | **0.04%** | **102** | **0.10%** | **621** | **0.60%** |

*Voting Age Population

Some percentages may be subject to rounding error.

1/27/2014

PASADENA000185

City of Pasadena
Example Plan 2 - 6 Single Member District
2010 Voting Age Population and 2011 Registered Voters- Spanish Surname Registered Voters

| District | Total VAP | All Registered Voters | SSRV | Percent SSRV |
|---|---|---|---|---|
| 1 | 15,962 | 6,491 | 3,980 | 61.32% |
| 2 | 16,551 | 7,186 | 3,502 | 48.74% |
| 3 | 16,599 | 9,005 | 4,287 | 47.61% |
| 4 | 17,068 | 8,829 | 3,157 | 35.76% |
| 5 | 18,460 | 10,306 | 2,707 | 26.26% |
| 6 | 18,860 | 15,361 | 2,134 | 13.89% |
| Totals: | 103,500 | 57,178 | 19,767 | 34.57% |

1/27/2014

PASADENA000186

**City of Pasadena**
**Analysis of Hispanic Citizenship**
**Using the ACS 5-Year 2008-2012 Special Tabulation Block Group Level File**
**For the 2011 8-SMD Adopted Plan**

**ACS 5-Year 2008-2012 Citizenship at Whole Block Group Level***

| 2011 Adopted Plan | Total CVAP | Hispanic CVAP | Percent Hispanic CVAP |
|---|---|---|---|
| A | 7,325 | 4,760 | 64.98% |
| B | 9,030 | 5,280 | 58.47% |
| C | 7,980 | 5,175 | 64.85% |
| D | 9,665 | 4,820 | 49.87% |
| E | 10,560 | 4,750 | 44.98% |
| F | 11,060 | 3,370 | 30.47% |
| G | 10,360 | 4,135 | 39.91% |
| H | 20,405 | 3,350 | 16.42% |

*Whole block groups are split by the single member district boundaries.*

12/4/2014
2014 BHDA

# REVISED - City of Pasadena
## Estimates of Spanish Surname Registered Voters (SSRV)
### January 31, 2014
### For Example Plans 1, 2, and 3

### Plan 1

| | District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| | 6,601 | 4,465 | 7,531 | 3,998 | 9,093 | 4,817 | 9,365 | 3,841 | 11,529 | 3,725 | 15,917 | 2,497 |
| | | 67.64% | | 53.08% | | 52.97% | | 41.01% | | 32.31% | | 15.69% |

### Plan 2

| | District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| | 6,425 | 4,346 | 7,408 | 4,086 | 9,093 | 4,817 | 8,754 | 3,721 | 12,144 | 3,875 | 15,917 | 2,497 |
| | | 67.65% | | 55.16% | | 52.97% | | 42.50% | | 31.91% | | 15.69% |

### Plan 3

| | District 1 | | District 2 | | District 3 | | District 4 | | District 5 | | District 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV | Total | SSRV |
| | 7,350 | 4,570 | 6,138 | 3,636 | 8,798 | 4,633 | 9,334 | 3,871 | 11,782 | 3,849 | 15,917 | 2,497 |
| | | 62.18% | | 59.24% | | 52.65% | | 41.47% | | 32.67% | | 15.69% |

Data obtained from the Texas Secretary of State (Total Voters and SSRV) and from Harris County

Elections (election precincts).

Please see methodology attachment

*2010 Census Voting Age Population*
*was used to allocate SSRV in*
*election precincts that were split*
*by a district boundary.*

Prepared By: Bickerstaff Heath Delgado Acosta LLP
4/11/2014

PASADENA000194



City of Pasadena
Example Plan 2 - 6 Single Member Districts
2014 Election Precincts With Highlighted Overlap

Areas without any district shading are industrial areas.
These industrial areas have zero population.

PASADENA000195