IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, <br> MARIA DEL ROSARIO MARTINEZ, <br> MARIA MARI, <br> RODOLFO R. TENREIRO, <br> PATRICIA GONZALES, <br><br> Plaintiffs, <br> v. <br><br> CITY OF PASADENA, <br> Mayor JOHNNY ISBELL, <br> Council members ORNALDO YBARRA, <br> BRUCE LEAMON, DON HARRISON, <br> PAT VAN HOUTE, <br> CODY RAY WHEELER, PHIL CAYTEN, <br> STEVE COTE, and <br> DARRELL MORRISON, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:14-cv-03241 |

### AFFIDAVIT OF ORNALDO YBARRA IN SUPPORT OF PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

1. My name is Ornaldo Ybarra. I am over the age of eighteen and fully competent to make this declaration. I am a member of the City council of the City of Pasadena, Texas, and make this declaration in support of Plaintiffs' Response in Opposition to Defendant's Motion for Summary Judgment. The facts stated in this declaration are based on my personal knowledge.

2. I represent District A on the City council and was most recently re-elected to the council in 2015. District A is a majority Latino district and I am elected with the majority of

1

Latino votes in my district. Latinos have an equal opportunity to elect their preferred candidate in my district.

3. District D, where Cody Ray Wheeler was elected in 2015, is a heavily Anglo district. Latinos are not the majority of voting age citizens in District D and Anglos decide the outcome of the election in District D. Latinos do not have an equal opportunity to elect their preferred candidate in District D.

4. Many of the voters in District D are Anglo senior citizens. It is difficult to get Anglo senior citizens to vote for Hispanics in Pasadena.

5. Cody Ray Wheeler has an Anglo-sounding name. He worked hard as a candidate and he deserves credit for his hard work but I also believe that he would not have won in District D if he had a Spanish name. Many voters who see a piece of literature or a sign without a photograph of Mr. Wheeler would probably assume he is Anglo.

6. I believe there are Anglo voters in Pasadena who will vote for candidates with an Anglo name and won't vote for a candidate with a non-Anglo name. During a campaign, a candidate can't knock on every door. It's impossible to knock on every single door. Not all voters get to meet the candidate and I believe that some of these voters support a candidate based on the candidate having an Anglo name.

7. While campaigning door to door in District A, I've had Anglo voters shut the door on me before telling me to go away. They weren't going to vote for me because I am Mexican American.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2016 in Pasadena, Texas.

_____
Ornaldo Ybarra