# EXHIBIT 3

# Ernest Herrera

| | |
|---|---|
| **From:** | Bob Heath <BHeath@bickerstaff.com> |
| **Sent:** | Wednesday, August 03, 2016 2:52 PM |
| **To:** | Ernest Herrera; Nina Perales |
| **Cc:** | Sandill, Kelly; Ahlrich, Kathryn; Gunnar Seaquist |
| **Subject:** | geocoded file |

Ernest:

In our phone conversation yesterday I said that I was fairly confident that we had given Ely the file of the geocoded voters. When you said that you thought that might have happened, I said that I would check on it. I did check, and I cannot find a record that Ely got a copy when Sherry was providing copies of her files.

Accordingly, I have put a copy on our sharefile site. You or David can go to that site and download it to your system. The link is https://bickerstaff.sharefile.com/d-sebba477b24e43279

Please let me know if you have any questions or if there is other information you need.

Bob

C. Robert Heath | Attorney | Bickerstaff Heath Delgado Acosta LLP
3711 S. Mo-Pac | Building One | Suite 300 | Austin, TX | 78746
Phone  512.472.8021 | Fax  512.320.5638

bheath@bickerstaff.com | www.bickerstaff.com

Austin | El Paso | Houston | Rio Grande Valley

CONFIDENTIALITY NOTICE:
The information contained in this transmission may be (1) subject to the Attorney-Client Privilege, (2) attorney work product, or (3) strictly confidential. If you are not the intended recipient of this message, you are notified that you may not disclose, print, copy or disseminate this information. If you have received this transmission in error, please reply and notify the sender (only) and delete the message. Unauthorized interception of this e-mail may be a violation of criminal law.