IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **ALBERTO PATINO**, *et al.* | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:14-cv-03241-LHR |
| **CITY OF PASADENA** | § § | |
| Defendant. | § § | |

# ORDER

The Court considered Plaintiffs' Objections to and Motion to Strike Defendant's Summary Judgment Evidence. Upon consideration of the motion and objections, the motion is **GRANTED.** It is **ORDERED** that Sherry McCall's declaration [Dkt. 71-1 at 6] is excluded in its entirety from consideration during summary judgment proceedings; it is **FURTHER ORDERED** that Ms. McCall's declaration is stricken from the record.

SO ORDERED this _____ day of _____ 2016.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE