# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERT PATINO, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-03241 |
| | § | |
| CITY OF PASADENA, et al., | § | |
| | § | |
| Defendants. | § | |

_____

ORAL DEPOSITION OF

BILL RIVES

February 12, 2016

_____

        ORAL DEPOSITION OF BILL RIVES, produced as a witness at
the instance of the Plaintiffs and duly sworn, was taken in the
above-styled and numbered cause on February 12, 2016, from
9:11 a.m. to 12:17 p.m., before Amanda Plano, CSR in and for
the State of Texas, reported by machine shorthand, at Mexican
American Legal Defense and Education Fund, 110 Broadway, Suite
300, San Antonio, Texas, pursuant to the Federals Rules of
Civil Procedure and the provisions stated on the record or
attached hereto.

1  matched to the 1990 Census Master Spanish Surname List?

2      A.   Right.

3      Q.   Okay.

4      A.   We used -- we used either first or second or both,

5  and I think that's where David Ely and I differ, because it has

6  to do with -- with hyphenated names.  And in some files,

7  they're not many.  In other files, there might be a few more.

8  It's never a huge percentage.

9      Q.   Mm-hmm.

10     A.   Otherwise, we're -- you know, we're just working with

11  a single name and it's either on the list or it's not.

12     Q.   When you say first or second, you mean when somebody

13  has two surnames, correct?

14     A.   Right.

15     Q.   You're not doing any kind of Spanish surname coded

16  based on someone's first name?

17     A.   No.

18     Q.   Okay.  Good.  Because Ernest would be in trouble I

19  think if you did that.  Sorry.  I always make an example of

20  Ernest at some point or another, but he has a good Spanish

21  surname, Herrera.  I'm sure it's on every list of Spanish

22  surnames.

23     A.   I'm sure it is.

24     Q.   Tell me whether you did the coding for Spanish

25  surname of the voters in the 2015 table.

 1      A.    Sherry McCall actually did the coding under my
 2  instructions.
 3      Q.    Okay.
 4      A.    We discussed how the -- how the file was to be set up
 5  and how the names were to be coated.  We ensured that we had
 6  the latest version of the list, because the list has changed a
 7  little bit from time to time.
 8      Q.    Mm-hmm.
 9      A.    And so we always use the Secretary of State's list so
10  that our numbers are strictly comparable with whatever they
11  released.
12      Q.    Okay.  And when you say Sherry McCall, she works for
13  Mr. Heath here; is that right?
14      A.    That's correct.
15      Q.    And is it true that the 1990 Census Spanish Surname
16  List has surnames associated with a likelihood that they're
17  Hispanic, or is it simply a list of names about which the
18  census says, these are Hispanic?
19      A.    Well, I don't think the Census Bureau has ever come
20  out and said, these are definitely Hispanic.  We wanted to --
21  for the '90 Census, we wanted to match the names on the list --
22  which was about seven or eight years old at the time -- we
23  wanted to match the names on the list to the post-enumeration
24  survey, which was done after '90 and again after 2000, so we
25  could go back and check on the quality of responses and so on.

Bill Rives                                                    February 12, 2016
                                                                     Page 68

 1            And what they had, we had the names and we had
 2   whether they had checked Hispanic or not, and we wanted to
 3   match that, and the Bureau wouldn't -- wouldn't go along.  And
 4   they were concerned about -- about the usual privacy and
 5   confidentiality.  They wanted to make sure that, you know --
 6   but from -- from everything that Jeff Passel and Dave Word put
 7   together, they said they thought that the list worked
 8   reasonable well in Mexican Hispanic populations.  But what
 9   little work they had done with -- with Cuban Hispanic indicated
10   it wasn't quite as good.
11            But they -- they were -- they were pleased.
12   There was an omission rate and a comission rate where the two
13   forms of misclassification -- they said for what they were able
14   to do with the data they got from the Census Bureau off one of
15   the annual population surveys, they said that nationally, it
16   worked reasonable well in Mexican Hispanics, and that was the
17   last assessment we had.
18       Q.   So do you know whether the 1990 Spanish surname list
19   shows Spanish surnames along with a likelihood of their being
20   associated with a Hispanic respondent?
21       A.   I've never seen a list that has that.  That doesn't
22   mean someone didn't look into it, because David Word was always
23   interested in -- in that relationship.
24       Q.   Okay.
25       A.   He had called a Bayesian -- B-a-y-e-s-i-a-n -- he'd

1   done a Bayesian analysis of this and he was interested, but

2   that was nothing that ever -- it went outside the

3   Census Bureau.

4        Q.   Okay.  Now, with respect to the 2015 coding of

5   registered voters in Pasadena as Hispanic, again, this was

6   based on a -- an evaluation of the registered voter's name as

7   opposed to anything that the registered voter herself did, like

8   marking off being Hispanic or Spanish surname, correct?

9        A.   Right.  It's a list of names, and we get an address

10  so we can put it in a -- we can assign an XY coordinate to it.

11  And then, on the basis of that, we can put it in a census

12  block.

13       Q.   Okay.  And these Spanish surname coded lists, whether

14  from 2011 or 2015, are what you would characterize as hard

15  counts, correct?

16       A.   Yes, these are -- these are based on -- there are no

17  estimates in here in terms of, you know, are you registered or

18  are you not.  It's just a list of registrants.

19       Q.   Okay.  So the voter never did anything in Pasadena to

20  assist in the creation of these lists, January 2012 or 2015,

21  to --

22       A.   It would have been nice.

23       Q.   The information was brought up and analyzed?

24       A.   We could have -- we could have asked the -- we could

25  have asked for the Hispanic box there.  If you have time, just

Bill Rives                                                    February 12, 2016
                                                                      Page 70

 1  mark this.  But, you know -- and so it's one of those un- --
 2  unresolved.  But it seems to have worked well.  But now that
 3  we're actually seeing the Hispanic -- as I mentioned a minute
 4  ago, we're actually seeing the Hispanic CVAP records more
 5  completely, we were probably underestimating by quite a bit.
 6  You know, our assumption that one was a good -- good substitute
 7  for the other probably wasn't as good.  But, you know, when you
 8  don't have the records, you're not sure.
 9      Q.   Okay.  Let me see.  Let me find my spot.  I got too
10  far away from my outline, and now I need to found my way back.
11           Did you do the geocoding for the March 2015
12  table here in your Exhibit 9?
13      A.   No, I don't have the software.  The -- the software
14  setup is fairly expensive, and so, Sherry has access to all of
15  that, plus the -- plus the records.  And so we've decided to
16  house everything in one place, and then, I work with her and
17  she does the geocoding under -- under my instructions.
18      Q.   Okay.  And do you know whether Ms. McCall assigned
19  these voters based on geocoding to a census block or a VTD?
20      A.   We would have assigned it to a block.  We wouldn't
21  have used the VTDs there.
22      Q.   Okay.
23      A.   But you can get the VTDs if you want to use them for
24  any reason.  They're sometimes poor substitutes for precincts.
25  Precincts are based on blocks.  But we assign them to blocks

1  because that gives us flexibility to -- to -- to build just

2  about any geographic, even if it's based on blocks.

3      Q.   Okay.  In your report here in Pasadena, you didn't

4  create a projection of Hispanic citizen voting age population

5  that is a number over 50 percent, correct?

6      A.   No, the only -- the only projections I did were --

7  were projections for the -- for the county as a whole, because

8  we had -- I wanted the coworking in the procedure.  And we had

9  to step back to the county.  And then, we took advantage of the

10 Houston-Galveston area counsel, which does the -- the local

11 area work, and it's really quite good for ho- -- for household

12 population, employment, and then the number of jobs.  And I --

13 I got those data for the City of Pasadena and I've shown it

14 here.

15          Now, there is no Hispanic information there, but

16 it does show population growing.  However, it's slowing a

17 little bit.  So over the last couple of years, everything we've

18 looked at shows a little bit of leveling off, maybe some

19 sampling error in the case of ACS data, but it is so close to

20 50 percent.  It's just very difficult to believe -- and you

21 know, I don't need to go out to 2020 or 2025.

22          I'm -- in doing this, I'm thinking about the 50

23 percent threshold.  If it's not there today, several years

24 after our most recent data, it will be there next year.  I

25 mean, that's just the way that these trends work.

|  | CHANGES AND SIGNATURE | |
|---|---|---|
| WITNESS NAME: BILL RIVES | | February 12, 2016 |
| PAGE/LINE | CHANGE | REASON |
| 11 / 14 | "Vote" should be "growth" | Grammar correction |
| 20 / 3 | Both uses of "it" should be "I" | Grammar correction |
| 21 / 2 | First "that" should be "than" | Grammar correction |
| 29 / 4 | "stead" should be "steady" | Spelling correction |
| 30 / 3 | "Underline" should be "underlying" | Grammar correction |
| 31 / 23 | "moment in the end" should be "momentum" | Grammar correction |
| 46 / 3 | "fix plan" should be "fixed plant" | Grammar correction |
| 53 / 16 | "with" should be "within" | Spelling correction |
| 64 / 3 | "2013" should be "2015" | Date correction |
| 65 / 10 | Insert "it at" between "developed" and "the" | Grammar correction |
| 67 / 5 | "coated" should be "coded" | Grammar correction |
| 76 / 20 | "2010" should be "2015" | Date correction |
| 91 / 21 | "Server" should be "Sample" | Grammar correction |
| 96 / 21 | "channel" should be "challenge" | Grammar correction |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

```
1           I, BILL RIVES, have read the foregoing deposition and

2    hereby affix my signature that same is true and correct, except

3    as noted above.

4

5

6                                _____

7                                          BILL RIVES
                                 Norfleet W. (Bill) Rives
8

9    THE STATE OF TEXAS           )

10   COUNTY OF _____     )

11

12          Before me, _____, on this day personally

13   appeared BILL RIVES, known to me [or proved to me on the oath

14   of _____ or through _____ (description of

15   identity card or other document)] to be the person whose name

16   is subscribed to the foregoing instrument and acknowledged to

17   me that he executed the same for the purposes and consideration

18   therein expressed.

19          (Seal) Given under my hand and seal of office this _____

20   day of _____, 2016.
```

STATE OF __OHIO__
COUNTY OF __FRANKLIN__

Sworn to (or affirmed) and subscribed before me
this __29th__ day of __March__ 20__16__, by __Bill Rives__

_Diana Magee_          DIANA M. MAGEE  Notary Public in and for
Notary Public's Signature    Notary Name         the State of Texas
Personally Known_____ OR
Type of Identification Produced __License__

_(Notarial Seal: Diana M. Magee, Notary Public, State of Ohio, My Commission Expires 03-30-2020)_

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
 2                          HOUSTON DIVISION

 3   ALBERT PATINO, et al.,        §
                                   §
 4        Plaintiffs,              §
                                   §
 5   v.                            §   Civil Action No. 4:14-cv-03241
                                   §
 6   CITY OF PASADENA, et al.,     §
                                   §
 7        Defendants.              §
```

 8                     REPORTER'S CERTIFICATION

 9                    DEPOSITION OF BILL RIVES

10                       February 12, 2016

11

12        I, AMANDA PLANO, Certified Shorthand Reporter in and for

13   the State of Texas, hereby certify to the following:

14        That the witness, BILL RIVES, was duly sworn by the

15   officer and that the transcript of the oral deposition is a

16   true record of the testimony given by the witness;

17        I further certify that pursuant to FRCP Rule 30(f)(1),

18   that the signature of the Deponent was requested by the

19   Deponent or a party before the completion of the deposition and

20   is to be returned within 30 days from date of receipt of the

21   transcript.

22        If returned, the attached Changes and Signature Page

23   contains any changes and the reason therefore;

24        That the amount of time used by each party at the

25   deposition is as follows:

Bill Rives                                                    February 12, 2016
                                                                    Page 102

1          Ms. Nina Perales - 2:47
           Mr. C. Robert Heath - 0:00
2

3          I further certify that I am neither counsel for, related

4     to, nor employed by any of the parties or attorneys in the

5     action in which this proceeding was taken, and further that I

6     am not financially or otherwise interested in the outcome of

7     the action.

8          Certified to by me this 1st day of March, 2016.

9

10

11                    _Amanda Plano_

12          _____
            AMANDA PLANO, CSR, RPR
13          Texas CSR 8713
            Expiration Date:  12/31/16
14          Kim Tindall & Associates, LLC
            Firm Registration No. 631
15          16414 San Pedro, Suite 900
            San Antonio, Texas 78232
16          Telephone: (866) 672-7880

17

18

19

20

21

22

23

24

25

# EXHIBIT 2



**Exhibit A**
**City of Pasadena**
**Plan 8-0 (2011 Plan) with the**
**Current 6-2 District D as an Overlay**

© 2016 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other features obtained from the 2010 Tiger/line files, U.S. Census Bureau

Coordinate System: GCS North American 1983;
Datum: North American 1983; Created:5/11/2016

**Exhibit B**

**City of Pasadena**

### Comparison of Population in 2014 District D and 2011 District E

|  | 2014 District D | 2011 District E |
|---|---|---|
| Total Population | *Ely Report, App. 34* ← 24,800 | 19,001 ↑ *Ely Report, App. 35\** |
| 2014 District D Population that was in 2011 District E | 17,556 | |
| Percentage of 2011 District E that remains in 2014 District D | 92.40% | |
| Percentage of 2014 District D that was in 2011 District E | 70.79% | |

### Demographic Comparisons Between 2014 District D and 2011 District E

|  | 2014 District D | 2011 District E |
|---|---|---|
| Total Voting Age Population | 17,068 | 13,188 |
| Hispanic Voting Age Population  *Ely Report, App. 34* → | 10,083 | *Ely Report, App. 35\** → 7,544 |
| Percent Hispanic Voting Age Population  *Rives Report, App. 84* → | **59.08%** | **57.20%** |
| Total Citizen Voting Age Population  *Ely Report, App. 34\** | 12,990 | 10,010 |
| Hispanic Citizen Voting Age Population  *Rives Report, App. 84* → | 5,889 | *Ely Report, App. 35\** → 4,595 |
| Percent Hispanic Citizen Voting Age Population | **45.33%** | **45.90%** |
| Total Registered Voters | 8,309 | 6,734 |
| Total Spanish Surname Registered Voters  *Rives Report, App. 96* → | 3,534 | 2,765 |
| Percent Spanish Surname Registered Voters | **42.53%** | **41.06%** |

*Data Sources: Total and Hispanic population obtained from the 2010 Census;*
*Total voters and Spanish Surname voters geocoded from the March 2015*
*voter list obtained from the Harris County Voter Registration office.*
*Citizen Voting Age Population is derived from the 2009-2013 5-Year American Community Survey data.*

*\*Small nosubstantive difference as explained in text and Ely Deposition*

# EXHIBIT 3

David Ely                                    February 11, 2016

```
1              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF TEXAS
2                      HOUSTON DIVISION

3   ALBERTO PATINO, ET AL         §
                                  §
4   VS.                           §  Civil Action No.
                                  §  4:14-CV-03241-LHR
5   CITY OF PASADENA              §

6
    ----------------------------------------------------------
7
                      ORAL DEPOSITION OF
8
                          DAVID ELY
9
                      FEBRUARY 11, 2016
10
    ----------------------------------------------------------
11
    APPEARANCES:
12
    FOR THE DEFENDANTS:
13       BY:  MR. C. ROBERT HEATH
              MR. GUNNAR P. SEAQUIST
14            BICKERSTAFF HEATH DELGADO ACOSTA, LLP
              3711 S. MoPac Expressway Building One,
15            Suite 300
              Austin, Texas 78746
16
    FOR THE PLAINTIFF:
17       BY:  MS. NINA PERALES
              MR. ERNEST HERRERA
18            MEXICAN AMERICAN LEGAL DEFENSE AND
              EDUCATION FUND
19            110 Broadway, Suite 300
              San Antonio, Texas 78205
20
              DAVID ELY,
21            The Witness; and

22            ROXANNE BARRY,
              Certified Shorthand Reporter in
23            and for the State of Texas

24                    * * * * * *

25
```

 1                      DAVID ELY,

 2 having been first duly sworn, testified as follows:

 3                      EXAMINATION

 4      Q.    (BY MR. HEATH) Would you state your name for

 5 the record, please?

 6      A.    It's David Ely, E-L-Y, is the last name.

 7      Q.    And where do you reside, Mr. Ely?

 8      A.    San Gabriel, California.

 9      Q.    You have been deposed before, have you not?

10      A.    Yes.

11      Q.    In fact, you and I have been in depositions

12 several times before; is that correct?

13      A.    That's correct.

14      Q.    Is there any reason that you are not able to be

15 deposed today, that you have any infirmity or concern

16 that would keep you from understanding the questions and

17 responding to them?

18      A.    No.

19      Q.    Okay.  And I'm not going to go over the drill

20 with you about listening to the question and then

21 waiting for me to finish because you've done it many

22 times, have you not?

23      A.    Yes.

24      Q.    We're going to be talking primarily about your

25 report in this case, which I have asked the Court

1  did you use for your analysis?

2      A.    I used files that were sent.  I requested the

3  voter lists for the specific elections.  And I believe

4  that that's what we got from -- from Harris County.  I'm

5  not sure exactly the methodology that they used to

6  prepare that, but that's what -- that's what was

7  requested.

8      Q.    Okay.  One thing I noticed is that if you look

9  at Exhibit 2 in the Reeves report, which is this one,

10 it's right after the initial map, the next -- next page.

11 And then exhibit or Table 7 in your report, the raw

12 numbers are slightly different.

13     A.    Yes.

14     Q.    Where did you get your population numbers for

15 the City of Pasadena?  Was it from the census place

16 file?

17     A.    No.  The -- the numbers that I would have for

18 the City which would just be the aggregate of the block

19 level data that I have, which should be exactly the same

20 for the -- for the population and for the VAP, but not

21 necessarily for the citizen voter age population.  I'm

22 not positive, actually, on this table whether that's the

23 aggregate.  I have another table that shows both the

24 aggregate data from my block level and -- and what was

25 reported at the place level in the -- in the special

1 tabulation, but they're virtually the same.

2     Q.    The -- And this is from the 2010 -- yours is

3 from the 2010 census, correct?

4     A.    Yeah, the population voting age population is.

5 The citizen voting age is from the 2013 five-year ACS.

6     Q.    And which 2010 census file?

7     A.    The redistricting data file, PL94171.

8     Q.    Did you check the city boundaries to see if

9 there's any difference between the city limits

10 boundaries and those used by the census bureau?

11    A.    No, I just -- I used the census bureau's

12 definition of the city.

13    Q.    Okay.  In your experience, are there sometimes

14 very minor differences between --

15    A.    Yes.

16    Q.    And whatever those differences are, does it

17 make any substantive difference here?

18    A.    No.

19    Q.    I notice on Table 6 of your report you show a

20 CVAP number for the special tab and a different number

21 for the calculated number for the same five-year period.

22 What's the difference between those?

23    A.    Well, that's what I was just referring to.  The

24 -- the number from the special tab is what was reported

25 directly for the City of Pasadena in -- in that special

1  tabulation of place level.  The calculated one is the --

2  I was aggregating from the -- from the block level data,

3  which was a disaggregation from the block group level

4  data.  So there's a -- there's a slight difference

5  between the block group level and the city level because

6  of rounding and then the allocation would have changed

7  it a little bit more because some of the block groups

8  are not wholly within the city.

9      Q.   Okay.  And just -- I'm just trying to

10 understand because we've talked about this sort of thing

11 before, haven't we?

12     A.   Yes.

13     Q.   All right.  And just to make sure we're on the

14 same page; is this where you have a program that you

15 have devised to do this, which uses, for example, where

16 you will take the non-Hispanic Black number and the

17 non-Hispanic Asian number and the non-Hispanic White

18 number and so forth and combine those with all the other

19 categories that ACS has to determine a non-Hispanic

20 total?

21     A.   That's correct.

22     Q.   And that may be different than what the ACS

23 reports as their non-Hispanic number, their aggregated

24 number, where they've already aggregated them, correct?

25     A.   That's correct.

1      Q.    Okay.  And that's partly because of rounding?

2      A.    Because of rounding, yes.

3      Q.    Okay.  In this table you report the margin of

4  error results.  Did you calculate those or did you get

5  them from an ACS table or publication?

6      A.    I believe that the ones that are in the -- the

7  three-year analysis and the special tab, those are the

8  margin of errors that are reported in the data.  The --

9  the one for the calculated is one that I -- I calculated

10 from the block group report of margins of error

11 dis-aggregating -- dis-aggregating and re-aggregating,

12 you know, using sum of squares estimate, square root of

13 sum of squares.

14     Q.    And basically how do you do that?

15     A.    The margin of error is -- it's related to the

16 standard error.  Let me see if can remember this off the

17 top of my head.  And it is the square of the variants

18 and variance is additive in some ways.  The square is

19 not additive and, you know, the square of -- square of a

20 sum of numbers is not the same as the sum of the

21 squares.  But the square root of -- a number is the same

22 as the square root of the sum of squares of that number.

23             Anyway, you can -- to -- to dis-aggregate

24 and re-aggregate the margin of error, if you use the

25 square root -- no, not the square root -- use the square

1 and add it and then take the square root of the sum,

2 that -- that gives you an estimate for the -- for the

3 margin of error for the -- for the aggregated area.

4      Q.   Is that the formula published by the ACS in

5 their guidance documents?

6      A.   Yes.

7      Q.   Now, if Dr. Reeves uses the non-Hispanic CVAP

8 --

9           MR. HEATH:   And CVAP is an acronym,

10 C-V-A-P, all caps.  And we'll probably say that a lot.

11      Q.   (BY MR. HEATH) -- number from the ACS and if

12 you use a calculated number, does it really make any

13 difference?

14      A.   No.  I mean, there's -- there's some slight

15 differences in the raw numbers, but -- but the

16 percentages are all virtually identical between his

17 method and mine.

18      Q.   All right.  While we're on Table 6, and looking

19 at your three-year ACS data from the 2008 to 2010 and

20 then '11 to '13, you show the Hispanic's share of CVAP

21 for the City of Pasadena increased by six percentage

22 points from one period to another.

23      A.   Yes.

24      Q.   Okay.  And while we can't tie the three-year

25 sample to a specific date, is it fair to say that that's

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF TEXAS
2                     HOUSTON DIVISION

3
   ALBERTO PATINO, ET AL        §
4                               §
   VS.                          §   Civil Action No.
5                               §   4:14-CV-03241-LHR
   CITY OF PASADENA             §
6  -----------------------------------------------------------

7                   CERTIFICATE FROM THE

8             ORAL DEPOSITION OF DAVID ELY

9                   FEBRUARY 11, 2016

10 -----------------------------------------------------------

11

12      I, ROXANNE BARRY, a Certified Shorthand Reporter in

13      and for the State of Texas, do hereby certify that

14      the foregoing deposition is a full, true and

15      correct transcript;

16      That the foregoing deposition of DAVID ELY, the

17      Witness hereinbefore named, was at the time named,

18      taken by me in stenograph, on February 11, 2016,

19      the said Witness having been by me first duly

20      cautioned and sworn to tell the truth, the whole

21      truth, and nothing but the truth, and the same were

22      thereafter reduced to typewriting by me or under my

23      direction.  The charge for the completed deposition

24      is $_____ due from MR. C. ROBERT HEATH

25      (Defendants);

David Ely                                                February 11, 2016
                                                              Page 48

1        That the amount of time used by each party at the
         deposition is as follows:
2
         MR. C. ROBERT HEATH- 1HR:26MINS
3        MS. NINA PERALES- 1 MINUTE

4        I further certify that before the completion of the
         deposition, the Deponent and/or the
5        Plaintiff/Defendant ( ) did ( ) did not request to
         review the transcript.

6

7  That this deposition transcript was sent to the Witness

8  on   4-12-16               for review and signature,

9  and that pursuant to the Federal Rules of Civil

10 Procedure, review and signature of the Witness must be

11 completed within 30 days of the Witnesses' receipt

12 thereof;

13     Certified to by me this 24 day of February 2016.

14

15

16     ROXANNE BARRY, Texas CSR 5831
       Expiration Date:  12/31/17
17     Kim Tindall & Associates, LLC
       Firm Reg. No. 631
18     16414 San Pedro, Suite 900
       San Antonio, Texas 78232

19

20

21

22

23

24

25