IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | |
| PATRICIA GONZALES, | § | |
| *Plaintiffs* | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:14-CV-03241-LHR |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
| *Defendants* | § | |

## ORDER DENYING PLAINTIFFS' OBJECTIONS AND MOTION TO STRIKE DEFENDANT'S SUMMARY JUDGMENT EVIDENCE

CAME ON this day for consideration *Plaintiffs' Objections and Motion to Strike Defendant's Summary Judgment Evidence* (Doc. 79), and it appearing to the Court that the plaintiffs' motion is without merit, the Court hereby OVERRULES the plaintiffs' objections to Defendant's summary judgment evidence and DENIES plaintiff's motion to strike.

SIGNED this _____ day of _____, 2016.

_____
HON. LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE