# EXHIBIT 1

Bill Rives                                                      February 12, 2016

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3   ALBERT PATINO, et al.,     §
                                §
 4      Plaintiffs,             §
                                §
 5   v.                         §   Civil Action No. 4:14-cv-03241
                                §
 6   CITY OF PASADENA, et al.,  §
                                §
 7      Defendants.             §

 8
    _____
 9

10                       ORAL DEPOSITION OF

11                           BILL RIVES

12                       February 12, 2016

13  _____

14

15

16       ORAL DEPOSITION OF BILL RIVES, produced as a witness at

17  the instance of the Plaintiffs and duly sworn, was taken in the

18  above-styled and numbered cause on February 12, 2016, from

19  9:11 a.m. to 12:17 p.m., before Amanda Plano, CSR in and for

20  the State of Texas, reported by machine shorthand, at Mexican

21  American Legal Defense and Education Fund, 110 Broadway, Suite

22  300, San Antonio, Texas, pursuant to the Federals Rules of

23  Civil Procedure and the provisions stated on the record or

24  attached hereto.

25
```

Kim Tindall and Associates, LLC 16414 San Pedro, Suite 900   San Antonio, Texas 78232
210-697-3400                                                 210-697-3408

Bill Rives                                                                February 12, 2016
Page 11

1  is so close at 2014 and here we are two years later.
2      Q.   Would you agree that the most recent five-year ACS
3  estimate for Hispanic CVAP in the City of Pasadena is also
4  below 50 percent like the 2014 one-year estimate?
5      A.   It is, but it's older.
6      Q.   Understood.  Okay.  Now, we've gone over your
7  conclusions at the bottom of page 9 and the top of page 10.
8  Can you show me anywhere else in your report where you offer a
9  conclusion or an opinion?
10     A.   The conclusions on the bottom of page 9 and page 10
11 are my -- my general -- excuse me -- my general conclusions.  I
12 have more detailed or specific conclusions along the way with
13 respect to the use of school enrollment data, for example, over
14 the last 20-some-odd years to -- to track the vote of Hispanic
15 enrollment in particular in the city.
16             And I've also taken advantage of the -- of the
17 three most recent Censuses, '90, 2000 and 2010 to get some idea
18 of -- of the growth of Hispanic citizenship over that 20-year
19 period, even though we stopped at 2010, but those numbers for
20 the most part are field count, at least the base populations
21 are.
22             And I also taken advantage of the block level
23 Hispanic VAP and Hispanic citizen VAP data that we have for
24 '90, 2000 and 2010, because I wanted to show that the growth in
25 the city is not concentrated.  The growth in the city is really

1  citywide.  And -- and you can see in some of the exhibits I

2  have, the spread of Census blocks where Hispanic are a majority

3  of the share of eligible voters, as well as the majority of the

4  voting age population.

5       Q.   Would it be fair to say then that your opinions are

6  expressed in the two bullet points on the bottom of page 9 and

7  the bullet point at the top of page 10, and that the remainder

8  of the discussion in your report is a discussion of data and

9  analysis that supports the three conclusions that you offer at

10 the end of the report?

11      A.   That's a good summary.

12      Q.   Thank you.  Is it correct to say that you did not

13 perform an analysis of the city's previous eight single-member

14 district election plan?

15      A.   I did not.  That's correct.

16      Q.   And so you don't offer an opinion on how many of

17 those previous eight single-member districts were majority

18 HCVAP or SSVR, correct?

19      A.   No, I don't -- I don't have an opinion.  I wasn't

20 asked to look at that.

21      Q.   Okay.  And you don't have an opinion regarding how

22 many of the districts in the eight single-member district plan

23 offered Hispanic voters the opportunity to elect their

24 candidate of choice, correct?

25      A.   I wasn't asked to look at that either.

```
 1        Q.   Would it also be fair to say that you can't offer an
 2   opinion about whether any of the eight single-member districts
 3   became more or less Hispanic in the change to the 6-2 mixed
 4   system?
 5        A.   That's correct.  I haven't -- I haven't looked at
 6   that.
 7        Q.   And then finally -- no, no more finally.  Strike
 8   that.
 9             Okay.  Now, I'm going to ask you to look at some
10   parts of your report.  And specifically, I'd like you to turn
11   to Exhibit 1, which is an absolutely beautiful map.  Can you
12   tell me what we see in Exhibit 1, please.
13        A.   This was a map that I put in for orientation purposes
14   in the city, and it was available for the current city council
15   districts.  And so they're -- they're numbered on there.  But I
16   really was more interested in having the orientation for the
17   city.  And there's a -- a table that follows as Exhibit 2 which
18   provides some summary information on the -- on the districts.
19        Q.   Is it fair to say that Exhibit 1 is a map showing the
20   six single-members districts in the City of Pasadena
21   redistricting plan with a shading for each district?
22        A.   That's correct.
23        Q.   Okay.  Now, I'd like you to turn with me to
24   Exhibits 4-A and 4-B.  Tell me what the shading represents in
25   this -- in these maps that we're looking at in Exhibit 4-A and
```

Bill Rives	February 12, 2016
Page 99

| | | |
|---|---|---|
| 1 | CHANGES AND SIGNATURE | |
| 2 | WITNESS NAME: BILL RIVES | February 12, 2016 |
| 3 | PAGE/LINE    CHANGE | REASON |
| 4 | 11 / 14    "Vote" should be "growth" | Grammar correction |
| 5 | 20 / 3    Both uses of "it" should be "I" | Grammar correction |
| 6 | 21 / 2    First "that" should be "than" | Grammar correction |
| 7 | 29 / 4    "stead" should be "steady" | Spelling correction |
| 8 | 30 / 3    "Underline" should be "underlying" | Grammar correction |
| 9 | | |
| 10 | 31 / 23    "moment in the end" should be "momentum" | Grammar correction |
| 11 | 46 / 3    "fix plan" should be "fixed plant" | Grammar correction |
| 12 | 53 / 16    "with" should be "within" | Spelling correction |
| 13 | 64 / 3    "2013" should be "2015" | Date correction |
| 14 | 65 / 10    Insert "it at" between "developed" and "the" | Grammar correction |
| 15 | 67 / 5    "coated" should be "coded" | Grammar correction |
| 16 | 76 / 20    "2010" should be "2015" | Date correction |
| 17 | 91 / 21    "Server" should be "Sample" | Grammar correction |
| 18 | | |
| 19 | 96 / 21    "channel" should be "challenge" | Grammar correction |
| 20 | _____ | |
| 21 | _____ | |
| 22 | _____ | |
| 23 | _____ | |
| 24 | _____ | |
| 25 | _____ | |

```
 1       I, BILL RIVES, have read the foregoing deposition and
 2   hereby affix my signature that same is true and correct, except
 3   as noted above.
 4
 5                              [signature] AKA Bill Rives
 6                              _____
                                        BILL RIVES
 7                              Norfleet W. (Bill) Rives
 8
 9   THE STATE OF TEXAS      )
10   COUNTY OF _____ )
11
12       Before me, _____, on this day personally
13   appeared BILL RIVES, known to me [or proved to me on the oath
14   of _____ or through _____ (description of
15   identity card or other document)] to be the person whose name
16   is subscribed to the foregoing instrument and acknowledged to
17   me that he executed the same for the purposes and consideration
18   therein expressed.
19       (Seal) Given under my hand and seal of office this _____
20   day of _____, 2016.
21   STATE OF  OHIO
     COUNTY OF FRANKLIN                          Diana M. Magee
22                                               Notary Public, State of Ohio
     Sworn to (or affirmed) and subscribed before me    My Commission Expires 03-30-2020
23   this 29th day of March, 2016, by Bill Rives
     [signature] Diana Magee  DIANA M. MAGEE Notary Public in and for
24   Notary Public's Signature   Notary Name     the State of Texas
     Personally Known _____ OR
     Type of Identification Produced License
25
```

Bill Rives	February 12, 2016
	Page 101

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
 2                       HOUSTON DIVISION

 3   ALBERT PATINO, et al.,    §
                               §
 4       Plaintiffs,           §
                               §
 5   v.                        §  Civil Action No. 4:14-cv-03241
                               §
 6   CITY OF PASADENA, et al., §
                               §
 7       Defendants.           §
     _____
 8                      REPORTER'S CERTIFICATION

 9                     DEPOSITION OF BILL RIVES

10                        February 12, 2016
     _____
11

12       I, AMANDA PLANO, Certified Shorthand Reporter in and for

13   the State of Texas, hereby certify to the following:

14       That the witness, BILL RIVES, was duly sworn by the

15   officer and that the transcript of the oral deposition is a

16   true record of the testimony given by the witness;

17       I further certify that pursuant to FRCP Rule 30(f)(1),

18   that the signature of the Deponent was requested by the

19   Deponent or a party before the completion of the deposition and

20   is to be returned within 30 days from date of receipt of the

21   transcript.

22       If returned, the attached Changes and Signature Page

23   contains any changes and the reason therefore;

24       That the amount of time used by each party at the

25   deposition is as follows:
```

Kim Tindall and Associates, LLC  16414 San Pedro, Suite 900    San Antonio, Texas 78232
210-697-3400                                                              210-697-3408

Bill Rives                                                      February 12, 2016
                                                                        Page 102

1        Ms. Nina Perales - 2:47
         Mr. C. Robert Heath - 0:00
2

3        I further certify that I am neither counsel for, related

4   to, nor employed by any of the parties or attorneys in the

5   action in which this proceeding was taken, and further that I

6   am not financially or otherwise interested in the outcome of

7   the action.

8        Certified to by me this 1st day of March, 2016.

9

10

11                              *Amanda Plano*

12      _____
         AMANDA PLANO, CSR, RPR
13       Texas CSR 8713
         Expiration Date:  12/31/16
14       Kim Tindall & Associates, LLC
         Firm Registration No. 631
15       16414 San Pedro, Suite 900
         San Antonio, Texas 78232
16       Telephone: (866) 672-7880

17

18

19

20

21

22

23

24

25