

Court Reporting &
Litigation Support Services

August 25, 2016

Dear Client:

We are forwarding these documents to you as the custodial attorney in this matter. This transcript is being handled pursuant to the **Federal Rules of Civil Procedure** and we have copied all parties on the Changes and Signature page(s) with the attached Certificate of Deposition submitted by the deponent to our office.

**The items marked refer to the attached documents.**

__X___   The Changes and Signature page(s) was returned to our office within the specified time limit; therefore, we are forwarding the original deposition transcript and the Changes and Signature page(s) with the attached Certificate of Deposition to you as the custodial attorney in this matter.

_____   The deponent returned the Changes and Signature page(s) within the specified time limit, however, the Changes and Signature page(s) was inadvertently returned without the original transcript. All parties have been copied.

_____   The Changes and Signature page(s) was not returned to our office within the specified time limit; therefore, we are forwarding the original deposition transcript to you as the custodial attorney in this matter.

_____   The Changes and Signature page(s) was returned to our office unexecuted. We are forwarding the original deposition transcript to you as the custodial attorney in this matter.

_____   The deponent returned the Changes and Signature page(s) enclosed after the specified time limit. All parties have been copied as a courtesy.

_____   Signature was considered waived at the conclusion of the deposition and the original deposition transcript was previously forwarded to you as the custodial attorney in this matter. All parties have been copied as a courtesy.

_____   Waived

Should you have any questions or require additional information, please feel free to contact our office.

Sincerely,
Denise Flores
Certificate Department

**RE: ANDY HELMS**

Corporate Headquarters
16414 San Pedro Avenue, Suite 900, San Antonio, Texas 78232, 210.697.3400   Fax 210.697.3408
www.ktanda.com

Andy Helms
May 24, 2016
Page 128

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF TEXAS
 2                        HOUSTON DIVISION

 3   ALBERTO PATINO, ET AL        )
                                  )
 4             PLAINTIFFS,        )
                                  )
 5   VS.                          ) C.A. NO. 4:14-cv-03241
                                  )
 6   CITY OF PASADENA, ET AL      )
                                  )
 7             DEFENDANTS.        )

 8
             REPORTER'S CERTIFICATION OF THE ORAL
 9                DEPOSITION OF ANDY HELMS
                       MAY 24, 2016
10

11      I, Michelle K. Miller, Certified Shorthand Reporter

12   in and for the State of Texas, hereby certify to the

13   following:

14      That the witness, ANDY HELMS, was duly sworn by the

15   officer and that the transcript of the oral deposition

16   is a true record of the testimony given by the witness;

17      That the original deposition was delivered to Ms.

18   Nina Perales.

19      That a copy of this certificate was served on all

20   parties and/or the witness shown herein on June 15, 2016

21      I further certify that pursuant to FRCP Rule

22   30(f)(1) that the signature of the deponent was

23   requested by the deponent or a party before the

24   completion of the deposition and that the signature is

25   to be before any notary public and returned within 30
```

```
 1   days from date of receipt of the transcript.
 2        I further certify that I am neither counsel for,
 3   related to, nor employed by any of the parties or
 4   attorneys in the action in which this proceeding was
 5   taken, and further that I am not financially or
 6   otherwise interested in the outcome of the action.
 7        Certified to by me on this, the 12th day of June,
 8   2016.
 9
10
11
12   _____
     Michelle K. Miller, CSR, RPR
13   Texas CSR No. 9312
     Expiration Date:  12/31/16
14
     Kim Tindall & Associates, LLC
15   Firm Registration No. 631
     16414 San Pedro, Suite 900
16   San Antonio, Texas 78232
     Tel: 210.697.3400
17   Fax: 210.697.3408
18
19
20
21
22
23
24
25
```

```
 1   THE STATE OF _____ )
 2   COUNTY OF _____ )
 3
 4        I hereby certify that the witness was notified on
 5   June 15, 2016      that the witness has 30 days, or
 6   (____ days per agreement of counsel) after being
 7   notified by the officer that the transcript is
 8   available for review by the witness and if there are
 9   changes in the form or substance to be made, then the
10   witness shall sign a statement reciting such changes
11   and the reasons given by the witness for making them;
12        That the witness' signature ✓ was / ___ was not
13   returned as of  July 14       , 2016.
14        Subscribed and sworn to by me on this, the 25th day
15   of  August         , 2016.
16
17
18
19                    Michelle K. Miller  By DF
                      Michelle K. Miller, CSR, RPR
20                    Texas CSR No. 9312
                      Expiration Date: 12/31/16
21
                      Kim Tindall & Associates, LLC
22                    Firm Registration No. 631
                      16414 San Pedro, Suite 900
23                    San Antonio, Texas 78232
                      Tel: 210.697.3400
24                    Fax: 210.697.3408
25
```

Andy Helms

May 24, 2016
Page 126

```
 1   CHANGES AND SIGNATURE
 2   WITNESS NAME: ANDY HELMS
 3   DATE OF DEPOSITION: MAY 24, 2016
 4   PAGE      LINE      CHANGE                REASON
 5   _____
 6   _____
 7   _____
 8   _____
 9   _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____
```

Andy Helms

May 24, 2016
Page 127

1   I, ANDY HELMS, have read the foregoing
2   deposition and hereby affix my signature that same is
3   true and correct, except as noted above.
4
    _____
    ANDY HELMS
5
6   THE STATE OF _____)
7   COUNTY OF _____)
8       Before me, _____, on this day
9   personally appeared ANDY HELMS, known to me (or proved
10  to me under oath or through
11  _____) (description of identity
12  card or other document) to be the person whose name is
13  subscribed to the foregoing instrument and acknowledged
14  to me that they executed the same for the purposes and
15  consideration therein expressed.
16      Given under my hand and seal of office this
17  _____ day of _____, _____.
18
19
    _____
    NOTARY PUBLIC IN AND FOR
20  THE STATE OF _____
21  My commission expires: _____
22
23  ___ No Changes Made ___ Amendment Sheet(s) Attached,
24  Alberto Patino, et al vs. City of Pasadena, et al.
25

Andy Helms

Page 127

```
 1       I, ANDY HELMS, have read the foregoing
 2  deposition and hereby affix my signature that same is
 3  true and correct, except as noted above.
 4
                                    _____
                                    ANDY HELMS
 5
 6  THE STATE OF   Texas   )
 7  COUNTY OF   Harris   )
 8       Before me,  Andy Helms  , on this day
 9  personally appeared ANDY HELMS, known to me (or proved
10  to me under oath or through
11  _____) (description of identity
12  card or other document) to be the person whose name is
13  subscribed to the foregoing instrument and acknowledged
14  to me that they executed the same for the purposes and
15  consideration therein expressed.
16       Given under my hand and seal of office this
17   12th  day of  July  ,  2016  .
18
19                              _____
                                NOTARY PUBLIC IN AND FOR
20                              THE STATE OF  Texas
21  My commission expires:  Aug 07, 2020
22
23  ___ No Changes Made  ___ Amendment Sheet(s) Attached,
24  Alberto Patino, et al vs. City of Pasadena, et al.
25
```

May 24, 2016

Kim Tindall and Associates, LLC
210-697-3400
16414 San Pedro, Suite 900
San Antonio, Texas 78232
210-697-3408