IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, *et al.,* | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:14-cv-03241 |
| | § | |
| CITY OF PASADENA, *et al.,* | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFFS' NON-JURY TRIAL WITNESS LIST

**Will call:**

1. David Ely

   Compass Demographics, Inc.
   6575 N. Vista Street
   San Gabriel, CA  91775

   Mr. Ely is expected to testify regarding demographic and voter information in Pasadena, Texas.

2. Richard Engstrom

   6205 Farrington Road, Apt. G-1
   Chapel Hill, NC 27517

   Dr. Engstrom is expected to testify regarding whether elections under the new council election system have dilutive potential and whether the voting preferences of Latinos and other Pasadena voters are characterized by racially polarized voting.

3. Andres Tijerina

   Austin Community College Pinnacle Campus
   7748 Highway 290 West
   Austin, Texas 78736

   Dr. Tijerina is expected to testify regarding senate factors one and five.

4. Mayor Johnny Isbell

   Mayor, City of Pasadena
   1211 Southmore

Pasadena, Texas 77502

Mayor Isbell is expected to testify regarding his role in city policymaking and his role in the changes made to the city council election system in Pasadena, Texas. He is also expected to testify regarding his political activities.

5. Councilman Ornaldo Ybarra

Pasadena City Council, District A
224 Wafer
Pasadena, Texas 77506

Councilman Ybarra is expected to testify regarding his role in city policymaking and his role in the changes made to the city council election system in Pasadena, Texas. He is also expected to testify regarding his political activities.

6. Councilman Cody Ray Wheeler

Pasadena City Council, District D
2007 South Rayburn Court
Pasadena, Texas 77502

Councilman Wheeler is expected to testify regarding his role in city policymaking and his role in the changes made to the city council election system in Pasadena, Texas. He is also expected to testify regarding his political activities.

7. Councilwoman Pat Van Houte

Pasadena City Council, At-Large G
603 Scott Street
Pasadena, Texas 77506

Councilwoman Van Houte is expected to testify regarding her role in city policymaking and her role in the changes made to the city council election system in Pasadena, Texas. She is also expected to testify regarding her political activities.

8. Councilman Cary Bass

3904 Peru Circle
Pasadena, TX 77504

Councilman Bass is expected to testify regarding his role in city policymaking and his role in the changes made to the city council election system in Pasadena, Texas. He is also expected to testify regarding his political activities.

9. Former Councilman Don Harrison

2

3306 Kathryn Circle
Pasadena, Texas 77503

Former councilman Harrison is expected to testify regarding his role in city policymaking and his role in the changes made to the city council election system in Pasadena, Texas. He is also expected to testify regarding his political activities.

10. Oscar Del Toro

1331 Diamante Drive
Pasadena, Texas 77504

Mr. Del Toro is expected to testify regarding his political activities and campaign for city council in Pasadena, Texas.

11. Andy Helms

Director of Financial Planning, City of Pasadena
1211 Southmore
Pasadena, Texas 77502

Mr. Helms is expected to testify regarding his role in city policymaking and his role in the changes made to the city council election system in Pasadena, Texas. He is also expected to testify regarding his political activities.

12. Richard Scott

Director of Community Relations, City of Pasadena
1211 Southmore
Pasadena, Texas 77502

Mr. Scott is expected to testify regarding his role in city policymaking, his role in the Neighborhood Network Division, and his role in the changes made to the city council election system in Pasadena, Texas. He is also expected to testify regarding his political activities.

13. Karen Hollon

Neighborhood Network Division, City of Pasadena
1211 Southmore
Pasadena, Texas 77502

Ms. Hollon is expected to testify regarding her role as Division Manager of the Neighborhood Network Division of the City of Pasadena.

14. Larry Peacock

  4207 Shanna Lane
  Pasadena, Texas 77504

  Mr. Peacock is expected to testify regarding his role in the 2013 Bond Review and
  Charter Revision Committee.

15. Bianca R. Gracia

  7411 Rainforest Trail
  Pasadena, Texas 77505

  Ms. Gracia is expected to testify regarding her involvement with the City of Pasadena
  Neighborhood Network Division and her experience as a resident of Pasadena.

16. Alberto Patiño

  May be contacted through counsel.

  Mr. Patiño is expected to testify regarding his experience as a voter and resident in
  Pasadena as well as his claims.

**May call:**

17. Linda Rorick

  Office of the City Secretary, City of Pasadena
  1211 Southmore
  Pasadena, Texas 77502

  Ms. Rorick may testify regarding the authenticity of documents.

18. Charles Vaughan

  GIS Coordinator, City of Pasadena
  1211 Southmore
  Pasadena, Texas 77502

  Mr. Vaughan may testify regarding his role in the preparation of redistricting maps and
  data for the City of Pasadena.


DATED: October 21, 2016                    Respectfully submitted,

Nina Perales
Attorney-in-charge
Texas Bar No. 24005046
SDTX Bar No. 21127
Ernest Herrera
Texas Bar No. 24094718
SDTX Bar No. 2462211
Denise Hulett (*Pro Hac Vice*)
California Bar No. 121553
MEXICAN AMERICAN LEGAL DEFENSE AND
   EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210)224-5476
Fax: (210)224-5382

**Counsel for Plaintiffs**


CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and

correct copy of the above and foregoing via the Court's electronic filing system on the 21st day

of October 2016.

*/s/ Nina Perales*
Nina Perales