IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, *et al.*, | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:14-cv-03241 |
| CITY OF PASADENA, *et al.*, | § § § | |
| Defendants. | § | |

### **LIST OF PLAINTIFFS' NON-JURY TRIAL WITNESS NAMES**

1. David Ely
2. Richard Engstrom
3. Andres Tijerina
4. Mayor Johnny Isbell
5. Councilman Ornaldo Ybarra
6. Councilman Cody Ray Wheeler
7. Councilwoman Pat Van Houte
8. Councilman Cary Bass
9. Former Councilman Don Harrison
10. Oscar Del Toro
11. Andy Helms, Pasadena Director of Financial Planning
12. Richard Scott, Pasadena Director of Community Relations
13. Karen Hollon, Division Manager, Pasadena Neighborhood Network Division
14. Larry Peacock
15. Bianca R. Gracia
16. Alberto Patino
17. Linda Rorick, Pasadena City Secretary
18. Charles Vaughan, Pasadena GIS Coordinator

DATED: October 21, 2016

Respectfully submitted,

Nina Perales
Attorney-in-charge
Texas Bar No. 24005046
SDTX Bar No. 21127
Ernest Herrera
Texas Bar No. 24094718
SDTX Bar No. 2462211
Denise Hulett (*Pro Hac Vice*)
California Bar No. 121553
MEXICAN AMERICAN LEGAL DEFENSE AND

EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210)224-5476
Fax: (210)224-5382

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 21st day of October 2016.

*/s/ Nina Perales*
Nina Perales