IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, *et al.,* § | Civil Action No. 4:14-cv-03241 | |
| § | | |
| Plaintiffs, § | LEE H. ROSENTHAL | |
| v. § | JUDGE | |
| § | | |
| CITY OF PASADENA, *et al.,* § | Lisa Eddins | |
| § | COURT ROOM | COURT |
| Defendants. § | CLERK | REPORTER |
| § | | |
| § | NON-JURY TRIAL | |
| § | PROCEEDING | |
| § | | |
| § | ALBERTO PATINO, ET AL. | |
| § | EXHIBIT LIST OF PLAINTIFFS | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1 | Chart - Single-Member City Council District v.2 | | | | |
| 2 | 2011 Adopted 8-0 Plan Figures & Map – PASADENA000154-155; 000148 | | | | |
| 3 | SSVR 2011 Adopted 8-0 Plan – PASADENA000156 | | | | |
| 4 | Chart – 6 Single-Member City Council Districts | | | | |
| 5 | SSVR – 6 Single-Member City Council Districts - PASADENA000004-000008 | | | | |
| 6 | 2014 Ordinance Adopting 6-2 Plan - PASADENA000196-000203 | | | | |
| 7 | CPC Invoices Redacted | | | | |
| 8 | June 27, 2013 - Memo from Mayor to Council Calling for Committee - PASADENA000094 | | | | |
| 9 | July 16, 2013 - Memo from Mayor Naming Committee Members - PASADENA000101-000102 | | | | |
| 10 | July 16, 2013 – Email RE Committee Organizational Meeting - PASADENA000592 | | | | |
| 11 | July 19, 2013 – Email RE July 23 Committee Meeting - PASADENA000608-000609 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 12 | July 25, 2013 – Email RE July 25 Committee Meeting - PASADENA000661-000662 | | | | |
| 13 | July 29, 2013 – First Email RE July 29 Committee Meeting - PASADENA000667 | | | | |
| 14 | July 29, 2013 – Second Email RE July 29 Committee Meeting - PASADENA000668-000669 | | | | |
| 15 | July 29, 2013 – Email Moving Location July 29 Committee Meeting - PASADENA000670 | | | | |
| 16 | July 30, 2013 – Email Helms First Draft Committee Recommendations - PASADENA000671-000674 | | | | |
| 17 | July 30, 2013 – Email Helms Revised Draft Committee Recommendations - PASADENA000675-000678 | | | | |
| 18 | July 31, 2013 – Email Helms Typos Draft Committee Recommendations - PASADENA000679-000682 | | | | |
| 19 | July 31, 2013 – Email Helms This Moment Draft Committee Recommendations - PASADENA000683-000685 | | | | |
| 20 | July 31, 2013 – Email Helms 309 Draft Committee Recommendations - PASADENA000686-000688 | | | | |
| 21 | Committee Recommendations Signed - PASADENA000695-000704 | | | | |
| 22 | Aug. 16, 2013 – Mayor Memo to Council Emailed to Committee - PASADENA000689-000691 | | | | |
| 23 | Aug. 16, 2013 – Peacock Email to Mayor Wrong – PASADENA000692 | | | | |
| 24 | Aug. 29, 2013 – Helms Forward Peacock Email to Mease – PASADENA000693-000694 | | | | |
| 25 | Feb. 26, 2014 – Email Mayor Memo to Council Saying He Requested 6-2 Maps – PASADENA000705 | | | | |
| 26 | June 2011 – Ordinance Adopting Redistricting Criteria – PASADENA000706-000713 | | | | |
| 27 | March 10, 2014 – Mayor Memo with 6-2 Proposals SSVR – PASADENA000714-000718 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 28 | HCVAP for Districts A-D in 6-2 Plans – PASADENA010128 | | | | |
| 29 | July 23, 2013 – Committee Meeting Agenda – PASADENA010614-010657 | | | | |
| 30 | Aug. 13, 2013 – Council Meeting Minutes Bond Vote – PASADENA010943-010954 | | | | |
| 31 | Neighborhood Network Association Map – PASADENA15363 | | | | |
| 32 | Citizens for Positive Change Campaign Finance Reports – PASADENA 14204-14206; 14188-14203; 010427-010430; 010437; 010407-010409; 010422; 010388-010390; 010403; 010368-010369 | | | | |
| 33 | Sept. 4, 2013 – Richard Scott Email to Tom Langland RE Request for Langland Input Prop 1 Campaign – RSCOTTPRODUCTION00380 | | | | |
| 34 | Sept. 4, 2013 – Richard Scott Email to Tom Langland RE Pull Out Hispanic Names – RSCOTT PRODUCTION00381 | | | | |
| 35 | Sept. 6, 2016 – Richard Scott Email to Tom Langland RE Republicans Will Like – Chron Article Redistricting – RSCOTTPRODUCTION00385-00388 | | | | |
| 36 | Sept. 17, 2013 – Richard Scott Email to Tom Langland RE Draft Proposition Answers Scott Langland - RSCOTTPRODUCTION00389-00390 | | | | |
| 37 | Sept. 18, 2013 – Mark Dillard Email to Richard Scott RE New Proof for M091613-55-CofPasadena-Yes-18-24-Scott – PASADENA14588-14590 | | | | |
| 38 | Sept. 18, 2013 – Mark Dillard Email to Richard Scott RE New Proof for M091613-55-CofPasadena-Yes-18-24-Scott – PASADENA14582-14587 | | | | |
| 39 | Sept. 18, 2013 – Richard Scott Email to SamSafety RE New Proof for M091613-55-CofPasadena-Yes-18-24-Scott – PASADENA14592-14598 | | | | |
| 40 | Sept. 25, 2013 – Karen Hollon Email to SamSafety RE Meeting Information – PASADENA15004-15005 | | | | |
| 41 | Sept. 25, 2013 – Richard Scott Email to | | | | |

3

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| | Karen Hollon RE Meeting Information – PASADENA15006-15007 | | | | |
| 42 | Sept. 27, 2013 – Karen Hollon Email to Richard Scott RE Document 1 – PASADENA14942--14943 | | | | |
| 43 | Sept. 27, 2013 – Karen Hollon Email to Becky Engelbert RE Brookwood – PASADENA14962-14970 | | | | |
| 44 | Sept. 30, 2013 – Richard Scott Email to Sherry at Pasadena Chamber RE Charter Changes – PASADENA14102-14106 | | | | |
| 45 | Oct. 1, 2013 – Richard Scott to Jeff Yates RE Letter of opponents attorneys – YATES205-206 | | | | |
| 46 | Oct. 1, 2013 – Richard Scott to Jeff Yates RE Campaign – YATES207-210 | | | | |
| 47 | Oct 1, 2013 – Richard Scott Email to Jeff Yates RE Charter Changes "Citizens for Positive Change" – PASADENA15016-15019 | | | | |
| 48 | Oct. 1, 2014 – NeighborhoodNet to Haroldckey RE Invite in Behave of Mayor Isbell – PASADENA14742-14743 | | | | |
| 49 | Oct 2, 2013 –Jeff Yates to Richard Scott RE Charter Changes "Citizens for Positive Change" – YATES211-212 | | | | |
| 50 | Oct 2, 2013 –Jeff Yates to Richard Scott and Johnny RE Draft – YATES4-6; 213-218 | | | | |
| 51 | Oct 2, 2013 – Richard Scott Email to Rick Guerrero RE Charter – PASADENA14097-14101 | | | | |
| 52 | Oct 2, 2013 –Jeff Yates to Richard Scott and Johnny RE Piece with Revisions – YATES7-9 | | | | |
| 53 | Oct. 15, 2013 – Richard Scott to Jeff Yates RE Picture for the Piece – YATES222-223 | | | | |
| 54 | Oct 17, 2013 – Jeff Yates to Richard Scott Johnny and JJ Isbell RE Positive Piece for your Review – YATES15-23 | | | | |
| 55 | Oct 21, 2013 – Jeff Yates to Johnny RE ACORN mail outs – YATES27-28 | | | | |
| 56 | Oct 24, 2013 – Jeff Yates to Johnny and JJ Isbell  RE call in number and script – YATES32 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 57 | Oct 28, 2013 – Jeff Yates to Johnny and JJ Isbell RE update and question – YATES38-42 | | | | |
| 58 | Oct 30, 2013 – Jeff Yates to Johnny RE phone file – YATES44-45 | | | | |
| 59 | Nov. 7, 2013 – Jeff Yates to Johnny RE Invoice for all completed work – YATES46-49 | | | | |
| 60 | May 8, 2015 – J. Pedersen Email to Andy Helms re Citizen Article – PASADENA14570-14571 | | | | |
| 61 | Citizens for Positive Change Invoices and Checks | | | | |
| 62 | Ordinances Approving Contracts w Bass Meineke – Bass Deposition Exhibit 1 and 2 | | | | |
| 63 | Email from Yates re Ad – YATES14 | | | | |
| 64 | Email Yates to JJ Isbell and Johnny Isbell – Bass Deposition Exhibit 15 | | | | |
| 65 | Email Yates to JJ and Johnny Isbell – Bass Deposition Exhibit 16 (YATES106-114) | | | | |
| 66 | Email Yates to Fran Bass –Bass Deposition Exhibit 17 | | | | |
| 67 | Email Yates to Fran Bass –Bass Deposition Exhibit 18 | | | | |
| 68 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 19 | | | | |
| 69 | Email Cary Bass to Yates – Bass Deposition Exhibit 20 | | | | |
| 70 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 21 | | | | |
| 71 | Email Cary Bass to Yates – Bass Deposition Exhibit 22 | | | | |
| 72 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 23 | | | | |
| 73 | Email Yates to Fran and Cary Bass Re: Push Card Draft – Bass Deposition Exhibit 24 | | | | |
| 74 | Email Cary Bass to Yates – Bass Deposition Exhibit 25 | | | | |
| 75 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 26 | | | | |
| 76 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 27 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
|---|---|---|---|---|---|
| 77 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 28 | | | | |
| 78 | Email Yates to Cary Bass – Bass Deposition Exhibit 29 | | | | |
| 79 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 30 | | | | |
| 80 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 31 | | | | |
| 81 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 32 | | | | |
| 82 | Email Yates to Bass Re: notice from PAC – Bass Deposition Exhibit 33 | | | | |
| 83 | Neumann and Company March Invoice Mailers – Bass Deposition Exhibit 34 | | | | |
| 84 | Neumann and Company April Invoice Mailers – Bass Deposition Exhibit 35 | | | | |
| 85 | Bass Door Hanger – Bass Deposition Exhibit 36 | | | | |
| 86 | Bass Mailer – Bass Deposition Exhibit 37 | | | | |
| 87 | Bass Mailer Mail Ballot Application – Bass Deposition Exhibit 38 | | | | |
| 88 | CKPS Mailer Endorsing Bass and Attack Candidates – Bass Deposition Exhibit 39 | | | | |
| 89 | City of Pasadena Check Registry 11/04/13 – Helms Deposition Exhibit 16 | | | | |
| 90 | 6-2 2014 Map and Data – Helms Deposition Exhibit 17 | | | | |
| 91 | Fwd Bianca Gracia Email – PASADENA000431-432 | | | | |
| 92 | 12/21/2012 DOJ Objection Letter to Beaumont ISD | | | | |
| 93 | 8-0 2011 Redistricting Benchmark Plan Map – PASADENA000115 | | | | |
| 94 | Bickerstaff Memorandum to City Council – PASADENA000049-000083 | | | | |
| 95 | Anti-Harrison Mailer – Protect – Isbell Deposition Exhibit 15 | | | | |
| 96 | Anti-Harrison Mailer – Show – Isbell Deposition Exhibit 16 | | | | |
| 97 | Anti-Harrison Mailer – Politician – Isbell Deposition Exhibit 17 | | | | |
| 98 | Anti-Harrison Mailer – Seniors – Isbell Deposition Exhibit 18 | | | | |
| 99 | Anti-Harrison Mailer – Trash – Isbell | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
|  | Deposition Exhibit 19 |  |  |  |  |
| 100 | Email Neumann to Yates Re Mailers -- Isbell Deposition Exhibit 20 |  |  |  |  |
| 101 | Email Neumann to Yates Approve Mailers -- Isbell Deposition Exhibit 21 |  |  |  |  |
| 102 | Email Yates to Neumann Send Anti-Wheeler Mailers 2013 -- Isbell Deposition Exhibit 22 |  |  |  |  |
| 103 | 10/03/2011 DOJ Objection Letter to Galveston |  |  |  |  |
| 104 | 08/12/2002 DOJ Objection Letter to Freeport |  |  |  |  |
| 105 | Email Yates to Neumann Attaching Anti-Wheeler Mailer 2013 – Isbell Deposition Exhibit 23 |  |  |  |  |
| 106 | Email Yates to Johnny Isbell Requesting Anti-Wheeler Push Card 2013 – Isbell Deposition Exhibit 24 |  |  |  |  |
| 107 | Email Yates to Johnny and JJ Isbell – Mail with Johnny Edits – Isbell Deposition Exhibit 26 |  |  |  |  |
| 108 | Email Yates to Johnny re: Harrison Apology – Isbell Deposition Exhibit 27 |  |  |  |  |
| 109 | SCOTUSblog Video Notes -- Isbell Deposition Exhibit 29 |  |  |  |  |
| 110 | Email Yates to Johnny – Anti-Wheeler Revised – Isbell Deposition Exhibit 30 |  |  |  |  |
| 111 | SCOTUSblog Video Screenshot with Map – Isbell Deposition Exhibit 31 |  |  |  |  |
| 112 | Campaign Finance Report Johnny Isbell – Isbell Deposition Exhibit 35 |  |  |  |  |
| 113 | Various Emails to Isbell Attaching Proposition 1 Mailers – Isbell Deposition Exhibit 38 |  |  |  |  |
| 114 | Emails Yates to Isbell Attaching Prop 1 Mailer -- Isbell Deposition Exhibit 40 |  |  |  |  |
| 115 | Emails Yates to Isbell Re Prop 1 Campaign – Isbell Deposition Exhibit 41 |  |  |  |  |
| 116 | Emails Yates to Johnny and JJ Isbell Re Call Script – Isbell Deposition Exhibit 42 |  |  |  |  |
| 117 | Emails Yates to Johnny and JJ Isbell Re Prop 1 ACORN Mailers and Calls – Isbell Deposition Exhibit 43 |  |  |  |  |
| 118 | Emails Yates to Johnny Isbell Phone File – Isbell Deposition Exhibit 44 |  |  |  |  |
| 119 | Emails Yates to Johnny Isbell Invoices – |  |  |  |  |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| | Isbell Deposition Exhibit 45 | | | | |
| 120 | Neumann CKPS Invoices – Isbell Deposition Exhibit 54 | | | | |
| 121 | Emails Yates to Jerad Phone Script 2015 Cote and Morrison – Isbell Deposition Exhibit 56 | | | | |
| 122 | Carmona Mailer 2015 – Isbell Deposition Exhibit 57 | | | | |
| 123 | Carmona Mailer 2015 – Isbell Deposition Exhibit 58 | | | | |
| 124 | Cary Bass Mailer 2015 – Isbell Deposition Exhibit 59 | | | | |
| 125 | Hebert Mailer 2015 – Isbell Deposition Exhibit 60 | | | | |
| 126 | Anti-Wheeler Mailer Back 2015 – Isbell Deposition Exhibit 61 | | | | |
| 127 | Anti-Wheeler Mailer Living 2015 – Isbell Deposition Exhibit 62 | | | | |
| 128 | Anti-Wheeler Mailer Remove 2015 – Isbell Deposition Exhibit 63 | | | | |
| 129 | Anti-Wheeler Mailer Obama 2015 – Isbell Deposition Exhibit 64 | | | | |
| 130 | Anti-Wheeler Mailer Court 2015 – Isbell Deposition Exhibit 65 | | | | |
| 131 | Email Neighborhood Networks to haroldckey – PASADENA14742-14743 | | | | |
| 132 | Email Bianca Gracia to Ybarra re Cullens Messages – PASADENA14744-14747 | | | | |
| 133 | Email lsimkins to khollon re Cullens – PASADENA14748 | | | | |
| 134 | Email MrsFreud2 to khollon re Cullens and Volunteers – PASADENA14749-14750 | | | | |
| 135 | Email ralp to various cc khollon re Cullens – PASADENA14752-14753 | | | | |
| 136 | Email bjackman to khollon re Cullens – PASADENA14754-14756 | | | | |
| 137 | Email sa.kauffman to khollon re Cullens – PASADENA14757-14758 | | | | |
| 138 | Email ralph to khollon re Cullens – PASADENA14762-14767 | | | | |
| 139 | Email trbdesk to khollon re Cullens – PASADENA14768-14778 | | | | |
| 140 | Email mhr50 to khollon re Cullens – PASADENA14779-14782 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 141 | Email khollon to bjackman.tx re Cullens – PASADENA14787-14789 | | | | |
| 142 | Email khollon to ramirezfamd re Cullens Meet with Mayor and Richard Scott – PASADENA14790-14804 | | | | |
| 143 | Email khollon to benglebert re Cullens – PASADENA14805-14815 | | | | |
| 144 | Email khollon to cindyrussell re Cullens – PASADENA14816-14828 | | | | |
| 145 | Email khollon to trbdesk re Cullens – PASADENA14829-14841 | | | | |
| 146 | Email khollon to galvanolga re Cullens – PASADENA14842-14851 | | | | |
| 147 | Email mhr50 to khollon re Cullens – PASADENA14872-14877 | | | | |
| 148 | Email Stanley.Gutierrez to khollon re Cullens – PASADENA14878-14886 | | | | |
| 149 | Email bengelbert to khollon re Cullens – PASADENA14931-14941 | | | | |
| 150 | Email khollon to bengelbert re Cullens – PASADENA14962-14960 | | | | |
| 151 | Sept. 25, 2013 – Richard Scott Email to Karen Hollon RE Meeting Information – PASADENA15008-15009 | | | | |
| 152 | Demonstrative map of Pasadena 8-0 redistricting plan with incumbents | | | | |
| 153 | Demonstrative map of Pasadena 6-2 redistricting plan with incumbents | | | | |
| 154 | Bass Campaign Finance Reports 2015 | | | | |
| 155 | Carmona Campaign Finance Reports 2015 | | | | |
| 156 | Casados Campaign Finance Reports 2015 | | | | |
| 157 | Cote Campaign Finance Reports 2015 | | | | |
| 158 | Del Toro Campaign Finance Reports 2015 | | | | |
| 159 | Hebert Campaign Finance Reports 2015 | | | | |
| 160 | Isbell Campaign Finance Reports 2015 | | | | |
| 161 | Leamon Campaign Finance Reports 2015 | | | | |
| 162 | Morrison Campaign Finance Reports 2015 | | | | |
| 163 | Nielsen Campaign Finance Reports 2015 | | | | |
| 164 | Peacock Campaign Finance Reports 2015 | | | | |
| 165 | Perez Campaign Finance Reports 2015 | | | | |
| 166 | Riley Campaign Finance Reports 2015 | | | | |
| 167 | Van Houte Campaign Finance Reports 2015 | | | | |
| 168 | Wagner Campaign Finance Reports 2015 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 169 | Wheeler Campaign Finance Reports 2015 | | | | |
| 170 | Ybarra Campaign Finance Reports 2015 | | | | |
| 171 | November 2013 Harris County Sample Ballot | | | | |
| 172 | August 20, 2013 City Council Meeting Agenda and Minutes | | | | |
| 173 | August 22, 2013 City Council Meeting Agenda and Minutes | | | | |
| 174 | August 20, 2013 City Council Meeting Video Recording | | | | |
| 175 | August 22, 2013 City Council Meeting Video Recording | | | | |
| 176 | August 22, 2013 Notice of Special City Council Mtg | | | | |
| 177 | City of Pasadena City Council Ordinance 2013-126 Final Version | | | | |
| 178 | City of Pasadena City Council Ordinance 2013-126 Versions Prior to Final | | | | |
| 179 | Notice of City Council Workshop March 4 2014 | | | | |
| 180 | City Notice Public Hearing Redistricting March 18 2014 | | | | |
| 181 | March 18, 2014 City Council Meeting Agenda and Minutes | | | | |
| 182 | March 18, 2014 City Council Meeting Video Recording | | | | |
| 183 | April 1, 2014 City Council Meeting Agenda and Minutes | | | | |
| 184 | April 1, 2014 City Council Meeting Video Recording | | | | |
| 185 | April 15, 2014 City Council Meeting Agenda and Minutes | | | | |
| 186 | April 15, 2014 City Council Meeting Video Recording | | | | |
| 187 | March 4, 2014 Redistricting Workshop Materials | | | | |
| 188 | March 4, 2014 Redistricting Workshop Audio Recording | | | | |
| 189 | March 4, 2014 Redistricting Workshop Audio Recording Transcript | | | | |
| 190 | Demonstrative Map: 2013 Proposition 1 Yes Vote Percentage | | | | |
| 191 | February 18, 2014 City Council Meeting Minutes | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 192 | City of Pasadena Ordinance No. 2014-20 Re: Qualified Adoption of Robert's Rules of Order | | | | |
| 193 | Citizens to Keep Pasadena Strong Campaign Finance Reports | | | | |
| 194 | David Ely Expert Report | | | | |
| 195 | David Ely Supplemental Expert Report | | | | |
| 196 | David Ely Expert Report Socioeconomic Data Tables | | | | |
| 197 | David Ely Expert Report Demographic Data Tables | | | | |
| 198 | Richard Engstrom Expert Report | | | | |
| 199 | Richard Engstrom Expert Report Table 1 | | | | |
| 200 | Richard Engstrom Expert Report Table 2 | | | | |
| 201 | Andres Tijerina Expert Report | | | | |
| 202 | Andres Tijerina Supplemental Expert Report | | | | |
| 203 | Andres Tijerina Additional Statement | | | | |
| 204 | 2014 Example Plan 1 Map and Data Charts | | | | |
| 205 | 2014 Example Plan 2 Map and Data Charts | | | | |
| 206 | 2014 Example Plan 3 Map and Data Charts | | | | |
| 207 | Historical Document: List Containing Names of Towns in Texas Where Mexicans Are Denied Service (Title Translated) | | | | |
| 208 | Historical Document: List Containing Names of Towns in Texas Where Mexicans Are Denied Service (Document Translation) | | | | |
| 209 | Neighborhood Networks Information Handbook | | | | |
| 210 | Neighborhood Networks Matching Grant Program Application Flow Chart | | | | |
| 211 | Printouts Reflecting Neighborhood Network Expenditures | | | | |
| 212 | Invoices for Work Performed – Neighborhood and Homeowners Associations | | | | |
| 213 | Photographs of Richard Scott Putting Up Campaign Signs | | | | |
| 214 | Protective Covenant and Deed for Subdivisions in Pasadena, Texas; Harris County Clerk's Office | | | | |
| 215 | 1942 Charter for City of Pasadena | | | | |
| 216 | Home-Rule Charter – City of Pasadena | | | | |
| 217 | Notes taken by Pat Van Houte – 2013 Bond | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
|  | Review / Charter Revision Committee Meetings |  |  |  |  |
| 218 | Notes taken by Pat Van Houte – August 13, 2013 City Council Meeting |  |  |  |  |
| 219 | Notes taken by Pat Van Houte – August 20, 2013 City Council Meeting |  |  |  |  |
| 220 | Notes taken by Pat Van Houte – August 22, 2013 City Council Meeting |  |  |  |  |
| 221 | Notes taken by Pat Van Houte – July 30, 2013 City Council Meeting |  |  |  |  |
| 222 | Notes taken by Pat Van Houte – September 3, 2013 City Council Meeting |  |  |  |  |
| 223 | Notes taken by Pat Van Houte – October 1, 2013 City Council Meeting |  |  |  |  |
| 224 | Notes taken by Pat Van Houte – October 15, 2013 City Council Meeting |  |  |  |  |
| 225 | Notes taken by Pat Van Houte – November 26, 2013 City Council Meeting |  |  |  |  |
| 226 | Notes taken by Pat Van Houte – January 7, 2014 City Council Meeting |  |  |  |  |
| 227 | Notes taken by Pat Van Houte – March 18, 2014 City Council Meeting |  |  |  |  |
| 228 | Notes taken by Pat Van Houte – April 15, 2014 City Council Meeting |  |  |  |  |
| 229 | Notes taken by Pat Van Houte – May 20, 2014 City Council Meeting |  |  |  |  |
| 230 | Notice Special Meeting July 29, 2013 |  |  |  |  |
| 231 | Copy of 6-district City Map from Committee Meeting, Produced by Pat Van Houte |  |  |  |  |
| 232 | Packet of Richard Scott Emails |  |  |  |  |
| 233 | Packet of Yates Emails |  |  |  |  |
| 234 | Demonstrative map packet comparing Census boundary for Pasadena with Pasadena boundary |  |  |  |  |
| 235 | Pasadena Municipal Elections Results 2007 |  |  |  |  |
| 236 | Pasadena Municipal Elections Results 2009 |  |  |  |  |
| 237 | Pasadena Municipal Elections Results 2011 |  |  |  |  |
| 238 | Pasadena Municipal Elections Results 2013 |  |  |  |  |
| 239 | Pasadena Municipal Elections Results 2015 |  |  |  |  |
| 240 | CKPS 2013 Emails |  |  |  |  |

DATED: October 21, 2016                    Respectfully submitted,

>Nina Perales
>Attorney-in-charge
>Texas Bar No. 24005046
>SDTX Bar No. 21127
>Ernest Herrera
>Texas Bar No. 24094718
>SDTX Bar No. 2462211
>Denise Hulett (*Pro Hac Vice*)
>California Bar No. 121553
>MEXICAN AMERICAN LEGAL DEFENSE AND
>  EDUCATIONAL FUND
>110 Broadway, Suite 300
>San Antonio, TX 78205
>Tel: (210)224-5476
>Fax: (210)224-5382

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 21st day of October 2016.

>*/s/ Nina Perales*
>Nina Perales