IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | |
| PATRICIA GONZALES, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| vs. | § | Civil Action No. 4:14-CV-03241-LHR |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council Members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
|     *Defendants*. | § | |

### DEFENDANT'S WITNESS LIST

**WITNESSES WHO WILL BE CALLED:**

1. Johnny Isbell

    Mayor, City of Pasadena
    1211 Southmore
    Pasadena, Texas 77502

    Mayor Isbell is expected to testify regarding City of Pasadena political and electoral history, the structure of Pasadena city government, the operations and working dynamics of the Pasadena City Council, the 2013 Bond/Charter Review Committee, the change in the City Council electoral system from an 8 single-member-district-system to a 6 single-member, 2 at-large-district-system, his motivations for proposing the change to the 6-2 system, his political activities related to City elections, the drafting of the 6-2 system maps, elections under the 6-2 system, demographics of the City of Pasadena, the operations of city departments, the expenditure of city funds, and the City's responsiveness to the needs of the Hispanic community.

2. Andy Helms

    Director of Financial Planning, City of Pasadena
    1211 Southmore
    Pasadena, Texas 77502

    Mr. Helms is expected to testify about his knowledge regarding the Mayor's motivations for the change to the 6-2 system, the City's engagement of legal counsel in 2013 to advise on charter changes and redistricting, capital improvements in the City of Pasadena, and monetary expenditures by the City in various City Council districts throughout the City.

3. Patricia Van Houte

    Pasadena City Council, At-Large G
    603 Scott Street
    Pasadena, Texas 77506

    Ms. Van Houte is expected to testify regarding the 2013 Bond/Charter Review Committee, her observations regarding the Mayor's motivations for the change to the 6-2 system, the working dynamics of the City Council, City Council elections and campaigns, elections under the 6-2 system, the involvement of partisan groups in City elections, and Hispanic voter turnout.

4. Cody Ray Wheeler

    Pasadena City Council, District D
    2007 South Rayburn Court
    Pasadena, Texas 77502

    Mr. Wheeler is expected to testify regarding City Council elections and campaigns, the involvement of partisan groups in City elections, the demographics of City council districts, elections under the 6-2 system, candidates of Hispanic choice in City elections, and Hispanic voter turnout.

5. Oscar Del Toro

    1331 Diamante Drive
    Pasadena, Texas 77504

    Mr. Del Toro is expected to testify about his 2015 campaign for City Council and Hispanic voter turnout.

6. Norfleet W. "Bill" Rives

    Consulting Demographer
    3630 Romnay Road
    Columbus, Ohio 43220

    Dr. Rives is Defendant's expert who is expected to testify regarding the historical, current, and projected demographics of Pasadena, focusing on the data and trends as they relate to the Hispanic population and its growth. Dr. Rives will also testify in rebuttal to Plaintiffs' experts.

7. Dr. John Alford

    Department of Political Science
    Rice University - MS-24
    P.O. Box 1892
    Houston, Texas 77251

    Dr. Alford is expected to testify regarding the *Gingles* preconditions, the Senate factors, Pasadena demographics, voting patterns, election history, Hispanic voter turnout, the extent of racially polarized bloc voting in Pasadena, and at-large election systems. Dr. Alford will also testify in rebuttal to Plaintiffs' experts.

**WITNESSES WHO MAY BE CALLED**

1. Celestino Perez

    502 Bertloma
    Pasadena, Texas 77502

    Mr. Perez may testify regarding his 2015 campaign for City Council and Hispanic voter turnout.

2. Ornaldo Ybarra

    Pasadena City Council, District A
    224 Wafer
    Pasadena, Texas 77506

    Mr. Ybarra may testify about his campaigns for City Council, City Council campaigns in general, his observations about the Mayor's motivations for the change to the 6-2 system, elections under the 6-2 system, and Hispanic voter turnout.

3. Sarah Benavides

    Planning Director and Engineer, City of Pasadena
    1211 Southmore
    Pasadena, Texas 77502

    Ms. Benavides may testify about the development of the 6-2 proposal.

4. Roy Mease

    6643 Gleneagles Drive
    Pasadena, Texas 77505

    Mr. Mease may testify about the 2013 Bond/Charter Review Committee.

If any other witnesses will be called at trial, their names, addresses and the subject matter of their testimony will be reported to opposing counsel as soon as they are known. This restriction will not apply to rebuttal or impeachment witnesses, the necessity of whose testimony cannot reasonably be anticipated before trial.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | By: */s/ C. Robert Heath* |

OF COUNSEL:

GUNNAR P. SEAQUIST
Texas State Bar No: 24043358
Southern District No: 1140733
*gseaquist@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

KELLY SANDILL
State Bar No. 24033094
Southern District No. 38594
*kellysandill@andrewskurth.com*
KATHRYN K. AHLRICH
State Bar No. 24063686
Southern District No. 1242003
*katieahlrich@andrewskurth.com*
ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4181
Facsimile: (713) 220-4285

Respectfully submitted,

By: */s/ C. Robert Heath*
C. ROBERT HEATH
Texas State Bar No. 09347500
Southern District No. 13381
*Bheath@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**