IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | |
| PATRICIA GONZALES, | § | |
|    *Plaintiffs*, | § | |
| | § | |
| vs. | § | Civil Action No. 4:14-CV-03241-LHR |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council Members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
|    *Defendants*. | § | |

## LIST OF DEFENDANT'S WITNESS NAMES

1. Johnny Isbell
2. Andy Helms
3. Patricia Van Houte
4. Cody Ray Wheeler
5. Oscar Del Toro
6. Norfleet W. "Bill" Rives
7. Dr. John Alford
8. Celestino Perez
9. Ornaldo Ybarra
10. Sarah Benavides
11. Roy Mease

OF COUNSEL:

GUNNAR P. SEAQUIST
Texas State Bar No: 24043358
Southern District No: 1140733
*gseaquist@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

KELLY SANDILL
State Bar No. 24033094
Southern District No. 38594
*kellysandill@andrewskurth.com*
KATHRYN K. AHLRICH
State Bar No. 24063686
Southern District No. 1242003
*katieahlrich@andrewskurth.com*
ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4181
Facsimile:  (713) 220-4285

Respectfully submitted,

By:    */s/ C. Robert Heath*
    C. ROBERT HEATH
    Texas State Bar No. 09347500
    Southern District No. 13381
    *Bheath@bickerstaff.com*
    BICKERSTAFF HEATH
    DELGADO ACOSTA LLP
    3711 S. MoPac Expressway
    Building One, Suite 300
    Austin, Texas 78746
    Telephone: (512) 472-8021
    Facsimile: (512) 320-5638

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**