IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, | § | |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | |
| PATRICIA GONZALES, | § | |
|     *Plaintiffs*, | § | |
| | § | |
| vs. | § | Civil Action No. 4:14-CV-03241-LHR |
| | § | |
| CITY OF PASADENA, | § | |
| Mayor JOHNNY ISBELL, | § | |
| Council Members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | |
| PAT VAN HOUTE, | § | |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | |
|     *Defendants*. | § | |

## LIST OF DEFENDANT'S WITNESS NAMES

1. Johnny Isbell
2. Andy Helms
3. Patricia Van Houte
4. Cody Ray Wheeler
5. Oscar Del Toro
6. Norfleet W. "Bill" Rives
7. Dr. John Alford
8. Celestino Perez
9. Ornaldo Ybarra
10. Sarah Benavides
11. Roy Mease

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, |
| | By:  /s/ C. Robert Heath |
| GUNNAR P. SEAQUIST | C. ROBERT HEATH |
| Texas State Bar No: 24043358 | Texas State Bar No. 09347500 |
| Southern District No: 1140733 | Southern District No. 13381 |
| *gseaquist@bickerstaff.com* | *Bheath@bickerstaff.com* |
| BICKERSTAFF HEATH | BICKERSTAFF HEATH |
| DELGADO ACOSTA LLP | DELGADO ACOSTA LLP |
| 3711 S. MoPac Expressway | 3711 S. MoPac Expressway |
| Building One, Suite 300 | Building One, Suite 300 |
| Austin, Texas 78746 | Austin, Texas 78746 |
| Telephone: (512) 472-8021 | Telephone: (512) 472-8021 |
| Facsimile: (512) 320-5638 | Facsimile: (512) 320-5638 |
| KELLY SANDILL | **ATTORNEY-IN-CHARGE FOR DEFENDANTS** |
| State Bar No. 24033094 | |
| Southern District No. 38594 | |
| *kellysandill@andrewskurth.com* | |
| KATHRYN K. AHLRICH | |
| State Bar No. 24063686 | |
| Southern District No. 1242003 | |
| *katieahlrich@andrewskurth.com* | |
| ANDREWS KURTH KENYON LLP | |
| 600 Travis, Suite 4200 | |
| Houston, Texas 77002 | |
| Telephone: (713) 220-4181 | |
| Facsimile:  (713) 220-4285 | |