# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **ALBERTO PATINO,** § | Civil Action No. 4:14-CV-03241-LHR | |
| **MARIA DEL ROSARIO MARTINEZ,** § | | |
| **MARIA MARI,** § | | |
| **RODOLFO R. TENREIRO, and** § | <u>Lee H. Rosenthal</u> | |
| **PATRICIA GONZALES,** § | **JUDGE** | |
| *Plaintiffs*, § | | |
| § | | |
| vs. § | <u>Lisa Eddins</u>    _____ | |
| § | **COURTROOM** | **COURT** |
| **CITY OF PASADENA,** § | **CLERK** | **REPORTER** |
| Mayor **JOHNNY ISBELL,** § | | |
| Council Members **ORNALDO YBARRA,** § | | |
| **BRUCE LEAMON, DON HARRISON,** § | <u>BENCH TRIAL</u>_____ | |
| **PAT VAN HOUTE,** § | **PROCEEDING** | |
| **CODY RAY WHEELER, PHIL** § | | |
| **CAYTEN, STEVE COTE, and** § | | |
| **DARRELL MORRISON,** § | DEFENDANT CITY OF PASADENA___ | |
| *Defendants*. § | **EXHIBIT LIST OF** | |

## DEFENDANT'S EXHIBIT LIST

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 1. | Current 6-2 District Map | | | | |
| 2. | Demographic Analysis Showing Population, VAP, CVAP, and SSRV for Current 6-2 Plan | | | | |
| 3. | Ornaldo Ybarra Campaign Finance Report 1/22/09-4/9/09 | | | | |
| 4. | Ornaldo Ybarra Campaign Finance Report 4/9/09-5/1/09 | | | | |
| 5. | Ornaldo Ybarra Campaign Finance Report 5/1/09-6/5/09 | | | | |
| 6. | Ornaldo Ybarra Campaign Finance Report 6/5/09-7/14/09 | | | | |
| 7. | Ornaldo Ybarra Campaign Finance Report 7/15/10-1/15/11 | | | | |
| 8. | Ornaldo Ybarra Campaign Finance Report 1/15/2011-7/15/2011 | | | | |
| 9. | Ornaldo Ybarra Campaign Finance Report 5/2/13-6/30/13 | | | | |
| 10. | 2013 Anti-Harrison Political Mailers | | | | |
| 11. | June 27, 2013 Memo from Mayor Isbell to Council Re: Possible Bond Election | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 12. | July 16, 2013 Memo from Mayor Isbell to Council Re: Bond Election/Charter Revision Committee | | | | |
| 13. | July 16, 2013 Minutes of the Pasadena City Council Meeting | | | | |
| 14. | Agenda packet from the July 23, 2013 Bond/Charter Committee Meeting | | | | |
| 15. | Van Houte's Notes from the July 25, 2013 Bond/Charter Committee Meeting | | | | |
| 16. | July 24, 2013 E-mail from Charles Vaughan to Sarah Benavides | | | | |
| 17. | July 24, 2013 E-mail from Charles Vaughan to Robin Green | | | | |
| 18. | Final Recommendations of the Bond/Charter Committee | | | | |
| 19. | Minutes of the August 13, 2013 Pasadena City Council Meeting | | | | |
| 20. | August 13, 2013 Engagement Contract Between the City of Pasadena and Bickerstaff Heath Delgado Acosta LLP | | | | |
| 21. | August 13, 2013 E-mail from Sarah Benavides to Charles Vaughan | | | | |
| 22. | August 13, 2013 E-mail from Charles Vaughan to Bob Heath | | | | |
| 23. | August 15, 2013 Memo From Mayor Isbell to Council Re: Recommendations of the Bond/Charter Review Committee | | | | |
| 24. | Notice of Special City Council Meeting for August 22, 2013 | | | | |
| 25. | August 19, 2013 E-mail from Bob Heath to Lee Clark, et al. | | | | |
| 26. | Minutes of the August 20, 2013 Pasadena City Council Meeting | | | | |
| 27. | Minutes of the August 22, 2013 Pasadena City Council Meeting | | | | |
| 28. | Area 5 Democrats "Concerned Citizen" Mailer | | | | |
| 29. | January 7, 2014 Notice to Proceed on City of Pasadena Redistricting | | | | |
| 30. | February 26, 2014 Memo from Mayor Isbell to Council Re: Redistricting | | | | |
| 31. | 2014 Example Plan 1 with corresponding demographic data | | | | |
| 32. | 2014 Example Plan 2 with corresponding demographic data | | | | |

HOU:3729863.4

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 33. | 2014 Example Plan 3 with corresponding demographic data | | | | |
| 34. | 2014 SSRV data for Example Plans 1, 2, and 3 | | | | |
| 35. | Notice of March 4, 2014 Council Workshop Re: Proposed Redistricting Maps | | | | |
| 36. | March 10, 2014 Memo From Mayor Isbell To Council Re: Proposed Council Districts | | | | |
| 37. | Notice of March 18, 2014 Public Hearing on Realigning Councilmember Districts | | | | |
| 38. | April 1, 2014 Minutes of the Pasadena City Council Meeting | | | | |
| 39. | April 15, 2014 Minutes of the Pasadena City Council Meeting | | | | |
| 40. | Pasadena City Council Ordinance No. 2014-073 | | | | |
| 41. | Texas Democratic Party 2015 Pasadena City Council Election Mailer | | | | |
| 42. | Area 5 Democrats 2015 Mailer in Support of Pat Van Houte and Oscar Del Toro | | | | |
| 43. | Area 5 Democratic Club Campaign Finance Report 3/31/15-4/29/15 | | | | |
| 44. | Area 5 Democratic Club Campaign Finance Report 4/30/15-6/30/15 | | | | |
| 45. | Fundraising E-mail From Cody Wheeler for Texas Democratic Party | | | | |
| 46. | Meet the Team: Texas Democratic Party, Houston Style Magazine, April 29, 2015 | | | | |
| 47. | Texas Democrats Contribution Form | | | | |
| 48. | March 16, 2015 "Our Candidates" post from Area 5 Democrats Facebook Page | | | | |
| 49. | January 5, 2015 "Filing Open" post from Area 5 Democrats Facebook Page | | | | |
| 50. | 2015 Del Toro Campaign Mailers | | | | |
| 51. | 2015 Pat Van Houte Campaign Mailers | | | | |
| 52. | 2015 Emilio Carmona Campaign Mailers | | | | |
| 53. | Bear Hebert Campaign Mailers | | | | |
| 54. | Citizens to Keep Pasadena Strong Multi-Candidate Support Mailer | | | | |
| 55. | Bear Hebert Campaign Finance Report - 1/6/15-4/9/15 | | | | |
| 56. | Bear Hebert Campaign Finance Report - 4/10/15-5/1/15 | | | | |
| 57. | Bear Hebert Campaign Finance Report - 5/2/15-6/30/15 | | | | |
| 58. | Cody Wheeler Campaign Finance Report - 7/15/13-1/15/14 | | | | |

HOU:3729863.4

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 59. | Cody Wheeler Campaign Finance Report - 1/16/15-4/9/15 | | | | |
| 60. | Cody Wheeler Campaign Finance Report - 4/10/15-5/1/15 | | | | |
| 61. | Cody Wheeler Campaign Finance Report - 5/1/15-7/15/15 | | | | |
| 62. | Emilio Carmona Campaign Finance Report - 1/27/15-4/9/15 | | | | |
| 63. | Emilio Carmona Campaign Finance Report - 4/10/15-5/1/15 | | | | |
| 64. | Emilio Carmona Campaign Finance Report - 5/2/15-7/15/15 | | | | |
| 65. | Sammy Casados Campaign Finance Report - 2/25/15-4/9/15 | | | | |
| 66. | Sammy Casados Campaign Finance Report - 4/9/15-5/1/2015 | | | | |
| 67. | Sammy Casados Campaign Finance Report - 5/1/15-7/15/15 | | | | |
| 68. | Pat Van Houte Campaign Finance Report - 7/1/14-12/31/14 | | | | |
| 69. | Pat Van Houte Campaign Finance Report - 1/1/15-3/30/15 | | | | |
| 70. | Pat Van Houte Campaign Finance Report - 3/31/15-4/29/15 | | | | |
| 71. | Pat Van Houte Campaign Finance Report - 4/30/15-6/30/15 | | | | |
| 72. | Steve Cote Campaign Finance Report - 1/15/15-4/9/15) | | | | |
| 73. | Steve Cote Campaign Finance Report - 1/15/15-4/9/15) | | | | |
| 74. | Steve Cote Campaign Finance Report - 4/9/15-5/1/15) | | | | |
| 75. | Ornaldo Ybarra Campaign Finance Report - 4/9/15-7/15/15 | | | | |
| 76. | Ornaldo Ybarra Campaign Finance Report - 4/9/15-4/30/15 | | | | |
| 77. | Ornaldo Ybarra Campaign Finance Report - 4/30/15-6/30/16 | | | | |
| 78. | 2015 City of Pasadena Election Returns | | | | |
| 79. | April 8, 2014 Letter from Karen Hollon to Frank Borrego | | | | |
| 80. | Deepwater Neighborhood Association Formation Documents and Meeting Notices | | | | |
| 81. | Rives Expert Report | | | | |
| 82. | First Update to Rives Expert Report | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 83. | Second Update to Rives Expert Report | | | | |
| 84. | Hispanic and Non-Hispanic Population, VAP, and CVAP: 1990-2015 | | | | |
| 85. | Non-SSRV Registration and SSRV Registration for 2011, 2015, and 2016 | | | | |
| 86. | Location of Hispanic VAP: 1990-2010 | | | | |
| 87. | Location of Hispanic CVAP: 1990-2010 | | | | |
| 88. | Detailed Demographic by District for 6-2 Plan | | | | |
| 89. | Hispanic CVAP: 2005-2015 | | | | |
| 90. | City of Pasadena Voter Registration: 2011-2016 | | | | |
| 91. | SSRV Growth in District D: 2011-2016 | | | | |
| 92. | School Districts in the City of Pasadena | | | | |
| 93. | Hispanic School Enrollment for Pasadena ISD and Deer Park ISD: 1994-2014 | | | | |
| 94. | Harris County Growth Projections for Hispanic and Non-Hispanic Voting Age Population | | | | |
| 95. | Alford Expert Report | | | | |
| 96. | Alford Table 1 - Analysis of City of Pasadena Election | | | | |
| 97. | Alford Table 2 - Analysis of Partisan Primaries | | | | |
| 98. | Alford Table 3 - Analysis of Partisan General Elections | | | | |
| 99. | Alford Analysis of Multiple General Elections | | | | |
| 100. | Election Precincts with 2016 SSRV Percentage and 6-2 Overlay | | | | |
| 101. | Pasadena The Early Years, Tijerina Report, Tab 18 | | | | |
| 102. | *Minorities Missing*, Pasadena Citizen, May 17, 1980, Tijerina Report, Tab 23 | | | | |
| 103. | *Klansmen, police 'stood up',* Pasadena Citizen, April 1980 Tijerina Deposition Ex. 7 | | | | |
| 104. | Tijerina Expert Report from *Perez v. Perry* | | | | |
| 105. | Tijerina CV from *Perez v. Perry* | | | | |
| 106. | Tijerina Deposition from *Perez v. Perry* | | | | |
| 107. | Tijerina Trial Testimony from *Perez v. Perry* | | | | |
| 108. | Neighborhood Network Map | | | | |
| 109. | Neighborhood Network Industrial Projects Map | | | | |
| 110. | August 6, 2015 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 111. | November 19, 2015 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 112. | January 28, 2016 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 113. | June 16, 2016 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |

HOU:3729863.4

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 114. | July 23, 2016 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 115. | Cody Ray Wheeler Endorsement Statement for Harris County Precinct 1 | | | | |
| 116. | TOP Press Conference Picture | | | | |

OF COUNSEL:

GUNNAR P. SEAQUIST
Texas State Bar No: 24043358
Southern District No: 1140733
*gseaquist@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

KELLY SANDILL
State Bar No. 24033094
Southern District No. 38594
*kellysandill@andrewskurth.com*
KATHRYN K. AHLRICH
State Bar No. 24063686
Southern District No. 1242003
*katieahlrich@andrewskurth.com*
ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone:  (713) 220-4181
Facsimile:  (713) 220-4285

Respectfully submitted,

By:   */s/ C. Robert Heath*
         C. ROBERT HEATH
         Texas State Bar No. 09347500
         Southern District No. 13381
         *Bheath@bickerstaff.com*
         BICKERSTAFF HEATH
         DELGADO ACOSTA LLP
         3711 S. MoPac Expressway
         Building One, Suite 300
         Austin, Texas 78746
         Telephone: (512) 472-8021
         Facsimile: (512) 320-5638

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

HOU:3729863.4