IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ALBERTO PATINO, *et al.,* | § | Civil Action No. 4:14-cv-03241 |
| | § | |
| Plaintiffs, | § | LEE H. ROSENTHAL |
| v. | § | JUDGE |
| | § | |
| CITY OF PASADENA, *et al.,* | § | Lisa Eddins |
| | § | COURT ROOM     COURT |
| Defendants. | § | CLERK          REPORTER |
| | § | |
| | § | NON-JURY TRIAL |
| | § | PROCEEDING |
| | § | |
| | § | ALBERTO PATINO, ET AL. |
| | § | EXHIBIT LIST OF PLAINTIFFS |

## PLAINTIFFS' FIRST SUPPLEMENTAL EXHIBIT LIST

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 241 | David Ely Supplemental Report Tables | | | | |
| 242 | City of Pasadena Responses to Plaintiffs' First Set of Requests for Production | | | | |
| 243 | 2011 Bickerstaff Maps Showing Pasadena Demographics | | | | |
| 244 | Demonstrative Map: 2010 8-0 Map and Officeholders | | | | |
| 245 | Email 2013-07-23 - Sarah Benavides to Charles Vaughan –Vaughan Exhibit 3 | | | | |
| 246 | Email 2013-07-24 - Charles Vaughan to Sarah Benavides –Vaughan Exhibit 4 | | | | |
| 247 | Email 2013-07-24 - Charles Vaughan to Robin Green –Vaughan Exhibit 6 | | | | |
| 248 | Email 2013-08-13 - Sarah Benavides to Charles Vaughan –Vaughan Exhibit 7 | | | | |
| 249 | Email 2013-08-13 – Vaughan to Bob Heath – Vaughan Exhibit 8 | | | | |
| 250 | Email 2013-08-19 – Heath to City Employees –Vaughan Exhibit 12 | | | | |
| 251 | EI Analysis from Alford | | | | |
| 252 | Demonstrative Map: 2014 6-2 Map with 2015 Elected Officeholders | | | | |
| 253 | Demonstrative Map: Pasadena Shading for | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| | Votes for Del Toro in 2015 Election | | | | |
| 254 | Demonstrative Map: Pasadena Shading for Yes Votes on November 2013 Proposition 1 | | | | |

DATED: November 3, 2016     Respectfully submitted,

Nina Perales
Attorney-in-charge
Texas Bar No. 24005046
SDTX Bar No. 21127
Ernest Herrera
Texas Bar No. 24094718
SDTX Bar No. 2462211
Denise Hulett (*Pro Hac Vice*)
California Bar No. 121553
MEXICAN AMERICAN LEGAL DEFENSE AND
 EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210)224-5476
Fax: (210)224-5382

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 3rd day of November 2016.

*/s/ Nina Perales*
Nina Perales