IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ALBERTO PATINO, *et al.*, | § | Civil Action No. 4:14-cv-03241 |
| --- | --- | --- |
| Plaintiffs, | § § | LEE H. ROSENTHAL |
| v. | § § | JUDGE |
| CITY OF PASADENA, *et al.*, | § § | Lisa Eddins |
| Defendants. | § § § | COURT ROOM CLERK    COURT REPORTER |
| | § § § | NON-JURY TRIAL PROCEEDING |
| | § § | ALBERTO PATINO, ET AL. EXHIBIT LIST OF PLAINTIFFS |

## PLAINTIFFS' SECOND SUPPLEMENTAL EXHIBIT LIST

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | DATE N/ADM |
| --- | --- | --- | --- | --- | --- |
| 255 | Demonstrative Table: Local Elections in Which All the Voters of Pasadena Had a Choice | | | | |
| 256 | Right on the Money Invoices | | | | |
| 257 | Demonstrative Map: Population Overlap – PISD and City of Pasadena | | | | |
| 258 | US Census Report on Citizen Origin in Pasadena | | | | |
| 259 | Yates Emails Authenticated in Isbell Deposition | | | | |

DATED: November 8, 2016

Respectfully submitted,

Nina Perales
Attorney-in-charge
Texas Bar No. 24005046
SDTX Bar No. 21127
Ernest Herrera
Texas Bar No. 24094718
SDTX Bar No. 2462211
Denise Hulett (*Pro Hac Vice*)
California Bar No. 121553

Mexican American Legal Defense and
  Educational Fund
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210)224-5476
Fax: (210)224-5382

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 8th day of November 2016.

*/s/ Nina Perales*
Nina Perales