IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, *et al.,* | § | Civil Action No. 4:14-cv-03241 |
| | § | |
| Plaintiffs, | § | LEE H. ROSENTHAL |
| v. | § | JUDGE |
| | § | |
| CITY OF PASADENA, *et al.,* | § | Lisa Eddins |
| | § | COURT ROOM        COURT |
| Defendants. | § | CLERK              REPORTER |
| | § | |
| | § | NON-JURY TRIAL |
| | § | PROCEEDING |
| | § | |
| | § | ALBERTO PATINO, ET AL. |
| | § | EXHIBIT LIST OF PLAINTIFFS |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 1 | Chart -  Single-Member City Council District v.2 | | | | |
| 2 | 2011 Adopted 8-0 Plan Figures & Map – PASADENA000154-155; 000148 | | | | |
| 3 | SSVR 2011 Adopted 8-0 Plan – PASADENA000156 | | | | |
| 4 | Chart – 6 Single-Member City Council Districts | | | | |
| 5 | SSVR – 6 Single-Member City Council Districts - PASADENA000004-000008 | | | | |
| 6 | 2014 Ordinance Adopting 6-2 Plan - PASADENA000196-000203 | | | | |
| 7 | CPC Invoices Redacted | | | | |
| 8 | June 27, 2013 - Memo from Mayor to Council Calling for Committee - PASADENA000094 | | | | |
| 9 | July 16, 2013 - Memo from Mayor Naming Committee Members - PASADENA000101-000102 | | | | |
| 10 | July 16, 2013 – Email RE Committee Organizational Meeting - PASADENA000592 | | | | |
| 11 | July 19, 2013 – Email RE July 23 Committee Meeting - PASADENA000608-000609 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|------|
|     |             |      |     | ADMIT | N/ADM |
| 12 | July 25, 2013 – Email RE July 25 Committee Meeting - PASADENA000661-000662 | | | | |
| 13 | July 29, 2013 – First Email RE July 29 Committee Meeting - PASADENA000667 | | | | |
| 14 | July 29, 2013 – Second Email RE July 29 Committee Meeting - PASADENA000668-000669 | | | | |
| 15 | July 29, 2013 – Email Moving Location July 29 Meeting - PASADENA000670 | | | | |
| 16 | July 30, 2013 – Email Helms First Draft Committee Recommendations - PASADENA000671-000674 | | | | |
| 17 | July 30, 2013 – Email Helms Revised Draft Committee Recommendations - PASADENA000675-000678 | | | | |
| 18 | July 31, 2013 – Email Helms Typos Draft Committee Recommendations - PASADENA000679-000682 | | | | |
| 19 | July 31, 2013 – Email Helms This Moment Draft Committee Recommendations - PASADENA000683-000685 | | | | |
| 20 | July 31, 2013 – Email Helms 309 Draft Committee Recommendations - PASADENA000686-000688 | | | | |
| 21 | Committee Recommendations Signed - PASADENA000695-000704 | | | | |
| 22 | Aug. 16, 2013 – Mayor Memo to Council Emailed to Committee - PASADENA000689-000691 | | | | |
| 23 | Aug. 16, 2013 – Peacock Email to Mayor Wrong – PASADENA000692 | | | | |
| 24 | Aug. 29, 2013 – Helms Forward Peacock Email to Mease – PASADENA000693-000694 | | | | |
| 25 | Feb. 26, 2014 – Email Mayor Memo to Council Saying He Requested 6-2 Maps – PASADENA000705 | | | | |
| 26 | June 2011 – Ordinance Adopting Redistricting Criteria – PASADENA000706-000713 | | | | |
| 27 | March 10, 2014 – Mayor Memo with 6-2 Proposals SSVR – PASADENA000714-000718 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 28 | HCVAP for Districts A-D in 6-2 Plans – PASADENA010128 | | | | |
| 29 | July 23, 2013 – Committee Meeting Agenda – PASADENA010614-010657 | | | | |
| 30 | Aug. 13, 2013 – Council Meeting Minutes Bond Vote – PASADENA010943-010954 | | | | |
| 31 | Neighborhood Network Association Map – PASADENA15363 | | | | |
| 32 | Citizens for Positive Change Campaign Finance Reports – PASADENA 14204-14206; 14188-14203; 010427-010430; 010437; 010407-010409; 010422; 010388-010390; 010403; 010368-010369 | | | | |
| 33 | Sept. 4, 2013 – Richard Scott Email to Tom Langland  RE Request for Langland Input Prop 1 Campaign – RSCOTTPRODUCTION00380 | | | | |
| 34 | Sept. 4, 2013 – Richard Scott Email to Tom Langland RE Pull Out Hispanic Names – RSCOTT PRODUCTION00381 | | | | |
| 35 | Sept. 6, 2016 – Richard Scott Email to Tom Langland RE Republicans Will Like – Chron Article Redistricting – RSCOTTPRODUCTION00385-00388 | | | | |
| 36 | Sept. 17, 2013 – Richard Scott Email to Tom Langland RE Draft Proposition Answers Scott Langland  - RSCOTTPRODUCTION00389-00390 | | | | |
| 37 | Sept. 18, 2013 – Mark Dillard Email to Richard Scott RE New Proof for M091613-55-CofPasadena-Yes-18-24-Scott – PASADENA14588-14590 | | | | |
| 38 | Sept. 18, 2013 – Mark Dillard Email to Richard Scott RE New Proof for M091613-55-CofPasadena-Yes-18-24-Scott – PASADENA14582-14587 | | | | |
| 39 | Sept. 18, 2013 – Richard Scott Email to SamSafety RE New Proof for M091613-55-CofPasadena-Yes-18-24-Scott – PASADENA14592-14598 | | | | |
| 40 | Sept. 25, 2013 – Karen Hollon Email to SamSafety RE Meeting Information – PASADENA15004-15005 | | | | |
| 41 | Sept. 25, 2013 – Richard Scott Email to | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|-------|-------|
|     |             |      |     | ADMIT | N/ADM |
|     | Karen Hollon RE Meeting Information – PASADENA15006-15007 | | | | |
| 42 | Sept. 27, 2013 – Karen Hollon Email to Richard Scott RE Document 1 – PASADENA14942--14943 | | | | |
| 43 | Sept. 27, 2013 – Karen Hollon Email to Becky Engelbert RE Brookwood – PASADENA14962-14970 | | | | |
| 44 | Sept. 30, 2013 – Richard Scott Email to Sherry at Pasadena Chamber RE Charter Changes – PASADENA14102-14106 | | | | |
| 45 | Oct. 1, 2013 – Richard Scott to Jeff Yates RE Letter of opponents attorneys – YATES205-206 | | | | |
| 46 | Oct. 1, 2013 – Richard Scott to Jeff Yates RE Campaign – YATES207-210 | | | | |
| 47 | Oct 1, 2013 – Richard Scott Email to Jeff Yates RE Charter Changes "Citizens for Positive Change" – PASADENA15016-15019 | | | | |
| 48 | Oct. 1, 2014 – NeighborhoodNet to Haroldckey RE Invite in Behave of Mayor Isbell – PASADENA14742-14743 | | | | |
| 49 | Oct 2, 2013 –Jeff Yates to Richard Scott RE Charter Changes "Citizens for Positive Change" – YATES211-212 | | | | |
| 50 | Oct 2, 2013 –Jeff Yates to Richard Scott and Johnny RE Draft – YATES4-6; 213-218 | | | | |
| 51 | Oct 2, 2013 – Richard Scott Email to Rick Guerrero RE Charter – PASADENA14097-14101 | | | | |
| 52 | Oct 2, 2013 –Jeff Yates to Richard Scott and Johnny RE Piece with Revisions – YATES7-9 | | | | |
| 53 | Oct. 15, 2013 – Richard Scott to Jeff Yates RE Picture for the Piece – YATES222-223 | | | | |
| 54 | Oct 17, 2013 – Jeff Yates to Richard Scott Johnny  and JJ Isbell RE Positive Piece for your Review – YATES15-23 | | | | |
| 55 | Oct 21, 2013 – Jeff Yates to Johnny RE ACORN mail outs – YATES27-28 | | | | |
| 56 | Oct 24, 2013 – Jeff Yates to Johnny and JJ Isbell  RE call in number and script – YATES32 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|---|
| | | | | ADMIT | N/ADM |
| | | | | | |
| 57 | Oct 28, 2013 – Jeff Yates to Johnny and JJ Isbell RE update and question – YATES38-42 | | | | |
| 58 | Oct 30, 2013 – Jeff Yates to Johnny RE phone file – YATES44-45 | | | | |
| 59 | Nov. 7, 2013 – Jeff Yates to Johnny RE Invoice for all completed work – YATES46-49 | | | | |
| 60 | May 8, 2015 – J. Pedersen Email to Andy Helms re Citizen Article – PASADENA14570-14571 | | | | |
| 61 | Citizens for Positive Change Invoices and Checks | Withdrawn | | | |
| 62 | Ordinances Approving Contracts w Bass Meineke – Bass Deposition Exhibit 1 and 2 | | | | |
| 63 | Email from Yates re Ad – YATES14 | | | | |
| 64 | Email Yates to JJ Isbell and Johnny Isbell – Bass Deposition Exhibit 15 | | | | |
| 65 | Email Yates to JJ and Johnny Isbell – Bass Deposition Exhibit 16 (YATES106-114) | | | | |
| 66 | Email Yates to Fran Bass –Bass Deposition Exhibit 17 | | | | |
| 67 | Email Yates to Fran Bass –Bass Deposition Exhibit 18 | | | | |
| 68 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 19 | | | | |
| 69 | Email Cary Bass to Yates – Bass Deposition Exhibit 20 | | | | |
| 70 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 21 | | | | |
| 71 | Email Cary Bass to Yates – Bass Deposition Exhibit 22 | | | | |
| 72 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 23 | | | | |
| 73 | Email Yates to Fran and Cary Bass Re: Push Card Draft – Bass Deposition Exhibit 24 | | | | |
| 74 | Email Cary Bass to Yates – Bass Deposition Exhibit 25 | | | | |
| 75 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 26 | | | | |
| 76 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 27 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|---|
| | | | | ADMIT | N/ADM |
| 77 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 28 | | | | |
| 78 | Email Yates to Cary Bass – Bass Deposition Exhibit 29 | | | | |
| 79 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 30 | | | | |
| 80 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 31 | | | | |
| 81 | Email Yates to Fran and Cary Bass – Bass Deposition Exhibit 32 | | | | |
| 82 | Email Yates to Bass Re: notice from PAC – Bass Deposition Exhibit 33 | | | | |
| 83 | Neumann and Company March Invoice Mailers – Bass Deposition Exhibit 34 | | | | |
| 84 | Neumann and Company April Invoice Mailers – Bass Deposition Exhibit 35 | | | | |
| 85 | Bass Door Hanger – Bass Deposition Exhibit 36 | | | | |
| 86 | Bass Mailer  – Bass Deposition Exhibit 37 | | | | |
| 87 | Bass Mailer Mail Ballot Application – Bass Deposition Exhibit 38 | | | | |
| 88 | CKPS Mailer Endorsing Bass and Attack Candidates – Bass Deposition Exhibit 39 | | | | |
| 89 | City of Pasadena Check Registry 11/04/13 – Helms Deposition Exhibit 16 | | | | |
| 90 | 6-2 2014 Map and Data – Helms Deposition Exhibit 17 | | | | |
| 91 | Fwd Bianca Gracia Email – PASADENA000431-432 | | | | |
| 92 | 12/21/2012 DOJ Objection Letter to Beaumont ISD | | | | |
| 93 | 8-0 2011 Redistricting Benchmark Plan Map – PASADENA000115 | | | | |
| 94 | Bickerstaff Memorandum to City Council – PASADENA000049-000083 | | | | |
| 95 | Anti-Harrison Mailer – Protect – Isbell Deposition Exhibit 15 | | | | |
| 96 | Anti-Harrison Mailer – Show – Isbell Deposition Exhibit 16 | | | | |
| 97 | Anti-Harrison Mailer – Politician – Isbell Deposition Exhibit 17 | | | | |
| 98 | Anti-Harrison Mailer – Seniors – Isbell Deposition Exhibit 18 | | | | |
| 99 | Anti-Harrison Mailer – Trash – Isbell | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| | Deposition Exhibit 19 | | | | |
| 100 | Email Neumann to Yates Re Mailers -- Isbell Deposition Exhibit 20 | | | | |
| 101 | Email Neumann to Yates Approve Mailers -- Isbell Deposition Exhibit 21 | | | | |
| 102 | Email Yates to Neumann Send Anti-Wheeler Mailers 2013 -- Isbell Deposition Exhibit 22 | | | | |
| 103 | 10/03/2011 DOJ Objection Letter to Galveston | | | | |
| 104 | 08/12/2002 DOJ Objection Letter to Freeport | | | | |
| 105 | Email Yates to Neumann Attaching Anti-Wheeler Mailer 2013 – Isbell Deposition Exhibit 23 | | | | |
| 106 | Email Yates to Johnny Isbell Requesting Anti-Wheeler Push Card 2013 – Isbell Deposition Exhibit 24 | | | | |
| 107 | Email Yates to Johnny and JJ Isbell – Mail with Johnny Edits – Isbell Deposition Exhibit 26 | | | | |
| 108 | Email Yates to Johnny re: Harrison Apology – Isbell Deposition Exhibit 27 | | | | |
| 109 | SCOTUSblog Video Notes -- Isbell Deposition Exhibit 29 | | | | |
| 110 | Email Yates to Johnny – Anti-Wheeler Revised – Isbell Deposition Exhibit 30 | | | | |
| 111 | SCOTUSblog Video Screenshot with Map – Isbell Deposition Exhibit 31 | | | | |
| 112 | Campaign Finance Report Johnny Isbell – Isbell Deposition Exhibit 35 | | | | |
| 113 | Various Emails to Isbell Attaching Proposition 1 Mailers – Isbell Deposition Exhibit 38 | | | | |
| 114 | Emails Yates to Isbell Attaching Prop 1 Mailer -- Isbell Deposition Exhibit 40 | | | | |
| 115 | Emails Yates to Isbell Re Prop 1 Campaign – Isbell Deposition Exhibit 41 | | | | |
| 116 | Emails Yates to Johnny and JJ Isbell Re Call Script – Isbell Deposition Exhibit 42 | | | | |
| 117 | Emails Yates to Johnny and JJ Isbell Re Prop 1 ACORN Mailers and Calls – Isbell Deposition Exhibit 43 | | | | |
| 118 | Emails Yates to Johnny Isbell Phone File – Isbell Deposition Exhibit 44 | | | | |
| 119 | Emails Yates to Johnny Isbell Invoices – | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|---|
| | | | | ADMIT | N/ADM |
| | Isbell Deposition Exhibit 45 | | | | |
| 120 | Neumann CKPS Invoices – Isbell Deposition Exhibit 54 | | | | |
| 121 | Emails Yates to Jerad Phone Script 2015 Cote and Morrison – Isbell Deposition Exhibit 56 | | | | |
| 122 | Carmona Mailer 2015 – Isbell Deposition Exhibit 57 | | | | |
| 123 | Carmona Mailer 2015 – Isbell Deposition Exhibit 58 | | | | |
| 124 | Cary Bass Mailer 2015 – Isbell Deposition Exhibit 59 | | | | |
| 125 | Hebert Mailer 2015 – Isbell Deposition Exhibit 60 | | | | |
| 126 | Anti-Wheeler Mailer Back 2015 – Isbell Deposition Exhibit 61 | | | | |
| 127 | Anti-Wheeler Mailer Living 2015 – Isbell Deposition Exhibit 62 | | | | |
| 128 | Anti-Wheeler Mailer Remove 2015 – Isbell Deposition Exhibit 63 | | | | |
| 129 | Anti-Wheeler Mailer Obama 2015 – Isbell Deposition Exhibit 64 | | | | |
| 130 | Anti-Wheeler Mailer Court 2015 – Isbell Deposition Exhibit 65 | | | | |
| 131 | Email Neighborhood Networks to haroldckey – PASADENA14742-14743 | | | | |
| 132 | Email Bianca Gracia to Ybarra re Cullens Messages – PASADENA14744-14747 | | | | |
| 133 | Email lsimkins to khollon re Cullens – PASADENA14748 | | | | |
| 134 | Email MrsFreud2 to khollon re Cullens and Volunteers – PASADENA14749-14750 | | | | |
| 135 | Email ralp to various cc khollon re Cullens – PASADENA14752-14753 | | | | |
| 136 | Email bjackman to khollon re Cullens – PASADENA14754-14756 | | | | |
| 137 | Email sa.kauffman to khollon re Cullens – PASADENA14757-14758 | | | | |
| 138 | Email ralph to khollon re Cullens – PASADENA14762-14767 | | | | |
| 139 | Email trbdesk to khollon re Cullens – PASADENA14768-14778 | | | | |
| 140 | Email mhr50 to khollon re Cullens – PASADENA14779-14782 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|--|
| | | | | ADMIT | N/ADM |
| 141 | Email khollon to bjackman.tx re Cullens – PASADENA14787-14789 | | | | |
| 142 | Email khollon to ramirezfamd re Cullens Meet with Mayor and Richard Scott – PASADENA14790-14804 | | | | |
| 143 | Email khollon to benglebert re Cullens – PASADENA14805-14815 | | | | |
| 144 | Email khollon to cindyrussell re Cullens – PASADENA14816-14828 | | | | |
| 145 | Email khollon to trbdesk re Cullens – PASADENA14829-14841 | | | | |
| 146 | Email khollon to galvanolga re Cullens – PASADENA14842-14851 | | | | |
| 147 | Email mhr50 to khollon re Cullens – PASADENA14872-14877 | | | | |
| 148 | Email Stanley.Gutierrez to khollon re Cullens – PASADENA14878-14886 | | | | |
| 149 | Email bengelbert to khollon re Cullens – PASADENA14931-14941 | | | | |
| 150 | Email khollon to bengelbert re Cullens – PASADENA14962-14960 | | | | |
| 151 | Sept. 25, 2013 – Richard Scott Email to Karen Hollon RE Meeting Information – PASADENA15008-15009 | | | | |
| 152 | Demonstrative map of Pasadena 8-0 redistricting plan with incumbents | | | | |
| 153 | Demonstrative map of Pasadena 6-2 redistricting plan with incumbents | | | | |
| 154 | Bass Campaign Finance Reports 2015 | | | | |
| 155 | Carmona Campaign Finance Reports 2015 | | | | |
| 156 | Casados Campaign Finance Reports 2015 | | | | |
| 157 | Cote Campaign Finance Reports 2015 | | | | |
| 158 | Del Toro Campaign Finance Reports 2015 | | | | |
| 159 | Hebert Campaign Finance Reports 2015 | | | | |
| 160 | Isbell Campaign Finance Reports 2015 | | | | |
| 161 | Leamon Campaign Finance Reports 2015 | | | | |
| 162 | Morrison Campaign Finance Reports 2015 | | | | |
| 163 | Nielsen Campaign Finance Reports 2015 | | | | |
| 164 | Peacock Campaign Finance Reports 2015 | | | | |
| 165 | Perez Campaign Finance Reports 2015 | | | | |
| 166 | Riley Campaign Finance Reports 2015 | | | | |
| 167 | Van Houte Campaign Finance Reports 2015 | | | | |
| 168 | Wagner Campaign Finance Reports 2015 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|-|
| | | | | ADMIT | N/ADM |
| 169 | Wheeler Campaign Finance Reports 2015 | | | | |
| 170 | Ybarra Campaign Finance Reports 2015 | | | | |
| 171 | November 2013 Harris County Sample Ballot | | | | |
| 172 | August 20, 2013 City Council Meeting Agenda and Minutes | | | | |
| 173 | August 22, 2013 City Council Meeting Agenda and Minutes | | | | |
| 174 | August 20, 2013 City Council Meeting Video Recording | | | | |
| 175 | August 22, 2013 City Council Meeting Video Recording | | | | |
| 176 | August 22, 2013 Notice of Special City Council Mtg | | | | |
| 177 | City of Pasadena City Council Ordinance 2013-126 Final Version | | | | |
| 178 | City of Pasadena City Council Ordinance 2013-126 Versions Prior to Final | | | | |
| 179 | Notice of City Council Workshop March 4 2014 | | | | |
| 180 | City Notice Public Hearing Redistricting March 18 2014 | | | | |
| 181 | March 18, 2014 City Council Meeting Agenda and Minutes | | | | |
| 182 | March 18, 2014 City Council Meeting Video Recording | | | | |
| 183 | April 1, 2014 City Council Meeting Agenda and Minutes | Withdrawn | | | |
| 184 | April 1, 2014 City Council Meeting Video Recording | | | | |
| 185 | April 15, 2014 City Council Meeting Agenda and Minutes | | | | |
| 186 | April 15, 2014 City Council Meeting Video Recording | | | | |
| 187 | March 4, 2014 Redistricting Workshop Materials | | | | |
| 188 | March 4, 2014 Redistricting Workshop Audio Recording | | | | |
| 189 | March 4, 2014 Redistricting Workshop Audio Recording Transcript | Withdrawn | | | |
| 190 | Demonstrative Map: 2013 Proposition 1 Yes Vote Percentage | | | | |
| 191 | February 18, 2014 City Council Meeting Minutes | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|---|
| | | | | ADMIT | N/ADM |
| 192 | City of Pasadena Ordinance No. 2014-20 Re: Qualified Adoption of Robert's Rules of Order | | | | |
| 193 | Citizens to Keep Pasadena Strong Campaign Finance Reports | | | | |
| 194 | David Ely Expert Report | | | | |
| 195 | David Ely Supplemental Expert Report | | | | |
| 196 | David Ely Expert Report Socioeconomic Data Tables | | | | |
| 197 | David Ely Expert Report Demographic Data Tables | | | | |
| 198 | Richard Engstrom Expert Report | | | | |
| 199 | Richard Engstrom Expert Report Table 1 | | | | |
| 200 | Richard Engstrom Expert Report Table 2 | | | | |
| 201 | Andres Tijerina Expert Report | | | | |
| 202 | Andres Tijerina Supplemental Expert Report | | | | |
| 203 | Andres Tijerina Additional Statement | | | | |
| 204 | 2014 Example Plan 1 Map and Data Charts | | | | |
| 205 | 2014 Example Plan 2 Map and Data Charts | | | | |
| 206 | 2014 Example Plan 3 Map and Data Charts | | | | |
| 207 | Historical Document: List Containing Names of Towns in Texas Where Mexicans Are Denied Service (Title Translated) | | | | |
| 208 | Historical Document: List Containing Names of Towns in Texas Where Mexicans Are Denied Service (Document Translation) | | | | |
| 209 | Neighborhood Networks Information Handbook | | | | |
| 210 | Neighborhood Networks Matching Grant Program Application Flow Chart | | | | |
| 211 | Printouts Reflecting Neighborhood Network Expenditures | | | | |
| 212 | Invoices for Work Performed – Neighborhood and Homeowners Associations | Withdrawn | | | |
| 213 | Photographs of Richard Scott Putting Up Campaign Signs | | | | |
| 214 | Protective Covenant and Deed for Subdivisions in Pasadena, Texas; Harris County Clerk's Office | | | | |
| 215 | 1942 Charter for City of Pasadena | | | | |
| 216 | Home-Rule Charter – City of Pasadena | | | | |
| 217 | Notes taken by Pat Van Houte – 2013 Bond | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|--|
| | | | | ADMIT | N/ADM |
| | Review / Charter Revision Committee Meetings | | | | |
| 218 | Notes taken by Pat Van Houte – August 13, 2013 City Council Meeting | | | | |
| 219 | Notes taken by Pat Van Houte – August 20, 2013 City Council Meeting | | | | |
| 220 | Notes taken by Pat Van Houte – August 22, 2013 City Council Meeting | | | | |
| 221 | Notes taken by Pat Van Houte – July 30, 2013 City Council Meeting | | | | |
| 222 | Notes taken by Pat Van Houte – September 3, 2013 City Council Meeting | | | | |
| 223 | Notes taken by Pat Van Houte – October 1, 2013 City Council Meeting | | | | |
| 224 | Notes taken by Pat Van Houte – October 15, 2013 City Council Meeting | | | | |
| 225 | Notes taken by Pat Van Houte – November 26, 2013 City Council Meeting | | | | |
| 226 | Notes taken by Pat Van Houte – January 7, 2014 City Council Meeting | | | | |
| 227 | Notes taken by Pat Van Houte – March 18, 2014 City Council Meeting | | | | |
| 228 | Notes taken by Pat Van Houte – April 15, 2014 City Council Meeting | | | | |
| 229 | Notes taken by Pat Van Houte – May 20, 2014 City Council Meeting | | | | |
| 230 | Notice Special Meeting July 29, 2013 | | | | |
| 231 | Copy of 6-district City Map from Committee Meeting, Produced by Pat Van Houte | | | | |
| 232 | Packet of Richard Scott Emails | | | | |
| 233 | Packet of Yates Emails | | | | |
| 234 | Demonstrative map packet comparing Census boundary for Pasadena with Pasadena boundary | Withdrawn | | | |
| 235 | Pasadena Municipal Elections Results 2007 | | | | |
| 236 | Pasadena Municipal Elections Results 2009 | | | | |
| 237 | Pasadena Municipal Elections Results 2011 | | | | |
| 238 | Pasadena Municipal Elections Results 2013 | | | | |
| 239 | Pasadena Municipal Elections Results 2015 | | | | |
| 240 | CKPS 2013 Emails | Withdrawn | | | |
| 241 | David Ely Supplemental Report Tables | | | | |
| 242 | City of Pasadena Responses to Plaintiffs' | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| | First Set of Requests for Production | | | | |
| 243 | 2011 Bickerstaff Maps Showing Pasadena Demographics | | | | |
| 244 | Demonstrative Map: 2010 8-0 Map and Officeholders | | | | |
| 245 | Email 2013-07-23 - Sarah Benavides to Charles Vaughan –Vaughan Exhibit 3 | | | | |
| 246 | Email 2013-07-24 - Charles Vaughan to Sarah Benavides –Vaughan Exhibit 4 | | | | |
| 247 | Email 2013-07-24 - Charles Vaughan to Robin Green –Vaughan Exhibit 6 | | | | |
| 248 | Email 2013-08-13 - Sarah Benavides to Charles Vaughan –Vaughan Exhibit 7 | | | | |
| 249 | Email 2013-08-13 – Vaughan to Bob Heath – Vaughan Exhibit 8 | | | | |
| 250 | Email 2013-08-19 – Heath  to City Employees –Vaughan Exhibit 12 | | | | |
| 251 | EI Analysis from Alford | Withdrawn | | | |
| 252 | Demonstrative Map: 2014 6-2 Map with 2015 Elected Officeholders | | | | |
| 253 | Demonstrative Map: Pasadena Shading for Votes for Del Toro in 2015 Election | | | | |
| 254 | Demonstrative Map: Pasadena Shading for Yes Votes on November 2013 Proposition 1 | | | | |
| 255 | Demonstrative Table: Local Elections in Which All the Voters of Pasadena Had a Choice | | | | |
| 256 | Right on the Money Invoices | | | | |
| 257 | Demonstrative Map: Population Overlap – PISD and City of Pasadena | | | | |
| 258 | US Census Report on Citizen Origin in Pasadena | | | | |
| 259 | Yates Emails Authenticated in Isbell Deposition | | | | |
| 260 | 2013-10-15 Right on the Money Invoice | Withdrawn | | | |
| 261 | Demonstrative Table - Age by Sex Hispanic and Non Hispanic ACS 2010-2014 | | | | |
| 262 | Oscar Del Toro, candidate for Pasadena City Council at-large District H – Houston Chronicle | | | | |
| 263 | The New Attack on Hispanic Voting Rights - The New York Times | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|-----|-------------|------|-----|------|--|
| | | | | ADMIT | N/ADM |
| 264 | Mayor and Charter change supporters throw surprise party - Houston Chronicle | | | | |
| 265 | Durrel Douglas   LinkedIn | | | | |
| 266 | PasadenaTexas.com - City Council Elections | | | | |
| 267 | Redistricting Fights Heat Up After Voting-Rights Ruling - WSJ | | | | |
| 268 | Weblink to TOP educational fund in Spanish | | | | |
| 269 | 2013 09 03 Email Scott PASADENA15845 | | | | |
| 270 | 2013 09 04 Email Scott PASADENA15781 | | | | |
| 271 | 2013 09 04 Email Scott to Sam Safety PASADENA15784 | | | | |
| 272 | 2013 09 04 Email Scott to Sam Safety PASADENA15787 | | | | |
| 273 | 2013 09 06  Email Scott PASADENA15952 | | | | |
| 274 | 2013 09 09 Email Scott PASADENA15897 | | | | |
| 275 | 2013 09 26 Email Scott PASADENA15996 | | | | |
| 276 | 2013 09 30 Email Scott PASADENA14102 | | | | |
| 277 | 2013 10 01 PASADENA15796 | | | | |
| 278 | 2014 10 01 Email Scott  PASADENA15796 | | | | |
| 279 | 2013 10 02 Email Rick Guerrero PASADENA15922 | | | | |
| 280 | 2013 10 02 Email Rick Guerrero PASADENA15924 | | | | |
| 281 | 2013 10 02 Email Scott PASADENA15926 | | | | |
| 282 | 2013 10 02 Email Gulf Coast Trophies PASADENA15928 | | | | |
| 283 | 2013 10 03 Email Scott PASADENA15901 | | | | |
| 284 | 2013 10 03  Email Scott PASADENA15904 | | | | |
| 285 | 2013 10 21 Email Scott PASADENA15835 | | | | |
| 286 | 2013 10 22 Email Pasadena Printing PASADENA15790 | | | | |
| 287 | 2013 10 22 Email Pasadena Printing PASADENA15794 | | | | |
| 288 | 2013 10 23 Email P. Davis PASADENA15978 | | | | |
| 289 | 2013 10 30 Email Rick Guerrero PASADENA15805 | | | | |
| 290 | 2013 11 01 - Email The Mayor PASADENA15932 | | | | |
| 291 | 2013 10 28 Email Holt PASADENA15860 | | | | |
| 292 | 2013 11 01 Email The Mayor PASADENA15941 | | | | |
| 293 | 2013 10 28 Email Scott PASADENA15862 | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 294 | 2013 09 27 Email J. Pedersen PASADENA15864 | | | | |
| 295 | 2013 09 27 Email Scott PASADENA15867 | | | | |
| 296 | 2013 10 15 - Email J. Pedersen PASADENA15869 | | | | |
| 297 | 2013 10 15 Email J. Pedersen PASADENA15873 | | | | |
| 298 | 2013 10 23 Email P. Davis PASADENA15966 | | | | |
| 299 | Del Toro, Oscar Depo. Exh 001 | | | | |
| 300 | Del Toro, Oscar Depo. Exh 002 & 003 | | | | |
| 301 | Sex by Nativity Census Data Table | | | | |
| 302 | Pasadena councilmembers receive threatening letter from city department head's lawyer - Houston Chronicle | | | | |
| 303 | Pasadena hiring decision criticized by some council members - Houston Chronicle | | | | |
| 304 | Plans to redistrict Pasadena City Council - Houston Chronicle | | | | |
| 305 | Amended Mayor Campaign Finance PASADENA15774 | | | | |
| 306 | Amended Mayor Campaign Finance pt. 2 PASADENA15779 | | | | |
| 307 | Population Division Working Paper – Historical Census Statistics on Population Totals by Race, 1790 to 1990, and by Hispanic Origin, 1970 to 1990, for Large Cities and other Urban Places in the United States | | | | |
| 308 | Pasadena Prop 1 election results November 2013  - Harris County Precinct Returns | | | | |
| 309 | Census 2000 Pasadena - Isbell Johnny Ex 05 | | | | |
| 310 | Census 2010 - Isbell Johnny Ex 06 | | | | |
| 311 | 2010 Initial Plan Assessment SSVR Isbell Johnny Ex 09 | | | | |
| 312 | Mayor Isbell Campaign Finance Isbell Depo. Exhibit 13 - PASADENA14217 | | | | |
| 313 | Isbell Bio Isbell Johnny Ex 02 | | | | |
| 314 | Isbell Checks to Langland Pasadena 15377 | | | | |
| 315 | Harris County Tax Office Roy Mease Statement | | | | |
| 316 | Harris County Tax Office Isbell Statement | | | | |
| 317 | Harris County Tax Office Statement Search | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 318 | Email Van Houte to Jamail Van Houte, Pat Ex 118 | | | | |
| 319 | Compass for Using ACS Data | | | | |
| 320 | Council mulls nonresident entry fee for El Jardin Park - Houston Chronicle | | | | |
| 321 | Election loser Stanley takes winner Wheeler to court - Houston Chronicle | | | | |
| 322 | Emails with Yates Mayor Campaign Scott, Richard Ex 38 | | | | |
| 323 | Scott Email to Holt Scott, Richard Ex 39 | | | | |
| 324 | Email Scott to Holt Scott, Richard Ex 41 | | | | |
| 325 | Email Scott to Holt Scott, Richard Ex 42 | | | | |
| 326 | Email Scott to Holt Scott, Richard Ex 43 | | | | |
| 327 | Email Scott to Langland Scott, Richard Ex 54 | | | | |
| 328 | Article About Cullens Meeting Scott Richard Ex 04 | | | | |
| 329 | Email Scott to Marino Oct 1 2013 Scott, Richard Ex 05 | | | | |
| 330 | Email to Fletcher Scott, Richard Ex 06 | | | | |
| 331 | Scott to Langland Sept 18 Scott, Richard Ex 26 | | | | |
| 332 | Scott to Langland Sept 18 Scott, Richard Ex 28 | | | | |
| 333 | Scott to Davis Scott, Richard Ex 30 | | | | |
| 334 | Scott to Johnny Isbell Scott, Richard Ex 31 | | | | |
| 335 | Scott to Langland Coycault Scott, Richard Ex 34,pdf | | | | |
| 336 | Scott to Mickie Oct 1 Scott, Richard Ex 37 | | | | |
| 337 | Scott to Yates Carmona Photos Scott, Richard Ex 46 | | | | |
| 338 | Scott to Yates Mar 30 2015 Scott, Richard Ex 48 | | | | |
| 339 | Scott to Yates Apr. 21 2015 Scott, Richard Ex 49 | | | | |
| 340 | Scott to Langland CC Helms Aug 29 Scott, Richard Ex 14 | | | | |
| 341 | Oscar Del Toro Campaign Map | | | | |
| 342 | April 2015 Industry Neighborhood Network Connection | | | | |
| 343 | Citizens for a Strong Pasadena donations top $50k - Houston Chronicle | | | | |
| 344 | Engstrom EI Raw Data Dist H 2015 | | | | |
| 345 | Engstrom EI Raw Data Prop 1 2013 | | | | |
| 346 | Plaintiffs' Closing Argument Slides | | | | |

DATED: December 12, 2016   Respectfully submitted,

Nina Perales
Attorney-in-charge
Texas Bar No. 24005046
SDTX Bar No. 21127
Ernest Herrera
Texas Bar No. 24094718
SDTX Bar No. 2462211
Denise Hulett (*Pro Hac Vice*)
California Bar No. 121553
MEXICAN AMERICAN LEGAL DEFENSE AND
 EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210)224-5476
Fax: (210)224-5382

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 12th day of December 2016.

*/s/ Nina Perales*
Nina Perales