IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, *et al.* | § § § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. 4:14-cv-03241-LHR |
| | § | |
| CITY OF PASADENA, et al | § § § | |
| Defendants. | § | |

## SUBMISSION OF EVIDENCE PURSUANT TO COURT ORDER

Pursuant to the Court's order of December 2, 2016 (Trial Tr. Dec. 2, 2016 102:15-20), Plaintiffs Alberto Patiño, et al., submit the attached information regarding the U.S. Census release on December 8, 2016, of the American Community Survey data for 2011-2015 for the City of Pasadena. The supplemental evidence is attached as Exhibit A.

DATED: December 12, 2016        Respectfully submitted,

*/s/ Nina Perales*
Nina Perales
Attorney-in-charge
Texas Bar No. 24005046
SDTX Bar No. 21127
Ernest Herrera
Texas Bar No. 24094718
SDTX Bar No. 2462211
MEXICAN AMERICAN LEGAL DEFENSE AND
 EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
Tel: (210)224-5476
Fax: (210)224-5382

*Counsel for Plaintiffs*

1

CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 12th day of December, 2016.

*/s/ Nina Perales*
Nina Perales