IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| ALBERTO PATINO, | § | Civil Action No. 4:14-CV-03241-LHR |
| MARIA DEL ROSARIO MARTINEZ, | § | |
| MARIA MARI, | § | |
| RODOLFO R. TENREIRO, and | § | Lee H. Rosenthal |
| PATRICIA GONZALES, | § | JUDGE |
| *Plaintiffs*, | § | |
| | § | |
| vs. | § | Lisa Eddins       M. Malone |
| | § | COURTROOM   COURT |
| CITY OF PASADENA, | § | CLERK              REPORTER |
| Mayor JOHNNY ISBELL, | § | |
| Council Members ORNALDO YBARRA, | § | |
| BRUCE LEAMON, DON HARRISON, | § | BENCH TRIAL |
| PAT VAN HOUTE, | § | PROCEEDING |
| CODY RAY WHEELER, PHIL | § | |
| CAYTEN, STEVE COTE, and | § | |
| DARRELL MORRISON, | § | DEFENDANT CITY OF PASADENA |
| *Defendants*. | § | EXHIBIT LIST OF |

## DEFENDANT'S EXHIBIT LIST

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1. | Current 6-2 District Map | | | 12/2/16 | |
| 2. | Demographic Analysis Showing Population, VAP, CVAP, and SSRV for Current 6-2 Plan | | | | |
| 3. | Ornaldo Ybarra Campaign Finance Report 1/22/09-4/9/09 | | | | |
| 4. | Ornaldo Ybarra Campaign Finance Report 4/9/09-5/1/09 | | | | |
| 5. | Ornaldo Ybarra Campaign Finance Report 5/1/09-6/5/09 | | | | |
| 6. | Ornaldo Ybarra Campaign Finance Report 6/5/09-7/14/09 | | | | |
| 7. | Ornaldo Ybarra Campaign Finance Report 7/15/10-1/15/11 | | | | |
| 8. | Ornaldo Ybarra Campaign Finance Report 1/15/2011-7/15/2011 | | | | |
| 9. | Ornaldo Ybarra Campaign Finance Report 5/2/13-6/30/13 | | | | |
| 10. | July 16, 2013 Minutes of the Pasadena City Council Meeting | | | ✓ | |

\* all admitted 12/2/16 by agreement

HOU:3742116.1

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 11. | July 24, 2013 E-mail from Charles Vaughan to Sarah Benavides | | | 12/2 | |
| 12. | July 24, 2013 E-mail from Charles Vaughan to Robin Green | | | | |
| 13. | August 13, 2013 Engagement Contract Between the City of Pasadena and Bickerstaff Heath Delgado Acosta LLP | | | | |
| 14. | August 13, 2013 E-mail from Sarah Benavides to Charles Vaughan | | | | |
| 15. | August 13, 2013 E-mail from Charles Vaughan to Bob Heath | | | | |
| 16. | August 15, 2013 Memo From Mayor Isbell to Council Re: Recommendations of the Bond/Charter Review Committee | | | | |
| 17. | August 19, 2013 E-mail from Bob Heath to Lee Clark, et al. | | | | |
| 18. | Area 5 Democrats "Concerned Citizen" Mailer | | | | |
| 19. | January 7, 2014 Notice to Proceed on City of Pasadena Redistricting | | | | |
| 20. | February 26, 2014 Memo from Mayor Isbell to Council Re: Redistricting | | | | |
| 21. | 2014 SSRV data for Example Plans 1, 2, and 3 | | | | |
| 22. | Notice of March 18, 2014 Public Hearing on Realigning Councilmember Districts | | | | |
| 23. | April 1, 2014 Minutes of the Pasadena City Council Meeting | | | | |
| 24. | Texas Democratic Party 2015 Pasadena City Council Election Mailer | | | | |
| 25. | Area 5 Democrats 2015 Mailer in Support of Pat Van Houte and Oscar Del Toro | | | | |
| 26. | Area 5 Democratic Club Campaign Finance Report 3/31/15-4/29/15 | | | | |
| 27. | Area 5 Democratic Club Campaign Finance Report 4/30/15-6/30/15 | | | | |
| 28. | Fundraising E-mail From Cody Wheeler for Texas Democratic Party | | | | |
| 29. | Meet the Team: Texas Democratic Party, Houston Style Magazine, April 29, 2015 | | | | |
| 30. | Texas Democrats Contribution Form | | | | |
| 31. | March 16, 2015 "Our Candidates" post from Area 5 Democrats Facebook Page | | | | |
| 32. | January 5, 2015 "Filing Open" post from Area 5 Democrats Facebook Page | | | | |
| 33. | 2015 Del Toro Campaign Mailers | | | ✓ | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE ADMIT | N/ADM |
|---|---|---|---|---|---|
| 34. | 2015 Pat Van Houte Campaign Mailers | | | 12/2 | |
| 35. | 2015 Emilio Carmona Campaign Mailers | | | | |
| 36. | Bear Hebert Campaign Mailers | | | | |
| 37. | April 8, 2014 Letter from Karen Hollon to Frank Borrego | | | | |
| 38. | Deepwater Neighborhood Association Formation Documents and Meeting Notices | | | | |
| 39. | Rives Expert Report | | | | |
| 40. | First Update to Rives Expert Report | | | | |
| 41. | Second Update to Rives Expert Report | | | | |
| 42. | Hispanic and Non-Hispanic Population, VAP, and CVAP: 1990-2015 | | | | |
| 43. | Non-SSRV Registration and SSRV Registration for 2011, 2015, and 2016 | | | | |
| 44. | Location of Hispanic VAP: 1990-2010 | | | | |
| 45. | Location of Hispanic CVAP: 1990-2010 | | | | |
| 46. | Detailed Demographic by District for 6-2 Plan | | | | |
| 47. | Hispanic CVAP: 2005-2015 | | | | |
| 48. | City of Pasadena Voter Registration: 2011-2016 | | | | |
| 49. | SSRV Growth in District D: 2011-2016 | | | | |
| 50. | School Districts in the City of Pasadena | | | | |
| 51. | Hispanic School Enrollment for Pasadena ISD and Deer Park ISD: 1994-2014 | | | | |
| 52. | Harris County Growth Projections for Hispanic and Non-Hispanic Voting Age Population | | | | |
| 53. | Alford Expert Report | | | | |
| 54. | Alford Table 1 - Analysis of City of Pasadena Election | | | | |
| 55. | Alford Table 2 - Analysis of Partisan Primaries | | | | |
| 56. | Alford Table 3 - Analysis of Partisan General Elections | | | | |
| 57. | Alford Analysis of Multiple General Elections | | | | |
| 58. | Election Precincts with 2016 SSRV Percentage and 6-2 Overlay | | | | |
| 59. | Pasadena The Early Years, Tijerina Report, Tab 18 | | | | |
| 60. | *Minorities Missing*, Pasadena Citizen, May 17, 1980, Tijerina Report, Tab 23 | | | | |
| 61. | *Klansmen, police 'stood up'*, Pasadena Citizen, April 1980 Tijerina Deposition Ex. 7 | | | | |
| 62. | WITHDRAWN | | | | |
| 63. | Tijerina CV from *Perez v. Perry* | | | | |
| 64. | WITHDRAWN | | | | |
| 65. | WITHDRAWN | | | | |
| 66. | Neighborhood Network Industrial Projects Map | | | ↓ | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 67. | August 6, 2015 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | 12/2 | |
| 68. | November 19, 2015 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 69. | January 28, 2016 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 70. | June 16, 2016 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 71. | July 23, 2016 post from Pasadena Councilman Cody Ray Wheeler Facebook page | | | | |
| 72. | Cody Ray Wheeler Endorsement Statement for Harris County Precinct 1 | | | | |
| 73. | TOP Press Conference Picture | | | | |
| 74. | City of Pasadena Zip Code Map | | | | |
| 75. | WITHDRAWN | | | | |
| 76. | WITHDRAWN | | | | |
| 77. | WITHDRAWN | | | | |
| 78. | Steve Cote Campaign Finance Report 5/1/15-715/15 | | | | |
| 79. | Neighborhood Network Spreadsheet: 1st Matching Grant Opening 2016-2017 | | | | |
| 80. | Agenda for July 12, 2016 Village Grove East Homeowners' Association, Inc. Board Meeting | | | | |
| 81. | July 13, 2016, E-mail from Michelle Villegas to Karen Hollon Re: VGE Board Meeting 7.12.16 | | | | |
| 82. | WITHDRAWN | | | | |
| 83. | WITHDRAWN | | | | |
| 84. | WITHDRAWN | | | | |
| 85. | WITHDRAWN | | | | |
| 86. | WITHDRAWN | | | | |
| 87. | WITHDRAWN | | | | |
| 88. | WITHDRAWN | | | | |
| 89. | WITHDRAWN | | | | |
| 90. | WITHDRAWN | | | | |
| 91. | WITHDRAWN | | | | |
| 92. | WITHDRAWN | | | | |
| 93. | WITHDRAWN | | | | |
| 94. | WITHDRAWN | | | | |
| 95. | WITHDRAWN | | | | |
| 96. | WITHDRAWN | | | | |
| 97. | WITHDRAWN | | | | |
| 98. | WITHDRAWN | | | | |
| 99. | Harris County Election Returns: General Elections 2016, 2012, 2010, 2008 | | | | |
| 100. | Area 5 Anti-Prop 1 Flier | | | | |

| NO. | DESCRIPTION | OFFR | OBJ | DATE | |
|---|---|---|---|---|---|
| | | | | ADMIT | N/ADM |
| 101. | TOP Education Fund Campaign Finance Report for 8/26/13-9/26/13 | | | 12/2 | |
| 102. | TOP Education Fund Campaign Finance Report for 9/27/13-10/26/13 | | | | |
| 103. | TOP Education Fund Campaign Finance Report for 10/27/13-12/31/13 | | | | |
| 104. | Area 5 Democratic Club Campaign Finance Report for 1/1/13-6/30/13 | | | | |
| 105. | Area 5 Democratic Club Campaign Finance Report for 7/1/13-9/26/13 | | | | |
| 106. | Area 5 Democratic Club Campaign Finance Report for 9/27/13-10/26/13 | | | | |
| 107. | Area 5 Democratic Club Campaign Finance Report for 10/27/13-12/31/13 | | | | |
| 108. | Area 5 Democratic Club Campaign Finance Report for 1/1/14-2/22/14 | | | | |
| 109. | Area 5 Democratic Club Campaign Finance Report for 2/23/14-5/17/14 | | | | |
| 110. | TOP Anti-Prop 1 Sign Photos | | | | |
| 111. | August 30, 2011 Pasadena City Council Meeting Minutes | | | | |
| 112. | City of Pasadena Composite Draft 1 Map dated August 2, 2011 | | | | |
| 113. | City of Pasadena Composite Draft 1 SSRV Data dated August 2, 2011 | | | | |
| 114. | City of Pasadena Composite Draft 2 Map dated August 2, 2011 | | | | |
| 115. | City of Pasadena Composite Draft 2 SSRV Data dated August 2, 2011 | | | | |
| 116. | City of Pasadena Composite Draft Adopted August 30, 2011 Map | | | | |
| 117. | City of Pasadena Composite Draft Adopted August 30, 2011 SSRV Data | | | | |
| 118. | City of Pasadena Composite Draft Harrison Revision Map dated August 22, 2011 | | | | |
| 119. | City of Pasadena Composite Draft Harrison Revision SSRV Data dated August 22, 2011 | | | | |
| 120. | Current 6-2 Plan and 8-0 Plan with Overlay of 2014 Election Precincts | | | | |
| 121. | City of Pasadena Information about Zika Response | | | | |
| 122. | Defendant's PowerPoint of Closing Argument | | | ✓ | |

Dated: December 6, 2016

OF COUNSEL:

GUNNAR P. SEAQUIST
Texas State Bar No: 24043358
Southern District No: 1140733
*gseaquist@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

KELLY SANDILL
State Bar No. 24033094
Southern District No. 38594
*kellysandill@andrewskurth.com*
KATHRYN K. AHLRICH
State Bar No. 24063686
Southern District No. 1242003
*katieahlrich@andrewskurth.com*
ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone: (713) 220-4181
Facsimile: (713) 220-4285

Respectfully submitted,

By: */s/ C. Robert Heath*
C. ROBERT HEATH
Texas State Bar No. 09347500
Southern District No. 13381
*Bheath@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on December 6, 2016, a true and correct copy of the foregoing Defendant's Exhibit List was served on all counsel of record via the electronic case filing system of the United States District Court for the Southern District of Texas.

*/s/ Kelly Sandill*
Kelly Sandill

6

HOU:3742116.1