UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ALBERTO PATINO, et al.,** § | |
| *Plaintiffs*, § | |
| § | |
| vs. § | Civil Action No. 4:14-CV-03241-LHR |
| § | |
| **CITY OF PASADENA,** § | |
| *Defendant*. § | |

## CITY OF PASADENA'S NOTICE OF APPEAL

Notice is hereby given that the City of Pasadena, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment and Order of Injunction entered in this action on the 16th day of January, 2017.

Respectfully submitted,

OF COUNSEL:

GUNNAR P. SEAQUIST
Texas State Bar No: 24043358
Southern District No: 1140733
*gseaquist@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

KELLY SANDILL
State Bar No. 24033094
Southern District No. 38594
*ksandill@andrewskurth.com*
KATHRYN K. AHLRICH
State Bar No. 24063686
Southern District No. 1242003
*katieahlrich@andrewskurth.com*

By:  /s/ *C. Robert Heath*
C. ROBERT HEATH
Texas State Bar No. 09347500
Southern District No. 13381
*bheath@bickerstaff.com*
BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638

**ATTORNEY-IN-CHARGE FOR DEFENDANTS**

1

ANDREWS KURTH KENYON LLP
600 Travis, Suite 4200
Houston, Texas 77002
Telephone:  (713) 220-4181
Facsimile:  (713) 220-4285

## **CERTIFICATE OF SERVICE**

This is to certify that on January 17, 2017, a true and correct copy of the foregoing document was served on all counsel of record via the electronic case filing system of the United States District Court for the Southern District of Texas.

/s/ *C. Robert Heath*
C. Robert Heath