United States District Court
Southern District of Texas
**ENTERED**
January 30, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERTO PATINO, *et al.* § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Action No. 4:14-cv-03241-LHR |
| § | |
| CITY OF PASADENA, et al § | |
| § | |
| Defendants. § | |

## ORDER

Pending before this court is Patino Plaintiffs' Unopposed Motion for Extension of Time to File Application for Attorney's Fees and Costs.

The court finds the motion well-taken.

Accordingly, the motion is GRANTED. IT IS ORDERED that:

Plaintiffs shall have 30 days following resolution of the City's appeal in the Fifth Circuit to file their Application for Attorney's Fees and Costs.

It is so ordered on this 30th day of Jan, 2017.

_____
HONORABLE LEE H. ROSENTHAL
Chief United States District Judge