United States District Court
Southern District of Texas
FILED

**FEB 1 5 2017**

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

David J. Bradley, Clerk of Court

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 15, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 17-20030   Alberto Patino, et al v. City of Pasadena
USDC No. 4:14-CV-3241

The court has granted appellant's unopposed motion to supplement the record in this case. The district court is requested to add the attached documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dawn M. Shulin, Deputy Clerk
504-310-7658

Mr. David J. Bradley, Clerk
Ms. Kathryn Kennon Ahlrich
Mr. Claude Robert Heath
Mr. Ernest I. Herrera
Ms. Denise Marie Hulett
Ms. Nina Perales
Ms. Kelly Spragins Sandill
Mr. Gunnar P. Seaquist