Dear Honorable Judge Lee H. Rosenthal                    14-cv-3241    2-16-17

Wow, I don't even know how to write this letter to you now, you are my "HERO for real", i'm almost afraid to write this to you but in a way I am not. It has been a long time coming, Jesus Christ is awesome, it is almost like He is writing this to you now through me. "I, Jon Carlton Miller want and need you maam to hear my case about Mayor Johnny Isbell and His illegal thugs in the Pasadena City Council and Johnny Isbell's Police State Officers." I, Jon Carlton Miller have been beaten and choked with hand-cuff's on in Case no. <u>1354215</u> - Incident No./ TRN: <u>9167897509A001</u> in Dishonorable Judge Presiding: Ryan Patrick's Court room. Ms. Rosenthal, they all - Ryan Patrick, Attorney for State: M Magness, and Attorney for Defendant: Joseph Owmby were all in coercion and collusion and Constitutionally illegally working together to convict me in Case no. 1354215. Ms. Rosenthal, I asked Joseph Owmby my so called court appointed defense attorney for almost 7 months for the surveillance digital video footage of those cops beating me and brutally torturing me in the booking area of the Pasadena Police Dept's municipal Jail. Anyway now I am set for trial for evading arrest in this different case no. <u>1468487</u> and case no. <u>1468488</u> and now "they" whomever "they" are? Are going to try to use Case no. <u>1354215</u> to convict me in case no's <u>1468487</u> and Case no. <u>1468488</u> as a Habitual and sentence me the defendant to 25 to Life in TDCJ. Maam, I have been locked up in the Harris County Jail for almost 2 years now and in both of the cases 1468487 and 1468488 the same Pasadena Police Officers put a canine on the defendant illegally even after I submitted and surrendered to the officers with both of my hands-hand over hand on the driver's side door mirror anyway they brutally tortured me again and now I am set for trial in #174th District Court of Honorable Hazel Jones Presiding Judge's Court room on 2-21-17. I, supposed to be Pro Se under Faretta I have had to learn all this law in a short period of time etc etc. Please help me maam, I need a Civil Rights lawyer, - "I have reported all these "Hate Crimes" done to me by Johnny Isbell's Police State Officers to the FBI, Texas Rangers, Julian Ramirez and Major Clint Greenwood

of the Harris County District Attorney's office and Internal Aff. Division of the Harris County Sheriff's dept. No one does anything?? They are all protecting the KKK mayor Johnny Isbell, please Ms. Rosenthal, I am 100% in fear of my life ending "they" are "all" trying to stop me "they" have been censoring, confiscating and "Stealing" my legal and personal mail for almost 22 months now. I 100% believe that Johnny Isbell has targeted me - Jon Carlton Miller from a long time ago, when he and his City Council thugs and his illegal band of attorney's running the Pasadena City's legal team etc etc. Anyway "they" all together condemned my mother's home at 2413 Pomona Street in Pasadena TX 77506. The Mayor literally put us on the street illegally and made us out of pure force to sell the home for pennies on the dollar. That Mayor and his thugs helping him are purely Evil and corrupt, he needs to be stopped maam, please stop him, you have been elected and chosen by God to stop him. I have irreversible scars all over my back were the canine tore my flesh apart, these people are real, the KKK Johnny Isbell is Real 100%!!

"May God Bless you and yours!!

"You are still my Hero!!

Sincerely
Jon C Miller
AKA Big Toe

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Jon C Miller
SPN: 00611400 Cell: 561
Street 701 N San Jacinto
Houston, Texas 77002

aramark

**INDIGENT**

U.S. POSTAGE >>> PITNEY BOWES
ZIP 77002 $ 000.46⁰
0000334684 FEB 17 2017

70022802 0057

Honorable Lee H Rosenthal
Federal Building Services Inc.
515 Rusk Street #11535
Houston, TX 77002

"Legal Mail"
Attorney/Client/Privileged
Need Search warrant to read this mail
sent 2-16-17
9:30 pm.