IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERTO PATINO, *et al.* | § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:14-cv-03241 |
| CITY OF PASADENA, *et al.* | § § | |
| Defendants. | § § | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel in the above-captioned action that Plaintiffs Maria Carmen Mendoza, Gabriel R. Barreto, and Maria Mari's claims are voluntarily dismissed, with prejudice, against Defendant City of Pasadena pursuant to the Federal Rules of Civil Procedure 41(a)(1(A)(ii). This dismissal applies only to Maria Carmen Mendoza, Gabriel R. Barreto, and Maria Mari's claims and not those of any other Plaintiff.

_____   Dated: 10/2/17
Nina Perales
Counsel for Plaintiffs
MEXICAN AMERICAN LEGAL DEFENSE
 AND EDUCATIONAL FUND
110 Broadway, Suite 300
San Antonio, TX 78205
(210) 224-5476

_____   Dated: 10/2/17
C. Robert Heath
Counsel for Defendants
BICKERSTAFF HEATH DELGADO

1

ACOSTA LLP
3711 S. MoPac Expressway, Suite 300
Austin, TX 78746
(512) 472-8021

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that she has electronically submitted a true and correct copy of the above and foregoing via the Court's electronic filing system on the 3rd day of October, 2017.

*/s/ Nina Perales*
Nina Perales