IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

4:14-CV-3241

No. 17-20030

ALBERTO PATINO; MARIA MARI; PATRICIA GONZALES; MARIA CARMEN MENDOZA; FRANK BORREGO; GABRIEL ROCHA BARRETO; RICHARD SERNA; JOSEPH JOHN MARQUEZ,

      Plaintiffs - Appellees

v.

CITY OF PASADENA,

      Defendant - Appellant

---

Appeal from the United States District Court
for the Southern District of Texas

---

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of October 18, 2017, pursuant to appellant's motion.

                LYLE W. CAYCE
                Clerk of the United States Court
                of Appeals for the Fifth Circuit

                By: _____
                Christina A. Gardner, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 18, 2017

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

    No. 17-20030   Alberto Patino, et al v. City of Pasadena
                      USDC No. 4:14-CV-3241

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Christina A. Gardner, Deputy Clerk
                              504-310-7684

cc w/encl:
    Ms. Kathryn Kennon Ahlrich
    Mr. Claude Robert Heath
    Mr. Ernest I. Herrera
    Ms. Denise Marie Hulett
    Mr. Scott A. Keller
    Ms. Danielle Marie Lang
    Ms. Nina Perales
    Ms. Kelly Spragins Sandill
    Mr. Gunnar P. Seaquist