UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| **Alberto Patino, et al.,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **H-14-3241** |
| **City of Pasadena** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## ORDER APPROVING REDISTRICTING PLAN

Pursuant to this court's Final Judgment and Order of Injunction entered January 16, 2017, defendant, City of Pasadena, has presented its Unopposed Motion to Approve City of Pasadena's City Council Redistricting Plan Pursuant to Section 3 of the Voting Rights Act. Following a conference of the attorneys for the plaintiff and the defendant, Alberto Patino, the plaintiff in this cause, has indicated through his attorney that he does not oppose the city's motion seeking approval of the plan.

The court has reviewed City of Pasadena's Ordinance No. 2022-124, adopted on August 2, 2022, as well as information on the population, voting-age population, Hispanic citizen-voting-age population, and Spanish-surnamed registered voters in the plan's eight districts. Following its review, the court finds that the districting plan adopted in Ordinance 2022-124 does not have the

purpose, and will not have the effect, of denying or abridging the right to vote on account of race or color or in contravention of the voting guarantees set forth in 52 U.S.C. § 10303(f)(2).

Accordingly, the Unopposed Motion to Approve City of Pasadena's City Council Redistricting Plan Pursuant to Section 3 of the Voting Rights Act is GRANTED. The districting plan set out in City of Pasadena Ordinance 2022-124 may now be implemented and enforced. As provided in this court's judgment of January 16, 2017, and in 52 U.S.C. § 10302(c), this court's finding does not bar a subsequent action to enjoin the implementation or enforcement of the plan.

SIGNED this on ___September 8___, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge