# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

### HOUSTON DIVISION

| | | |
|---|---|---|
| **Alberto Patino, et al.,** | ) | |
| | ) | |
| _____ | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **H-14-3241** |
| **City of Pasadena** | ) | |
| _____ | ) | |
| **Defendant(s).** | ) | |

### ORDER

The Court has considered the unopposed motion either to preclear or to determine that preclearance is not required for the continuation election of the City of Pasadena Crime Control and Prevention District. Although the Crime Control and Prevention District is related to the City of Pasadena, it is a separate entity with a separate board and was not a party to this litigation. Accordingly, it is not subject to the preclearance requirement of the court's January 16, 2017, Final Judgment and Order of Injunction.

Entered this 24th day of October 2022.

_____
Lee H. Rosenthal
United States District Judge