# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Alberto Patino, et al., | ) | |
| | ) | |
| _____ | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | **Civil Action No.** |
| | ) | **H-14-3241** |
| City of Pasadena | ) | |
| _____ | ) | |
| Defendant(s). | ) | |

## UNOPPOSED MOTION TO PRECLEAR POLLING PLACES

In its judgment of January 6, 2017, the Court ordered that no change in a voting qualification, standard, practice, or procedure be enforced unless it is first submitted to the Attorney General of the United States or to this Court for a finding that the qualification, standard practice, or procedure does not have the purpose and will not have the effect of denying or abridging the right to vote on account of race or color or in contravention of the voting guarantees set forth in 52 U.S.C, § 10303(f)(2). *Patino v City of Pasadena,* No. H-14-3241, Final Judgment and Order of Injunction.  {Doc. 162).  This requirement continues until June 30, 2023, and the Court has retained jurisdiction until that time. *Id.*  As the May 6 election for the city council will be the last general election to be held during the time for preclearance set out in this Court's 2017

order and absent any polling place changes in the event of a potential runoff, this will likely be the final submission during that period.

I have shared this motion and proposed order with Nina Perales, the attorney for the plaintiff in this cause, and I am authorized to represent that the plaintiffs do not oppose the motion for preclearance.

## SUBMISSION OF POLLING PLACES

### The Switch from City-Conducted to County-Conducted Elections

A change in the location of polling places is an election practice that typically requires preclearance. *See, e.g.,* 28 C.F.R. § 51.13(d). The Court's 2017 order applies to changes "with respect to voting different from that in force or effect on December 1, 2013." *Patino v City of Pasadena,* No. H-14-3241, Final Judgment and Order of Injunction (Doc. 162), at 4-5. In 2013, the city conducted its own election and designated the polling places. Voters were required to cast election-day ballots in the district where they resided.

Subsequently, the City of Pasadena, rather than conducting its own elections, began to contract with Harris County to conduct its election as a joint election with other entities throughout the county that were holding elections on the same day. Beginning in 2019, Harris County became a vote center county. *See,* Tex. Elec. Code, § 43.007. As such, its elections are now conducted under a countywide polling place program so that, for example, when Pasadena contracts with the county to conduct its election, its residents are not restricted to casting their votes for the city council elections in the precinct in which they reside but can appear and vote a Pasadena city ballot in any polling place in Harris County. Because the county conducts the election, it, rather than the city, designates the polling places. In the coming 2023 election, there will be more than 140 sites

that a Pasadena voter can choose from.  Although some Pasadena residents' ballots will undoubtedly be cast at polling places in other parts of the county, it is reasonable to assume that most will be cast in a location within the city, so our focus in this motion is on the locations actually in the city as those will be most relevant to determining if the change in the polling place locations has the purpose or effect of denying or abridging the right to vote on account of race, color, or language-minority status.  Whether one compares the 2023 locations either to the 2013 date set out in the Court's order or to the most recent council election in 2021, it is apparent that there is neither the purpose nor the effect of hindering the opportunity to cast a vote.

### COMPARISON OF POLLING PLACE SITES FOR 2013, 2021, AND 2023

**Polling Places in 2013**

In 2013, the date set as a benchmark in the Court's judgment and a time when Harris County voters were required to cast their election-day votes in their precinct of residence, the city conducted its own election rather than contracting with the county.  There were ten election day polling places—one in each council district except for the very large and spread-out District H, which had three.[1]  Similarly, in 2013 there was one early voting site, which was located at city hall. A list and map of the election-day polling places is attached as Exhibit A.

**Polling Places in 2021, the Most Recent Election**

The ten election day polling places and one early voting site in 2013, with each person restricted to cast an election day vote in the precinct of his or her residence, compares to seventeen election polling places in 2021, three of which also served as early voting sites.  The distribution

---

[1] District H, which encompassed 37.58 square miles, was larger than the other seven council districts combined.

of the polling places was Districts A, B, and C—each for a total of 6; District D-3; District E-2; District F-4, District G-1, and District H-1.  The categorization of polling places by district can be somewhat misleading, since in the 2021 election voters could vote at any of them, and some are literally across the street from an adjoining district.  For example, polling places at Bailey Elementary School in District E and Teague Elementary School in District F are located on the border with District G. Golden Acres Elementary School in District F is located on the that district's border with District E.  And, of course, any voter could vote at any Harris County polling location located outside the city.  Three of the election day polling locations also served as early voting sites.  They were located in Districts A, F, and G—one in the northern part of the city, one in the west, and one in the east.  In short, once the city contracted with the county to run its election, the number of polling places located in the city almost doubled (from ten to 17 and the number of early voting sites tripled, as well as providing the opportunity for Pasadena residents to cast their votes at more than 100 additional sites located outside the city limits.  A list and map of the 2021 polling places is attached as Exhibit B.

**The 2023 Polling Locations Before the Court for Preclearance**

The 2023 polling places preserve and perhaps slightly enhance the increased opportunities instituted in 2021 to cast a vote at a conveniently located polling place.  The three early voting sites remain the same.  Instead of 17 election day polling places, there are now 18.  Fifteen of the 17 election-day sites from 2021 did not change.  Two—McMaster Elementary and Red Bluff Elementary—were no longer used and were replaced by Harvey Turner Elementary and Jackson Intermediate School.  The net gain of one polling place comes from the addition of a site on the campus of San Jacinto College, a community college located in the city limits that primarily serves students residing in multiple school districts in the eastern part of the county including Pasadena

I.S.D.  Pasadena residents who are not associated with the college can certainly cast ballots there, but it is likely most voters will be students and faculty who may be from cities other than Pasadena.

Districts A-E, the five districts that have a Spanish-surname-registered-voter majority have two polling places each.  Among that group, District D loses a voting site from 2021, going from three to two; however, the residents of that district will not have any city race on their ballots as their councilmember, Ms. Pat Van Houte, is unopposed for reelection, and the citywide election for mayor does not occur until 2025 when the county may choose different polling places.  District G, which had one polling place in both 2013 and 2021 increases from one to two locations.  In the case of that district, the polling place locations remained the same, but the district boundaries changed so that the polling place that was in District F across the street from District G is now in District G due to the 2022 redistricting expanding the size of District G.   District H, the least Hispanic district, continues to have only one polling place as it did in 2021 and compared to three it had in 2013.  Finally, District F increases from four to five polling locations.  One location essentially replaces the one lost to District G when the boundary changed while the net gain is by the addition of a polling place at San Jacinto College.  A map and list of the 2023 polling places is attached as Exhibit C.

## CHANGES IN THE POLLING PLACES HAD NEITHER THE PURPOSE NOR THE EFFECT OF DISCRIMINATING

Changes in the number and location of polling places are the result of two actions—the decision to contract with the county to run the city election and the choice of the polling place locations.  Neither reflects a discriminatory purpose.  Contracting with the county meant that any Pasadena resident could vote at any polling place in the county; thus, increasing voters' options from 2013 by more than 14-fold.  Even if a voter does not find it convenient to vote at an out-of-

city polling place, he or she now has the option to vote at any polling place in the city, rather than being confined to having to vote at only one designated location.  Further, there are more in-city locations to choose from.  Significantly increasing the ease and opportunity to cast a vote cannot have been done with a discriminatory purpose.

The choice of specific locations does not have a discriminatory purpose.  First, that choice of the specific locations is made by the county elections administrator, not the city.  Second, while every district other than District H has a Hispanic-citizen-voting-age population percentage of 45 per cent or more, five districts (Districts A-E) have a majority of Hispanic registered voters.  *See,* Unopposed Motion to Approve City of Pasadena's City Council Redistricting Plan Pursuant to Section 3 of the Voting Rights Act (Doc. 176), at pp. 7, Table II.   The map of 2023 polling places suggest there is hardly any area in those five districts or for that matter, in the two districts— Districts F and G—where at least 45 percent but less than a majority of the adult citizens are Hispanic, that is not within a mile of at least one and generally more polling places.[2]  *See,* Exhibit D.  If there was any intent to discriminate on the basis of race or language-minority status, increasing available polling places to make voting easier and more convenient, especially in the parts of the city with high concentrations of Hispanics, would have been a strange way to accomplish it.

The standard for determining whether a change in an election practice has the purpose or effect of discriminating was stated by the Supreme Court in *Beer v. United States,* 425 U.S. 130, 141 (1976) as being "to insure that no voting-procedure changes would be made that would lead to a retrogression in the position of racial minorities with respect to their effective exercise of the

---

[2] There is a large area of District D north of Highway 225 that is devoid of polling places, but it is the location of large industrial facilities along the Houston Ship Channel and contains no residential population.

electoral franchise." It went on to say that it is apparent that an electoral change "that enhances the position of racial minorities with respect to their effective exercise of the electoral franchise can hardly have the 'effect' of diluting or abridging the right to vote on account of race with the meaning of § 5." *Id. See also,* 28 C.F.R § 51.54(b) (*Beer* test of retrogression provides the standard for Attorney General review). While *Beer* was decided under section 5, the finding required under section 3 is the same as under section 5 as the language of the two statutes is substantively identical. *Compare,* 52 U.S.C. § 10304(a) (section 5) *with* 52 U.S.C. § 103043(c) (section 3). *See also,* 28 C.F.R., §§ 51.08, 51.54. Certainly here, where there is a significant increase in the availability of polling places between 2013 and 2021 and a slight increase between 2021 and 2023, the changes in the number and location of polling places has no retrogressive effect.

## <u>POSSIBILITY OF FURTHER CHANGES</u>

Although no changes are anticipated, when there are well in excess of one hundred polling places across the county, it is not atypical for a polling place to become unexpectedly unavailable. In that sort of case, the county will delete it from the list and likely add another. If this happens in Kingwood or Katy, for example, it will change the number or locations of polling places that a Pasadena resident would be able to choose, but as a practical matter it would be highly unlikely to have any actual effect on Pasadena voters. To avoid the necessity of additional requests to the Court or to the Attorney General in the event of changes to polling places outside the Pasadena city limits, the City requests that the Court's order provide that further preclearance of potential changes in the number or location of polling places is required only if the change results in a deletion of any of the 18 polling places located within the city and currently approved for use in the 2023 election.

## PRAYER

The City of Pasadena prays that the Court issue an order finding that the submitted list of polling places for the May 6, 2023, city council election does not have the purpose and will not have the effect of denying or abridging the right to vote on account of race or color or in contravention of the voting guarantees set forth in 52 U.S.C § 10303(c) and that the Court further order that a change in the list of submitted polling places will not require further review and preclearance unless the change includes the deletion of one or more of the submitted 18 polling locations within the city limits of the City of Pasadena.

## CERTIFICATE OF CONFERENCE

On March 21, 2023, I conferred by email with Ms. Nina Perales of MALDEF, and I provided her with a draft copy of this motion, its exhibits, and the proposed order.  She responded that "Plaintiffs do not oppose the motion for preclearance."

Respectfully submitted,

By:      /s/ C. Robert Heath

C. ROBERT HEATH
State Bar No. 09347500
BICKERSTAFF HEATH DELGADO ACOSTA LLP
3711 S. Mopac Expressway
Building One, Suite 330
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638
bheath@bickerstaff.com

*Attorneys for the City of Pasadena*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document has been served via electronic filing service provider, email, facsimile, and/or Certified Mail Return Receipt Requested to all parties of record listed below on this the 21st day of March 2023.

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
and Educational Fund, Inc. (MALDEF)
110 Broadway Suite 300
San Antonio, TX 78205
ph. (210) 224-5476
fax (210) 224-5382
www.maldef.org

_____/s/ C. Robert Heath_____
C. Robert Heath

# EXHIBIT A

A Map and list of 2013 polling places



Dist D

Dezavala Fifth Grade Center
101 Jackson Pasadena
Texas 77506

Deepwater
Elementary School
309 Glenmore
Pasadena Texas 77503

Dist A

Dist C

Pal Gym
2910 Southmore
Pasadena Texas 77503

Dist B

Queens Intermediate School
1112 Queens Road
Pasadena Texas 77502

Mae Smythe Elementary School
2202 Pasadena Boulevard
Pasadena Texas 77502

Dist E

Dist F

Miller Intermediate School
1002 Fairmont Parkway
Pasadena Texas 77504

Bondy Intermediate School
5101 Keith Avenue
Pasadena Texas 77505

Fire Station No. 8
4100 Space Center
Boulevard 77505

Dist G

Fire Station No. 10
17200 Middlebrook
Drive Pasadena Texas

Dist H

Fire Station No. 6
1200 Kirby Road
Pasadena Texas

**Legend**

■ May 2013 Voting Locations

**Current Council Districts**

| A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|

0   0.75   1.5        3
Miles

**City of Pasadena**
**2013 Council Districts**
**with May 2013 Voting Locations**

Created: 3/16/2023

© 2023 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other
features obtained from the 2020
Tiger/line files, U.S. Census Bureau



## CITY OF PASADENA POLLING LOCATIONS

## ELECTION DAY – MAY 11, 2013

| DISTRICT | LOCATION | ADDRESS |
|---|---|---|
| District "A" | DeZavala Fifth Grade Center | 101 Jackson<br>Pasadena, TX  77506 |
| District "B" | Queens Intermediate School | 1112 Queens Road<br>Pasadena, TX  77502 |
| District "C" | Pal Gym | 2910 Southmore<br>Pasadena, TX  77503 |
| District "D" | Deepwater Elementary School | 309 Glenmore<br>Pasadena, TX  77503 |
| District "E" | Mae Smythe Elementary School | 2202 Pasadena Blvd.<br>Pasadena, TX  77502 |
| District "F" | Bondy Intermediate School | 5101 Keith Avenue<br>Pasadena, TX  77505 |
| District "G" | Miller Intermediate School | 1002 Fairmont Parkway<br>Pasadena, TX  77504 |
| District "H"<br>(South) | Fire Station No. 6 | 1200 Kirby Road<br>Pasadena, TX<br>(Mailing: Seabrook, TX  77586) |
| District "H"<br>(North) | Fire Station No. 8 | 4100 Space Center Blvd.<br>Pasadena, TX  77505 |
| District "H"<br>(Bay Area) | Fire Station No. 10 | 17200 Middlebrook Drive<br>Pasadena, TX<br>(Mailing: Houston, TX  77059) |

**Exhibit A-1**



## CIUDAD DE PASADENA LUGARES DE VOTACIÓN

## DÍA DE ELECCIONES – MAYO 11, 2013

| DISTRITO | UBICACIÓN | DIRECCIÓN |
|---|---|---|
| Distrito "A" | DeZavala Centro del Quinto Grado | 101 Jackson<br>Pasadena, TX   77506 |
| Distrito "B" | Queens Escuela Intermedia | 1112 Queens Road<br>Pasadena, TX   77502 |
| Distrito "C" | Pal Gym (Gimnasio) | 2910 Southmore<br>Pasadena, TX   77503 |
| Distrito "D" | Deepwater Escuela Elemental | 309 Glenmore<br>Pasadena, TX   77503 |
| Distrito "E" | Mae Smythe Escuela Elemental | 2202 Pasadena Blvd.<br>Pasadena, TX   77502 |
| Distrito "F" | Bondy Escuela Intermedia | 5101 Keith Avenue<br>Pasadena, TX   77505 |
| Distrito "G" | Miller Escuela Intermedia | 1002 Fairmont Parkway<br>Pasadena, TX   77504 |
| Distrito "H"<br>(Sur) | Estación de Bomberos No. 6 | 1200 Kirby Road<br>Pasadena, TX<br>Por Correo:Seabrook, TX  77586 |
| Distrito "H"<br>(Norte) | Estación de Bomberos  No. 8 | 4100 Space Center Blvd.<br>Pasadena, TX   77505 |
| Distrito "H"<br>(Bay Area) | Estación de Bomberos No. 10 | 17200 Middlebrook Drive<br>Pasadena, TX<br>Por Correo: Houston, TX  77059 |

**Exhibit A-2**



# May 11, 2013
# Election

## EARLY  VOTING HOURS/LOCATION

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

### ALL EARLY VOTING WILL TAKE PLACE AT:

**CITY HALL**
**1211 Southmore**
**Pasadena, TX   77502**

| Day | Date | Hours |
|---|---|---|
| | | |
| Monday | April 29, 2013 | 8:00 A.M. – 5:00 P.M. |
| | | |
| Tuesday | April 30, 2013 | 8:00 A.M. – 5:00 P.M. |
| | | |
| Wednesday | May 01, 2013 | 8:00 A.M. – 5:00 P.M. |
| | | |
| Thursday | May 02, 2013 | 8:00 A.M. – 5:00 P.M. |
| | | |
| Friday | May 03, 2013 | 7:00 A.M. – 7:00 P.M. |
| | | |
| Saturday | May 04, 2013 | 7:00 A.M. – 7:00 P.M. |
| | | |
| Monday | May 06, 2013 | 8:00 A.M. – 5:00 P.M. |
| | | |
| Tuesday | May 07, 2013 | 7:00 A.M. – 7:00 P.M. |

**Exhibit B-1**

# EXHIBIT B

Map and list of 2021 polling places



City of Pasadena
2021 Council Districts
with May 2021 Voting Locations

Created: 3/16/2023

© 2023 Bickerstaff Heath Delgado Acosta LLP
Data Source: Roads, Water and other
features obtained from the 2020
Tiger/line files, U.S. Census Bureau

VOTING LOCATIONS                                                    PRINTED ON: 04/19/21

| Location | Address 1 | City | Zip | EVSite |
|---|---|---|---|---|
| Cedar Bayou Junior School | 2610 Elvinta Street | Baytown | 77520 | |
| De Zavala Elementary School | 305 Tri City Beach Road | Baytown | 77520 | |
| George H Gentry Junior High School | 1919 East Archer Road | Baytown | 77521 | |
| Goose Creek CISD Administration Building | 4544 Interstate 10 | Baytown | 77520 | |
| Goose Creek Memorial High School | 6001 East Wallisville Road | Baytown | 77521 | |
| JD Walker Community Center | 7613 Wade Road | Baytown | 77521 | EV |
| Lee College | 550 Lee Drive | Baytown | 77520 | EV |
| Navarre Funeral Home Inc. | 2444 Rollingbrook Drive | Baytown | 77521 | |
| Stuart Career Tech High School | 300 YMCA Drive | Baytown | 77521 | |
| William B. Travis Elementary | 100 Robin Road | Baytown | 77520 | |
| Crosby Community Center | 409 Hare Road | Crosby | 77532 | EV |
| Harris County WCID 70 | 2935 Foley Road | Crosby | 77532 | |
| Royce Black Elementary School | 14155 Grant Road | Cypress | 77429 | |
| Saint John Lutheran Church and School | 15235 Spring Cypress Road | Cypress | 77429 | EV |
| Reformation Temple Church | 2033 Pickerton Drive | Deer Park | 77536 | |
| San Jacinto Community Center | 604 Highland Woods Drive | Highlands | 77562 | EV |
| A Community of the Servant Savior Presb Church | 11303 Hughes Road | Houston | 77089 | |
| Beverly Hills Community Center | 10201 Kingspoint Road | Houston | 77075 | |
| County Attorney Conference Center | 1019 Congress Avenue | Houston | 77002 | EV |
| Deussen Park Senior Center | 12303 Sonnier Street | Houston | 77044 | |
| El Franco Lee Community Center | 9500 Hall Road | Houston | 77089 | EV |
| Emmott Elementary School | 11750 Steeple Way Blvd | Houston | 77065 | |
| Fallbrook Church | 12512 Walters Road | Houston | 77014 | |
| Frazier Elementary School PISD | 10503 Hughes Road | Houston | 77089 | |
| Garfield Elementary School | 10301 Hartsook Street | Houston | 77034-3596 | |
| Genoa Staff Development Center | 12900 Almeda Genoa Road | Houston | 77034 | |
| Greater Saint Matthew Baptist Church SW Campus | 14919 South Main | Houston | 77035 | |
| Katherine Tyra Branch Library | 16719 Clay Road | Houston | 77084 | EV |
| Lakeshore Elementary School | 13333 Breakwater Path Dr | Houston | 77044 | |
| Laura Welch Bush Elementary School | 9100 Blackhawk Boulevard | Houston | 77075-2250 | |
| Lone Star Flight Museum | 11551 Aerospace Avenue | Houston | 77034 | |
| Prairie View A&M University Northwest | 9449 Grant Road | Houston | 77070 | EV |
| Rick Schneider Middle School | 8420 Easthaven Boulevard | Houston | 77075 | |

VOTING LOCATIONS                                          PRINTED ON: 04/19/21

| Location | Address 1 | City | Zip | EVSite |
|---|---|---|---|---|
| Saint Andrews Presbyterian Church | 5308 Buffalo Speedway | Houston | 77005-2122 | |
| Saint Timothy Lutheran Church | 14225 Hargrave Road | Houston | 77070 | |
| SJC South Campus Fine Arts Center Bldg 15 | 13735 Beamer Road | Houston | 77089 | |
| South Belt Elementary School | 1801 Riverstone Ranch Rd | Houston | 77089-5724 | |
| Southside Place Park Clubhouse | 3743 Garnet Street | Houston | 77005-3715 | |
| The Church Without Walls | 5725 Queenston Boulevard | Houston | 77084 | |
| University of Houston Clear Lake | 2700 Bay Area Boulevard | Houston | 77058 | EV |
| Willie B Ermel Elementary School | 7103 Woodsman Trail | Houston | 77040-1839 | |
| Windsor Village Community Center | 14441 Croquet Lane | Houston | 77085 | EV |
| Woodcreek Middle School | 14600 Woodson Park Drive | Houston | 77044 | |
| West Campus Gym | 24403 East Lake Houston Pkwy | Huffman | 77336 | |
| Atascocita Middle School | 18810 West Lake Houston Pkwy | Humble | 77346 | |
| Calvary Hills Funeral Home | 21723 Aldine Westfield Rd | Humble | 77338 | |
| Eagle Springs Elementary School | 12500 Will Clayton Parkway | Humble | 77346-3006 | |
| Fall Creek Elementary School | 14435 Mesa Drive | Humble | 77396 | |
| Humble Civic Center | 8233 Will Clayton Parkway | Humble | 77338 | EV |
| Humble ISD Collaboration Center | 10203 Birchridge Drive | Humble | 77346 | |
| Humble Middle School | 11207 Will Clayton Parkway | Humble | 77346-3005 | |
| Kingwood High School | 2701 Kingwood Drive | Humble | 77339 | |
| Lake Houston Church of Christ | 8003 Farmingham Road | Humble | 77346 | EV |
| Lake Houston Church of the Nazarene | 5616 FM 1960 Road East | Humble | 77346 | |
| Oak Forest Elementary School | 6400 Kingwood Glen Drive | Humble | 77346-2039 | |
| Oaks Elementary School | 5858 Upper Lake Drive | Humble | 77346 | |
| Pine Forest Elementary School | 19702 West Lake Houston Pkwy | Humble | 77346 | |
| River Pines Elementary School | 2400 Cold River Drive | Humble | 77396 | |
| Sierra Meadows Apartments | 9835 N. Sam Houston Pkwy East | Humble | 77396 | |
| The Light of the World Christian Fellowship | 16161 Old Humble Road | Humble | 77396 | |
| Timbers Elementary School | 6910 Lonesome Woods Tr | Humble | 77346-5016 | |
| Whispering Pines Elementary School | 17321 Woodland Hills Drive | Humble | 77346 | |
| Willow Creek Elementary School Humble ISD | 2002 Willow Terrace Drive | Humble | 77345 | |
| Hampton Inn & Suites Houston-Katy | 22055 Katy Freeway | Katy | 77450 | EV |
| Memorial Parkway Junior High School | 21203 Highland Knolls Dr | Katy | 77450 | |
| Deerwood Elementary School | 2920 Forest Garden Drive | Kingwood | 77345 | |
| Foster Elementary School | 1800 Trailwood Village Dr | Kingwood | 77339 | |
| HC Public Library Kingwood Branch | 4400 Bens View Lane | Kingwood | 77339 | |

# VOTING LOCATIONS

PRINTED ON: 04/19/21

| Location | Address 1 | City | Zip | EVSite |
|---|---|---|---|---|
| Hidden Hollow Elementary School | 4104 Appalachian Trail | Kingwood | 77345 | |
| Kingwood Community Center | 4102 Rustic Woods Drive | Kingwood | 77345 | EV |
| Kingwood Middle School | 2407 Pine Terrace Drive | Kingwood | 77339 | |
| Kingwood Park High School Performing Arts Ctr | 4015 Woodland Hills Drive | Kingwood | 77339 | |
| Shadow Forest Elementary School | 2300 Mills Branch Drive | Kingwood | 77345 | |
| City of Nassau Bay Council Chamber | 1800 Space Park Dr  #200 | Nassau Bay | 77058 | |
| Bailey Elementary School | 2707 Lafferty Road | Pasadena | 77502 | |
| BakerRipley Cleveland Campus | 720 Fairmont Parkway | Pasadena | 77504 | EV |
| Bobby Shaw Middle School | 1201 Houston Avenue | Pasadena | 77502 | |
| Carroll Teague Elementary School | 4200 Crenshaw Road | Pasadena | 77504 | |
| Deepwater Junior High School | 501 Glenmore Drive | Pasadena | 77503 | |
| East Harris County Activity Center | 7340 Spencer Highway | Pasadena | 77505 | EV |
| Fairmont Elementary School | 4315 Heathfield Drive | Pasadena | 77505-4242 | |
| Golden Acres Elementary School | 5232 Sycamore Avenue | Pasadena | 77503 | |
| John Phelps Courthouse | 101 South Richey Street | Pasadena | 77506 | EV |
| Keller Middle School | 1711 Magnolia Street | Pasadena | 77503 | |
| McMasters Elementary School | 1011 Bennett Drive | Pasadena | 77503-2205 | |
| Nelda Sullivan Middle School | 1112 Queens Road | Pasadena | 77502 | |
| Parkgate Community Church | 3715 Preston Avenue | Pasadena | 77505 | |
| Pomeroy Elementary School | 920 Burke Road | Pasadena | 77506 | |
| Red Bluff Elementary School | 416 Bearle Street | Pasadena | 77506-3098 | |
| Sam Rayburn High School | 2121 Cherrybrook Lane | Pasadena | 77502 | |
| Williams Elementary School | 1522 Scarborough Lane | Pasadena | 77502-1674 | |
| G W Robinson Elementary School | 451 Kirby Road | Seabrook | 77586 | |
| City of South Houston Municipal Court | 1019 Dallas Street | South Houston | 77587 | EV |
| Pearl Hall Elementary School | 1504 9th Street | South Houston | 77587-5000 | |
| Big Stone Lodge | 709 Riley Fuzzel Road | Spring | 77373 | EV |
| Mildred Jenkins Elementary School | 4615 Reynaldo Drive | Spring | 77373 | |
| Timber Lane Community Center | 1904 Naplechase Crest Dr | Spring | 77373 | |
| Twin Creeks Middle School | 27100 Cypresswood Drive | Spring | 77373-6300 | |
| Wildwood Elementary School | 13802 Northpointe Blvd | Tomball | 77377 | |
| MultiCultural Center | 951 Tristar Drive | Webster | 77598 | EV |
| Webster Civic Center | 311 Pennsylvania Ave | Webster | 77598 | EV |
| West University Place City Hall | 3800 University Blvd | West University Pl | 77005 | EV |

# EXHIBIT C

Map and list of 2023 polling places



## City of Pasadena: Council Districts
## with May 6, 2023 Election Day Voting Locations

**Legend**

■ Election Day Voting Locations - May 6, 2023 General and Special Election

**Current Council Districts**

A   B   C   D   E   F   G   H

0   0.75   1.5   3 Miles

Created: 3/16/2023



© 2023 Bickerstaff Heath Delgado Acosta LLP
Data Source: City of Pasadena Illustrative Plan 1
adopted on August 16, 2022.
Polling Locations obtained from Harris County Elections.



Voting location labels:

John Phelps Courthouse, 101 South Richey Street
Jackson Intermediate School, 1920 Thomas Avenue
Pomeroy Elementary School, 920 Burke Road
Deepwater Junior High School, 501 Glenmore Drive
Williams Elementary School, 1522 Scarborough Lane
Bobby Shaw Middle School, 1201 Houston Avenue
Keller Middle School, 1711 Magnolia Street
Nelda Sullivan Middle School, 1112 Queens Road
Sam Rayburn High School, 2121 Cherrybrook Lane
Bailey Elementary School, 2707 Lafferty Road
Golden Acres Elementary School, 5232 Sycamore Avenue
East Harris County Activity Center, 7340 Spencer Highway
Parkgate Community Church, 3715 Preston Avenue
San Jacinto College Central Campus Library, 8060 Spencer Highway
Cleveland Ripley Neighborhood Center, 720 Fairmont Parkway
Harvey Turner Elementary School, 4333 Lily Street
Fairmont Elementary School, 4315 Heathfield Drive
Carol Teague Elementary School, 4200 Crenshaw Road

**ELECTION DAY VOTING LOCATIONS**
**MAY 6, 2023 - GENERAL AND SPECIAL ELECTIONS**

| Location | Address | City | Zip | Type |
|---|---|---|---|---|
| Cedar Bayou Junior School | 2610 Elvinta Street | Baytown | 77520-3826 | ED |
| George H Gentry Junior High School | 1919 East Archer Road | Baytown | 77521-9310 | ED |
| Goose Creek Memorial High School | 6001 East Wallisville Road | Baytown | 77521 | ED |
| J D Walker Community Center | 7613 Wade Road | Baytown | 77521-8338 | EV |
| Saint Johns United Methodist Church | 501 South Alexander Drive | Baytown | 77520 | EV |
| William B. Travis Elementary | 100 Robin Road | Baytown | 77520 | ED |
| B H Hamblen Elementary School | 1019 Dell Dale Street | Channelview | 77530-2409 | ED |
| L W Kolarik Education Center | 1120 Sheldon Road | Channelview | 77530-3518 | ED |
| Martin Flukinger Community Center | 16003 Lorenzo Street | Channelview | 77530 | EV |
| Crosby Community Center | 409 Hare Road | Crosby | 77532 | EV |
| Newport Elementary School | 430 North Diamondhead Boulevard | Crosby | 77532-4103 | ED |
| Hamilton Elementary School | 12050 Old Kluge Road | Cypress | 77429-2446 | ED |
| Saint Marys Episcopal Church | 15415 North Eldridge Parkway | Cypress | 77429-2005 | ED |
| Deer Park ISD Education Support Center | 2800 Texas Avenue | Deer Park | 77536 | ED |
| Heritage Elementary School | 4301 East Boulevard | Deer Park | 77536-5646 | ED |
| Kingsdale Recreation Center | 2218 Kingsdale Street | Deer Park | 77536-5828 | ED |
| G W Robinson Elementary School | 451 Kirby Road | El Lago | 77586 | ED |
| Forest Bend Homeowners Association Inc | 4300 Laura Leigh Drive | Friendswood | 77546 | EV |
| Alvin D Baggett Community Center | 1302 Keene Street | Galena Park | 77547 | EV |
| Highlands Elementary School GCCISD | 200 E. Wallisville Rd | Highlands | 77562 | ED |
| San Jacinto Community Center | 604 Highland Woods Drive | Highlands | 77562-4546 | EV |
| Hockley Community Center | 28515 Old Washington Road | Hockley | 77447 | ED |
| Beverly Hills Community Center | 10201 Kingspoint Road | Houston | 77075 | ED |
| Brookwood Elementary School | 16850 Middlebrook Drive | Houston | 77059-4700 | ED |
| C E King High School Panther Stadium | 11433 East Sam Houston Parkway North | Houston | 77044 | ED |
| C. E. King 9th Grade Center | 8530 C E King Parkway | Houston | 77044 | ED |
| Charterwood MUD Administration Activity Building | 16444 Cutten Road | Houston | 77070 | ED |
| Cimarron Elementary School GPISD | 816 Cimarron Street | Houston | 77015-4308 | ED |
| City Jersey Village Municipal Government Center | 16327 Lakeview Drive | Houston | 77040-2029 | EV |
| Clear Lake Intermediate School | 15545 El Camino Real | Houston | 77062-5794 | ED |
| Conley Elementary School | 3345 West Greens Road | Houston | 77066-4920 | ED |
| County Attorney Conference Center | 1019 Congress Avenue | Houston | 77002 | EV |
| Courtyard by Marriott Houston Hobby | 9190 Gulf Freeway | Houston | 77017 | ED |
| Deussen Park Senior Center | 12303 Sonnier Street | Houston | 77044-7208 | ED |
| Emmott Elementary School | 11750 Steepleway Boulevard | Houston | 77065-4366 | ED |

03/15/23

| Location | Address | City | Zip | Type |
|----------|---------|------|-----|------|
| Epps Island Elementary School | 7403 Smiling Wood Lane | Houston | 77086 | ED |
| Felix L Baldree Building | 13828 Corpus Christi Street | Houston | 77015-3912 | ED |
| Freeman Branch Library | 16616 Diana Lane | Houston | 77062 | ED |
| Galena Park ISD Administration Building | 14705 Woodforest Boulevard | Houston | 77015-3231 | ED |
| Genoa Staff Development Center | 12900 Almeda Genoa Road | Houston | 77034-4636 | ED |
| Gleason Elementary School | 9203 Willowbridge Park Boulevard | Houston | 77064-6304 | ED |
| Green Valley Elementary School | 13350 Woodforest Boulevard | Houston | 77015-2825 | ED |
| Harris County Cultural Arts Center | 13334 Wallisville Road | Houston | 77044 | ED |
| Iglesia Bautista Libre | 10331 Veterans Memorial Drive | Houston | 77038-1727 | ED |
| Lakeshore Elementary School | 13333 Breakwater Path Drive | Houston | 77044-1377 | ED |
| Lone Star Flight Museum | 11551 Aerospace Avenue | Houston | 77034 | ED |
| McDougle Elementary School | 10410 Kansack Lane | Houston | 77086 | ED |
| Milstead Middle School | 338 Gilpin Street | Houston | 77034 | ED |
| North Channel Branch Library | 15741 Wallisville Road | Houston | 77049-4607 | EV |
| Prairie View A&M University Northwest | 9449 Grant Road | Houston | 77070 | EV |
| Quality Suites Cy-Fair at Jones Road | 17550 Northwest Freeway | Houston | 77065 | ED |
| Rick Schneider Middle School | 8420 Easthaven Boulevard | Houston | 77075-1106 | ED |
| Saint Andrews Presbyterian Church | 5308 Buffalo Speedway | Houston | 77005-2122 | ED |
| San Jacinto College Generation Park | 13455 Lockwood Road | Houston | 77044 | EV |
| Sheldon Elementary School | 17203 Hall Shepperd Road | Houston | 77049-1049 | ED |
| SJC South Campus Fine Arts Center Building 15 | 13735 Beamer Road Entrance B | Houston | 77089 | ED |
| South Belt Elementary School | 1801 Riverstone Ranch Road | Houston | 77089-5724 | ED |
| Southside Place City Hall | 6309 Edloe Avenue | Houston | 77005 | ED |
| Steve Radack Community Center | 18650 Clay Road | Houston | 77084 | EV |
| University of Houston Clear Lake | 2700 Bay Area Boulevard | Houston | 77058 | EV |
| West University Place Municipal Building | 3800 University Boulevard | Houston | 77005 | EV |
| Woodcreek Middle School | 14600 Woodson Park Drive | Houston | 77044-4492 | ED |
| Woodland Acres Elementary School | 12936 Sarahs Lane | Houston | 77015-6396 | ED |
| Yeager Elementary School | 13615 Champion Forest Drive | Houston | 77069 | ED |
| Vera Brummet May Community Center | 2100 Wolf Road | Huffman | 77336 | EV |
| Atascocita Middle School | 18810 West Lake Houston Parkway | Humble | 77346-3186 | ED |
| Eagle Springs Elementary School | 12500 Will Clayton Parkway | Humble | 77346-3006 | ED |
| Holiday Inn Express & Suites Atascocita | 5619 Farm to Market 1960 East | Humble | 77346 | EV |
| Humble City Hall | 114 West Higgins Street | Humble | 77338 | EV |
| Northbelt Elementary School | 8105 East North Belt | Humble | 77396 | ED |
| Pine Forest Elementary School | 19702 West Lake Houston Parkway | Humble | 77346-2000 | ED |
| River Pines Elementary School | 2400 Cold River Drive | Humble | 77396-4290 | ED |

03/15/23

| Location | Address | City | Zip | Type |
|---|---|---|---|---|
| Staybridge Suites Houston - Humble Beltway 8 E | 4819 Canyon Lakes Trace Drive | Humble | 77396 | ED |
| The Light of the World Christian Fellowship | 16161 Old Humble Road | Humble | 77396-3851 | ED |
| Whispering Pines Elementary School | 17321 Woodland Hills Drive | Humble | 77346-3001 | ED |
| Willow Creek Elementary School in Humble ISD | 2002 Willow Terrace Drive | Humble | 77345-1785 | ED |
| First Baptist Church of Jacinto City | 10701 WIggins Street | Jacinto City | 77029-2515 | ED |
| Hyatt Place Houston/Katy | 1401 North Westgreen Boulevard | Katy | 77449 | ED |
| Sandra Bales Walker Elementary School | 6424 Settlers Village Drive | Katy | 77449-6503 | ED |
| Foster Elementary School | 1800 Trailwood Village Drive | Kingwood | 77339 | ED |
| Hidden Hollow Elementary School | 4104 Appalachian Trail | Kingwood | 77345-1099 | ED |
| Kingwood Community Center | 4102 Rustic Woods Drive | Kingwood | 77345-1350 | EV |
| Kingwood High School | 2701 Kingwood Drive | Kingwood | 77339 | ED |
| Kingwood Middle School | 2407 Pine Terrace Drive | Kingwood | 77339 | ED |
| Shadow Forest Elementary School | 2300 Mills Branch Drive | Kingwood | 77345-2100 | ED |
| Woodland Hills Elementary | 2222 Tree Lane | Kingwood | 77339 | ED |
| Northampton Elementary School | 6404 Root Road | Klein | 77389 | ED |
| City of La Porte City Hall | 604 West Fairmont Parkway | La Porte | 77571-6275 | EV |
| La Porte ISD Instructional Technology Building | 9832 Spencer Highway | LaPorte | 77571 | ED |
| City of Nassau Bay Council Chamber | 1800 Space Park Drive No 200 | Nassau Bay | 77058-3508 | ED |
| Bailey Elementary School | 2707 Lafferty Road | Pasadena | 77502-5194 | ED |
| Bobby Shaw Middle School | 1201 Houston Avenue | Pasadena | 77502 | ED |
| Carol Teague Elementary School | 4200 Crenshaw Road | Pasadena | 77504-3614 | ED |
| Cleveland Ripley Neighborhood Center | 720 Fairmont Parkway | Pasadena | 77504 | EV |
| Deepwater Junior High School | 501 Glenmore Drive | Pasadena | 77503-1830 | ED |
| East Harris County Activity Center | 7340 Spencer Highway | Pasadena | 77505 | EV |
| Fairmont Elementary School | 4315 Heathfield Drive | Pasadena | 77505-4242 | ED |
| Golden Acres Elementary School | 5232 Sycamore Avenue | Pasadena | 77503-3950 | ED |
| Harvey Turner Elementary School | 4333 Lily Street | Pasadena | 77505-3735 | ED |
| Jackson Intermediate School | 1020 Thomas Avenue | Pasadena | 77506 | ED |
| John Phelps Courthouse | 101 South Richey Street | Pasadena | 77506 | EV |
| Keller Middle School | 1711 Magnolia Street | Pasadena | 77503 | ED |
| Nelda Sullivan Middle School | 1112 Queens Road | Pasadena | 77502 | ED |
| Parkgate Community Church | 3715 Preston Avenue | Pasadena | 77505-2012 | ED |
| Pomeroy Elementary School | 920 Burke Road | Pasadena | 77506-5242 | ED |
| Sam Rayburn High School | 2121 Cherrybrook Lane | Pasadena | 77502-4101 | ED |
| San Jacinto College Central Campus Library | 8060 Spencer Highway | Pasadena | 77505-5999 | ED |
| Williams Elementary School | 1522 Scarborough Lane | Pasadena | 77502-1674 | ED |
| Kaila Sullivan Chapel and Hall at Clear Lake Park | 5000 NASA Road 1 | Seabrook | 77586 | ED |

03/15/23

| Location | Address | City | Zip | Type |
|---|---|---|---|---|
| Seabrook Intermediate School | 2401 North Meyer Avenue | Seabrook | 77586-2964 | ED |
| City of South Houston Municipal Court | 1019 Dallas Street | South Houston | 77587 | EV |
| Above and Beyond Fellowship | 20498 Rhodes Road | Spring | 77388 | EV |
| French Elementary School | 5802 West Rayford Road | Spring | 77389-2981 | ED |
| Kuehnle Elementary School | 5510 Winding Ridge Drive | Spring | 77379-8899 | ED |
| Mildred Jenkins Elementary School | 4615 Reynaldo Drive | Spring | 77373-6821 | ED |
| Strack Intermediate School | 18027 South Kuykendahl Road | Spring | 77379-8199 | ED |
| Timber Lane Community Center | 1904 Naplechase Crest Drive | Spring | 77373 | EV |
| Lakewood Elementary School | 15614 Gettysburg Drive | Tomball | 77377 | ED |
| MultiCultural Center | 951 Tristar Drive | Webster | 77598 | ED |
| Pipers Meadow Community Center | 15920 Pipers View Drive | Webster | 77598-2550 | ED |
| Webster Civic Center | 311 Pennsylvania Avenue | Webster | 77598-5230 | EV |

03/15/23

# EXHIBIT D

Map showing proximity to 2023

polling places



**City of Pasadena: Council Districts
with May 6, 2023 Election Day Voting Locations
with a 1-Mile Radius Circle Around Them**

Created: 3/20/2023

© 2023 Bickerstaff Heath Delgado Acosta LLP
Data Source: City of Pasadena Illustrative Plan 1
adopted on August 16, 2022.
Polling Locations obtained from Harris County Elections.

**Legend**

■ Election Day Voting Locations - May 6, 2023 General and Special Election

○ 1 Mile Radius Around Each May 2023 Voting Location

**Current Council Districts**

A  B  C  D  E  F  G  H