# UNITED STATES DISTRICT COURT
## FOR THE
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Alberto Patino, et al., | ) | |
| | ) | |
| _____ | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | H-14-3241 |
| City of Pasadena | ) | |
| _____ | ) | |
| Defendant(s). | ) | |

## UNOPPOSED MOTION TO PRECLEAR RUNOFF PROCEDURES

In its judgment of January 6, 2017, the Court ordered that no change in a voting qualification, standard, practice, or procedure be enforced unless it is first submitted to the Attorney General of the United States or to this Court for a finding that the qualification, standard, practice, or procedure does not have the purpose and will not have the effect of denying or abridging the right to vote on account of race or color or in contravention of the voting guarantees set forth in 52 U.S.C, § 10303(f)(2). *Patino v City of Pasadena,* No. H-14-3241, Final Judgment and Order of Injunction. (Doc. 162). This requirement continues until June 30, 2023, and the Court has retained jurisdiction until that time. *Id.* The May 6 election for the city council necessitated a runoff in two single-member districts. The runoff, slated for June 10, 2023, will be the last election conducted before the preclearance requirement set out in this Court's 2017 order expires.

Because no candidate obtained a majority in the May 6 election, a runoff will be required in council districts A and G.  District A is the most heavily Hispanic district in the city with 71.03 percent Spanish surname registered voters (SSRV).  District G is the sixth most heavily Hispanic district with 44.33 percent SSRV. In both Districts A and G, the candidates who qualified for the runoff have Spanish surnames—Ignacia Garcia and Ruben Villarreal in District A and Paola Velasco and Ornaldo Ybarra in District G.  A copy of the May 6 canvass and order calling the runoff election is attached as Exhibit A.[1]

As was the case with the May general election, the runoff will be conducted through a contract with Harris County.  While multiple Harris County jurisdictions conducted elections on May 6, resulting in polling places throughout the county, Pasadena is the only entity contracting with the county to conduct an election that requires a runoff.  Thus, other than the opportunity to cast an in-person early vote at the downtown Houston Harris County Administration Building, all the polling locations will be in Pasadena.

**The Date of the Runoff**

The date for the runoff is Saturday, June 10, 2023.  Although the specific date is a matter of choice, statute requires that it be no earlier than the 20th day and no later than the 45th day after the final canvass of the main election.  Tex. Elec. Code, § 2.025(a).  June 10, which is the 25th day following the canvass, falls within the statutorily prescribed window.

---

[1] Assuming that all the candidates with Spanish surnames are Hispanic, which we believe is the case, and since all the candidates in the two races that remain to be decided have Spanish surnames, we know that the 2022 redistricting plan resulted in five of the eight city council districts being represented by Hispanics. Additionally, District D is represented by Ms. Van Houte who was unopposed for election in 2023.  During the *Patino* trial it was established that she was a candidate of Hispanic choice.  In the May 6 election, no non-Hispanic candidates prevailed when running against one or more Hispanic candidates.

**Polling Places**

**Early Voting**

In-person early voting will be conducted at the Harris County Administration Building in central Houston where the county elections office is located.  Additionally, two early voting sites will be provided in Pasadena, one in each of the two districts in which a runoff will be conducted. The John Phelps Courthouse is located in District A, and the Cleveland Ripley Neighborhood Center is in District G.  Both served as early voting and election-day polling places during the May 6 election, so people recognize them as places to vote.  During the May 6 election, there was a third early voting site in Pasadena, but in that election all Pasadena residents were eligible to vote in either the election for their council representative or in the Crime Control and Prevention District special election or both.[2]

There will be eight days of in-person early voting, and that period will include voting on a Saturday and Sunday.  This is the same number of days and the same amount of weekend voting as in the 2021 runoff election, which was the last runoff election in the city.

**Election-Day**

There will be two election-day polling places in Pasadena—one in each of the two districts in which a runoff is being held.  Because Harris County is a vote center county, voters can choose to vote in either so long as they reside in one of the two districts in which there is a runoff.  The two election-day sites are the same sites that will used for early voting in the runoff, and both were used as election-day polling places in those two districts on May 6.  There was one additional

---

[2] There were contested races in six of the city's eight single-member districts.  Additionally, all residents could vote in the election relating to continuation of the Crime Control and Prevention District.  Most Pasadena residents' ballots also contained contested races for trustee positions in the Pasadena Independent School District and San Jacinto College.  In the June 10 runoff election only the residents of Districts A and G will be eligible to vote, and their ballot will contain only one race—*i.e.,* either the District A or District G council race.

polling place in each of the two districts during the general election, but it is customary to have fewer sites in a runoff where turn-out is typically lower.[3]  Further, the vast majority of ballots in the two districts in the May election were cast early—69.4 percent of the District A ballots and 74.5 percent of the District G ballots.  Indeed, even in the unlikely event that the same number of election-day voters voted in the two districts as did on May 6, it would amount to only ten voters per hour in District A and 15 per hour in District G.  It is safe to say that there should be no wait time to cast a vote at either location.  The city will post signs in English and Spanish at the May 6 polling places in Districts A and G that are not being used in the June runoff directing anyone who seeks to vote there to the location of polling places that are in use.

## CONCLUSION

The City of Pasadena respectfully requests that the Court find that the date of the June 10, 2023, the dates and sites for early voting, and the sites for election-day voting have neither the purpose or effect of denying or abridging the right to vote on account of race or language minority status.

## CERTIFICATE OF CONFERENCE

I have shared this motion and proposed order with Nina Perales, the attorney for the plaintiff in this cause, and I am authorized to represent that the plaintiff does not oppose the motion for preclearance.

---

[3] The most recent council runoff was in 2021 and involved Districts B and E.  In those districts the election-day turnout in the runoff produced 57 percent of the election-day votes cast in the District B general election and 69 percent of the election-day votes cast in District E.  A lower turnout is also to be expected because there will be only the one race on the ballot as opposed to seven races (city council district, Crime Control proposition, three school trustee positions, and two college trustee positions) on the May 6 ballot.

Respectfully submitted,

By: _____ /s/ C. Robert Heath _____

C. ROBERT HEATH
State Bar No. 09347500
BICKERSTAFF HEATH DELGADO ACOSTA LLP
3711 S. Mopac Expressway
Building One, Suite 330
Austin, Texas 78746
Telephone: (512) 472-8021
Facsimile: (512) 320-5638
bheath@bickerstaff.com

*Attorneys for the City of Pasadena*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served via electronic filing service provider, email, facsimile, and/or Certified Mail Return Receipt Requested to all parties of record listed below on this the 17th day of May 2023.

Nina Perales
Vice President of Litigation
Mexican American Legal Defense
and Educational Fund, Inc. (MALDEF)
110 Broadway Suite 300
San Antonio, TX 78205
ph. (210) 224-5476
fax (210) 224-5382
www.maldef.org

_____ /s/ C. Robert Heath _____
C. Robert Heath

# EXHIBIT A

# AGENDA REQUEST

☐ ORDINANCE   ☒ RESOLUTION   *Reso F*   NO: 2023-*114*

**CAPTION:** **A RESOLUTION CERTIFYING THE CANVASSING AND RETURNS OF THE GENERAL ELECTION HELD IN THE CITY OF PASADENA, TEXAS ON MAY 6, 2023 TO ELECT SIX (6) COUNCILMEMBERS FOR THE CITY OF PASADENA, TEXAS. FURTHER, PROVIDING FOR A RUNOFF ELECTION ON JUNE 10, 2023 FOR DISTRICTS A AND G.**

**UNA RESOLUCIÓN QUE CERTIFICA EL ESCRUTINIO Y LOS RESULTADOS DE LA ELECCIÓN GENERAL CELEBRADA EN LA CIUDAD DE PASADENA, TEXAS, EL 6 DE MAYO DE 2023 PARA ELEGIR SEIS (6) CONCEJALES DE LA CIUDAD DE PASADENA, TEXAS. ADEMÁS, QUE DISPONE LA SEGUNDA VUELTA ELECTORAL PARA EL 10 DE JUNIO DE 2023 PARA LOS DISTRITOS A Y G.**

**RECOMMENDATIONS & JUSTIFICATION:** **To canvass the May 6, 2023 General Election and in preparation for the June 10, 2023 Runoff Election for Districts A and G.**

(IF ADDITIONAL SPACE IS REQUIRED, PLEASE ATTACH SECOND PAGE)

BUDGETED: ☐          COUNCIL DISTRICT(S) AFFECTED:

REQUIRES APPROPRIATION: ☒
See attached Certification

*Amanda F. Mueller*

| | COUNCIL ACTION | |
|---|---|---|
| Amanda F. Mueller   DATE: 05/10/23<br>REQUESTING PARTY (TYPED) | FIRST READING: | FINAL READING: |
| | | *Schoenbein* |
| BUDGET DEPARTMENT | MOTION | MOTION |
| | | *Bass* |
| PURCHASING DEPARTMENT | SECOND | SECOND |
| APPROVED: | | |
| CITY ATTORNEY | DATE | *05-16-23*<br>DATE |
| MAYOR | DEFERRED: | |

CITY OF PASADENA

CERTIFICATION OF FUNDS


DATE: <u>May 10, 2023</u>

AMOUNT: $45,000

DEPARTMENT NO:  11000

ACCOUNT NO. 7107

TASK NO.

CIP NO.

PROJECT DESCRIPTION:  <u>Estimated cost for the City of Pasadena as payment to Harris County for conducting its June 10, 2023 Runoff Election for election of Councilmembers for District A and District G.</u>

I certify to the City Council that the money required for the contract, agreement, obligation, or expenditure contemplated in the above and foregoing ordinance is in the Treasury of the City of Pasadena to the credit of the above fund from which it is proposed to be drawn, and such money is not appropriated for any other purpose.

Julie St. Jean
City Controller

RESOLUTION NO. 2023- 114

**A RESOLUTION CERTIFYING THE CANVASSING AND RETURNS OF THE GENERAL ELECTION HELD IN THE CITY OF PASADENA, TEXAS ON MAY 6, 2023 TO ELECT SIX (6) COUNCILMEMBERS FOR THE CITY OF PASADENA, TEXAS.  FURTHER, PROVIDING FOR A RUNOFF ELECTION ON JUNE 10, 2023 FOR DISTRICTS A AND G.**

RESOLUCIÓN NRO. 2023- 114

**UNA RESOLUCIÓN QUE CERTIFICA EL ESCRUTINIO Y LOS RESULTADOS DE LA ELECCIÓN GENERAL CELEBRADA EN LA CIUDAD DE PASADENA, TEXAS, EL 6 DE MAYO DE 2023 PARA ELEGIR SEIS (6) CONCEJALES DE LA CIUDAD DE PASADENA, TEXAS.  ADEMÁS, QUE DISPONE LA CELEBRACIÓN DE UNA ELECCIÓN DE SEGUNDA VUELTA EL 10 DE JUNIO DE 2023 PARA LOS DISTRITOS A Y G.**

BE IT RESOLVED BY THE CITY COUNCIL OF THE CITY OF PASADENA:

EL CONSEJO MUNICIPAL DE LA CIUDAD DE PASADENA RESUELVE:

**SECTION 1.**  That the City Council of the City of Pasadena, Texas, under the provisions of the Election Laws of the State of Texas and the Charter of the City of Pasadena, Texas, hereby certifies the following returns attached hereto as Exhibit "A" and incorporated herein for all purposes, to be correct and authentic, pertaining to the May 6, 2023 General Election held in the City of Pasadena, Texas for the election of six (6) Councilmembers.

**SECCIÓN 1.**  Que el Consejo Municipal de la Ciudad de Pasadena, Texas, bajo las disposiciones de la Leyes Electorales del Estado de Texas y de la Carta Orgánica de la Ciudad de Pasadena, Texas, certifica por la presente que los siguientes resultados adjuntos a la presente como Anexo "A" e incorporados a la misma para todo propósito, son correctos y auténticos, correspondientes a la Elección General celebrada el 6 de mayo de 2023 en la Ciudad de Pasadena, Texas, para elegir seis (6) Concejales.

**SECTION 2.** That the following candidates receiving a majority of votes cast in the May 6, 2023 General Election, as reflected in Exhibit "A" attached hereto and incorporated herein for all purposes, are hereby declared qualified and elected to the respective offices:

| | | |
|---|---|---|
| **Councilmember District B** | - | **Bianca Valerio** |
| **Councilmember District C** | - | **Emmanuel Guerrero** |
| **Councilmember District E** | - | **Jonathan Estrada** |
| **Councilmember District H** | - | **Thomas Schoenbein** |

Further, pursuant to Texas Election Code, Sections 2.053(a)(b), that the following unopposed candidates were declared duly elected to the following respective offices on February 13, 2023 under Resolution 2023-035:

| | |
|---|---|
| **Pat Van Houte** | **District D** |
| **Dolan Dow** | **District F** |

**SECCIÓN 2.** Que los candidatos indicados a continuación quienes recibieron una mayoría de los votos emitidos en la Elección General del 6 de mayo de 2023, como se expresa en el Anexo "A", adjunto a la presente e incorporado a la misma para todo propósito, son por la presente declarados aptos y electos a sus respectivos cargos:

| | | |
|---|---|---|
| **Concejal del Distrito B** | - | **Bianca Valerio** |
| **Concejal del Distrito C** | - | **Emmanuel Guerrero** |
| **Concejal del Distrito E** | - | **Jonathan Estrada** |
| **Concejal del Distrito H** | - | **Thomas Schoenbein** |

Además, en virtud de las Secciones 2.053(a)(b) del Código Electoral de Texas, que los siguientes candidatos sin oponentes fueron declarados debidamente electos el 13 de febrero de 2023 para los siguientes cargos respectivos bajo la Resolución 2023-035:

**Pat Van Houte**      **Distrito D**

**Dolan Dow**      **Distrito F**

**SECTION 3.**  That a Runoff Election is ordered to be conducted on Saturday, June 10, 2023, between the hours of 7:00 a.m. and 7:00 p.m.

**SECCIÓN 3.**  Que se ordena la celebración de una Elección de Segunda Vuelta el sábado 10 de junio de 2023 en el horario de 7:00 a.m. a 7:00 p.m.

**SECTION 4.**  That the Runoff Election shall be between the following candidates for Districts A and G who did not receive a majority of votes cast, as reflected in attached Exhibit "A", but received the highest and second highest number of votes cast in the May 6, 2023 General Election:

**Candidate District A**      -      **Ignacia Garcia**

**Candidate District A**      -      **Ruben Villarreal**

**Candidate District G**      -      **Paola Velasco**

**Candidate District G**      -      **Ornaldo Ybarra**

**SECCIÓN 4.**  Que la Elección de Segunda Vuelta será entre los siguientes candidatos para los Distritos A y G que no recibieron la mayoría de los votos emitidos, como se expresa en el Anexo "A" adjunto, pero que recibieron el mayor y segundo mayor número de votos emitidos en la Elección General del 6 de mayo de 2023:

**Candidata del Distrito A  -**      **Ignacia Garcia**

**Candidato del Distrito A  -**      **Ruben Villarreal**

**Candidata del Distrito G  -**      **Paola Velasco**

**Candidato del Distrito G  -**      **Ornaldo Ybarra**

**SECTION 5.**  That Early Voting begins on May 30, 2023 and ends on June 6, 2023.  Early Voting dates and hours are set forth in Exhibit "B" attached hereto and incorporated herein

for all purposes.  Early Voting location(s) for said Runoff Election shall be conducted and held in the location(s) set forth in Exhibit "C" attached hereto and incorporated herein for all purposes.

**SECCIÓN 5.**  Que la votación anticipada comienza el 30 de mayo de 2023 y finaliza el 6 de junio de 2023.  Las fechas y los horarios de votación anticipada se indican en el Anexo "B" adjunto e incorporado a la presente para todo fin.  Los lugares de votación para la votación anticipada para dicha Elección de Segunda Vuelta se realizarán y llevarán a cabo en el lugar o lugares establecidos en el Anexo C, adjunto e incorporado en la presente para todos los propósitos.

**SECTION 6.**  That Election Day voting for said Runoff Election shall be conducted and held in the voting location(s) as designated in Exhibit "C" attached hereto and incorporated herein for all purposes.

**SECCIÓN 6.**  Que la votación del Día de Elección para dicha Elección de Segunda Vuelta se realizará y llevará a cabo en el lugar o lugares de votación designados en el Anexo "C", adjunto e incorporado en la presente para todos los propósitos.

**SECTION 7.**  All Applications for Ballots by Mail and Federal Post Card Applications received during the period allowed by the Texas Election Code shall be sent by regular mail to:  Harris County Election Administrator's Office, P.O. Box 1148, Houston, TX 77251-1148.  They may also be sent by common or contract carrier to:   Harris County Election Administrator's Office, 1001 Preston, 4th Floor, Houston, TX 77002. An application may also be submitted by fax to 713-755-4983 or 713-274-1674, or by email at vbm@HarrisVotes.com or ada@vote.hctx.net.  If an application is faxed or emailed it must

also be submitted by mail to the joint early voting clerk no later than the fourth business day after the transmission by fax or email is received.  Applications for Ballots by Mail and Federal Post Card Applications must be received by May 30, 2023 no later than 5:00 p.m. Ballots by Mail must be postmarked no later than 7:00 p.m. on Election Day, June 10, 2023 and received no later than 5:00 p.m. on June 12, 2023.

**SECCIÓN 7.**  Todas las solicitudes de boletas para votar por correo y las solicitudes de postal federal recibidas durante el periodo permitido por el Código Electoral de Texas serán enviadas por correo postal regular a: Harris County Election Administrator's Office, P.O. Box 1148, Houston, TX 77251-1148. También pueden ser enviadas por transportista común o contratado a:  Harris County Election Administrator's Office, 1001 Preston, 4th Floor, Houston, TX 77002. Además, se puede enviar una solicitud por fax al 713-755-4983 o 713-274-1674, o por correo electrónico a vbm@HarrisVotes.com o ada@vote.hctx.net. Si se envía una solicitud por fax o correo electrónico, también debe enviarse por correo al oficial de votación anticipada conjunto a más tardar el cuarto día laborable posterior a que se reciba la transmisión por fax o correo electrónico.  Las solicitudes de boletas de votación por correo y solicitudes de postales federales deben ser recibidas para el 30 de mayo de 2023 antes de las 5:00 p.m.  Las boletas de votación por correo deberán ser fechadas por el correo antes de las 7:00 p.m. el Día de Elección, 10 de junio de 2023, y deberán ser recibidas antes de las 5:00 p.m. del 12 de junio de 2023.

**SECTION 8.**  That said Runoff Election shall be conducted in accordance with the provisions of the Texas Election Code, Texas Constitution, Laws of the State of Texas and City's Home Rule Charter and Ordinances of the City of Pasadena and that the ballot for

said election shall conform to the Texas Election Code.

**SECTION 9.** That there are sufficient funds in the City's General Fund to provide for expenses incurred in such election.

**SECTION 10.** That the Notice of Election shall be given by publication and posting as required by the Texas Election Code and other applicable state and federal laws.

**SECTION 11.** That if any provision, section, subsection, sentence, clause, or phrase of this Resolution, or the application of same to any person or set of circumstances, is for any reason held to be unconstitutional, void, invalid, or unenforceable, neither the remaining portions of this Resolution nor their application to other persons or sets of circumstances shall be affected thereby, it being the intent of the City Council in adopting this Resolution that no portion hereof or provision or regulation contained herein shall become inoperative or fail by reason of any unconstitutionality, voidness, invalidity or unenforceability of any other portion hereof, and all provisions of this Resolution are declared to be severable for that purpose.

**SECTION 12.** That the City Council officially determines that a sufficient written notice of the date, hour, place and subject of this meeting of the City Council was posted at a place convenient to the public at the City Hall of the City for the time required by law preceding this meeting, as required by the Open Meetings Law, Chapter 551, Texas Government Code; and that this meeting has been open to the public as required by law at all times during which this resolution and the subject matter thereof has been discussed, considered and formally acted upon. The City Council further confirms such written notice and the contents and posting thereof.

PASSED, APPROVED AND ADOPTED THIS THE ___16ᵗʰ___ day of ___May___, A.D., 2023.


_____
JEFF WAGNER  -  MAYOR
CITY OF PASADENA, TEXAS


ATTEST:                                              APPROVED:


_____      _____
AMANDA F. MUELLER                         JAY W. DALE
CITY SECRETARY                               CITY ATTORNEY
CITY OF PASADENA, TEXAS               CITY OF PASADENA, TEXAS

| City of Pasadena Canvass | Harris County, Texas | Official Results |
|---|---|---|
| | | Registered Voters |
| | | 3974 of 536874 = 0.74% |
| Joint Election May 6, 2023 | Joint Election | |
| Run Time        8:16 AM | 5/6/2023 | |
| Run Date     05/16/2023 | Page 1 | |

## PASADENA COUNCIL DISTRICT A,  Councilmember District A - Vote for none or one

| Precinct | Ignacia Garcia | Keith Nielsen | Ruben Villarreal | Cast Votes | Undervotes | Overvotes | Ballot by Mail Ballots Cast | Early Voting Ballots Cast | Election Day Ballots Cast | EV Provisional Ballots Cast | ED Provisional Ballots Cast | Total Ballots Cast | Registered Voters | Turnout Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0188 | 16 | 6 | 9 | 31 | 0 | 0 | 1 | 20 | 10 | 0 | 0 | 31 | 823 | 3.77% |
| 0190 | 33 | 22 | 49 | 104 | 1 | 0 | 9 | 61 | 35 | 0 | 0 | 105 | 1,755 | 5.98% |
| 0191 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| 0267 | 2 | 4 | 7 | 13 | 1 | 0 | 1 | 8 | 5 | 0 | 0 | 14 | 375 | 3.73% |
| 0277 | 30 | 2 | 10 | 42 | 2 | 0 | 5 | 14 | 25 | 0 | 0 | 44 | 448 | 9.82% |
| 0394 | 16 | 3 | 29 | 48 | 3 | 0 | 1 | 31 | 19 | 0 | 0 | 51 | 1,010 | 5.05% |
| 0404 | 3 | 1 | 3 | 7 | 0 | 0 | 0 | 1 | 6 | 0 | 0 | 7 | 53 | 13.21% |
| 0527 | 10 | 5 | 13 | 28 | 0 | 0 | 1 | 14 | 13 | 0 | 0 | 28 | 637 | 4.40% |
| 0777 | 7 | 2 | 18 | 27 | 0 | 0 | 1 | 21 | 5 | 0 | 0 | 27 | 770 | 3.51% |
| 0786 | 5 | 1 | 3 | 9 | 0 | 0 | 2 | 5 | 2 | 0 | 0 | 9 | 116 | 7.76% |
| Totals | 122 | 46 | 141 | 309 | 7 | 0 | 21 | 175 | 120 | 0 | 0 | 316 | 5,987 | 5.28% |

EXHIBIT "A"

| City of Pasadena Canvass | Harris County, Texas | Official Results |
|---|---|---|
| | | Registered Voters |
| | | 3974 of 536874 = 0.74% |
| Joint Election May 6, 2023 | Joint Election | |
| | 5/6/2023 | |
| Run Time 8:16 AM | Page 2 | |
| Run Date 05/16/2023 | | |

## PASADENA COUNCIL DISTRICT B, Councilmember District B - Vote for none or one

| Precinct | Bruce Leamon | Bianca Valerio | Cast Votes | Undervotes | Overvotes | Ballot by Mail Ballots Cast | Early Voting Ballots Cast | Election Day Ballots Cast | EV Provisional Ballots Cast | ED Provisional Ballots Cast | Total Ballots Cast | Registered Voters | Turnout Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0188 | 7 | 25 | 32 | 0 | 0 | 5 | 17 | 8 | 2 | 0 | 32 | 1,082 | 2.96% |
| 0242 | 17 | 17 | 34 | 1 | 0 | 2 | 20 | 13 | 0 | 0 | 35 | 0 | 0.00% |
| 0267 | 7 | 20 | 27 | 1 | 0 | 4 | 10 | 14 | 0 | 0 | 28 | 474 | 5.91% |
| 0277 | 20 | 30 | 50 | 0 | 0 | 11 | 21 | 18 | 0 | 0 | 50 | 1,648 | 3.03% |
| 0278 | 82 | 112 | 194 | 4 | 0 | 33 | 110 | 53 | 0 | 2 | 198 | 3,039 | 6.52% |
| 0394 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 39 | 0.00% |
| 0708 | 12 | 11 | 23 | 3 | 0 | 2 | 18 | 6 | 0 | 0 | 26 | 695 | 3.74% |
| **Totals** | **145** | **215** | **360** | **9** | **0** | **57** | **196** | **112** | **2** | **2** | **369** | **6,977** | **5.29%** |

**City of Pasadena Canvass**

**Harris County, Texas**

**Official Results**

**Registered Voters**
3974 of 536874 = 0.74%

Joint Election May 6, 2023

Joint Election

5/6/2023

| Run Time | 8:16 AM |
| Run Date | 05/16/2023 |

Page 3

## PASADENA COUNCIL DISTRICT C, Councilmember District C - Vote for none or one

| Precinct | Richard Serna | Emmanuel Guerrero | Don Harrison | Cast Votes | Undervotes | Overvotes | Ballot by Mail Ballots Cast | Early Voting Ballots Cast | Election Day Ballots Cast | EV Provisional Ballots Cast | ED Provisional Ballots Cast | Total Ballots Cast | Registered Voters | Turnout Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0170 | 4 | 26 | 17 | 47 | 0 | 0 | 8 | 23 | 16 | 0 | 0 | 47 | 780 | 6.03% |
| 0191 | 3 | 44 | 16 | 63 | 0 | 0 | 7 | 33 | 23 | 0 | 0 | 63 | 1,622 | 3.88% |
| 0279 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 122 | 0.00% |
| 0301 | 3 | 32 | 10 | 45 | 0 | 0 | 5 | 14 | 24 | 1 | 1 | 45 | 644 | 6.99% |
| 0302 | 3 | 39 | 49 | 91 | 0 | 0 | 12 | 35 | 43 | 1 | 0 | 91 | 1,099 | 8.28% |
| 0404 | 5 | 37 | 34 | 76 | 1 | 0 | 27 | 25 | 25 | 0 | 0 | 77 | 597 | 12.90% |
| 0786 | 1 | 16 | 5 | 22 | 0 | 0 | 4 | 6 | 12 | 0 | 0 | 22 | 625 | 3.52% |
| 0953 | 1 | 19 | 15 | 35 | 0 | 0 | 9 | 17 | 9 | 0 | 0 | 35 | 509 | 6.88% |
| **Totals** | **20** | **213** | **146** | **379** | **1** | **0** | **72** | **153** | **152** | **2** | **1** | **380** | **5,998** | **6.34%** |

| City of Pasadena Canvass | | | Harris County, Texas | Official Results |
| --- | --- | --- | --- | --- |

Joint Election May 6, 2023

Joint Election

5/6/2023

Page 4

Registered Voters
3974 of 536874 = 0.74%

| Run Time | 8:16 AM |
| --- | --- |
| Run Date | 05/16/2023 |

## PASADENA COUNCIL DISTRICT E,  Councilmember District E - Vote for none or one

| Precinct | Melissa Cruz Reyes | Jonathan Estrada | Cast Votes | Undervotes | Overvotes | Ballot by Mail Ballots Cast | Early Voting Ballots Cast | Election Day Ballots Cast | EV Provisional Ballots Cast | ED Provisional Ballots Cast | Total Ballots Cast | Registered Voters | Turnout Percentage |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0170 | 15 | 24 | 39 | 2 | 0 | 11 | 17 | 12 | 0 | 1 | 41 | 722 | 5.68% |
| 0242 | 33 | 17 | 50 | 0 | 0 | 5 | 26 | 18 | 0 | 1 | 50 | 576 | 8.68% |
| 0267 | 17 | 22 | 39 | 2 | 0 | 7 | 14 | 20 | 0 | 0 | 41 | 762 | 5.38% |
| 0279 | 2 | 1 | 3 | 0 | 0 | 1 | 2 | 0 | 0 | 0 | 3 | 71 | 4.23% |
| 0404 | 25 | 133 | 158 | 3 | 0 | 25 | 74 | 61 | 1 | 0 | 161 | 2,373 | 6.78% |
| 0419 | 105 | 177 | 282 | 4 | 0 | 40 | 154 | 91 | 1 | 0 | 286 | 2,965 | 9.65% |
| 0470 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00% |
| 0696 | 22 | 38 | 60 | 2 | 0 | 5 | 43 | 14 | 0 | 0 | 62 | 837 | 7.41% |
| 0908 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0.00% |
| Totals | 219 | 412 | 631 | 13 | 0 | 94 | 330 | 216 | 2 | 2 | 644 | 8,307 | 7.75% |

City of Pasadena Canvass

Joint Election May 6, 2023

Run Time          8:16 AM
Run Date          05/16/2023

Harris County, Texas

Joint Election

5/6/2023

Page 5

Official Results

Registered Voters
3974 of 536874 = 0.74%

**PASADENA COUNCIL DISTRICT G,  Councilmember District G - Vote for none or one**

| Precinct | Paola Velasco | Omaldo Ybarra | Robert Marquez | Salvador Serrano Jr. | Cast Votes | Undervotes | Overvotes | Ballot by Mail Ballots Cast | Early Voting Ballots Cast | Election Day Ballots Cast | EV Provisional Ballots Cast | ED Provisional Ballots Cast | Total Ballots Cast | Registered Voters |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0242 | 12 | 14 | 1 | 4 | 31 | 1 | 0 | 0 | 22 | 10 | 0 | 0 | 32 | 1,429 |
| 0347 | 127 | 125 | 26 | 98 | 376 | 4 | 0 | 72 | 215 | 93 | 0 | 0 | 380 | 3,384 |
| 0348 | 21 | 45 | 5 | 27 | 98 | 3 | 0 | 11 | 68 | 20 | 2 | 0 | 101 | 742 |
| 0770 | 2 | 4 | 0 | 6 | 12 | 1 | 0 | 1 | 10 | 2 | 0 | 0 | 13 | 482 |
| 0793 | 26 | 44 | 28 | 32 | 130 | 4 | 0 | 8 | 83 | 41 | 2 | 0 | 134 | 1,715 |
| 1095 | 16 | 21 | 2 | 7 | 46 | 1 | 0 | 1 | 31 | 15 | 0 | 0 | 47 | 0 |
| **Totals** | **204** | **253** | **62** | **174** | **693** | **14** | **0** | **93** | **429** | **181** | **4** | **0** | **707** | **7,752** |

| City of Pasadena Canvass | | Harris County, Texas | Official Results |
|---|---|---|---|
| | | | Registered Voters |
| Joint Election May 6, 2023 | | Joint Election | 3974 of 536874 = 0.74% |
| | | 5/6/2023 | |
| Run Time | 8:16 AM | Page 6 | |
| Run Date | 05/16/2023 | | |

## PASADENA COUNCIL DISTRICT G,  Councilmember District G - Vote for none or one

| Precinct | Turnout Percentage |
|---|---|
| 0242 | 2.24% |
| 0347 | 11.23% |
| 0348 | 13.61% |
| 0770 | 2.70% |
| 0793 | 7.81% |
| 1095 | 0.00% |
| **Totals** | **9.12%** |

City of Pasadena Canvass

Joint Election May 6, 2023

Run Time                8:16 AM
Run Date            05/16/2023

Harris County, Texas

Joint Election

5/6/2023
Page 7

Official Results

Registered Voters
3974 of 536874 = 0.74%

## PASADENA COUNCIL DISTRICT H,  Councilmember District H - Vote for none or one

| Precinct | Thomas Schoenbein | Joe Stepp | Cast Votes | Undervotes | Overvotes | Ballot by Mail Ballots Cast | Early Voting Ballots Cast | Election Day Ballots Cast | EV Provisional Ballots Cast | ED Provisional Ballots Cast | Total Ballots Cast | Registered Voters | Turnout Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0174 | 308 | 151 | 459 | 79 | 0 | 47 | 302 | 189 | 0 | 0 | 538 | 3,849 | 13.98% |
| 0290 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0.00% |
| 0352 | 63 | 29 | 92 | 3 | 0 | 11 | 59 | 25 | 0 | 0 | 95 | 1,831 | 5.19% |
| 0377 | 17 | 8 | 25 | 0 | 0 | 7 | 17 | 1 | 0 | 0 | 25 | 629 | 3.97% |
| 0415 | 41 | 12 | 53 | 3 | 0 | 10 | 24 | 22 | 0 | 0 | 56 | 2,120 | 2.64% |
| 0662 | 204 | 94 | 298 | 2 | 0 | 16 | 177 | 106 | 1 | 0 | 300 | 2,154 | 13.93% |
| 0679 | 74 | 43 | 117 | 6 | 0 | 15 | 81 | 27 | 0 | 0 | 123 | 1,217 | 10.11% |
| 0724 | 2 | 0 | 2 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 2 | 4 | 50.00% |
| 1093 | 191 | 96 | 287 | 0 | 0 | 27 | 169 | 91 | 0 | 0 | 287 | 1,984 | 14.47% |
| 1095 | 79 | 49 | 128 | 4 | 0 | 5 | 96 | 31 | 0 | 0 | 132 | 1,272 | 10.38% |
| Totals | 979 | 482 | 1,461 | 97 | 0 | 138 | 926 | 493 | 1 | 0 | 1,558 | 15,061 | 10.34% |

| City of Pasadena Canvass | | Harris County, Texas | Official Results |
| --- | --- | --- | --- |
| | | | Registered Voters |
| | | | 3974 of 536874 = 0.74% |
| Joint Election May 6, 2023 | | Joint Election | |
| | | 5/6/2023 | |
| Run Time | 8:16 AM | Page 8 | |
| Run Date | 05/16/2023 | | |

*** End of report ***



## June 10, 2023
## Runoff Election

### EARLY  VOTING HOURS

| Day | Date | Hours |
|---|---|---|
| Tuesday | May 30, 2023 | 7:00 a.m. – 7:00 p.m. |
| Wednesday | May 31, 2023 | 7:00 a.m. – 7:00 p.m. |
| Thursday | June 1, 2023 | 7:00 a.m. – 7:00 p.m. |
| Friday | June 2, 2023 | 7:00 a.m. – 7:00 p.m. |
| Saturday | June 3, 2023 | 7:00 a.m. – 7:00 p.m. |
| Sunday | June 4, 2023 | 12:00 p.m. – 7:00 p.m. |
| Monday | June 5, 2023 | 7:00 a.m. – 7:00 p.m. |
| Tuesday | June 6, 2023 | 7:00 a.m. – 7:00 p.m. |

**Exhibit "B"**



## 10 de Junio de 2023
## Elección de Segunda Vuelta

### <u>HORARIO DE VOTACIÓN ANTICIPADA</u>

| Día | Fecha | Horario |
|---|---|---|
| Martes | 30 de mayo de 2023 | 7:00 a.m. – 7:00 p.m. |
| Miércoles | 31 de mayo de 2023 | 7:00 a.m. – 7:00 p.m. |
| Jueves | 1 de junio de 2023 | 7:00 a.m. – 7:00 p.m. |
| Viernes | 2 de junio de 2023 | 7:00 a.m. – 7:00 p.m. |
| Sábado | 3 de junio de 2023 | 7:00 a.m. – 7:00 p.m. |
| Domingo | 4 de junio de 2023 | 12:00 a.m. – 7:00 p.m. |
| Lunes | 5 de junio de 2023 | 7:00 a.m. – 7:00 p.m. |
| Martes | 6 de junio de 2023 | 7:00 a.m. – 7:00 p.m. |

## VOTING LOCATIONS

## RUNOFF ELECTION

## June 10, 2023

### EARLY VOTING

| Location | Address | City | Zip |
|---|---|---|---|
| John Phelps Courthouse | 101 South Richey Street | Pasadena | 77506 |
| Cleveland Ripley Neighborhood Center | 720 Fairmont Parkway | Pasadena | 77504 |
| Harris County Administration Building | 1001 Preston Street – 4th Floor | Houston | 77002 |

### ELECTION DAY VOTING

| Location | Address | City | Zip |
|---|---|---|---|
| John Phelps Courthouse | 101 South Richey Street | Pasadena | 77506 |
| Cleveland Ripley Neighborhood Center | 720 Fairmont Parkway | Pasadena | 77504 |
| Harris County Administration Building | 1001 Preston Street – 4th Floor | Houston | 77002 |

Exhibit "C"

# Lugares de Votación

## Elección de Segunda Vuelta

## 10 de Junio de 2023

### Votación Anticipada

| Ubicación | Dirección | Ciudad | Código Postal |
|---|---|---|---|
| John Phelps Courthouse | 101 South Richey Street | Pasadena | 77506 |
| Cleveland Ripley Neighborhood Center | 720 Fairmont Parkway | Pasadena | 77504 |
| Harris County Administration Building | 1001 Preston Street – 4th Floor | Houston | 77002 |

### Votación el dia de Elección

| Ubicación | Dirección | Ciudad | Código Postal |
|---|---|---|---|
| John Phelps Courthouse | 101 South Richey Street | Pasadena | 77506 |
| Cleveland Ripley Neighborhood Center | 720 Fairmont Parkway | Pasadena | 77504 |
| Harris County Administration Building | 1001 Preston Street – 4th Floor | Houston | 77002 |

**Anexio "C"**