United States District Court
Southern District of Texas
**ENTERED**
May 30, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| **Alberto Patino, et al.,** ) | |
| ) | |
| _____ ) | |
| **Plaintiff(s),** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | H-14-3241 |
| **City of Pasadena** ) | |
| _____ ) | |
| **Defendant(s).** ) | |

## ORDER APPROVING RUN-OFF PROCEDURES

Pursuant to this court's Final Judgment and Order of Injunction entered January 16, 2017, defendant, City of Pasadena, has presented its Unopposed Motion to Approve Run-Off Procedures for the City of Pasadena's June 10, 2023, City Council Run-Off Election pursuant to Section 3 of the Voting Rights Act. Following a conference of the attorneys for the plaintiff and the defendant, Alberto Patino, the plaintiff in this cause, has indicated through his attorney that he does not oppose the city's motion seeking approval of the run-off procedures.

The court has reviewed the submitted information regarding the date of the run-off, the times for early voting, and the sites for early and election-day voting. Following its review, the court finds that the submitted procedures for conducting the run-off do not have the purpose, and

1

will not have the effect, of denying or abridging the right to vote on account of race or color or in contravention of the voting guarantees set forth in 52 U.S.C. § 10303(f)(2).

Accordingly, the Unopposed Motion to Approve City of Pasadena's City Council Run-Off Procedures pursuant to Section 3 of the Voting Rights Act is GRANTED. The date for the run-off election, the time and sites for early voting, and the sites for election-day voting submitted to the Court by the City of Pasadena for use in the June 10, 2023, run-off election may now be implemented and enforced.

As provided in this court's judgment of January 16, 2017, and in 52 U.S.C. § 10302(c), this court's finding does not bar a subsequent action to enjoin the implementation or enforcement of the plan.

SIGNED this on ___May 30___, 2023, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge